# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

JANE ROE

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** 1:20-cv-00066 |
|  | ) |
| UNITED STATES OF AMERICA, et al., | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

United States of America
c/o United States Attorney for the
Western District of North Carolina
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cooper Strickland
P.O. Box 92
Lynn, NC 28750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John*

_____
Frank G. Johns, Clerk
United States District Court

Date   **3/6/2020**

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____, **a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
                   **Server's signature**

_____
                   **Printed name and title**

_____
                   **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

JANE ROE

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 1:20-cv-00066 |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

United States of America
c/o Attorney General of the United States
Department of Justice Room 4400
950 Constitution Ave., NW
Washington, D.C. 20530

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Cooper Strickland
P.O. Box 92
Lynn, NC 28750

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **3/6/2020**

**Civil Action No.** 1:20-cv-00066

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

                             _____
                                     **Server's signature**

                             _____
                                   **Printed name and title**

                             _____
                                   **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JANE ROE

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 1:20-cv-00066 |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Judicial Conference of the United States
> c/o Director James C. Duff
> One Columbus Circle, NE
> Washington, D.C. 20544

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Cooper Strickland
> P.O. Box 92
> Lynn, NC 28750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John*
Frank G. Johns, Clerk
United States District Court

Date ___3/6/2020___

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ **I personally served the summons on the defendant at**
**(place)**_____
**on (date)** _____; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on (date)** _____, **and mailed a copy to the individual's last**
**known address; or**

❑ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on (date)** _____; or

❑ **I returned the summons unexecuted because** _____; or

❑ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____                  _____
                                                                                          **Server's signature**

                                                                                          _____
                                                                                          **Printed name and title**

                                                                                          _____
                                                                                          **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JANE ROE

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** 1:20-cv-00066 |
|  | ) |
| UNITED STATES OF AMERICA, et al., | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> The Hon. Roslynn R. Mauskopf
> 225 Cadman Plaza East
> Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Cooper Strickland
> P.O. Box 92
> Lynn, NC 28750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date      **3/6/2020**

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
              **Server's signature**

_____
              **Printed name and title**

_____
              **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JANE ROE

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** 1:20-cv-00066 |
|  | ) |
| UNITED STATES OF AMERICA, et al., | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Administrative Office of the United States Courts
> One Columbus Circle NE
> Washington, D.C. 20544

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> Cooper Strickland
> P.O. Box 92
> Lynn, NC 28750

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Frank G. Johns, Clerk
United States District Court

Date    **3/6/2020**

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏   **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❏   **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

             _____
                     **Server's signature**

             _____
                     **Printed name and title**

             _____
                     **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

JANE ROE

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** 1:20-cv-00066 |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    James C. Duff
    Director
    One Columbus Circle, NE
    Washington, D.C. 20544

       **A lawsuit has been filed against you.**

       **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Cooper Strickland
    P.O. Box 92
    Lynn, NC 28750

       **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*Frank G. John* (signature)

Date _____ **3/6/2020**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏  **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏  **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏  **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏  **I returned the summons unexecuted because** _____; or

❏  **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JANE ROE

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. 1:20-cv-00066 |
|  | ) |
| UNITED STATES OF AMERICA, et al., | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Sheryl L. Walter
    General Counsel
    One Columbus Circle NE
    Washington, D.C. 20544

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Cooper Strickland
    P.O. Box 92
    Lynn, NC 28750

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date      **3/6/2020**

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏      **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏      **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏      **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏      **I returned the summons unexecuted because** _____; or

❏      **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                          **Server's signature**

                                       _____
                                                  **Printed name and title**

                                       _____
                                                  **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JANE ROE

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 1:20-cv-00066 |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

John Doe(s)
c/o Office of the General Counsel
One Columbus Circle NE
Washington, D.C. 20544

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cooper Strickland
P.O. Box 92
Lynn, NC 28750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **3/6/2020**

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
         *(place)*_____
         **on** *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
         _____, **a person of suitable age and discretion who**
         **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
         **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
         **who is designated by law to accept service of process on behalf of** *(name of organization)*
         _____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
         _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$_____.**

**I declare under penalty of perjury that this information is true.**


**Date:**_____          _____
                                                                                 **Server's signature**


                                                                   _____
                                                                                 **Printed name and title**


                                                                   _____
                                                                                 **Server's address**



**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

JANE ROE

|  |  |  |
|---|---|---|
| *Plaintiff* | ) |  |
| **v.** | ) | **Civil Action No.** 1:20-cv-00066 |
|  | ) |  |
| UNITED STATES OF AMERICA, et al., | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

 U.S. Court of Appeals for the Fourth Circuit
 c/o Chief Judge
 Lewis F. Powell Jr. Courthouse
 1100 E. Main Street, Suite 501
 Richmond, Virginia 23219

  **A lawsuit has been filed against you.**

  **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

 Cooper Strickland
 P.O. Box 92
 Lynn, NC 28750

  **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date   **3/6/2020**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
    *(place)*_____
    **on *(date)*** _____; or

❑    **I left the summons at the individual's residence or usual place of abode with *(name)***
    _____, **a person of suitable age and discretion who**
    **resides there, on *(date)*** _____, **and mailed a copy to the individual's last**
    **known address; or**

❑    **I served the summons on *(name of individual)*** _____,
    **who is designated by law to accept service of process on behalf of *(name of organization)***
    _____ **on *(date)*** _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other *(specify)*:**
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
                                      **Server's signature**

_____
                                  **Printed name and title**

_____
                                    **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JANE ROE

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| UNITED STATES OF AMERICA, et al., | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Civil Action No. 1:20-cv-00066

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Judicial Council of the Fourth Circuit
c/o Circuit Executive
Lewis F. Powell, Jr. United States Courthouse Annex
1000 East Main Street
Richmond, Virginia 23219-3517

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cooper Strickland
P.O. Box 92
Lynn, NC 28750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



_Frank G. John_

Frank G. Johns, Clerk
United States District Court

Date _____3/6/2020_____

**Civil Action No.** 1:20-cv-00066

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

        **This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                                   **Server's signature**

                                   _____
                                            **Printed name and title**

                                   _____
                                            **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JANE ROE

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

**Civil Action No.** 1:20-cv-00066

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

The Hon. Roger L. Gregory
Lewis F. Powell Jr. Courthouse
1100 E. Main Street, Suite 501
Richmond, Virginia 23219

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Cooper Strickland
P.O. Box 92
Lynn, NC 28750

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____3/6/2020_____

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ **I personally served the summons on the defendant at**
**(place)**_____
**on *(date)*** _____; or

❑ **I left the summons at the individual's residence or usual place of abode with *(name)***
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ **I served the summons on *(name of individual)*** _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ **I returned the summons unexecuted because** _____; or

❑ **Other *(specify)*:**
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                                                                 Server's signature

                                                                                  _____
                                                                                                 Printed name and title

                                                                                  _____
                                                                                                 Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JANE ROE

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 1:20-cv-00066 |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

James N. Ishida
Lewis F. Powell, Jr. United States Courthouse Annex
1000 East Main Street
Richmond, Virginia 23219-3517

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Cooper Strickland
P.O. Box 92
Lynn, NC 28750

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*Frank G. John*

_____
Frank G. Johns, Clerk
United States District Court

Date _____ **3/6/2020** _____

**Civil Action No.** 1:20-cv-00066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑      **I personally served the summons on the defendant at**
        *(place)*_____
        **on** *(date)* _____; or

❑      **I left the summons at the individual's residence or usual place of abode with** *(name)*
        _____, **a person of suitable age and discretion who**
        **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
        **known address; or**

❑      **I served the summons on** *(name of individual)* _____,
        **who is designated by law to accept service of process on behalf of** *(name of organization)*
        _____ **on** *(date)* _____; or

❑      **I returned the summons unexecuted because** _____; or

❑      **Other** *(specify)*:
        _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____        _____
                                                                                    **Server's signature**

                                                                    _____
                                                                                    **Printed name and title**

                                                                    _____
                                                                                    **Server's address**


**Additional information regarding attempted service, etc:**