FILED: March 18, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-1328
(1:20-cv-00066)

_____

In re: UNDER SEAL 1

        Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Date Petition Filed: | 03/18/2020 |
| Petitioner(s) | Under seal |
| Appellate Case Number | 20-1328 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |