FILED: March 20, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1328
(1:20-cv-00066)

_____

In re: UNDER SEAL

          Petitioner

_____

O R D E R

_____

The mandamus petition filed by petitioner on March 18, 2020, is dismissed as moot with the consent of the petitioner, and docket entries 2 and 10 are unsealed.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk