IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
|     *Plaintiff*, | ) ) ) |
| v. | )   Civil No. 1:20-cv-00066 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
|     *Defendants*. | ) ) ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on the **United States of America** by sending it via United States Postal Service certified mail, postage prepaid to the **Attorney General of the United States, Department of Justice Room 4400, 950 Constitution Ave., NW, Washington, D.C. 20530**. A certified mail receipt (**No. 70172400000016206839**) is attached.

Delivery was made upon said defendant on **March 9, 2020**. Confirmation of delivery is attached.

This the 20th Day of April, 2020.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

Counsel for Plaintiff

```
                    U.S. Postal Service™
                    CERTIFIED MAIL® RECEIPT
                    Domestic Mail Only

                    For delivery information, visit our website at www.usps.com®.
                    WASHINGTON, DC 20530
                                    OFFICIAL USE
   Certified Mail Fee  $3.55                              0750
   $              $0.00                                     03
   Extra Services & Fees (check box, add fee as appropriate)
   ☐ Return Receipt (hardcopy)      $ $0.00
   ☐ Return Receipt (electronic)    $ $0.00     Postmark
   ☐ Certified Mail Restricted Delivery $ $0.00   Here
   ☐ Adult Signature Required       $ $0.00
   ☐ Adult Signature Restricted Delivery $
   Postage        $2.60
   $                                          03/06/2020
   Total Postage and Fees
   $              $6.15
   Sent To  Attorney General
   Street and Apt. No., or PO Box No.

   City, State, ZIP+4®                         20530

   PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions
```

7017 2400 0000 1620 6839

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 70172400000016206839

Your item was delivered at 5:02 am on March 9, 2020 in WASHINGTON, DC 20530.

✓ **Delivered**

March 9, 2020 at 5:02 am
Delivered
WASHINGTON, DC 20530

---

Text & Email Updates                                                                                                    ⌄

---

Tracking History                                                                                                         ⌄

---

Product Information                                                                                                      ⌄

---

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.