IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
|       *Plaintiff*, | ) |
| v. | ) Civil No. 1:20-cv-00066 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
|       *Defendants*. | ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on the **United States of America** by sending it via United States Postal Service certified mail, postage prepaid to the **United States Attorney for the Western District of North Carolina, Room 233, US Courthouse, 100 Otis Street, Asheville, NC 28801**. A certified mail receipt (**No. 70172400000016206846**) is attached.

Delivery was made upon said defendant on **March 9, 2020**. Confirmation of delivery is attached.

This the 20th Day of April, 2020.

                                              Respectfully Submitted,

                                              */s/ Cooper Strickland*
                                              Cooper Strickland
                                              N.C. Bar No. 43242
                                              P.O. Box 92
                                              Lynn, NC 28750
                                              Tel. (828) 817-3703
                                              cooper.strickland@gmail.com

                                              Counsel for Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ASHEVILLE, NC 28801

| | | |
|---|---|---|
| Certified Mail Fee $ | $3.55 | 0750 |
| | $0.00 | 03 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ | $0.00 | Here |
| ☐ Adult Signature Required $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $ | $2.60 | |
| | | 03/06/2020 |
| Total Postage and Fees $ | $6.15 | |

Sent To US Attorney (Asheville)
Street and Apt. No., or PO Box No.
City, State, ZIP+4®  28801

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0000 7620 6846

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70172400000016206846                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:23 pm on March 9, 2020 in ASHEVILLE, NC 28801.

## ✓ Delivered

March 9, 2020 at 12:23 pm
Delivered, Front Desk/Reception/Mail Room
ASHEVILLE, NC 28801

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?