IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )   Civil No. 1:20-cv-00066 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on the **Judicial Conference of the United States** by sending it via United States Postal Service certified mail, postage prepaid to **Director James C. Duff, One Columbus Circle, NE, Washington, D.C. 20544**. A certified mail receipt (**No. 70172400000016206815**) is attached.

Delivery was made upon said defendant on **March 12, 2020**. Confirmation of delivery is attached.

This the 20th Day of April, 2020.

                                          Respectfully Submitted,

                                          */s/ Cooper Strickland*
                                          Cooper Strickland
                                          N.C. Bar No. 43242
                                          P.O. Box 92
                                          Lynn, NC 28750
                                          Tel. (828) 817-3703
                                          cooper.strickland@gmail.com

                                          Counsel for Plaintiff

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20544    OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0750 |
| --- | --- | --- | --- |
| $ | | | 03 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage  $2.60
$

Total Postage and Fees
$  $6.15

Postmark Here

03/07/2020

Sent To  Judicial Conference
Street and Apt. No., or PO Box No.
City, State, ZIP+4®   20544

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0000 1620 6815

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

**Tracking Number:** 70172400000016206815

Remove ✕

Your item has been delivered to an agent at 11:24 am on March 12, 2020 in WASHINGTON, DC 20544.

## ✓ Delivered

March 12, 2020 at 11:24 am
Delivered, To Agent
WASHINGTON, DC 20544

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

Feedback

## Can't find what you're looking for?