**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) **Civil No. 1:20-cv-00066** |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| _____ | ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on the **Honorable Roslynn R. Mauskopf** by sending it via United States Postal Service certified mail, postage prepaid to **225 Cadman Plaza East, Brooklyn, NY 11201**. A certified mail receipt (**No. 70172400000016206808**) is attached.

Delivery was made upon said defendant on **March 9, 2020**. Confirmation of delivery is attached.

This the 20th Day of April, 2020.

                                                               Respectfully Submitted,

                                                               */s/ Cooper Strickland*
                                                               Cooper Strickland
                                                               N.C. Bar No. 43242
                                                               P.O. Box 92
                                                               Lynn, NC 28750
                                                               Tel. (828) 817-3703
                                                               cooper.strickland@gmail.com

                                                               Counsel for Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

BROOKLYN, NY 11201    OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0750 |
| --- | --- | --- | --- |
| $ | | $0.00 | 03 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.60
$                                                     03/06/2020

Total Postage and Fees
$  $6.15

Sent To  Roslynn R. Mauskopf
Street and Apt. No., or PO Box No.
City, State, ZIP+4®                    11201

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0000 1620 8089

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

**Tracking Number:** 70172400000016206808                Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 4:30 pm on March 9, 2020 in BROOKLYN, NY 11201.

## ✓ Delivered

March 9, 2020 at 4:30 pm
Delivered, Front Desk/Reception/Mail Room
BROOKLYN, NY 11201

Get Updates ∨

---

Text & Email Updates                                                          ∨

---

Tracking History                                                              ∨

---

Product Information                                                           ∨

---

See Less ∧

## Can't find what you're looking for?