# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )   **Civil No. 1:20-cv-00066** |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| _____ | ) |

## **PROOF OF SERVICE**

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on **Director James C. Duff** by sending it via United States Postal Service certified mail, postage prepaid to **One Columbus Circle NE, Washington, D.C. 20544**. A certified mail receipt (**No. 70172400000016206785**) is attached.

Delivery was made upon said defendant on **March 12, 2020**. Confirmation of delivery is attached.

This the 20th Day of April, 2020.

                                                      Respectfully Submitted,

                                                      */s/ Cooper Strickland*
                                                      Cooper Strickland
                                                      N.C. Bar No. 43242
                                                      P.O. Box 92
                                                      Lynn, NC 28750
                                                      Tel. (828) 817-3703
                                                      cooper.strickland@gmail.com

                                                      Counsel for Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20544   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.55 | 0750 |
| $ $0.00 | 03 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.60 | |
| $ | 03/07/2020 |
| Total Postage and Fees $6.15 | |

Sent To James C. Duff
Street and Apt. No., or PO Box No.
City, State, ZIP+4® 20544

7017 2400 0000 1620 6785

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

Remove ✕

**Tracking Number:** 70172400000016206785

Your item has been delivered to an agent at 11:24 am on March 12, 2020 in WASHINGTON, DC 20544.

## ✓ Delivered

March 12, 2020 at 11:24 am
Delivered, To Agent
WASHINGTON, DC 20544

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?