IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on **General Counsel Sheryl L. Walter** by sending it via United States Postal Service certified mail return receipt requested, postage prepaid to **One Columbus Circle NE, Washington, D.C. 20544**. A certified mail receipt (**No. 70172400000016206884**) is attached.

Delivery was made upon said defendant on **March 9, 2020**. Confirmation of delivery and return receipt (**No. 9590940233957227962702)** are attached.

This the 20th Day of April, 2020.

                                                          Respectfully Submitted,

                                                          */s/ Cooper Strickland*
                                                          Cooper Strickland
                                                          N.C. Bar No. 43242
                                                          P.O. Box 92
                                                          Lynn, NC 28750
                                                          Tel. (828) 817-3703
                                                          cooper.strickland@gmail.com

                                                          Counsel for Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20544     OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0750 |
| --- | --- | --- | --- |
| $ | | $2.85 | 03 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00        Postmark
☐ Certified Mail Restricted Delivery  $ $0.00         Here
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.60
$
Total Postage and Fees                           03/06/2020
$ $7.00

Sent To  Sharyl L. Walter
Street and Apt. No., or PO Box No.  return receipt requested
City, State, ZIP+4®                              20544

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 0420 0000 7620 6884

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

Remove ✕

**Tracking Number:** 70172400000016206884

Your item was delivered to the front desk, reception area, or mail room at 7:16 am on March 9, 2020 in WASHINGTON, DC 20544.



## Delivered

March 9, 2020 at 7:16 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20544

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**March 9, 2020, 7:16 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20544
Your item was delivered to the front desk, reception area, or mail room at 7:16 am on March 9, 2020 in WASHINGTON, DC 20544.

**March 8, 2020, 11:45 am**
Available for Pickup
WASHINGTON, DC 20544

**March 8, 2020, 11:40 am**
Arrived at Hub
WASHINGTON, DC 20018

**March 7, 2020**
In Transit to Next Facility

**March 6, 2020, 9:48 pm**
Arrived at USPS Regional Origin Facility
GREENVILLE SC DISTRIBUTION CENTER

**March 6, 2020, 4:45 pm**
Departed Post Office
LYNN, NC 28750

**March 6, 2020, 4:11 pm**
USPS in possession of item
LYNN, NC 28750

## Product Information ∧

| Postal Product: | Features: | See tracking for related item: 9590940233957227962702 (/go/TrackConfirmAction?tLabels=9590940233957227962702) |
|---|---|---|
| First-Class Mail® | Certified Mail™ | |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

Remove ✕

**Tracking Number:** 9590940233957227962702

Your item has been delivered and is available at a PO Box at 8:19 am on March 16, 2020 in LYNN, NC 28750.

 Delivered

March 16, 2020 at 8:19 am
Delivered, PO Box
LYNN, NC 28750

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**March 16, 2020, 8:19 am**
Delivered, PO Box
LYNN, NC 28750
Your item has been delivered and is available at a PO Box at 8:19 am on March 16, 2020 in LYNN, NC 28750.

**March 15, 2020, 8:41 pm**
Departed USPS Regional Facility
GREENVILLE SC DISTRIBUTION CENTER

**March 15, 2020, 9:22 am**
Arrived at USPS Regional Facility
GREENVILLE SC DISTRIBUTION CENTER

**March 14, 2020, 2:04 am**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**March 13, 2020, 11:23 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**March 6, 2020, 4:11 pm**
Return Receipt Associated

## Product Information ⌃

**Postal Product:**
First-Class Package Service - Retail

**Features:**
Return Receipt
USPS Tracking®

See tracking for related item: 70172400000016206884
(/go/TrackConfirmAction?tLabels=70172400000016206884)

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name): Sheryl Walter   C. Date of Delivery: 3/13/20 |
| 1. Article Addressed to:<br>Sheryl L. Walter<br>General Counsel<br>One Columbus Circle NE<br>Washington, DC 20544 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3395 7227 9627 02 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 1620 6884 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING#



9590 9402 3395 7227 9627 02

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**Strickland**
**Post Office Box 92**
**Lynn, NC 28750**