# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
|     *Plaintiff*, | ) |
| v. | ) Civil No. 1:20-cv-00066 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
|     *Defendants*. | ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on the **U.S. Court of Appeals for the Fourth Circuit** by sending it via United States Postal Service certified mail, postage prepaid to the **Chief Judge, Lewis F. Powell Jr. Courthouse, 1100 E. Main Street, Suite 501, Richmond, Virginia 23219**. A certified mail receipt (**No. 70172400000016206792**) is attached.

Delivery was made upon said defendant on **March 10, 2020**. Confirmation of delivery is attached.

This the 20th Day of April, 2020.

                                        Respectfully Submitted,

                                        */s/ Cooper Strickland*
                                        Cooper Strickland
                                        N.C. Bar No. 43242
                                        P.O. Box 92
                                        Lynn, NC 28750
                                        Tel. (828) 817-3703
                                        cooper.strickland@gmail.com

                                        Counsel for Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

RICHMOND, VA 23219  OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0750 |
| --- | --- | --- | --- |
| $ | | | 03 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage  $2.60

Postmark Here

03/07/2020

Total Postage and Fees  $6.15

Sent To  Fourth Circuit
Street and Apt. No., or PO Box No.
City, State, ZIP+4®  23219

PS Form **3800**, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2400 0000 7620 6792

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70172400000016206792

Remove ✕

Your item was delivered to an individual at the address at 12:41 pm on March 10, 2020 in RICHMOND, VA 23219.

## ✓ Delivered

March 10, 2020 at 12:41 pm
Delivered, Left with Individual
RICHMOND, VA 23219

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Feedback

## Can't find what you're looking for?