IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )    **Civil No. 1:20-cv-00066** |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |
| _____ | ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on the **Judicial Council of the Fourth Circuit** by sending it via United States Postal Service certified mail, postage prepaid to the **Circuit Executive, Lewis F. Powell, Jr. United States Courthouse Annex, 1000 East Main Street, Richmond, Virginia 23219-3517**. A certified mail receipt (**No. 70172400000016206822**) is attached.

Delivery was made upon said defendant on **March 10, 2020**. Confirmation of delivery is attached.

This the 20th Day of April, 2020.

                                            Respectfully Submitted,

                                            */s/ Cooper Strickland*
                                            Cooper Strickland
                                            N.C. Bar No. 43242
                                            P.O. Box 92
                                            Lynn, NC 28750
                                            Tel. (828) 817-3703
                                            cooper.strickland@gmail.com

                                            Counsel for Plaintiff

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

RICHMOND, VA 23219    OFFICIAL USE

| Certified Mail Fee | $3.55 | |
| --- | --- | --- |
| $ | $0.00 | 0750 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | 03 |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ | $0.00 | Here |
| ☐ Adult Signature Required $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $ | $2.60 | 03/07/2020 |
| Total Postage and Fees $ | $6.15 | |

Sent To  Judicial Council

Street and Apt. No., or PO Box No.

City, State, ZIP+4®   23219-3517

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0000 0297 6822

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

**Tracking Number:** 70172400000016206822

Remove ✕

Your item was delivered to an individual at the address at 12:41 pm on March 10, 2020 in RICHMOND, VA 23219.

## ✓ Delivered

March 10, 2020 at 12:41 pm
Delivered, Left with Individual
RICHMOND, VA 23219

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?