IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on the **Honorable Roger L. Gregory** by sending it via United States Postal Service certified mail return receipt requested, postage prepaid to **Lewis F. Powell Jr. Courthouse, 1100 E. Main Street, Suite 501, Richmond, Virginia 23219**. A certified mail receipt (**No. 70172400000016206860**) is attached.

Delivery was made upon said defendant on **March 10, 2020**. Confirmation of delivery and return receipt (**No. 9590940233957227962641**) are attached.

This the 20th Day of April, 2020.

                                                           Respectfully Submitted,

                                                           */s/ Cooper Strickland*
                                                           Cooper Strickland
                                                           N.C. Bar No. 43242
                                                           P.O. Box 92
                                                           Lynn, NC 28750
                                                           Tel. (828) 817-3703
                                                           cooper.strickland@gmail.com

                                                           Counsel for Plaintiff



# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

**Tracking Number:** 70172400000016206860

Remove ✕

Your item was delivered to an individual at the address at 12:41 pm on March 10, 2020 in RICHMOND, VA 23219.


## Delivered

March 10, 2020 at 12:41 pm
Delivered, Left with Individual
RICHMOND, VA 23219

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∧

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 95909402339572279626641 (/go/TrackConfirmAction?tLabels=95909402339572279626641) |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X PBuck ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 3/10 |
| 1. Article Addressed to:<br>The Hon. Roger L. Gregory<br>Lewis F. Powell Jr. Courthouse<br>1100 E. Main St., Suite 501<br>Richmond, VA 23219 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3395 7227 9626 41 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>    Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 1620 6860 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #



9590 9402 3399 7227 9626 41

**United States
Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

    Strickland
    Post Office Box 92
    Lynn, NC 28750

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10