IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |
| _____ | ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on **James N. Ishida** by sending it via United States Postal Service certified mail return receipt requested, postage prepaid to **Lewis F. Powell, Jr. United States Courthouse Annex, 1000 East Main Street, Richmond, Virginia 23219-3517**. A certified mail receipt (**No. 70172400000016206853**) is attached.

Delivery was made upon said defendant on **March 10, 2020**. Confirmation of delivery and return receipt (**No. 9590940233957227962634)** are attached.

This the 20th Day of April, 2020.

                                                Respectfully Submitted,

                                                */s/ Cooper Strickland*
                                                Cooper Strickland
                                                N.C. Bar No. 43242
                                                P.O. Box 92
                                                Lynn, NC 28750
                                                Tel. (828) 817-3703
                                                cooper.strickland@gmail.com

                                                Counsel for Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

RICHMOND, VA 23219

OFFICIAL USE

| Certified Mail Fee | $3.55 | |
| --- | --- | --- |
| $ | $2.85 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.60 | |
| Total Postage and Fees | $7.00 | |

0750
03

Postmark
Here

03/07/2020

Sent To: James N. Ishida
Street and Apt. No., or PO Box No.: return receipt requested
City, State, ZIP+4®: 23219-3517

7017 2400 0000 1620 6853

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®   FAQs ›

**Track Another Package** +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

## Tracking Number: 70172400000016206853

Your item was delivered to an individual at the address at 12:41 pm on March 10, 2020 in RICHMOND, VA 23219.

## ✓ Delivered

March 10, 2020 at 12:41 pm
Delivered, Left with Individual
RICHMOND, VA 23219

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: 9590940233957227962634 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940233957227962634) |



Feedback

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James N. Ishida
Lewis F. Powell, Jr.
United States Courthouse Annex
1000 East Main St.
Richmond, VA 23219-3517

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3395 7227 9626 34

2. Article Number (Transfer from service label)

7017 2400 0000 1620 6853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  P Bru____
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ____ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #




9590 9402 3395 7227 9626 34

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Strickland
Post Office Box 92
Lynn, NC 28750