IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
|     *Plaintiff*, | ) ) ) |
| v. | ) ) Civil No. 1:20-cv-00066 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
|     *Defendants*. | ) ) ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on the **Federal Public Defender for the Western District of North Carolina** by sending it via United States Postal Service certified mail, postage prepaid to the **Federal Public Defender, 129 West Trade St., Suite 300, Charlotte, NC 28202**. A certified mail receipt (**No. 70172400000016206761**) is attached.

Delivery was made upon said defendant on **March 12, 2020**. Confirmation of delivery is attached.

This the 20th Day of April, 2020.

                                                              Respectfully Submitted,

                                                              */s/ Cooper Strickland*
                                                              Cooper Strickland
                                                              N.C. Bar No. 43242
                                                              P.O. Box 92
                                                              Lynn, NC 28750
                                                              Tel. (828) 817-3703
                                                              cooper.strickland@gmail.com

                                                              Counsel for Plaintiff



# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 70172400000016206761

Your item was delivered to the front desk, reception area, or mail room at 12:07 pm on March 12, 2020 in CHARLOTTE, NC 28202.

## ✓ Delivered

March 12, 2020 at 12:07 pm
Delivered, Front Desk/Reception/Mail Room
CHARLOTTE, NC 28202

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

file:///Users/cooperstrickland/Desktop/EDR%20Lawsuit/Summons%20an…of%20Service%20to%20File/Under%20Seal/Tracking%20(FD).webarchive        Page 1 of 2

Case 1:20-cv-00066-WGY    Document 21    Filed 04/20/20    Page 3 of 3