IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )   Civil No. 1:20-cv-00066 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |

## PROOF OF SERVICE

I served the summons, complaint, and Plaintiff's *Ex Parte* Motion (Doc. No. 2) in the above captioned case on **Anthony Martinez** by sending it via United States Postal Service certified mail return receipt requested, postage prepaid to **129 West Trade St., Suite 300, Charlotte, NC 28202**. A certified mail receipt (**No. 70172400000016206891**) is attached.

Delivery was made upon said defendant on **March 12, 2020**. Confirmation of delivery and return receipt (**No. 9590940233957227963792)** are attached.

This the 20th Day of April, 2020.

                                                                        Respectfully Submitted,

                                                                       */s/ Cooper Strickland*
                                                                       Cooper Strickland
                                                                       N.C. Bar No. 43242
                                                                       P.O. Box 92
                                                                       Lynn, NC 28750
                                                                       Tel. (828) 817-3703
                                                                       cooper.strickland@gmail.com

                                                                       Counsel for Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CHARLOTTE, NC 28202   OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0750 |
|---|---|---|---|
| $ | $2.85 | | 03 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage  $2.60

03/10/2020

Total Postage and Fees
$ $7.00

Sent To: Anthony Martinez
Street and Apt. No., or PO Box No.: return receipt requested
City, State, ZIP+4®: 28202

7017 2400 0000 1620 7891

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

Remove ✕

## Tracking Number: 70172400000016206891

Your item was delivered to the front desk, reception area, or mail room at 12:07 pm on March 12, 2020 in CHARLOTTE, NC 28202.

### ✓ Delivered

March 12, 2020 at 12:07 pm
Delivered, Front Desk/Reception/Mail Room
CHARLOTTE, NC 28202

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∧

| Postal Product: | Features: | See tracking for related item: 9590940233957227963792 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940233957227963792) |

Feedback

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sarah Hewlett* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Sarah Hewett   C. Date of Delivery |
| 1. Article Addressed to:<br>Anthony Martinez<br>129 W. Trade St.<br>Suite 300<br>Charlotte, NC 28202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3395 7227 9637 92 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>   Mail<br>Mail Restricted Delivery<br>00) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 1620 6891 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #




9590 9402 3395 7227 9637 92

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Strickland
Post Office Box 92
Lynn, NC 28750