# Cooper Strickland

Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

April 22, 2020

The Honorable William G. Young
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Plaintiff's Redaction Reference List for Complaint (1:20-cv-00066 )

Dear Judge Young,

I am filing the unredacted "Plaintiff's Redaction Reference List for Complaint" under seal for your consideration of "Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and to Seal Personally Identifying Information" (Doc. No. 2).

I previously submitted the attached document to Chief Judge Frank D. Whitney by email on March 4, 2020, because this document could not be uploaded to ECF for in camera review absent the assignment of a judge. See United States District Court Western District of North Carolina Administrative Procedures Governing Filing and Service by Electronic Means § II.A.11 ("The document for which sealing is sought may be submitted for in camera review prior to filing via Cyberclerk."). I attempted to submit this document on April 20, 2020 for in camera review after your assignment, but I received an email notification that the message was undeliverable because of an unknown email address. As an alternative, I have submitted the attached document under seal. See Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina LCvR 6.1(d) ("The party seeking to file material under seal may submit an unredacted version of the material under seal for review by the Court along with the motion to seal.").

Please let me know if you have any questions.

Respectfully,

*/s/ Cooper Strickland*
Cooper Strickland