# Cooper Strickland

Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

April 22, 2020

The Honorable William G. Young
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Plaintiff's Proposed Order for *Ex Parte* Motion (1:20-cv-00066 )

Dear Judge Young,

I have filed the attached "[Proposed] Order Granting Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and to Seal Personally Identifying Information" for your consideration of "Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and to Seal Personally Identifying Information" (Doc. No. 2).

At the Court's request, I previously submitted the attached document to Clerk Frank G. Johns by email on March 4, 2020.  I attempted to submit this document on April 20, 2020 through ECF, but I received an email notification that the message was undeliverable because of an unknown email address.  As an alternative, I have filed the attached document with the Court.

The summonses referenced in the attached document were issued by the Court under seal on March 9, 2020 (Doc. No. 5).  The redacted complaint reference list referenced in the attached document is addressed in Docket Entry No. 23.

Please let me know if you have any questions.

Respectfully,

*/s/ Cooper Strickland*
Cooper Strickland