# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066 |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO PROCEED UNDER PSEUDONYM AND TO SEAL PERSONALLY IDENTIFYING INFORMATION

For good cause shown in the "Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and to Seal Personally Identifying Information" (Doc. No. 2), it is hereby ORDERED that Plaintiff, Jane Roe, is GRANTED leave to proceed under a pseudonym and to seal personally identifying employment information. The Clerk is ORDERED to docket, **under seal**, the (1) redacted complaint reference list and (2) employing office and unit executive summonses submitted for in camera review in conjunction with the Plaintiff's motion ("Sealed Documents"). The Clerk is ORDERED to restrict access to the Sealed Documents to the parties to this proceeding. It is ORDERED that the identity of the defendants referenced in the sealed summonses shall not be publicly disclosed in CM/ECF.

IT IS SO ORDERED.

Signed: _____

_____
Frank D. Whitney
Chief United States District Judge