IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAORLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

JANE ROE,               )
                        )
    Plaintiff,          )
                        )
v.                      )
                        )
UNITED STATES OF AMERICA, et al., )
                        )
    Defendants.         )

## NOTICE OF APPEARANCE

NOW COMES the undersigned counsel and hereby enters her Notice of Appearance on behalf of the Federal Public Defender named in the complaint,[1] in his individual capacity. The undersigned requests that the Court and opposing counsel direct all future correspondence or other notifications in this matter to the undersigned.

---

[1] The name of the FPD is redacted in Plaintiff's complaint. Also, Plaintiff previously moved to seal unspecified personally identifying employment history information, which presumably includes the name of the FPD redacted from the complaint. *See* ECF No. 2.

Respectfully submitted this the 23rd day of April, 2020.

        **s/Shannon Sumerell Spainhour**

        SHANNON SUMERELL SPAINHOUR
        N.C. State Bar No. 28108
        DAVIS HARTMAN WRIGHT PLLC
        28 Schenck Parkway, Suite 200
        Asheville, NC 28803
        Phone: 828-771-0833
        Fax: 252-514-9878
        Email: mss@dhwlegal.com

        Counsel for the FPD in the FPD's individual capacity

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 23, 2020, I electronically filed the foregoing *Notice of Appearance* using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including:

Cooper J. Strickland at cooper.strickland@gmail.com

Gill P. Beck at Gill.Beck@usdoj.gov

Joshua M. Kolsky at Joshua.kolsky@usdoj.gov

> **s/Shannon Sumerell Spainhour**
>
> SHANNON SUMERELL SPAINHOUR
> N.C. State Bar No. 28108
> DAVIS HARTMAN WRIGHT PLLC
> 28 Schenck Parkway, Suite 200
> Asheville, NC 28803
> Phone: 828-771-0833
> Fax: 252-514-9878
> Email: mss@dhwlegal.com