IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| JANE ROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

Assistant United States Attorney Caroline B. McLean hereby enters an appearance as counsel on behalf of Defendants United States of America, Judicial Conference of the United States, Administrative Office of the United States Courts, United States Court of Appeals for the Fourth Circuit, Judicial Council of the Fourth Circuit, Federal Public Defenders' Office, the Federal Public Defender named in the complaint (the "FPD"),[1] in his official capacity, Roslynn R. Mauskopf and James C. Duff, in their official capacities, General Counsel Sheryl L. Walter, Chief Judge Roger L. Gregory, and Circuit Executive James N. Ishida, in their individual and official capacities in this case.

This the 12th day of May, 2020.

                                          **R. ANDREW MURRAY**
                                          United States Attorney

                                          **s/Caroline B. McLean**
                                          **CAROLINE B. McLEAN**
                                          Assistant United States Attorney
                                          N.C. Bar No. 41094
                                          Room 233, US Courthouse
                                          100 Otis Street
                                          Asheville, NC 28801
                                          Tel: 828-259-0673
                                          Fax: 828-271-4327
                                          E-Mail: Caroline.McLean@usdoj.gov

---

[1] The name of the FPD is redacted in Plaintiff's complaint.