# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|       *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00666 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|       *Defendants*. | ) |
| | ) |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Plaintiff Jane Roe hereby submits this certification pursuant to the United States District Court for the Western District of North Carolina Local Rule 16.1(b). Counsel and Plaintiff hereby affirm that they have conferred regarding the topics required in Federal Rule Civil Procedure 26(f) and Local Rule 16, including "their opinion(s) regarding the usefulness of ADR, the preferred method of ADR, and the most advantageous time to commence ADR." Loc. R. 16.3.

Wherefore, Plaintiff respectfully requests that this Court approve her Certification.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| Plaintiff, | Attorney for Plaintiff, |
| | |
| /s/  Jane Roe | /s/ Cooper Strickland |
| Jane Roe | N.C. Bar No. 43242 |
| | P.O. Box 92 |
| | Lynn, NC 28750 |
| | Tel. (828) 817-3703 |
| | cooper.strickland@gmail.com |