IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER  1:20CV66


JANE ROE,                                    )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )
                                             )
UNITED STATES OF AMERICA, et al.,            )
                                             )
        Defendants.                          )

## **DEFENDANT CHIEF JUDGE ROGER L. GREGORY'S MOTION TO DISMISS INDIVIDUAL CAPACITY CLAIMS**

Now Comes Chief Judge Roger L. Gregory, United States Court of Appeals for the

Fourth  Circuit,  and hereby moves to dismiss Plaintiff's Complaint, pursuant to Fed. R. Civ. P.

12(b)(6),  for failure to state a claim upon which relief can be granted.

In support of the Motion, a memorandum of law is contemporaneously filed herewith, and

incorporates the contents of the same by reference as if fully set forth herein.

This the 5th day of June, 2020.

                                        Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General
                                        CARLOTTA P. WELLS
                                        Assistant Branch Director

                                        s/*Joshua Kolsky*
                                        JOSHUA M. KOLSKY
                                        Trial Attorney
                                        D.C. Bar No. 993430
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW Washington, DC 20005
                                        Tel.: (202) 305-7664

Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/Gill P. Beck
GILL P. BECK
Assistant United States Attorney
N.C. State Bar No. 13175
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Phone:  (828) 271-4661
Fax:  (828) 271-4327
Email:  Gill.Beck@usdoj.gov