# EXHIBIT C

| | |
|---|---|
| **From:** | ▮ |
| **To:** | James_Ishida@ca4.uscourts.gov |
| **Subject:** | ▮ EDR Claim (Chapter X) |
| **Date:** | Monday, March 11, 2019 9:11:05 AM |

Dear James,

I hope you are doing well. I wanted to let you know that I have accepted a clerkship with Judge ▮. Although I am saddened to no longer be a federal defender, I am honored for this opportunity and I very much appreciate the Fourth Circuit's assistance in helping me reach the best possible outcome under the circumstances. I am also extremely grateful for the Fourth Circuit's support in being considered for a potential placement in Judge Rushing's chambers. These opportunities will allow me a fresh start while saving my reputation and the hard work I have put into building my career. Given these circumstances, I no longer wish to pursue the Chapter X portion of my EDR claim.

Thank you again for your time and attention to this matter. I would appreciate it if you would also forward my appreciation and thanks to Chief Judge Gregory.

Respectfully,

▮