IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | | |
|---|---|---|
| JANE ROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF |
| | ) | SUBSTITUTION OF COUNSEL |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Civil Rule 83.1, Assistant United States Attorney Caroline B. McLean hereby withdraws her appearance as counsel on behalf of Defendants United States of America, Judicial Conference of the United States, Administrative Office of the United States Courts, United States Court of Appeals for the Fourth Circuit, Judicial Council of the Fourth Circuit, Federal Public Defenders' Office, the Federal Public Defender named in the complaint (the "FPD"),[1] in his official capacity, Roslynn R. Mauskopf and James C. Duff, in their official capacities, General Counsel Sheryl L. Walter, Chief Judge Roger L. Gregory, and Circuit Executive James N. Ishida, in their individual and official capacities in this case, and notices the substitution of AUSA Gill Beck for the aforementioned parties.

This the 16th day of June, 2020.

                                                                **R. ANDREW MURRAY**
                                                                United States Attorney

                                                                **s/Caroline B. McLean**
                                                                **CAROLINE B. McLEAN**
                                                                Assistant United States Attorney
                                                                N.C. Bar No. 41094
                                                                Room 233, US Courthouse
                                                                100 Otis Street
                                                                Asheville, NC 28801
                                                                Tel: 828-259-0673
                                                                Fax: 828-271-4327

---

[1] The name of the FPD is redacted in Plaintiff's complaint.

E-Mail: Caroline.McLean@usdoj.gov

**R. ANDREW MURRAY**
UNITED STATES ATTORNEY

**s/Gill P. Beck**
GILL P. BECK
Assistant United States Attorney
N.C. State Bar No. 13175
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Phone: (828) 271-4661
Fax: (828) 271-4327
Email: Gill.Beck@usdoj.gov