

**From:** Jill Langley <Jill_B_Langley@ca10.uscourts.gov>
**Sent:** Tuesday, February 19, 2019 9:16 AM
**To:** ███████████████████████████
**Subject:** RE: checking in

Don't hesitate to contact me again. At least, do let me know how this is ultimately resolved. Every matter can be a "lesson learned." For example, your experience has taught me that I/we need to provide EDR interpretive guidelines to courts, to flesh out what I/we think should happen in EDR proceedings. I've trained EDR Coordinators in the Tenth Circuit, but I think that needs to be nationalized. And I'd like to better understand if FPDs are adequately protected by EDR remedies.

I wish you well, and remain here if you want.

Jill