

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, November 21, 2018 2:04 PM
**To:** James_Ishida@ca4.uscourts.gov <James_Ishida@ca4.uscourts.gov>
**Cc:** RL_Gregory@ca4.uscourts.gov <RL_Gregory@ca4.uscourts.gov>
**Subject:** Re: status of EDR claim

Dear James,

Thank you for your email and for your offer to meet via teleconference. I would be willing to drive to Richmond to meet with you in person, if that is considered work travel.

I have been reflecting on this situation and discussing potential next steps with my family. This situation has irreparably damaged my relationships with the Federal Defender and my colleagues, and I believe I am no longer welcome in that environment. I would appreciate the Fourth Circuit's assistance in transitioning me out of Mr. Martinez's office. I will continue to think about potential solutions and I hope to discuss them with you next week.

I appreciate your time and efforts, and I hope you have a happy Thanksgiving.

Sincerely,

▬▬▬