

From: James_Ishida@ca4.uscourts.gov <James_Ishida@ca4.uscourts.gov>
Sent: Friday, September 28, 2018 3:06 PM
To: ▮
Cc: Heather_Beam@ncwp.uscourts.gov <Heather_Beam@ncwp.uscourts.gov>
Subject: Re: Request for Counseling and Report of Wrongful Conduct

Dear ▮,

Thank you very much for your responses below. I am copying Heather on this email, which will let her know that we can proceed with one, unified investigation into the Chapter IX report of wrongful conduct (allegation of sexual harassment by JP Davis), and the alleged subsequent, related conduct by Anthony Martinez. Those allegations are contained in your grievance and request for counseling, which I will forward to Heather.

I understand that Heather will be reaching out soon to reschedule your meeting with her. Again, at the conclusion of her investigation, Heather will be submitting her report to me, not Mr. Martinez.

Please let me know if you have any questions or need anything.

Best regards,

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
804-916-2184
james_ishida@ca4.uscourts.gov