

**From:** James_Ishida@ca4.uscourts.gov <James_Ishida@ca4.uscourts.gov>
**Sent:** Monday, June 3, 2019 3:29 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** RL_Gregory@ca4.uscourts.gov <RL_Gregory@ca4.uscourts.gov>
**Subject:** INFORMATION - Actions Taken on Your Report of Wrongful Conduct

Dear ▓▓▓

I wanted to let you know that disciplinary action was taken last week as a result of your report of wrongful conduct. As we had discussed previously, I cannot reveal the nature of the action because it is a disciplinary matter. But I wanted to let you know that action was taken, and I wanted to re-emphasize that: (1) the Fourth Circuit took your report very seriously, (2) Chief Judge Gregory ordered a painstaking and exhaustive investigation into your allegations, and (3) actions were taken based on careful consideration of the investigation report.

The Fourth Circuit deeply appreciates your time and effort in this process.

Best regards,

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
804-916-2184
james_ishida@ca4.uscourts.gov