# EXHIBIT D

AO 52
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# REQUEST FOR PERSONNEL ACTION

EMPL ID 

## PART A - Requesting Office  (Also complete Part B, Items 1,7-22,32,33,36 and 39)

| 1. Actions Requested | 2. Request Number |
|---|---|
| Pay Rate Change | |

| 3. For Additional Information Call (Name and Telephone Number) | 4. Emplid |
|---|---|
| William Moormann | |

| This request is submitted with the approval of the court and is electronically signed by: | 6. Action Authorized By (Typed Name, Title, Signature, and Date) |
|---|---|
| | Anthony Martinez<br>Federal Public Defender    08-28-2018 |

## PART B - For Preparation of SF 50  (Use only codes in The Guide to Personnel Data Standards. Show all dates in month-day-year order.)

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | | | 08-20-2018 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | Pay Adjustment |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| S52 | AO 52 dated xx-xx-xxxx<br>08-28-2018 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| Research & Writing Specialist<br>PD:        Position: | Assistant Federal Public Defender<br>PD:        Position: |

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FD | FD04 | 14 | 2 | $107,319.00 | PA | UG | FD02 | 00 | 0 | $92,349.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $92,349.00 | | $107,319.00 | | $92,349.00 | | $92,349.00 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1-None   3-10 Point/Disability   5-10 Point/Other<br>2-5 Point   4-10 Point/Compensable   6-10 Point/Compensable/30% | 0-None   2-Conditional<br>3   1-Permanent   3-Indefinite | | YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| K0   Basic + Option B (2x) | 9   Not Applicable | |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF   FERS FRAE and FICA | 09-10-2014 | F   Full Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code |
|---|---|---|
| 1-Competitive Service 3-SES General<br>2   2-Excepted Service   4-SES Career Reserved | E-Exempt<br>N-Nonexempt | |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
|        GLNCW | |

| 40. Agency Data | 41. | 42. SCD LEO | 43. | 44. |
|---|---|---|---|---|
| LEI: 10-30-2017 | | | | |

| 45. Action | 46. Reason | 47. Pay Rate Deter | 48. Bud Cat | 49. Org Title Code | 50. Jobcode | 51. Paygroup |
|---|---|---|---|---|---|---|
| PAY | CPP | Regular Rt | | 0000 | | |

## PART C - Reviews and Approvals  (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | 1. Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. Requestor | William Moormann | 08-28-2018 | D. | | |
| B. Approver | Anthony Martinez | 08-28-2018 | E. | | |
| C. | | | F. | | |

CONTINUED ON REVERSE SIDE     OVER     Editions Prior to 7/91 Are Not Usable After 6/30/93

JB

Case 1:20-cv-00066-WGY   Document 60-5   Filed 08/17/20   Page 2 of 3

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                              PAR Number: ▓▓▓▓▓▓

## PART D - Remarks by Requesting Office

## PART E - Employee Resignation/Retirement

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits.
   Please be specific and avoid generalizations.
   Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address | (Number, Street, City, State, ZIP Code) |
|---|---|---|---|---|
|  |  |  |  |  |

## PART F - Remarks for SF 50