# EXHIBIT F

# JUDICIARY SALARY PLAN
## Rest of the United States - Table RUS
## 15.95% Locality Payment Included
## Effective January 6, 2020

| Grade | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $22,660 | $23,420 | $24,173 | $24,922 | $25,676 | $26,117 | $26,861 | $27,612 | $27,642 | $28,347 |
| 2 | $25,479 | $26,085 | $26,929 | $27,642 | $27,953 | $28,775 | $29,597 | $30,419 | $31,242 | $32,064 |
| 3 | $27,800 | $28,727 | $29,653 | $30,579 | $31,506 | $32,432 | $33,359 | $34,285 | $35,212 | $36,138 |
| 4 | $31,208 | $32,248 | $33,288 | $34,328 | $35,368 | $36,408 | $37,448 | $38,488 | $39,529 | $40,569 |
| 5 | $34,916 | $36,080 | $37,244 | $38,408 | $39,573 | $40,737 | $41,901 | $43,065 | $44,229 | $45,393 |
| 6 | $38,921 | $40,218 | $41,516 | $42,813 | $44,111 | $45,408 | $46,706 | $48,003 | $49,301 | $50,598 |
| 7 | $43,251 | $44,692 | $46,133 | $47,574 | $49,016 | $50,457 | $51,898 | $53,339 | $54,781 | $56,222 |
| 8 | $47,899 | $49,496 | $51,092 | $52,689 | $54,285 | $55,882 | $57,479 | $59,075 | $60,672 | $62,269 |
| 9 | $52,905 | $54,668 | $56,432 | $58,195 | $59,959 | $61,723 | $63,486 | $65,250 | $67,013 | $68,777 |
| 10 | $58,260 | $60,202 | $62,145 | $64,087 | $66,029 | $67,971 | $69,913 | $71,855 | $73,798 | $75,740 |
| 11 | $64,009 | $66,143 | $68,276 | $70,409 | $72,543 | $74,676 | $76,810 | $78,943 | $81,077 | $83,210 |
| 12 | $76,721 | $79,278 | $81,836 | $84,394 | $86,952 | $89,510 | $92,068 | $94,626 | $97,183 | $99,741 |
| 13 | $91,231 | $94,272 | $97,313 | $100,355 | $103,396 | $106,437 | $109,479 | $112,520 | $115,562 | $118,603 |
| 14 | $107,807 | $111,400 | $114,993 | $118,587 | $122,180 | $125,773 | $129,367 | $132,960 | $136,553 | $140,146 |
| 15 | $126,810 | $131,037 | $135,265 | $139,492 | $143,720 | $147,948 | $152,175 | $156,403 | $160,630 | $164,858 |
| 16 | $148,724 | $153,682 | $158,640 | $163,598 | $168,557 | $173,515 | $178,473 | $181,500 * | $181,500 * | $181,500 * |
| 17 | $170,807 | $176,500 | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * |
| 18 | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * | $181,500 * |

* Rate limited to the rate for Level III of the Executive Schedule.