# EXHIBIT G

PAY & LEAVE PAY ADMINISTRATION
# Fact Sheet: Within-Grade Increases

## Description

Each General Schedule (GS) grade has 10 steps. Within-grade increases (WGIs) or step increases are periodic increases in a GS employee's rate of basic pay from one step of the grade of his or her position to the next higher step of that grade.

## Earning Within-Grade Increases

Employees who occupy permanent positions earn WGIs upon meeting the following three requirements established by law:

- The employee's performance must be at an acceptable level of competence. To meet this requirement, an employee's most recent performance rating of record must be at least Level 3 ("Fully Successful" or equivalent).
- The employee must have completed the required waiting period for advancement to the next higher step.
- The employee must not have received an "equivalent increase" in pay during the waiting period. (See 5 CFR 531.407.)

## Permanent Positions

WGIs apply only to GS employees occupying permanent positions. "Permanent position" means a position filled by an employee whose appointment is not designated as temporary and does not have a definite time limitation of 1 year or less. "Permanent position" includes a position to which an employee is promoted on a temporary or term basis for at least 1 year.

## Required Waiting Periods

For employees with a scheduled tour of duty, the required waiting periods established by law for advancement to the next higher step are as follows:

| Advancement from… | Requires… |
|---|---|
| step 1 to step 2 | 52 weeks of creditable service in step 1 |
| step 2 to step 3 | 52 weeks of creditable service in step 2 |
| step 3 to step 4 | 52 weeks of creditable service in step 3 |
| step 4 to step 5 | 104 weeks of creditable service in step 4 |
| step 5 to step 6 | 104 weeks of creditable service in step 5 |
| step 6 to step 7 | 104 weeks of creditable service in step 6 |
| step 7 to step 8 | 156 weeks of creditable service in step 7 |

| Advancement from… | Requires… |
|---|---|
| step 8 to step 9 | 156 weeks of creditable service in step 8 |
| step 9 to step 10 | 156 weeks of creditable service in step 9 |

## References

- 5 U.S.C. 5335
- 5 CFR part 531, subpart D
- [Questions and Answers on General Schedule Within-Grade Increases](#)
- [Pay and Leave Page](#)