# EXHIBIT J

Federal Employee Compensation Package

https://www.opm.gov/policy-data-oversight/pay-leave/pay-administration...

**U.S. OFFICE OF PERSONNEL MANAGEMENT**

PAY & LEAVE PAY ADMINISTRATION

# Federal Employee Compensation Package: It's More than Just Salary

You're making a great choice when you choose a career with the Federal Government. You will find our comprehensive compensation and benefits package to be competitive. As a Federal employee, you and your family have access to a range of benefits that are designed to make your career rewarding while at the same time enabling you to balance work and family needs.

Agencies have the flexibility to tailor compensation and benefits packages to be competitive with other employers. Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time, or intermittent. Contact the hiring agency for more information on the specific compensation and benefits offered.

## Compensation

- **Salary** — The Federal Government offers competitive base pay, with most positions using the General Schedule (GS) pay system.  Some highly-competitive jobs, such as entry-level IT specialists, provide higher special pay rates.
- **Federal Student Loan Repayment** — Agencies may help repay your Federally-insured student loans up to a maximum of $10,000 a year or a $60,000 lifetime maximum.
- **Incentives and Awards** — In addition to salary, your hiring agency may offer monetary recruitment, relocation, or retention incentives and performance awards.

## Leave and Workplace Flexibilities

- **Alternative Work Schedules** — Maintain valuable contributions to your work group while meeting your personal needs by operating on a non-traditional work schedule.
- **Vacation, Personal and Sick Time** — Enjoy paid and non-paid time off through our generous leave programs. You may also qualify for a higher leave accrual rate because of your non-federal work experience or uniformed service.
- **Telework** — The Federal Government is a leader in the use of innovative workplace arrangements like telework.

## Additional Benefits

- 10 Paid Holidays
- Child Care Subsidies
- Child Care Workplace Flexibilities
- Commuter Subsidies
- Continuing Education and Professional Development
- Dental and Vision Insurance
- Elder Care Workplace Flexibilities
- Employee Assistance and Referral
- Flexible Spending Accounts

1 of 2

8/14/2020, 9:02 AM

- [Health Insurance](#)
- [Leave to Care for Family Members](#)
- [Life Insurance](#)
- [Long-Term Care Insurance](#)
- [Pay and Leave Flexibilities](#)
- [Reasonable Accommodations](#)
- [Retirement Benefits](#)
- [Volunteer Activities/Community Service](#)