# EXHIBIT L

# Private Assigned Counsel Rates
## Updated December 1, 2018

| Case Type | 2008 - 2011 | 2011 - 2017 | 2017 Rates | 2018 Rates | Effective Date for Current Rate |
|---|---|---|---|---|---|
| Cases in which the highest charge against the defendant or juvenile was a non-potentially capital Class A-D felony, whether resolved in District or Superior Court, and satellite based monitoring "bring back" hearings | $75 | $70 | $75 | $75 | Cases finally disposed on or after November 1, 2017 |
| All other cases resolved in Superior Court | $75 | $60 | $60 | $60 | Case finally disposed after December 1, 2018 |
| Cases in which the highest charge against the defendant was a Class E-I felony, whether resolved in District or Superior Court, and felony probation violations | $75 | $55 | $55 | $60 | Case finally disposed after December 1, 2018 |
| Cases in which the highest charge against the juvenile was a Class E-I felony | $75 | $55 | $55 | $60 | Case finally disposed after December 1, 2018 |
| All other cases resolved in District Court | $75 | $55 | $55 | $55 | Cases in which counsel accepted appointment on or after May 2, 2011; in addition, for all abuse, neglect, dependency, termination of parental rights, and child support contempt cases, all work done on or after July 1, 2011 |
| Competency cases | $75 | $55 | $55 | $55 | Cases in which counsel accepted appointment on or after May 2, 2011 |
| Non-capital appeals and non-capital post-conviction where the most serious conviction was a Class A-D felony, and appeals of satellite based monitoring hearings | $75 | $70 | $75 | $75 | Cases where the "Date of Last Appellate Ruling" is November 1, 2017 or later and MARs finally disposed after November 1, 2017 |
| All other non-capital appeals and non-capital post-conviction | $75 | $60 | $60 | $60 | Cases in which counsel accepted appointment on or after May 2, 2011 |
| Parole and post-release supervision revocation hearings | $75 | $60 | $60 | $60 | Cases in which counsel accepted appointment on or after May 2, 2011 |
| Potentially capital cases at the trial level | $95 when proceeding as potentially capital case; $85 when declared non-capital | $85 when proceeding as potentially capital case; $75 when declared non-capital | $85 when proceeding as potentially capital case; $75 when declared non-capital | $85 when proceeding as potentially capital case; $75 when declared non-capital | Cases in which counsel accepted appointment on or after May 2, 2011 |
| Capital cases (cases declared capital at a Rule 24 hearing) | $95 | $85 | $90 | $90 | All work done on or after November 1, 2017 |
| Capital appeals | $95 | $85 | $90 | $90 | All work done on or after November 1, 2017 |
| Capital post-conviction | $95 | $85 | $90 | $90 | All work done on or after November 1, 2017 |
| Annual status reviews following a finding of not guilty by reason of insanity | $75 | $70 if underlying highest charge was Class A-D felony; $60 for all other cases | $75 if underlying highest charge was Class A-D felony; $60 for all other cases | $75 if underlying highest charge was Class A-D felony; $60 for all other cases | All cases in which counsel accepted appointment on or after May 2, 2011; for all other cases, all work done on or after July 1, 2011 |