IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )     Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |

## PLAINTIFF'S MOTION TO SEAL

On behalf of Plaintiff Jane Roe ("Roe"), the undersigned counsel hereby moves the Court for leave to file her reply to "Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment" under seal pursuant to Local Rule 6.1(c). In conjunction with this Motion, Roe will file her reply under seal. *See* LCvR 6.1(d).

In support of this Motion, Roe shows the following:

1. On October 2, 2020, the official capacity and entity defendants filed an untimely opposition response to Roe's partial motion for summary judgment. ECF No. 78.

2. On October 3, 2020, the attachments to defendants' opposition response were sealed.

3. On October 5, 2020, the opposition response memorandum was sealed.

4. As of October 9, 2020, the date of this filing, defendants' opposition response, including the memorandum and attachments, remains sealed.

5. Pursuant to Local Rule 7.1(e), Roe's reply directly responds to defendants' opposition response memorandum and attachments. *See* LCvR 6.1(c)(1) (requiring "[a] non-

1

confidential description of the material sought to be sealed"). Therefore, Roe will file her reply, which discusses the contents of defendants' sealed opposition response, under seal. *See* LCvR 6.1(c)(2), (4).

6. Pursuant to Local Civil Rule 7.1(b), the undersigned has consulted with defendants' Counsel before filing this Motion. Defendants' Counsel responded to Plaintiff's request to seal as follows: "Defendants do not oppose Plaintiff filing her reply under seal, but reserve the right to move to unseal the reply if and when Defendants' opposition brief's restrictive viewing is removed. Defendants also note that they do not agree with certain of the representations in Plaintiff's motion."

WHEREFORE the undersigned hereby moves the Court for leave to seal Roe's reply to defendants' opposition response.

This the 9th day of October, 2020.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Gill P. Beck at Gill.Beck@usdoj.gov

    Joshua M. Kolsky at Joshua.kolsky@usdoj.gov

    Shannon Sumerall Spainhour at mss@dhwlegal.com

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com