IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) |

## PLAINTIFF'S MOTION TO STRIKE
## DEFENDANTS' SUMMARY JUDGMENT RESPONSES

Plaintiff Jane Roe ("Roe"), by and through her attorney, hereby moves to strike defendants' responses in opposition to her motions for partial summary judgment, including their memoranda of law, declarations, and exhibits.

As set forth in the accompanying memorandum of law, defendants' responses (including the individual capacity defendants' forthcoming response) should be disregarded because defendants failed to properly address Roe's factual assertions, or support their own factual assertions, as required under Fed. R. Civ. P. 56(e). Specifically, defendants' summary judgment responses (1) rely on materials they did not disclose in discovery, (2) are untimely, and (3) result in prejudice to Roe. For these reasons, the Court should strike defendants' responses, deem Roe's statement of material facts admitted, and grant her summary judgment because her "motion[s] and supporting materials—including the facts considered undisputed—show that [she] is entitled to it." *Id.*

1

This the 16th day of October, 2020.

>Respectfully Submitted,
>
>*/s/ Cooper Strickland*
>Cooper Strickland
>N.C. Bar No. 43242
>P.O. Box 92
>Lynn, NC 28750
>Tel. (828) 817-3703
>cooper.strickland@gmail.com
>
>Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Gill P. Beck at Gill.Beck@usdoj.gov

    Joshua M. Kolsky at Joshua.kolsky@usdoj.gov

    Shannon Sumerall Spainhour at mss@dhwlegal.com

                                              */s/ Cooper Strickland*
                                               Cooper Strickland
                                               N.C. Bar No. 43242
                                               P.O. Box 92
                                               Lynn, NC 28750
                                               Tel. (828) 817-3703
                                               cooper.strickland@gmail.com