IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
|     *Plaintiff*, | ) ) ) ) |
| v. | )   Civil No. 1:20-cv-00066-WGY |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
|     *Defendants*. | ) ) ) |

## NOTICE OF PLAINTIFF'S AMENDED MOTION TO STRIKE DEFENDANTS' SUMMARY JUDGMENT RESPONSES

Plaintiff Jane Roe ("Roe"), by and through her attorney, hereby notifies the Court of Plaintiff's Amended Motion to Strike Defendants' Summary Judgment Responses. Because Roe's requested relief—summary judgment in her favor—would be dispositive, *see* ECF No. 87, Roe did not believe her Motion to Strike required consultation with defendants' counsel under Local Civil Rule 7.1(b). However, out of an abundance of caution, Roe's counsel conferred with Defendants' counsel prior to filing this Amended Motion to Strike. Defendants' Counsel stated that Defendants oppose Plaintiff's Motion to Strike and Amended Motion to Strike.

Contemporaneously with this notice, Roe has filed an Amended Motion to Strike Defendants' Summary Judgment Responses. Pursuant to Fed. R. Civ. P. 10(c), Roe incorporates by reference her previously filed supporting memorandum of law. ECF No. 87-1.

This the 19th day of October, 2020.

                                          Respectfully Submitted,

                                          */s/ Cooper Strickland*
                                          Cooper Strickland

N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Gill P. Beck at Gill.Beck@usdoj.gov

    Joshua M. Kolsky at Joshua.kolsky@usdoj.gov

    Shannon Sumerall Spainhour at mss@dhwlegal.com

                                       */s/ Cooper Strickland*
                                       Cooper Strickland
                                       N.C. Bar No. 43242
                                       P.O. Box 92
                                       Lynn, NC 28750
                                       Tel. (828) 817-3703
                                       cooper.strickland@gmail.com

3

Case 1:20-cv-00066-WGY  Document 88  Filed 10/19/20  Page 3 of 3