IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) |

**PLAINTIFF'S AMENDED MOTION TO STRIKE
DEFENDANTS' SUMMARY JUDGMENT RESPONSES**

Plaintiff Jane Roe ("Roe"), by and through her attorney, hereby moves to strike defendants' responses in opposition to her motions for partial summary judgment, including their memoranda of law, declarations, and exhibits.

As set forth in the accompanying memorandum of law, ECF No. 87-1, defendants' responses (including the individual capacity defendants' forthcoming response) should be disregarded because defendants failed to properly address Roe's factual assertions, or support their own factual assertions, as required under Fed. R. Civ. P. 56(e). Specifically, defendants' summary judgment responses (1) rely on materials they did not disclose in discovery, (2) are untimely, and (3) result in prejudice to Roe. For these reasons, the Court should strike defendants' responses, deem Roe's statement of material facts admitted, and grant her summary judgment because her "motion[s] and supporting materials—including the facts considered undisputed—show that [she] is entitled to it." *Id.*

1

Prior to filing this Amended Motion to Strike, Roe's counsel conferred with Defendants' counsel. Defendants' Counsel stated that Defendants oppose Plaintiff's Motion to Strike and Amended Motion to Strike.

This the 19th day of October, 2020.

                Respectfully Submitted,

                */s/ Cooper Strickland*
                Cooper Strickland
                N.C. Bar No. 43242
                P.O. Box 92
                Lynn, NC 28750
                Tel. (828) 817-3703
                cooper.strickland@gmail.com

                Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Gill P. Beck at Gill.Beck@usdoj.gov

    Joshua M. Kolsky at Joshua.kolsky@usdoj.gov

    Shannon Sumerall Spainhour at mss@dhwlegal.com

    */s/ Cooper Strickland*
    Cooper Strickland
    N.C. Bar No. 43242
    P.O. Box 92
    Lynn, NC 28750
    Tel. (828) 817-3703
    cooper.strickland@gmail.com

3

Case 1:20-cv-00066-WGY   Document 90   Filed 10/19/20   Page 3 of 3