# Elizabeth Barton

| | |
|---|---|
| **From:** | Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov> |
| **Sent:** | Thursday, October 22, 2020 9:11 AM |
| **To:** | Elizabeth Barton |
| **Cc:** | Beck, Gill (USANCW) |
| **Subject:** | Roe v. USA; 1:20cv66 #1 |
| **Attachments:** | A -- Moormann Declaration COMPLETE_REDACTED.pdf; Response to Partial SJ Motion FINAL.pdf |

**CAUTION - EXTERNAL:**

Elizabeth,

We have now ensured and Plaintiff's counsel has reviewed each of the documents for redactions. We will need to send you the Memorandum in Response to the Partial Summary Judgment Motion – Doc. #78 as well as each of the exhibits (lettered A through F) to replace the existing filed versions. Please note, there were not any changes to Exhibits D, E and F. I will send those to you so you will have the complete document 78 filing. I will have to do multiple emails because of the size of each file.

Attached is the Memorandum in Response and Exhibit A.

Will you be generating a new NEF?

Debbie Gaddy
Paralegal Specialist
U.S. Attorney's Office
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801
(828) 259-0656 (direct)
(828) 271-4327 (fax)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.