IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

JANE ROE,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

## DECLARATION OF LEE ANN BENNETT

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am Lee Ann Bennett, the Administrative Office of the United States Courts' (AO) Deputy Director.

2. In my role as Deputy Director, the AO's Office of the General Counsel, the Office of Fair Employment Practices, and the Defender Services Office report to me.

3. Around August 2018, I became aware that the then Fair Employment Practices Officer was actively working with Plaintiff to obtain Plaintiff's employment demands surrounding allegations of sexual harassment by a co-worker, while also contacting, directly or indirectly, Plaintiff's employer. This was creating confusion and concern as to whether Plaintiff's employer was being informed of its legal rights and potential liabilities separate and apart from any of Plaintiff's demands. Accordingly, with my consent, the Office of the General Counsel and the Office of Fair Employment Practices agreed that the Office of General Counsel would be the sole AO office responsible for advising Plaintiff's **employer** of its legal rights and responsibilities.

4. I am not aware of anyone at the AO directing the Office of Fair Employment Practices not to speak to Plaintiff.

Date: October 21, 2020

GOVERNMENT EXHIBIT

*Lee Ann Bennett*

_____

Lee Ann Bennett
Administrative Office of the United States Courts
Deputy Director