DAILY CARTOON

# DAILY CARTOON: SATURDAY, OCTOBER 6TH

By Barry Blitt

October 6, 2018



Buy New Yorker Cartoons »

*Barry Blitt, a cartoonist and an illustrator, has contributed to The New Yorker since 1992. In 2020, he won the Pulitzer Prize for editorial cartooning.*

More: **Cartoons** **Humor** **Satire** **Brett Kavanaugh** **Supreme Court**

Case 1:20-cv-00066-WGY   Document 95-1   Filed 10/26/20   Page 2 of 2