# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAORLINA
## ASHEVILLE DIVISION
## CASE NUMBER 1:20CV66

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of Defendants United States of America, Judicial Conference of the United States, Administrative Office of the United States Courts, United States Court of Appeals for the Fourth Circuit, Judicial Council of the Fourth Circuit, the Federal Public Defender's Office, Chief Judge Roslynn R. Mauskopf in her official capacity, Director James C. Duff in his official capacity, Federal Public Defender Anthony Martinez in his official capacity, General Counsel Sheryl L. Walter in her official capacity, Chief Judge Roger L. Gregory in his official capacity, and James N. Ishida, in his official capacity.

RACHAEL WESTMORELAND
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20001
Tel: (202) 514-1280
Fax: (202) 616-8470
E-mail: rachael.westmoreland@usdoj.gov

1

This the 13th day of November, 2020.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Rachael L. Westmoreland*

RACHAEL WESTMORELAND
Trial Attorney (GA Bar No. 539498)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20001
Tel: (202) 514-1280
Fax: (202) 616-8470
E-mail: rachael.westmoreland@usdoj.gov