# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JANE ROE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00066-WGY |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA; | ) | |
| JUDICIAL CONFERENCE OF THE | ) | |
| UNITED STATES; | ) | |
| UNITED STATES COURT OF APPEALS | ) | |
| FOR THE FOURTH CIRCUIT; | ) | |
| JUDICIAL COUNCIL OF THE FOURTH | ) | |
| CIRCUIT; | ) | |
| THE HON. ROSLYNN R. MAUSKOPF, | ) | |
| Chair of the Judicial Conference Committee | ) | |
| on Judicial Resources; | ) | |
| ADMINISTRATIVE OFFICE OF THE | ) | |
| UNITED STATES COURTS; | ) | |
| JAMES C. DUFF, | ) | |
| Director of the Administrative Office of the | ) | |
| United States Courts; | ) | |
| SHERYL L. WALTER, | ) | |
| in her individual capacity; | ) | |
| JOHN DOE(S), | ) | |
| c/o Office of the General Counsel for the | ) | |
| Administrative Office of the United States | ) | |
| Courts; | ) | |
| THE HON. ROGER L. GREGORY, | ) | |
| Chief Judge of the Fourth Circuit; | ) | |
| JAMES N. ISHIDA, | ) | |
| Circuit Executive of the Fourth Circuit and | ) | |
| as Secretary of the Judicial Council of the | ) | |
| Fourth Circuit; | ) | |
| ANTHONY MARTINEZ, | ) | |
| Federal Public Defender for the Western | ) | |
| District of North Carolina, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 30, 2020 Memorandum & Order.

Signed: December 30, 2020

Frank G. Johns, Clerk
United States District Court