## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

### ASHEVILLE DIVISION

| | | |
|---|---|---|
| **JANE ROE,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Civil No. 1:20-cv-00066-WGY** |
| | ) | |
| **UNITED STATES OF AMERICA,** *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff Jane Roe hereby appeals to the United States Court of Appeals for the Fourth Circuit from (1) this Court's order and judgment of December 30, 2020 dismissing Roe's claims (ECF Nos. 102, 103) (2) this Court's order of January 29, 2021 denying Roe's motion for reconsideration (Entry Order Dated Jan. 29, 2021), and (3) all other orders, holdings, or rulings that are related to or encompassed by those orders.  *See* Fed. R. App. P. 4(a)(1)(B)(i)–(iv) (notice of appeal "may be filed by any party within 60 days after entry of the judgment or order appealed from" if the United States or a federal agency or officer is a party); Fed. R. App. P. 4(a)(4)(A)(iv) (where a motion "to alter or amend the judgment under Rule 59" is timely filed, "the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion").

This the 29th day of March, 2021.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242

1

P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March, 2021, I will electronically file the foregoing with

the Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to the following:

      Gill P. Beck at Gill.Beck@usdoj.gov

      Joshua M. Kolsky at Joshua.kolsky@usdoj.gov

      Rachael Westmoreland at rachael.westmoreland@usdoj.gov

      Shannon Sumerall Spainhour at mss@dhwlegal.com


                        */s/ Cooper Strickland*
                        Cooper Strickland
                        N.C. Bar No. 43242
                        P.O. Box 92
                        Lynn, NC 28750
                        Tel. (828) 817-3703
                        cooper.strickland@gmail.com

                        Counsel for Plaintiff