# Cooper Strickland

Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

**Via E-Filing**

March 30, 2021

Patricia S. Connor, Clerk of Court
c/o Case Manager in *Roe v. United States*, No. _____
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

      RE:  <u>Record on Appeal in Roe v. United States, No. \_\_\_\_.</u>

Dear Ms. Connor:

      I represent the appellant in the above-captioned case. Please be advised that I have raised issues concerning sealed information with opposing counsel that are yet to be resolved and involve the record on appeal. *See* Fourth Cir. Loc. R. 31(b).

Respectfully,

<u>/s/ Cooper Strickland</u>
Cooper Strickland

Counsel for Appellant