FILED:  June 4, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1346
(1:20-cv-00066-WGY)

_____

JANE ROE

        Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; JUDICIAL CONFERENCE OF THE
UNITED STATES; ROSLYNN R. MAUSKOPF, The Hon., in her official
capacity as Chair of the Judicial Conference Committee on Judicial Resources;
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; JAMES C.
DUFF, in his official capacity as Director of the Administrative Office of the
United States Courts; SHERYL L. WALTER, in her individual capacity; JOHN
DOE(S), c/o Office of the General Counsel for the Administrative Office of the
United States Courts; UNITED STATES COURT OF APPEALS FOR THE
FOURTH CIRCUIT; JUDICIAL COUNCIL OF THE FOURTH CIRCUIT;
ROGER L. GREGORY, The Hon., in his individual capacity and his official
capacity a Chief Judge of the Fourth Circuit and as Chair of the Judicial Council
of the Fourth Circuit; JAMES N. ISHIDA, in his individual capacity and his
official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the
Judicial Council of the Fourth Circuit; ANTHONY MARTINEZ, in his individual
capacity and his official capacity as Federal Public Defender of the Federal Public
Defender for the Western District of North Carolina

        Defendants - Appellees

_____

O R D E R

_____

Appellant has filed a stipulated motion to unseal a name that was redacted

from the Defendants' Memorandum of Law in Support of Motion to Dismiss the

Complaint, Exhibit C, March 11, 2019, Email Message, *Roe v. United States*, No.

1:20-cv-66 (W.D.N.C.), ECF 43-3.  The parties agree that the name previously

redacted from line 5 of the message text should be included in the public record on

appeal.

The court grants the motion.  A copy of ECF 43-3 following unsealing of the

name in line 5 of the message text is attached to this order.  The clerk shall

transmit a copy of this order and attachment to the clerk of the district court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

**From:**
**To:**            James_Ishida@ca4.uscourts.gov
**Subject:**        EDR Claim (Chapter X)
**Date:**           Monday, March 11, 2019 9:11:05 AM

Dear James,

I hope you are doing well. I wanted to let you know that I have accepted a clerkship with Judge ▮▮▮. Although I am saddened to no longer be a federal defender, I am honored for this opportunity and I very much appreciate the Fourth Circuit's assistance in helping me reach the best possible outcome under the circumstances. I am also extremely grateful for the Fourth Circuit's support in being considered for a potential placement in Judge Rushing's chambers. These opportunities will allow me a fresh start while saving my reputation and the hard work I have put into building my career. Given these circumstances, I no longer wish to pursue the Chapter X portion of my EDR claim.

Thank you again for your time and attention to this matter. I would appreciate it if you would also forward my appreciation and thanks to Chief Judge Gregory.

Respectfully,