FILED: April 26, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1346
(1:20-cv-00066-WGY)

_____

CARYN DEVINS STRICKLAND

       Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; JUDICIAL CONFERENCE OF THE
UNITED STATES; BRIAN STACY MILLER, The Hon., in his official capacity
as Chair of the Judicial Conference Committee on Judicial Resources;
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS;
ROSLYNN R. MAUSKOPF, The Hon., in her official capacity as Director of the
Administrative Office of the United States Courts; SHERYL L. WALTER, in her
individual capacity; JOHN DOE(S), c/o Office of the General Counsel for the
Administrative Office of the United States Courts; UNITED STATES COURT
OF APPEALS FOR THE FOURTH CIRCUIT; JUDICIAL COUNCIL OF THE
FOURTH CIRCUIT; ROGER L. GREGORY, The Hon., in his individual
capacity and his official capacity a Chief Judge of the Fourth Circuit and as Chair
of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his
individual capacity and his official capacity as Circuit Executive of the Fourth
Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G.
BAKER, Federal Public Defender, in his official capacity as Federal Public
Defender of the Federal Public Defender for the Western District of North
Carolina; FEDERAL PUBLIC DEFENDER FOR THE WESTERN DISTRICT
OF NORTH CAROLINA; ANTHONY MARTINEZ, in his individual capacity

       Defendants - Appellees

-------------------------------

MEMBERS OF CONGRESS

      Amicus Curiae

LEGAL MOMENTUM; NATIONAL WOMEN'S LAW CENTER; THE PURPLE CAMPAIGN AND 42 ADDITIONAL ORGANIZATIONS; NAMED AND UNNAMED CURRENT AND FORMER EMPLOYEES OF THE FEDERAL JUDICIARY WHO WERE SUBJECT TO OR WITNESSED MISCONDUCT; AZIZ HUQ; ERWIN CHEMERINSKY

      Amici Supporting Appellant

_____

J U D G M E N T

_____

    In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

    This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                    /s/ PATRICIA S. CONNOR, CLERK