IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE OFFICIAL CAPACITY DEFENDANTS (ECF No. 60)**

Plaintiff Caryn Devins Strickland,[1] by and through her attorneys, respectfully requests leave to file a Supplemental Memorandum in Support of Her Motion for Partial Summary Judgment Against the Official Capacity Defendants ("Supplemental Memorandum"), a copy of which is attached hereto. This Motion is being filed in order to provide the court with further analysis of the issues in Strickland's motion for partial summary judgment against the official capacity defendants (ECF No. 60) in light of the Fourth Circuit's ruling of April 26, 2022.

---

[1] While this case was pending on appeal, Strickland informed the Court of Appeals of her intent to proceed under her own name. Strickland respectfully requests that the docket be amended accordingly.

1

Prior to filing this motion, Strickland conferred with Defendants' counsel pursuant to Local Civil Rule 7.1(b). Defendants' counsel were unable to provide a position on the motion as of the time of this filing.

This the 21st day of June, 2022.

Respectfully Submitted,

*/s/ Jeannie Suk Gersen*

Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gill P. Beck at Gill.Beck@usdoj.gov

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

>*/s/ Cooper Strickland*
>Cooper Strickland
>N.C. Bar No. 43242
>P.O. Box 92
>Lynn, NC 28750
>Tel. (828) 817-3703
>cooper.strickland@gmail.com