IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| Plaintiff, ) | |
| v. ) | NOTICE OF WITHDRAWAL |
| UNITED STATES OF AMERICA, et al., ) | |
| Defendants. ) | |

NOW COMES THE United States Attorney Dena J. King, through the undersigned, and provides notice that Assistant United States Attorney Gill P. Beck hereby withdraws his appearance as counsel on behalf of all Defendants in this case and that the Defendants will continue to be represented by Joshua M. Kolsky, U.S. Department of Justice, Federal Programs Branch.

This the 29th day of June, 2022.

Respectfully submitted,

**DENA J. KING**
United States Attorney

s/Gill P. Beck
**GILL P. BECK**
Assistant United States Attorney
N.C. State Bar No. 13175
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Phone: (828) 271-4661
Fax: (828) 271-4327
Email: Gill.Beck@usdoj.gov