IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066-WGY |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Caryn Devins Strickland respectfully requests that this court enter a preliminary injunction ordering Defendants to compensate her for her lost earnings while this litigation is pending. This court should expeditiously grant relief because Strickland is likely to succeed on the merits of her claims, she will suffer irreparable harm without immediate relief, and the other preliminary injunction factors are met, as discussed in the accompanying memorandum of law.

Prior to filing this motion, Strickland's counsel conferred with Defendants' counsel pursuant to Local Civil Rule 7.1(b). Defendants' counsel stated that Defendants oppose this motion.

This the 27th day of July, 2022.

Respectfully Submitted,

*/s/ Jeannie Suk Gersen*

1

Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com