IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066-WGY |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## MOTION TO CLARIFY STATUS OF PRO HAC VICE ADMISSION

Plaintiff Caryn Devins Strickland respectfully requests that this court clarify whether it will allow her chosen counsel, Jeannie Suk Gersen and Philip Andonian, to appear *pro hac vice* on her behalf in this proceeding. *See* ECF Nos. 115, 128. Strickland moved for the *pro hac vice* admission of Jeannie Suk Gersen on June 21, 2022, the day the Fourth Circuit's mandate issued. ECF No. 115. This court orally granted the motion at the status conference on July 14, 2022, but no written order has been entered. As a result, Professor Gersen has been unable to receive ECF notices or register for a CM/ECF account in this case. On July 28, 2022, Professor Gersen's request to register for a CM/ECF account in the Western District of North Carolina was rejected. She was informed that "[y]our ECF filing request cannot be granted until your application to appear pro hac vice has been

1

approved. Please resubmit your request for ECF filing access upon entry of an order allowing your appearance via pro hac vice." As of the date of this filing, no order has been entered allowing Professor Gersen's appearance *pro hac vice*, and she remains unable to access CM/ECF in this case.

Similarly, Strickland moved for the admission *pro hac vice* of Philip Andonian of CalebAndonian PLLC on August 2, 2022. ECF No. 128. As of the date of this filing, no order has been entered allowing Mr. Andonian's appearance *pro hac vice*, which prevents him from registering for a CM/ECF account in the Western District of North Carolina. Under these circumstances, it is unclear whether Mr. Andonian and Professor Gersen will be allowed to represent Strickland during important upcoming events in this case, including the submission of a revised case management schedule on August 15 and the preliminary injunction hearing on September 6.

Prior to filing this motion, Strickland's counsel consulted with Defendants' counsel, who stated that Defendants do not oppose the motion to clarify.

This the 8th day of August, 2022.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750

Tel. (828) 817-3703
cooper.strickland@gmail.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

    */s/ Cooper Strickland*
    Cooper Strickland
    N.C. Bar No. 43242
    P.O. Box 92
    Lynn, NC 28750
    Tel. (828) 817-3703
    cooper.strickland@gmail.com

4

Case 1:20-cv-00066-WGY   Document 130   Filed 08/08/22   Page 4 of 4