IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

### MOTION TO RESCHEDULE SEPTEMBER 6, 2022 HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants respectfully move to reschedule the hearing on Plaintiff's Motion for Preliminary Injunction, ECF No. 125. That hearing is currently scheduled for September 6, 2022, and Defendants seek to reschedule the hearing for September 8, 2022 or sometime thereafter. Pursuant to Local Civil Rule 7.1(b)(2), the undersigned conferred with Plaintiff's counsel regarding this Motion. Plaintiff's counsel stated that Plaintiff does not oppose rescheduling the hearing for September 8 or September 9, but Plaintiff does object to rescheduling the hearing for any date beyond that week.

Good cause supports this motion. The undersigned counsel will be out of the office on long-planned annual leave from August 22, 2022 through September 5, 2022—the day immediately before the preliminary injunction hearing is currently scheduled. In order to prepare for the hearing, the undersigned counsel must, among other things, carefully review the reply brief that Plaintiff will file and confer with DOJ colleagues and clients about the various legal and factual issues raised therein. Given counsel's upcoming leave, it will be very difficult for such

preparation to occur by September 6. Moreover, the other DOJ trial attorney assigned to this matter will be out of the office the week of September 5 and therefore will be unavailable to represent Defendants at the September 6 hearing.

Accordingly, Defendants respectfully request the hearing be rescheduled for September 8 or sometime thereafter to allow sufficient time for the undersigned counsel to prepare for the hearing after his return from leave.

                                          Respectfully submitted,

                                          BRIAN D. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

s/*Joshua Kolsky*
JOSHUA M. KOLSKY
RACHAEL L. WESTMORELAND
Trial Attorneys
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Counsel for Defendants*