IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | )<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Civil No. 1:20-cv-00066-WGY<br>) |
| UNITED STATES, *et al.*, | )<br>) |
| *Defendants*. | )<br>) |

## MOTION TO STRIKE DEFENSES UNDER FED. R. CIV. P. 12(f)

Plaintiff Caryn Devins Strickland, by and through her undersigned counsel, respectfully requests that this court strike all defenses (*i.e.*, Defenses One through Eight) raised in Defendant's answer. *See* ECF No. 127. These defenses should be stricken in their entirety because they are not properly stated as affirmative or factual defenses and because they are unavailable as a matter of law.

Defendants' counsel stated that Defendants oppose this motion.

This the 15th day of August, 2022.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92

1

Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

Philip Andonian
D.C. Bar No. 490792
CALEB ANDONIAN PLLC
1156 Fifteenth Street, N.W.,
Ste. 510
Washington, D.C. 20005
Tel: (202) 787-5792
phil@calebandonian.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

    */s/ Cooper Strickland*
    Cooper Strickland
    N.C. Bar No. 43242
    P.O. Box 92
    Lynn, NC 28750
    Tel. (828) 817-3703
    cooper.strickland@gmail.com