IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,        )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
UNITED STATES OF AMERICA, et al., )
                                )
    Defendants.                 )

## DECLARATION OF JAMES ISHIDA

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am James Ishida, Circuit Executive for the United States Court of Appeals for the Fourth Circuit. I am a graduate of the University of Hawaii William S. Richardson School of Law. As Circuit Executive my duties include those defined by 28 USC § 332(e).

2. As a collateral duty, I served as the Employment Dispute Resolution ("EDR") Coordinator for the Fourth Circuit Court of Appeals during the time of Plaintiff's EDR proceeding and report of wrongful conduct. A significant part of my role as EDR Coordinator was to explain the EDR process to employees so that they clearly understood their options.

3. I had several conversations with Plaintiff while trying to assist her in my capacity as the EDR Coordinator. Many of those conversations involved discussions about the EDR process, and my goal during those conversations was to make sure Plaintiff understood the EDR process and how it would play out.

4. I recall one particular conversation in which Plaintiff expressed concern that Federal Defender Tony Martinez would be the decisionmaker in the EDR process. I informed

Plaintiff that that was incorrect. I explained to her that if she proceeded to the final stage of the EDR Plan (which involves a complaint and hearing under Chapter X, § 10 of the EDR Plan), the Chief Judge or a presiding judicial officer would handle that phase of the process, and the judge would be the decisionmaker with regard to her complaint and any remedies. I do not recall the specific date of this conversation but I know that it occurred before Plaintiff withdrew her request for mediation under Chapter X.

*James N. Ishida*
James Ishida