IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066-WGY |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Plaintiff Caryn Devins Strickland respectfully requests an extension of time of four days, or until September 2, 2022, to file her reply in support of her motion for a preliminary injunction and her reply to Defendants' response to her supplemental memorandum in support of summary judgment, both of which were filed yesterday. *See* ECF Nos. 134, 135.

Good cause supports this request. *See* Fed. R. Civ. P. 6(b) (court may extend time for "good cause"). Defendants were served with Strickland's motion for leave to file a supplemental memorandum in support of summary judgment on June 21, 2022. *See* ECF No. 116. On July 3, 2022, Defendants filed a three-page response stating that they "see little benefit to litigating Plaintiff's summary judgment motion" at this time, and alternatively requested that the court allow them to file a supplemental memorandum with further "supporting evidence"

1

within 28 days. ECF No. 121, at 2–3. At the status conference on July 14, 2022, this court granted Defendants' alternative request to file a supplemental memorandum, and it gave them more time than the 28 days they requested in their motion—specifically, five-and-a-half weeks, or until August 22, 2022—to respond. *See* Transcript of Status Conference, ECF No. 129, at 15. In addition, Defendants requested, and received, extra time to respond to Strickland's motion for a preliminary injunction, which Strickland did not oppose. *See* Entry Order Dated August 8, 2022.

By comparison, Strickland is only requesting a four-day extension to respond to both of Defendants' filings. Additional time is needed so that she can respond to their filings in a way that presents the issues clearly and concisely to aid this court's review. A modest extension would also serve the interests of basic fairness, given that Defendants were provided multiple opportunities to respond to Strickland's supplemental memorandum and a lengthy extension on their briefing. That is especially so given that no order has been entered on Strickland's requests for *pro hac vice* admission, which has impeded her counsel from receiving ECF notices for the past eight weeks.

Strickland's requested extension will not cause undue delay or prejudice. If the extension is granted, the motion for a preliminary injunction will be fully briefed by September 2, almost a full week before the hearing on September 8.

Moreover, Defendants' counsel indicated that he is on annual leave and will not be returning to the office until September 6. ECF No. 131, at 1.

For these reasons, Strickland respectfully requests that the court grant her extension request. Prior to filing this motion, Strickland's counsel conferred with Defendants' counsel pursuant to Local Rule 7.1. Defendants' counsel stated that "Defendants do not object to Plaintiff's reply in support of her motion for preliminary injunction being filed on September 2. To the extent that Plaintiff is permitted to file a reply to Defendants' response to Plaintiff's supplemental summary judgment memorandum, Defendants do not object to that reply being filed on September 2."

This the 23rd day of August, 2022.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

Philip Andonian
D.C. Bar No. 490792
CALEB ANDONIAN PLLC
1156 Fifteenth Street, N.W.,
Ste. 510
Washington, D.C. 20005
Tel: (202) 787-5792
phil@calebandonian.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com
