# EXHIBIT B

# REQUEST FOR PERSONNEL ACTION

## PART A - Requesting Office (Also complete Part B, Items 1,7-22,32,33,36 and 39)

| | |
|---|---|
| 1. Actions Requested: Position Change | 2. Request Number: 470202 |
| 3. For Additional Information Call (Name and Telephone Number): William Moormann | 4. Emplid |
| This request is submitted with the approval of the court and is electronically signed by: | 6. Action Authorized By (Typed Name, Title, Signature, and Date): Anthony Martinez, Federal Public Defender |

## PART B - For Preparation of SF 50 (Use only codes in The Guide to Personnel Data Standards. Show all dates in month-day-year order.)

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date: 08-20-2018 |
|---|---|---|---|

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 984 | Reclassification |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| S52 | AO 52 dated xx-xx-xxxx  08/16/2018 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

### 7. FROM: Position Title and Number
Research & Writing Specialist
PD: 541011  Position:

### 15. TO: Position Title and Number
Assistant Federal Public Defender
PD: 540400  Position:

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | FD | FD02 | 14 | 2 | $107,319.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $92,349.00 | $14,970.00 | $107,319.00 | |

### 14. Name and Location of Position's Organization
Charlotte NC USA

### 22. Name and Location of Position's Organization
Federal Public Defender Office
129 West Trade Street
Room 300
Charlotte NC USA

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1-None  3-10 Point/Disability  5-10 Point/Other | | 3  0-None  2-Conditional | | YES  NO |
| 2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | | 1-Permanent  3-Indefinite | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| K0  Basic + Option B (2x) | 9  Not Applicable | |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS FRAE and FICA | 09-10-2014 | F  Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code |
|---|---|---|
| 2  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E-Exempt  N-Nonexempt | |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| | Charlotte NC |

| 40. Agency Data | 41. | 42. SCD LEO | 43. | 44. |
|---|---|---|---|---|
| LEI: 10-30-2017 | WGI: 10-29-2018 | | | |

| 45. Action | 46. Reason | 47. Pay Rate Deter | 48. Bud Cat | 49. Org Title Code | 50. Jobcode | 51. Paygroup |
|---|---|---|---|---|---|---|
| POS | REL | Regular Rt | 011E | 0000 | 540400 | C04 |

## PART C - Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | 1. Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. Requestor | William Moormann | 08-16-2018 | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

**CONTINUED ON REVERSE SIDE**  OVER  Editions Prior to 7/91 Are Not Usable After 6/30/93

GOVERNMENT EXHIBIT A-10

Case 1:20-cv-00066-WGY  Document 83-2  Filed 09/02/22  Page 62 of 102

Name: ███  PAR Number: 470202

**PART D - Remarks by Requesting Office**

Should be Set at AD level 28 To be set at AD 28 Salery should remain $107,319

**PART E - Employee Resignation/Retirement**

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits.
    Please be specific and avoid generalizations.
   Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, ZIP Code) |
|---|---|---|---|
| | | | |

**PART F - Remarks for SF 50**