# EXHIBIT C

EMPLID 179180

# REQUEST FOR PERSONNEL ACTION

AO 52
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

## PART A - Requesting Office (Also complete Part B, Items 1,7-22,32,33,36 and 39)

1. Actions Requested: Pay Rate Change
2. Request Number: 475673
3. For Additional Information Call (Name and Telephone Number): William Moormann
4. Emplid: 179180

This request is submitted with the approval of the court and is electronically signed by:

6. Action Authorized By (Typed Name, Title, Signature, and Date):
Anthony Martinez
Federal Public Defender
08-28-2018

## PART B - For Preparation of SF 50 (Use only codes in The Guide to Personnel Data Standards. Show all dates in month-day-year order.)

1. Name (Last, First, Middle): Strickland, Caryn Ann Devins
2. Social Security Number: [redacted]
3. Date of Birth: [redacted]
4. Effective Date: 08-20-2018

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | Pay Adjustment |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| S52 | AO 52 dated xx-xx-xxxx 08-28-2018 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
Research & Writing Specialist
PD: 541011     Position: P1700619

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis |
|---|---|---|---|---|---|
| FD | FD04 | 14 | 2 | $107,319.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $92,349.00 | | $107,319.00 | |

14. Name and Location of Position's Organization

Federal Public Defender Office
129 West Trade Street
Room 300
Charlotte NC USA

15. TO: Position Title and Number
Assistant Federal Public Defender
PD: 540400     Position: P1700619

| 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|
| UG | FD02 | 00 | 0 | $92,349.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $92,349.00 | | $92,349.00 | |

22. Name and Location of Position's Organization

Federal Public Defender Office
129 West Trade Street
Room 300
Charlotte NC USA

## EMPLOYEE DATA

23. Veterans Preference
1-None  3-10 Point/Disability  5-10 Point/Other
2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30%

24. Tenure: 3
0-None  2-Conditional
1-Permanent  3-Indefinite

25. Agency Use:

26. Veterans Preference for RIF: YES [ ] NO [ ]

27. FEGLI: K0  Basic + Option B (2x)

28. Annuitant Indicator: 9  Not Applicable

29. Pay Rate Determinant:

30. Retirement Plan: KF  FERS FRAE and FICA

31. Service Comp. Date (Leave): 09-10-2014

32. Work Schedule: F  Full Time

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2
1-Competitive Service  3-SES General
2-Excepted Service  4-SES Career Reserved

35. FLSA Category: E-Exempt  N-Nonexempt

36. Appropriation Code:

38. Duty Station Code: FNCWXCHNCW

39. Duty Station (City-County-State or Overseas Location): Charlotte NC

40. Agency Data: LEI: 10-30-2017
41.
42. SCD LEO
43.
44.

| 45. Action | 46. Reason | 47. Pay Rate Deter | 48. Bud Cat | 49. Org Title Code | 50. Jobcode | 51. Paygroup |
|---|---|---|---|---|---|---|
| PAY | CPP | Regular Rt | 011E | 0000 | 540400 | C04 |

## PART C - Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date |
|---|---|---|
| A. Requestor | William Moormann | 08-28-2018 |
| B. Approver | Anthony Martinez | 08-28-2018 |
| C. | | |

| 1. Office/Function | Initials/Signature | Date |
|---|---|---|
| D. | | |
| E. | | |
| F. | | |

CONTINUED ON REVERSE SIDE     OVER     Editions Prior to 7/91 Are Not Usable After 6/30/93

Case 1:20-cv-00066-WGY   Document 138-3   Filed 09/02/22   Page 2 of 3

This is an 'official' document generated from the eOPF system.

Name: Strickland, Caryn Ann Devins  PAR Number: 475673

**PART D - Remarks by Requesting Office**

**PART E - Employee Resignation/Retirement**

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address | (Number, Street, City, State, ZIP Code) |
|---|---|---|---|---|
| | | | | |

**PART F - Remarks for SF 50**

This is an 'official' document generated from the eOPF system.