# EXHIBIT A

AO 78A (Rev. 10/13)

# United States Courts Appointment

**A**

U.S. District Court, Western District of Virginia
*(Name of Court)*

Judge's Staff: ✓ Yes ___ No

Caryn Devins is appointed.
*(Name of appointee - First, Middle, Last)*

Term Law Clerk | 09/01/2014 | Abingdon, VA
*(Position title)* | *(Date of entrance on duty)* | *(Duty station)*

(Vice ___ Lucas Deloach ; Sep 08/29/2014
*(Previous incumbent)* *(Mm/dd/yyyy)*

*(Signature of appointing officer)*

U.S. District Judge
*(Title of appointing officer)*

(Note: Appointing officer, please indicate the grade or level recommended 12/1 )

**B**

I do solemnly swear (or affirm) that

A. OATH OF OFFICE

I will support and defend the constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

B. AFFIDAVIT AS TO STRIKING AGAINST THE GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

D. AFFIDAVIT AS TO EMOLUMENT FROM FOREIGN OFFICE

I will not accept, nor am I accepting any present emolument, office or title, of any kind whatever, from any King, Prince, or foreign state.

E. AFFIDAVIT AS TO PERSONAL HISTORY AND EXPERIENCE AND QUALIFICATIONS STATEMENTS

The information given concerning personal history, experience and qualifications is true and correct to the best of my knowledge and belief.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 28 day of September 20 14

in Abingdon VA
*(City)* *(State)*

U.S. District Judge
*(Title of official administering the oath)*

*(Signature of official administering the oath)*

(SEAL)

(Note: The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.)

APPOINTMENT IS NOT COMPLETE UNTIL OATH OF OFFICE IS ADMINISTERED.

CPMD-SSB Received SEP 2014

This is an 'official' document generated from the eOPF system.

AO 78A (Rev. 10/13)

# United States Courts Appointment

**A**

U.S. Court of Appeals for the Second Circuit
*(Name of Court)*

Judge's Staff: ✓ Yes ___ No

Caryn Devins _____ is appointed.
*(Name of appointee - First, Middle, Last)*

Law Clerk | 09/07/2015 | Rutland, VT
*(Position title)* | *(Date of entrance on duty)* | *(Duty station)*

(Vice ___ Molly Gray ___ ; Sep ___ 08/21/2015 ___
*(Previous incumbent)* *(Mm/dd/yyyy)*

_____ | U.S. Circuit Judge
*(Signature of appointing officer)* | *(Title of appointing officer)*

(Note: Appointing officer, please indicate the grade or level recommended **JSP 13/1** )

**B**

I do solemnly swear (or affirm) that

A. **OATH OF OFFICE**
I will support and defend the constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

B. **AFFIDAVIT AS TO STRIKING AGAINST THE GOVERNMENT**
I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

C. **AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE**
I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

D. **AFFIDAVIT AS TO EMOLUMENT FROM FOREIGN OFFICE**
I will not accept, nor am I accepting any present emolument, office or title, of any kind whatever, from any King, Prince, or foreign state.

E. **AFFIDAVIT AS TO PERSONAL HISTORY AND EXPERIENCE AND QUALIFICATIONS STATEMENTS**
The information given concerning personal history, experience and qualifications is true and correct to the best of my knowledge and belief.

_____
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this __8th__ day of __September__ 20 __15__

in __Rutland__ , __Vermont__
*(City)* *(State)*

U.S. Circuit Judge
*(Title of official administering the oath)*

_____
*(Signature of official administering the oath)*

(Note: The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.)

**APPOINTMENT IS NOT COMPLETE UNTIL OATH OF OFFICE IS ADMINISTERED.**



This is an 'official' document generated from the eOPF system.

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Devins, Caryn Ann | ███ | ███ | 10/03/2016 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | Promotion |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| AO1 | Pub. L. No. 101-474 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
Judicial Fellow (AO)
PD: 030115
Position: 12463

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| PB | 0301 | 2E | 01 | $77,490.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $62,101.00 | $15,389.00 | $77,490.00 | $0 |

**14. Name and Location of Position's Organization**

Administrative Office of the United States Courts

Dept of Program Services

Supreme Court Fellows
Washington DC USA

**15. TO: Position Title and Number**
Judicial Fellow (AO)
PD: 030115
Position: 12463

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| PB | 0301 | 2F | 01 | $92,145.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $73,846.00 | $18,299.00 | $92,145.00 | $0 |

**22. Name and Location of Position's Organization**

Administrative Office of the United States Courts

Dept of Program Services

Supreme Court Fellows
Washington DC USA

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30% | 0 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 Waived | 9 Not Applicable | 0 Regular Rt |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF FERS FRAE and FICA | 09/10/2014 | F Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | X  E-Exempt  N-Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110000001 | DISTRICT OF COLUMBIA Dist Columbia DC USA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**
Position is at the full performance level.
Pay setting in accordance with the Director's memorandum of May 7, 2014.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Admin Office of the US Courts | Electronically Signed by: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| JA01 | 6001 | 10/04/2016 | Scott Daniels<br>HR Officer |

5-Part 50-316
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

This is an 'official' document generated from the eOPF system.

179 180

AO 78A (Rev. 09/15)

# United States Courts Appointment

**A**

Name of Court: US District Court Western District of North Carolina

Judge's Staff: ___ Yes ✓ No

Name of appointee (First, Middle, Last): Caryn Devins is appointed.
(Name will be on records as printed)

Position title: Research & Writting Attorney
Date of entrance on duty: 08/21/2017
Duty station: Charlotte

(Vice _____ ; Sep _____ )
(Previous incumbent)    (Mm/dd/yyyy)

(Signature of appointing officer)
Title of appointing officer: Federal Defender

(Note: Appointing officer, please indicate the grade or level recommended  14-1  )

**B**

I do solemnly swear (or affirm) that

A. OATH OF OFFICE
I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

B. AFFIDAVIT AS TO STRIKING AGAINST THE GOVERNMENT
I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE
I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

D. AFFIDAVIT AS TO EMOLUMENT FROM FOREIGN OFFICE
I will not accept, nor am I accepting any present emolument, office or title, of any kind whatever, from any King, Prince, or foreign state.

E. AFFIDAVIT AS TO PERSONAL HISTORY AND EXPERIENCE AND QUALIFICATIONS STATEMENTS
The information given concerning personal history, experience and qualifications is true and correct to the best of my knowledge and belief.

(Signature of appointee)

Subscribed and sworn (or affirmed) before me this  21  day of  August  20 17
in  Charlotte  ,  North Carolina
    (City)                           (State)

Title of official administering the oath: Anthony Martinez - Federal Public Defender

(Signature of official administering the oath)

(SEAL)

(Note: The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.)

APPOINTMENT IS NOT COMPLETE UNTIL OATH OF OFFICE IS ADMINISTERED.



This is an 'official' document generated from the eOPF system.