# EXHIBIT B

# Federal Public Defender
# Western District of North Carolina

**Charlotte Office**
129 West Trade St.
Suite 300
Charlotte, NC 28202
**Phone:** (704) 374-0720
**Fax:** (704) 375-2287

**Asheville Office**
1 Page Avenue
Suite 210
Asheville, NC 28801
**Phone:** (828) 232-9992
**Fax:** (828) 232-5575

Home | Office Info | Evoucher | CJA | Employment | Contact Us | En Español | Resources

# Charlotte Office

129 West Trade St.
Suite 300
Charlotte, NC 28202
**Phone:** (704) 374-0720
**Fax:** (704) 375-2287



**Defender**
John Baker

**Administrative Assistant to the Defender**
Holly Dixon

**First Assistant**
JP Davis - *Trial Team Leader*

**Trial Unit Chief**
Erin Taylor - *Trial Team Leader*

**Senior Litigator**
Kevin Tate - *Trial Team Leader*

**Assistant Federal Defender**
Peter Adolf
Myra Cause

Taylor Goodnight
W. Kelly Johnson
Nicole Lybrand

**Appellate Unit**
Melissa Baldwin
Ann Hester
Megan Hoffman
Jared P. Martin

**CHU Chief**
Gerald King

**Capital Habeas Unit**
Casey Crook - *Paralegal*
Kim Fuhrmeister - *Investigator*
Sarah Hewett - *Paralegal*
Stephanie Mieldon - *Investigator*
Teresa Norris - *AFD*
Gretchen Swift - *AFD*
Michelle Thompson - *Paralegal*
David Weiss - *AFD*

**Administrative Officer**
William Moormann

**Computer Systems Administrator**
Phil Likins

**Assistant Computer Systems Administrator**
Tony Hellen

**Paralegal**
Claudia Garcia
Lisa Ottens
Melisa Palmer

**Investigator**
Latorya Blackwell
Kimberly Moseff
Sylvia Summers

**Administrative Assistant**
Amanda Buckner

**Interpreter**
Martina Melendez

**Senior Legal Assistant**
Angel Acevedo
Ivette Arroyo-Becker

### Legal Assistant
Imelda Garcia

### CJA Coordinating Attorney
Tonja D. Brooks

### CJA Panel Administrator
Karen Wallace

The materials on this website are for informational purposes only and are not legal advice. You should not rely upon the materials without consulting with a lawyer. Communicating by email or otherwise does not create an attorney/client relationship with the Federal Public Defender's Office. The placement of materials on this website and links to other sites does not necessarily represent the Federal Public Defender's endorsement, or agreement with that information.