IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO POSTPONE SEPTEMBER 28, 2022 HEARING

Plaintiff Caryn Devins Strickland respectfully requests that this court postpone the summary judgment/scheduling hearing that is currently scheduled for September 28, 2022 until the Fourth Circuit has ruled on her emergency motion to stay the district court proceedings pending appeal. *See* Ex. A (motion). The Fourth Circuit has ordered an expedited briefing schedule on the emergency motion: Appellees' response is due by Tuesday, September 27, 2022, following which Strickland will file an expedited reply. Ex. B (briefing notice). Though the Fourth Circuit has ordered expedited briefing, the Court will not have complete briefing from the parties, let alone a reasonable opportunity to rule on the motion, before September 28, 2022. Further, an intercircuit panel has not yet been publicly identified for the appeal, which will necessarily delay the processing of Strickland's motion. Because it would be inappropriate, and contrary to principles

1

of judicial efficiency, to proceed on a hearing that is the subject of both a pending appeal and an emergency stay motion, Strickland requests that the hearing be postponed, at a minimum, until the Fourth Circuit has had an opportunity to rule on her motion. Defendants take no position on this motion.

This the 21st day of September, 2022.

Respectfully Submitted,

*/s/ Jeannie Suk Gersen*

Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

Philip Andonian
D.C. Bar No. 490792
CALEB ANDONIAN PLLC
1156 Fifteenth Street, N.W., Ste. 510
Washington, D.C. 20005
Tel: (202) 787-5792
phil@calebandonian.com

Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

                                         */s/ Cooper Strickland*
                                           Cooper Strickland
                                           N.C. Bar No. 43242
                                           P.O. Box 92
                                           Lynn, NC 28750
                                           Tel. (828) 817-3703
                                           cooper.strickland@gmail.com