# EXHIBIT B

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 20, 2022

_____

RESPONSE REQUESTED

_____

No. 22-1963,   <u>Caryn Strickland v. US</u>
                1:20-cv-00066-WGY

TO:     Roslynn R. Mauskopf
         Federal Public Defender for the Western District of North Carolina
         Roger L. Gregory
         Brian Stacy Miller
         United States Court of Appeals for the Fourth Circuit
         James N. Ishida
         John G. Baker
         Administrative Office of the United States Courts
         United States of America
         Judicial Conference of the United States
         Judicial Council of the Fourth Circuit
         John  Doe(s)
         Anthony  Martinez

RESPONSE DUE: 09/27/2022

Response is required to the motion for stay pending appeal and motion to disclose intercircuit-assignment records on or before 09/27/2022.

Emily Borneisen, Deputy Clerk
804-916-2704