UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

|  |  |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 1:20-00066-WGY |
| UNITED STATES, ET AL., ) | |
| ) | |
| Defendants. ) | |

YOUNG, D.J.[1]  September 22, 2022

**ORDER**

In view of the scheduling order of the United States Court of Appeals for the Fourth Circuit, the hearing scheduled for Wednesday, September 28, 2022 is continued until Wednesday, October 26, 2022 at 2:00 p.m.

While the Court is willing to entertain further such motions should that be necessary, the public interest would seem to require, see Fed. R. Civ. P. 1, that the Court address the plaintiff's motion for partial summary judgment (which the plaintiff has asked be first addressed) and the plaintiff's motion for immediate equitable relief (upon which this Court desires a prompt evidentiary hearing).

---

[1] Of the District of Massachusetts, sitting by designation.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE