IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,            )
    Plaintiff,            )
                )
v.            )
                )
UNITED STATES OF AMERICA, et al.,            )
                )
    Defendants.            )

*September 22, 2022*
*Motion allowed.*
*William A. Young*
*District Judge*

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION

On behalf of Defendants, undersigned counsel hereby moves the Court for a thirty-one day[1] extension of time to respond to Plaintiff's August 10, 2022 requests for production, from September 9, 2022 until October 10, 2022.

Good cause supports this motion. Plaintiff served Defendants with 60 individual document requests, many of which require coordination between multiple Defendants and complex electronic searches that take a substantial amount of time to plan and execute. Moreover, both lead counsel for Defendants have been on long-scheduled family vacations during the period since Plaintiff served her requests. Counsel for Defendants is also balancing deadlines in other cases, as well as preparation for the hearing on Plaintiff's motion for preliminary injunction scheduled for September 8, 2022.

For all of these reasons, the undersigned respectfully requests that the Court grant an extension of time to response to Plaintiff's August 10, 2022 requests for production until October 10, 2022.

---

[1] Defendants ask for thirty-one days rather than thirty days to avoid setting a deadline for a Sunday.

Case 1:20-cv-00066-WGY Document 141 Filed 09/02/22 Page 1 of 2

Pursuant to Local Civil Rule 7.1(b)(2), the undersigned has consulted with Plaintiff's counsel before filing this Motion. Plaintiff's counsel stated that Plaintiff's position is as follows:

> "Plaintiff objects, in part, to Defendants' extension request. Specifically, Plaintiff requests that this court order Defendants to disclose the final investigation report and record of disciplinary action (*see, e.g.*, Decl. of Martinez ¶¶ 99, 101) on or before September 9, 2022. These documents are within the scope of Plaintiff's Document Request Numbers 4 and 9, which were served on Defendants on August 10, 2022. Because Defendants have extensively relied on the investigation report and disciplinary action in their filings, *see, e.g.*, ECF Nos. 134, 135, there is neither any basis to withhold these materials nor any basis for delay in disclosing them. Regarding Plaintiff's remaining document requests, she does not object to Defendants' request for a 30-day extension."

Dated: September 2, 2022

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Rachael L. Westmoreland*
JOSHUA M. KOLSKY
RACHAEL L. WESTMORELAND (GA Bar No. 539498)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov

*Counsel for Defendants*