# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| Caryn Devins Strickland | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00066-WGY |
| United States of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Caryn Devins Strickland.

Date: 10/31/2022

/s/ Caryn Devins Strickland
*Attorney's signature*

Caryn Devins Strickland (NC54153)
*Printed name and bar number*

P.O. Box 92
Lynn, NC 28750
*Address*

caryn.strickland@outlook.com
*E-mail address*

1 (828) 388-7337
*Telephone number*

n/a
*FAX number*