IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## JOINT STATEMENT REGARDING TRIAL DATE

During the summary judgment hearing on October 31, 2022, the Court ordered the parties to confer and submit proposals regarding a potential consolidated trial date. After conferring on the matter, the parties agree that the trial date of September 2023 that was ordered by the Court during the July 2022 status conference should be maintained. A September 2023 trial date would allow the parties to adequately conduct discovery and prepare for trial, and would help ensure a fair and just resolution of this matter without undue expense or delay. *See* Fed. R. Civ. P. 1.[1]

Respectfully submitted,

*/s/ Jeannie Suk Gersen*
Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

Philip Andonian

---

[1] Plaintiff maintains her objection to the Court's denial of a separate, pre-trial hearing on her motion for preliminary injunction, and her objection to the Court delaying ruling on the preliminary injunction until September 2023.

1

D.C. Bar No. 490792
CALEB ANDONIAN PLLC
1100 H Street, N.W., Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
Email: phil@calebandonian.com

Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com


*Counsel for Plaintiff*


BRIAN D. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

s/*Joshua Kolsky*
JOSHUA M. KOLSKY
RACHAEL L. WESTMORELAND
Trial Attorneys
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov


*Counsel for Defendants*