IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:20-cv-00066 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION

The Parties move for entry of the attached proposed Stipulated Protective Order Regarding Confidential Information. In support of this Motion, the Parties respectfully state the following:

1. The Parties have agreed upon the need for a protective order regarding confidential information.

2. The Parties agree the attached Stipulated Protective Order will reasonably preserve the confidentiality of such information.

3. This Motion is made in good faith and upon good cause.

The Parties respectfully request that the Court grant this motion and enter the attached Stipulated Protective Order.

This the 14th day of November, 2022.

                                            Respectfully submitted,

                                            */s/ Philip Andonian*
                                            Philip Andonian

1

D.C. Bar No. 490792
CALEB ANDONIAN PLLC
1156 Fifteenth Street, N.W., Ste. 510
Washington, D.C. 20005
Tel: (202) 787-5792
Email: phil@calebandonian.com

Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*


BRIAN D. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/*Joshua Kolsky*
JOSHUA M. KOLSKY
RACHAEL L. WESTMORELAND
Trial Attorneys
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov


*Counsel for Defendants*