IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendants United States of America, Judicial Conference of the United States, Administrative Office of the United States Courts, United States Court of Appeals for the Fourth Circuit, Judicial Council of the Fourth Circuit, the Federal Public Defender's Office, Chief Judge Roslynn R. Mauskopf in her official capacity, Director James C. Duff in his official capacity, Federal Public Defender Anthony Martinez in his official capacity, General Counsel Sheryl L. Walter in her official capacity, Chief Judge Roger L. Gregory in his official capacity, and James N. Ishida, in his official capacity.

MADELINE M. MCMAHON
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20001
Tel: (202) 451-7722
Fax: (202) 616-8470
E-mail: madeline.m.mcmahon@usdoj.gov

Dated: November 16, 2022					Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Madeline M. McMahon*
MADELINE M. MCMAHON
Trial Attorney (DC Bar No. 1720813)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 451-7722
Fax: (202) 616-8470
E-mail: madeline.m.mcmahon@usdoj.gov