# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED ANSWER

Defendants respectfully move for a 10-day extension of time to file Defendants' reply support of their Motion for Leave to File Amended Answer, ECF No. 166, in this case. Defendants' reply is currently due on December 13, 2022, and Defendants seek an extension until December 23, 2022.

Good cause supports this motion. The requested extension of time is necessary because of various other upcoming litigation deadlines facing Defendants' counsel in this and other federal court matters. For example, Defendants' response to Plaintiff's Motion to Disclose Intercircuit Assignment Records, ECF No. 168, is due on December 16, 2022. In addition, Defendants' counsel are busy reviewing many thousands of potentially responsive documents in response to Plaintiff's voluminous documents requests in this case, and they are also preparing responses to Plaintiff's interrogatories and requests for admission. Finally, lead counsel for Defendants was out of the office on December 7 due to illness and is scheduled to be out again on December 12. Given these circumstances, additional time is necessary for counsel to draft Defendants' reply brief, and have it reviewed by the clients and within the Department of Justice.

Pursuant to Local Civil Rule 7.1(b)(2), the undersigned conferred with Plaintiff's counsel regarding this Motion. Plaintiff's counsel asked the following to be included in this Motion:

> Plaintiff opposes Defendants' request for a 10-day extension to file a reply. A 10-day extension would provide Defendants more than twice the time that is normally allowed under the local rules, and would be in excess of the 14 days that Plaintiff had to file her response to Defendants' motion. *See* LCvR 7.1(e). Given the undue delays already associated with Defendants' request to amend their Answer, providing them extra time well in excess of the deadline allowed under the local rules would prejudice Strickland with further uncertainty and delay.

Respectfully submitted,

BRIAN D. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

s/*Joshua Kolsky*
JOSHUA M. KOLSKY
MADELINE M. MCMAHON
RACHAEL L. WESTMORELAND
Trial Attorneys
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Counsel for Defendants*