

FILED
ASHEVILLE, NC
DEC 07 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# Cooper Strickland

Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

December 6, 2022

Elizabeth J. Barton
Case Management Specialist
United States District Court, NCWD
100 Otis Street, Room 309
Asheville, NC 28801

    RE: <u>Audio Files for Conventional Filing (1:20-cv-00066-WGY)</u>

Dear Ms. Barton:

Enclosed is a CD containing the twelve audio files referenced in ECF No. 170. This CD is being provided for conventional filing. Please let me know if you have any questions.

Respectfully,


/s/ Cooper Strickland
Cooper Strickland

Enclosure

cc: Hon. William G. Young







**U.S. POSTAGE PAID**
FC PKG RTL
LYNN, NC
28750
DEC 06, 22
AMOUNT
**$4.80**
R2304H109043-01

RDC 06   28801

Cooper Strickland
Attorney at Law
PO Box 92
Lynn, NC 28750



RECEIVED
ASHEVILLE, NC
DEC 07 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Elizabeth J. Barton
Case Management Specialist
United States District Court, NCWD
100 Otis Street, Room 309
Asheville, NC 28801
Attn: ECF 170, 20cv66



**USPS TRACKING® #**



9500 1155 9186 2340 3441 09