| | |
|---|---|
| **From:** | Kolsky, Joshua (CIV) |
| **To:** | Cooper Strickland; Jeannie Suk Gersen; phil@calebandonian.com |
| **Cc:** | Westmoreland, Rachael (CIV) |
| **Subject:** | Strickland v. US |
| **Date:** | Thursday, October 27, 2022 11:37:00 AM |

Counsel,

Defendants intend to file a motion for leave to file an amended answer. The amended answer includes one affirmative defense (for failure to mitigate damages) and makes revisions to Defendants' response to the allegations in paragraph 140 of the Complaint. Please let me know if Plaintiff takes a position on the motion for leave.

Best regards,

Josh

```
Josh Kolsky
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 305-7664 (phone) | (202) 616-8470 (fax)
joshua.kolsky@usdoj.gov
```