FILED: December 27, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1963
(1:20-cv-00066-WGY)

_____

CARYN DEVINS STRICKLAND

     Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; JUDICIAL CONFERENCE OF THE
UNITED STATES; BRIAN STACY MILLER, The Hon., in his official capacity
as Chair of the Judicial Conference Committee on Judicial Resources;
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS;
ROSLYNN R. MAUSKOPF, The Hon., in her official capacity as Director of the
Administrative Office of the United States Courts; SHERYL L. WALTER, in her
individual capacity; JOHN DOE(S), c/o Office of the General Counsel for the
Administrative Office of the United States Courts; UNITED STATES COURT
OF APPEALS FOR THE FOURTH CIRCUIT; JUDICIAL COUNCIL OF THE
FOURTH CIRCUIT; ROGER L. GREGORY, The Hon., in his individual
capacity and his official capacity a Chief Judge of the Fourth Circuit and as Chair
of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his
individual capacity and his official capacity as Circuit Executive of the Fourth
Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G.
BAKER, Federal Public Defender, in his official capacity as Federal Public
Defender of the Federal Public Defender for the Western District of North
Carolina; FEDERAL PUBLIC DEFENDER FOR THE WESTERN DISTRICT
OF NORTH CAROLINA; ANTHONY MARTINEZ, in his individual capacity

     Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered October 18, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*