# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| Caryn Devins Strickland | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00066-WGY |
| United States of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Caryn Devins Strickland.

Date: 01/03/2023

/s/ Olivia Warren
*Attorney's signature*

Olivia Warren (N.C. Bar # 54525)
*Printed name and bar number*

119 East Main Street
Durham, NC 27701
*Address*

warren@tfblawyers.com
*E-mail address*

(919) 682-5648
*Telephone number*

(919) 688-7251
*FAX number*