IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

*[Handwritten annotation: February 23, 2023 — Motion allowed provided that expert disclosures, if any, are to be made by June 1, 2023 and the deposition of experts, if any, must be arranged so as not to delay the September 2023 trial readiness date. William G. Young, District Judge]*

## REVISED DISCOVERY SCHEDULE

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and the Court's May 11, 2020 Order, the parties conferred on May 20, 2020 and submitted a joint statement and proposed case management schedule on May 25, 2020. ECF No. 34. During a status conference on July 14, 2022, the Court instructed the parties to conduct a second initial attorneys' conference and submit a revised case management schedule. The parties did so and submitted a revised case management schedule on August 15, 2022. ECF No. 132. The Court has not yet entered a case management order in this matter, and the parties now wish to revise their proposed schedule to provide additional time to conduct discovery. The parties' agreement to this revised discovery schedule does not affect any of the case deadlines previously entered by the Court, including the dispositive motions deadline (June 1, 2023) or the trial date (September 2023).

The parties' revised discovery schedule is as follows:

I. **Schedule for Remaining Discovery and Dispositive Motions**[1]

    a. *Completion of all non-expert discovery.* **May 1, 2023.**[2]

---

[1] The parties have already exchanged initial disclosures.
[2] The parties previously proposed that non-expert discovery be completed by March 1, 2023. ECF No. 132 at 6.

1

b. *Dispositive motions pursuant to Fed. R. Civ. P. 56.* **June 1, 2023** (set by the Court in its July 14, 2022 Minute Order).

c. *Expert Disclosures.* If expert testimony is required, the parties will exchange expert information pursuant to the default schedule in Fed. R. Civ. P. 26(a)(2)(D).[3]

## CONCLUSION

The parties respectfully request that the Court enter a case management order reflecting the parties' agreed-upon revised discovery schedule, as outlined herein.

Dated: February 22, 2023

Respectfully submitted,

/s/ *Jeannie Suk Gersen*
JEANNIE SUK GERSEN
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
Tel: (617) 496-5487
E-mail: jsuk73@gmail.com

OLIVIA WARREN
N.C. Bar No. 54525
Thomas, Ferguson & Beskind, LLP
119 East Main Street
Durham, North Carolina 27701
Tel: (919) 682-5648
E-mail: warren@tfblawyers.com

PHILIP ANDONIAN
D.C. Bar No. 490792
CALEB ANDONIAN PLLC
1100 H Street., N.W., Ste. 315
Washington, D.C. 20005

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/ *Rachael L. Westmoreland*
JOSHUA M. KOLSKY
RACHAEL L. WESTMORELAND (GA Bar No. 539498)
MADELINE M. McMAHON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov

*Counsel for Defendants*

---

[3] The parties previously proposed that Plaintiff's experts be designated, and information required by Fed. R. Civ. P. 26(a)(2) be provided by March 1, 2023; that Defendant's experts be designated, and information required by Fed. R. Civ. P. 26(a)(2) be provided by April 17, 2023. ECF No. 132. The parties also previously proposed that all experts be deposed by May 25, 2023. *Id.*

2

Tel: (202) 953-9850
E-mail: phil@calebandonian.com

COOPER STRICKLAND
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
E-mail: cooper.strickland@gmail.com

*Counsel for Plaintiff*

3

Case 1:20-cv-00066-WGY   Document 187   Filed 03/02/23   Page 3 of 3
Case 1:20-cv-00066-WGY   Document 186   Filed 02/22/23   Page 3 of 3