IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CARYN DEVINS STRICKLAND, )
)
    *Plaintiff*, )
)
v. ) Civil No. 1:20-cv-00066-WGY
)
UNITED STATES, *et al.*, )
)
    *Defendants*. )

*Handwritten annotation (March 23, 2023):* While the propriety of the assignment of judicial officers (district and circuit) to handle this case has been decided by the Fourth Circuit, the propriety of any initial sealing orders has not. Accordingly, while the motion to disclose intercircuit assignment records is denied, the plaintiff may, within 14 days of the date hereof, renew her motion to compel discovery of any records within the Western District of North Carolina evidencing orders or directions to seal any portions of the case filings in this case.

/s/ William G. Young
District Judge

## MOTION TO DISCLOSE INTERCIRCUIT ASSIGNMENT RECORDS

Plaintiff Caryn Devins Strickland respectfully requests that this Court order disclosure of all intercircuit assignment records for the district court proceeding in this case, including the certificates of necessity. Previously, Defendants disclosed the intercircuit assignment records for the selection of the circuit judges only; they did not produce any records regarding the process whereby the district court judge was selected. *See* Doc. 108, No. 21-1346 (4th Cir.). Defendants also refused to provide the district court records in discovery and have objected to their disclosure.

The intercircuit assignment records bear on the fairness and integrity of this proceeding. At the outset, Strickland's entire case was sealed *sua sponte* before a judge was designated and assigned. *See* Entry Order Dated Mar. 4, 2020 ("Case sealed at direction of Clerk pending assignment of Judge."); *see also* Entry Order Dated Mar. 3, 2020 ("Case assigned to Unassigned Judge as of date of case

1