# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION

| | | |
|---|---|---|
| **CARYN DEVINS STRICKLAND,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| **v.** | ) | **Civil No. 1:20-cv-00066-WGY** |
| | ) | |
| **UNITED STATES,** *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF HON. ROGER GREGORY

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Caryn Devins Strickland, by and through undersigned counsel, will take the deposition upon oral examination of HON. ROGER GREGORY at 9:00 a.m. on April 21, 2023 before a Notary Public or other person authorized by law to administer oaths. The deposition will take place at Butler Curwood, 140 Virginia Street, Suite 302, Richmond, VA, 23219, and will continue from day to day until its completion. The deposition will be recorded by stenographic and audio means.

You are hereby invited to attend and participate as permitted by law.

1

This the 29th day of March, 2023.

Respectfully Submitted,

*/s/ Jeannie Suk Gersen*

Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

Olivia Warren
N.C. Bar 54525
Thomas, Ferguson & Beskind, LLP
119 East Main Street
Durham, North Carolina 27701
919-682-5648
warren@tbflawyers.com

Philip Andonian
D.C. Bar No. 490792
CALEB ANDONIAN PLLC
1100 H Street, N.W., Ste. 315
Washington, D.C. 20005
202-953-9850
phil@calebandonian.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2023, a copy of the foregoing Notice of Deposition was sent via email to the individuals listed below:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline McMahon at Madeline.M.Mcmahon@usdoj.gov

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

Lawrence A Linebrink, Jr. at llinebrink@cavalier-reporting.com

Cavalier Reporting & Videography
415 4th Street, NE
Suite 4
Charlottesville, Virginia  22902

/s/ Olivia Warren
Olivia Warren

3