# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

### ASHEVILLE DIVISION

CARYN DEVINS STRICKLAND, )
)
*Plaintiff*, )
)
v. ) Civil No. 1:20-cv-00066-WGY
)
UNITED STATES, *et al.*, )
)
*Defendants*. )
)

### PLAINTIFF'S NOTICE OF INTENT TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR EMERGENCY PROTECTIVE ORDER

Plaintiff Caryn Devins Strickland, by and through her undersigned counsel, hereby notifies this Court that she intends to file a response to Defendants' motion for an "emergency protective order" to prevent the deposition of Hon. Chief Judge Roger Gregory. Plaintiff respectfully requests that the Court not rule on Defendants' motion until her response is filed.

This the 4th day of April, 2023.

Respectfully Submitted,

*/s/ Jeannie Suk Gersen*

Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138

1

617-496-5487
jsuk73@gmail.com

Olivia Warren
N.C. Bar No. 54525
Thomas, Ferguson & Beskind, LLP
119 East Main Street
Durham, North Carolina 27701
Tel: (919) 682-5648
E-mail: warren@tfblawyers.com

Philip Andonian
D.C. Bar No. 490792
Caleb Andonian PLLC
1100 H Street., N.W., Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
E-mail: phil@calebandonian.com

Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline McMahon at madeline.m.mcmahon@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

3