# EXHIBIT A

**From:** Heather Beam [heather_beam@ncwp.uscourts.gov]
**Sent:** 3/13/2019 10:55:00 AM
**To:** Frank Johns [frank_johns@ncwd.uscourts.gov]
**Subject:** Re: Fw: Pro Se Law Clerk Application

Yep - I think she would have been a true pain in the you know what. :)
Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

> Frank Johns---03/13/2019 10:45:58 AM---YEA! That one is off the chess board! From: Heather Beam/NCWP/04/USCOURTS

From: Frank Johns/NCWD/04/USCOURTS
To: Heather Beam/NCWP/04/USCOURTS@USCOURTS
Date: 03/13/2019 10:45 AM
Subject: Re: Fw: Pro Se Law Clerk Application

YEA! That one is off the chess board!



*Frank Johns*
Clerk
USDC, Western District of North Carolina
Frank_Johns@ncwd.uscourts.gov
http://www.ncwd.uscourts.gov
704.350.7400

> Heather Beam---03/13/2019 10:41:58 AM---FYI Heather Beam

From: Heather Beam/NCWP/04/USCOURTS
To: Frank Johns/NCWD/04/USCOURTS@USCOURTS
Date: 03/13/2019 10:41 AM
Subject: Fw: Pro Se Law Clerk Application

FYI
Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

----- Forwarded by Heather Beam/NCWP/04/USCOURTS on 03/13/2019 10:41 AM -----

From: Caryn Devins <caryn.devins@hotmail.com>
To: "▇▇▇▇@ncwd.uscourts.gov" <▇▇▇▇@ncwd.uscourts.gov>, "▇▇▇▇@ncwd.uscourts.gov" <▇▇▇▇@ncwd.uscourts.gov>, "▇▇▇▇@ncwd.uscourts.gov" <▇▇▇▇@ncwd.uscourts.gov>
Cc: "Heather_Beam@ncwp.uscourts.gov" <Heather_Beam@ncwp.uscourts.gov>
Date: 03/13/2019 10:37 AM
Subject: Pro Se Law Clerk Application

Dear Judge Cogburn, Judge Reidinger, and Judge Metcalf,

Thank you very much for considering my application for the pro se law clerk position and for inviting me for an interview. I wanted to let you know I have accepted a clerkship with Fourth Circuit Judge Henry Floyd, and so I am withdrawing my application.

I have greatly enjoyed working with you during my time at the Federal Defender Office. Judge Metcalf, I hope I have the privilege of meeting you in person sometime soon.

Thank you again for your time and consideration.

Best regards,

Caryn Devins Strickland

US00004026