# EXHIBIT A

9. Defendants object to Instruction 1 as overly broad, unduly burdensome, and because it seeks information not relevant to any claim or defense. Unless otherwise stated, Defendants will limit their responses to information available from July 21, 2017 through September 9, 2019.

## SPECIFIC OBJECTIONS AND RESPONSES

**Interrogatory No. 1**: Identify all persons with knowledge or information relating to the allegations in the civil complaint, including any related denials or defenses asserted in any answer to the civil complaint.

**Objections and Response to Interrogatory No. 1**:

Defendants object to this interrogatory to the extent that it requests information subject to any privilege or restriction on the release of information, including the attorney-client privilege, the attorney work product doctrine, and the deliberative process privilege.

Defendants further object to this interrogatory as overly burdensome and disproportionate to the needs of the case. The complaint in this case consists of 505 paragraphs of allegations, many of which are not pertinent to Plaintiff's claims. To answer this interrogatory would require Defendants to identify persons with knowledge regarding any of those 505 paragraphs. Defendants further object to the extent this interrogatory purports to require Defendants to identify every person with knowledge or information, now matter how minor or immaterial, relating to the allegations in the complaint.

Subject to and without waiving the foregoing objections, the following persons have material knowledge or information relating to the allegations of sexual harassment, discrimination, and/or retaliation in the civil complaint:

- Anthony ("Tony") Martinez
  Former Federal Defender

3

Federal Public Defender, Western District of North Carolina

- John Parke ("JP") Davis
  Assistant Federal Defender
  Federal Public Defender, Western District of North Carolina

- Peter Adolf
  Assistant Federal Defender
  Federal Public Defender, Western District of North Carolina

- Joshua B. Carpenter
  Appellate Chief
  Federal Public Defender, Western District of North Carolina

- William ("Bill") Moorman
  Administrative Officer
  Federal Public Defender, Western District of North Carolina

- Heather Beam
  Human Resources Manager
  United States District Court & Probation
  Western District of North Carolina

- Edward ("Ed") Smith
  Chief Circuit Mediator
  U.S. Court of Appeals for the Fourth Circuit

- James Ishida
  Circuit Executive
  U.S. Court of Appeals for the Fourth Circuit

- The Honorable Roger L. Gregory
  Chief Judge
  U.S. Court of Appeals for the Fourth Circuit

- Jill Langley
  Director of Workplace Relations
  U.S. Courts of Appeals for the Eighth and Tenth Circuits

- Nancy Dunham
  Former Fair Employment Practices Officer
  Administrative Office of the U.S. Courts

- Lee Ann Bennett
  Deputy Director
  Administrative Office of the U.S. Courts

4