# EXHIBIT B

| From: | Caryn Devins |
| --- | --- |
| To: | ████████@ca4.uscourts.gov |
| Cc: | ████████@ca4.uscourts.gov |
| Subject: | Re: INFORMATION - Actions Taken on Your Report of Wrongful Conduct |
| Date: | 06/04/2019 02:24 PM |

Dear James,

Thank you for letting me know.

Best regards,

Caryn


On Jun 3, 2019, at 4:29 PM, "████████@ca4.uscourts.gov" <████████@ca4.uscourts.gov> wrote:

> Dear Caryn,
>
> I wanted to let you know that disciplinary action was taken last week as a result of your report of wrongful conduct. As we had discussed previously, I cannot reveal the nature of the action because it is a disciplinary matter. But I wanted to let you know that action was taken, and I wanted to re-emphasize that: (1) the Fourth Circuit took your report very seriously, (2) Chief Judge Gregory ordered a painstaking and exhaustive investigation into your allegations, and (3) actions were taken based on careful consideration of the investigation report.
>
> The Fourth Circuit deeply appreciates your time and effort in this process.
>
> Best regards,
>
> James
>
>
> James N. Ishida
> Circuit Executive
> U.S. Court of Appeals for the Fourth Circuit
> 1100 East Main Street, Suite 617
> Richmond, VA 23217-3517
>
> ████████@ca4.uscourts.gov