# EXHIBIT C

From: Cooper Strickland
Sent: Friday, December 11, 2020 2:28 PM
To: Caryn Devins
Subject: Fwd: Ethics Inquiry

---------- Forwarded message ---------
From: **Nichole McLaughlin**
Date: Fri, Dec 11, 2020 at 1:52 PM
Subject: Re: Ethics Inquiry
To: Cooper Strickland

Cooper,

Thank you for your inquiry. Your client does not have a conflict appearing before the court and court officials until her identity is revealed. Thereafter, I think all the parties and the court must consent. In the alternative, her matters can be moved to a different judge.

Please let me know if I can assist you further.

Nichole P. McLaughlin
Assistant Ethics Counsel
District Bar Liaison
North Carolina State Bar
217 E. Edenton St.
Raleigh, NC 27601
919-719-9238 Direct Dial

**COMMUNICATIONS WITH STATE BAR – EMAIL ONLY**

Effective immediately and until further notice, please communicate with the State Bar through email only. Attempts to communicate with the State Bar via United States Mail, UPS, FedEx, telephone, or facsimile may result in substantial delay.

---

From: Cooper Strickland
Sent: Friday, December 11, 2020 8:27 AM
To: Ethics Advice <ethicsadvice@ncbar.gov>
Subject: Ethics Inquiry

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Good Morning,

I am seeking ethics advice on behalf of a client who is an attorney admitted to practice in North Carolina. My client is a former court employee who filed an employment discrimination complaint against the former court employer and various court officials. The litigation is currently pending. My client's identity is not public at this point in the litigation, because of a court ordered pseudonym. The pseudonym is the reason why I am sending this email on behalf of my client.

My client is currently in private practice. Out of an abundance of caution, **are there any ethical concerns with my client appearing in cases before the court or court officials against whom she filed a civil complaint?** For context, the court and court officials continue to conduct business involving my client in such a way that makes clear that they have not identified any conflicts of interest or other issues related to the pending litigation.

Thank You,

Cooper Strickland
(828) 817-3703
NC Bar No. 43242

Please be advised that the contents of this message and any reply may be subject to disclosure under North Carolina law. Informal ethics inquiries and advisories communicated via electronic mail are confidential pursuant to Rule 1.6 of the Rules of Professional Conduct. Attorney Client Assistance Program communications and Lawyer Assistance Program client communications via electronic mail are also treated as confidential pursuant to Rule 1.6 of the Rules of Professional Conduct and N.C. Gen. Stat. 84-32.1.
--
Cooper