UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, ET AL.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:20-00066-WGY |

YOUNG, D.J.[1]                                                                                     April 25, 2023

**ORDER**

The defendants' Renewed Motion for Leave to File Amended Answer (ECF No. 196) is ALLOWED IN PART to permit the amendment of so much of the answer as now contains admissions or qualified admissions. The motion is otherwise DENIED as untimely. This order does not relieve the plaintiff of the burden of proving actual damages, if any.

The defendants' Motion for Extension of Time to Answer Interrogatories (ECF No. 205) is ALLOWED IN PART for an additional seven days, not fourteen.

**SO ORDERED.**

                                                             /s/ William G. Young
                                                             WILLIAM G. YOUNG
                                                             DISTRICT JUDGE

---

[1] Of the District of Massachusetts, sitting by designation.

[1]