IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| CARYN DEVINS STRICKLAND, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:20-cv-00066-WGY |
| | ) | |
| UNITED STATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW

NOW COMES undersigned counsel and respectfully moves to withdraw from further representation of Plaintiff, Caryn Devins Strickland.

As cause, undersigned counsel represents that a conflict has arisen such that counsel cannot continue to represent Ms. Strickland, and there are irreconcilable differences in the attorney-client relationship.

Plaintiff is still considering counsel's motion and requests that the Court not act on the motion until she has had an opportunity to respond. In the interim, Plaintiff's remaining counsel will represent her interests in this litigation.

Because Ms. Strickland has other counsel in this matter, undersigned counsel does not feel it is necessary to provide her last known address in a public filing pursuant to LCvR 83.1(f).

1

This the 29th day of April, 2023.

                Respectfully Submitted,

                */s/ Jeannie Suk Gersen*

                Jeannie Suk Gersen
                Hauser Hall 510
                1563 Massachusetts Ave.
                Cambridge, MA 02138
                617-496-5487
                jsuk73@gmail.com

                Olivia Warren
                N.C. Bar 54525
                Thomas, Ferguson & Beskind, LLP
                119 East Main Street
                Durham, North Carolina 27701
                919-682-5648
                warren@tbflawyers.com

                Philip Andonian
                D.C. Bar No. 490792
                CALEB ANDONIAN PLLC
                1100 H Street, N.W., Ste. 315
                Washington, D.C. 20005
                202-953-9850
                phil@calebandonian.com

                Jacob Ezra Gersen
                1563 Massachusetts Ave.
                Cambridge, MA 02138
                857-288-9151
                Jacob.Gersen@Gersen.com

                *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline McMahon at madeline.m.mcmahon@usdoj.gov

Danielle Wolfson Young at Danielle.young2@usdoj.gov

/s/ Jeannie Suk Gersen
Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com
