IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| CARYN DEVINS STRICKLAND, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Civil No. 1:20-cv-00066-WGY |
| UNITED STATES, *et al.*, | ) | |
| *Defendants*. | ) | |

## ORDER

This matter is before the Court on Counsel's motion to withdraw. For good cause shown, the motion is GRANTED.

Counsel Jeannie Suk Gersen, Olivia Warren, Philip Andonian, and Jacob Ezra Gersen are hereby ORDERED to withdraw as Counsel of record for the Plaintiff, Caryn Devins Strickland.

SO ORDERED, this the _____ day of _____, 2023.

_____
United States District Court Judge William G. Young

1