IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,            )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
        Defendants.                 )

**[PROPOSED] ORDER**

Upon consideration of The Parties Joint Motion for an Extension of the Discovery Deadline, and the entire record herein, it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Plaintiff be given until May 8, 2023 to determine: whether to assert privilege over the line of questioning referenced in the Motion; what privilege to assert; and the scope of the privilege, and it is further

ORDERED that Defendants have until May 15, 2023, to challenge any privilege assertion made by Plaintiff with respect to this issue, and it is further

ORDERED that if Plaintiff does not assert privilege, or if the Court grants Defendants' challenge to any privilege assertion made with respect to this issue, Plaintiff's deposition shall be re-opened for a time period not to exceed one hour for the limited purpose of obtaining answers to questions on this topic; or, in the alternative, Plaintiff shall respond under oath to written questions with respect to this matter, and it is further

ORDERED that if Plaintiff's deposition is re-opened, the Protective Order, ECF No. 183, is modified to shorten the time period in paragraph 6(C) to 7 days to designate as confidential any portion of the transcript, so that the parties are able to include information from that deposition in the public versions of their summary judgment motions, which are due on June 1, 2023

It is SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge