IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,                )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )
                                        )
UNITED STATES OF AMERICA, et al.,       )
                                        )
    Defendants.                         )

*May 5, 2023*
*Motion allowed.*
*William G. Young*
*District Judge*

## JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE

The parties hereby move the Court for a brief extension of the May 1, 2023 discovery deadline for the sole purpose of resolving an outstanding privilege issue that arose during Plaintiff's deposition.

## BACKGROUND

1. On July 14, 2022 this Court set the deadline for Rule 56 motions as June 1, 2023.

2. On March 2, 2023 this Court entered a scheduling order in this case that set forth additional deadlines, including the completion date for all non-expert discovery as May 1, 2023. ECF No. 187.

3. The March 2, 2023 order also set the deadline for expert discovery disclosure as June 1, 2023, with expert depositions to be completed in time for a September 2023 trial. *Id.*

4. On January 20, 2023 the Court entered a protective order in this matter. Under paragraph (C)6 of the protective order, deposition transcripts are confidential for 30 days while the parties make a determination about whether to designate as confidential certain portions of the transcripts. *See* ECF No. 183.

1