IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )   Civil No. 1:20-cv-00666 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |
| _____ | ) |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jane Roe hereby submits her initial disclosures. These initial disclosures are based on the information reasonably available to Plaintiff at this time, and are made without waiving any objections as to relevance, materiality or admissibility of evidence in the action. Plaintiff reserves the right to revise, correct, supplement or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

1.    The following individuals are likely to have discoverable information that Plaintiff may use to support her claims and defenses in this action:

| Name | Title and Organization | Contact Information | Subject Matter |
|---|---|---|---|
| Jeffrey Minear | Counselor to the Chief Justice, Office of the Counselor to the Chief Justice | 1 1st. St. NE, Washington DC 20543 (202) 479-3401 | Knowledge of events alleged in complaint and mitigation efforts |
| Shelly Snook | Special Assistant, Office of the Counselor to the Chief Justice | 1 1st. St. NE, Washington DC 20543 (202) 479-3401 | Knowledge of events alleged in complaint |

| Michael Shenkman | Special Assistant, Office of the Counselor to the Chief Justice | 1 1st. St. NE, Washington DC 20543 (202) 479-3401 | Knowledge of events alleged in complaint and mitigation efforts |
| --- | --- | --- | --- |
| James Duff | Director, Administrative Office of the U.S. Courts | 1 Columbus Cir., NE Washington, D.C. 20544<br><br>Unknown Phone Number | Knowledge of events alleged in complaint and mitigation efforts |
| Lee Ann Bennett | Deputy Director, Administrative Office of the U.S. Courts | 1 Columbus Cir., NE Washington, D.C. 20544<br><br>Unknown Phone Number | Knowledge of events alleged in complaint |
| Jill Langley | Judicial Integrity Officer, Administrative Office of the U.S. Courts | 1 Columbus Cir., NE Washington, D.C. 20544<br><br>(202) 502-3957 | Knowledge of events alleged in complaint |
| Laura Minor | Associate Director (Ret.), Administrative Office of the U.S. Courts | Unknown Address | Knowledge of events alleged in complaint |
| Nancy Dunham | Fair Employment Opportunity Officer (Ret.), Administrative Office of the U.S. Courts | Unknown | Knowledge of events alleged in complaint |
| Amaal Scroggins | Attorney, Fair Employment Opportunity Office, Administrative Office of the U.S. Courts | 1 Columbus Cir., NE Washington, D.C. 20544<br><br>Unknown Phone Number | Knowledge of events alleged in complaint |
| Cait Clarke | Chief, Defender Services Office, Administrative Office of the U.S. Courts | 1 Columbus Cir., NE Washington, D.C. 20544<br><br>Unknown Phone Number | Knowledge of events alleged in complaint |

| Sheryl Walter | General Counsel, Office of the General Counsel, Administrative Office of the U.S. Courts | 1 Columbus Cir., NE Washington, D.C. 20544<br><br>Unknown Phone Number | Knowledge of events alleged in complaint |
|---|---|---|---|
| Roger Gregory | Chief Circuit Judge, United States Court of Appeals for the Fourth Circuit | 1100 E. Main St. Ste 501 Richmond, VA 23219<br><br>(804) 916-2700 | Knowledge of events alleged in complaint and Plaintiff's mitigation efforts |
| Henry Floyd | Circuit Judge, United States Court of Appeals for the Fourth Circuit | 201 Magnolia St. Spartanburg, SC 29306<br><br>(864) 591-5300 | Knowledge of events alleged in complaint and Plaintiff's mitigation efforts |
| Allison Rushing | Circuit Judge, United States Court of Appeals for the Fourth Circuit | 100 Otis Street Asheville, NC 28801<br><br>Phone Number Unknown | Knowledge of events related to Plaintiff's mitigation efforts |
| Max Cogburn | District Judge, United States District Court for the Western District of North Carolina | 401 West Trade St Charlotte NC 28202<br><br>704-350-7400 | Knowledge of, and public testimony regarding, misconduct in federal defender office; knowledge of Plaintiff's mitigation efforts |
| Frank Whitney | Chief District Judge, United States District Court for the Western District of North Carolina | 401 West Trade St Charlotte NC 28202<br><br>704-350-7400 | Knowledge of misconduct in federal defender office |
| Martin Reidinger | District Judge, United States District Court for the Western District of North Carolina | 100 Otis Street Asheville, NC 28801<br><br>828-771-7200 | Knowledge of events alleged in complaint and Plaintiff's mitigation efforts |
| David Cayer | Magistrate Judge, United States District Court for the Western District of North Carolina | 401 West Trade St Charlotte NC 28202<br><br>704-350-7400 | Knowledge of Plaintiff's mitigation efforts |

| Name | Title | Address | Knowledge |
|---|---|---|---|
| James Ishida | Circuit Executive, United States Court of Appeals for the Fourth Circuit | 1100 E. Main St. Ste 501 Richmond, VA 23219 (804) 916-2700 | Knowledge of events alleged in complaint and Plaintiff's mitigation efforts |
| Ed Smith | Chief Circuit Mediator, United States Court of Appeals for the Fourth Circuit | [redacted] | Knowledge of events alleged in complaint and Plaintiff's mitigation efforts |
| Kim Llewellyn | Human Resources Administrator, United States Court of Appeals for the Fourth Circuit | 1100 E. Main St. Ste 501 Richmond, VA 23219 (804) 916-2700 | Knowledge of events alleged in complaint |
| Kimberly Smith | Law Clerk to Chief Judge Gregory, United States Court of Appeals for the Fourth Circuit | 1100 E. Main St. Ste 501 Richmond, VA 23219 (804) 916-2700 | Knowledge of events alleged in complaint |
| Heather Beam | Human Resources Specialist, United States District Court for the Western District of North Carolina | 401 West Trade St Charlotte NC 28202 (704)-350-7400 | Knowledge of events alleged in complaint and Plaintiff's mitigation efforts |
| Linda Simpson | Of Counsel, JD Thompson Law | Post Office Box 33127 Charlotte, NC 28233 (704) 641-4359 | Knowledge of events alleged in complaint through investigation of Jeff King's EDR complaint |
| Juval Scott | Federal Public Defender, Office of the Federal Public Defender for the Western District of Virginia | Federal Public Defender's Office 401 E. Market St Suite 106 Charlottesville, VA 22902 (434) 220-3380 | Knowledge of events related to Plaintiff's mitigation efforts |

4

| Josh Carpenter | Appellate Chief, Office of the Federal Public Defender for the Western District of North Carolina | Grove Arcade Building<br>1 Page Avenue<br>Suite 210<br>Asheville, NC 28801<br><br>(828) 232-9992 | Knowledge of events alleged in complaint |
|---|---|---|---|
| Fredi Sison | Assistant Federal Public Defender, Office of the Federal Public Defender for the Western District of North Carolina | Grove Arcade Building<br>1 Page Avenue<br>Suite 210<br>Asheville, NC 28801<br><br>(828) 232-9992 | Knowledge of events alleged in complaint |
| Mary Ellen Coleman | Assistant Federal Public Defender, Office of the Federal Public Defender for the Western District of North Carolina | Grove Arcade Building<br>1 Page Avenue<br>Suite 210<br>Asheville, NC 28801<br><br>(828) 232-9992 | Knowledge of events alleged in complaint |
| Nancy Smith | Paralegal, Office of the Federal Public Defender for the Western District of North Carolina | Grove Arcade Building<br>1 Page Avenue<br>Suite 210<br>Asheville, NC 28801<br><br>(828) 232-9992 | Knowledge of events alleged in complaint |
| Jim Allard | Investigator, Office of the Federal Public Defender for the Western District of North Carolina | Grove Arcade Building<br>1 Page Avenue<br>Suite 210<br>Asheville, NC 28801<br><br>(828) 232-9992 | Knowledge of events alleged in complaint |
| Anthony Martinez | Federal Public Defender, Office of the Federal Public Defender for the | 129 West Trade St.<br>Suite 300<br>Charlotte, NC 28202<br><br>(704) 374-0720 | Knowledge of events alleged in complaint |

5

|  | Western District of North Carolina |  |  |
|---|---|---|---|
| JP Davis | First Assistant, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
| Bill Moormann | Administrative Officer, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
| Peter Adolf | Assistant Federal Public Defender, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
| Cecilia Oseguera | Assistant Federal Public Defender, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
| W. Kelly Johnson | Assistant Federal Public Defender, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
| Rahwa Gebre-Egziabher | Assistant Federal Public Defender, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint and Plaintiff's mitigation efforts |

| Jared Martin | Assistant Federal Public Defender, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
|---|---|---|---|
| Lisa Ottens | Paralegal, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
| Ivette Arroyo-Becker | Senior Legal Assistant, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
| Tony Hellen | Assistant Computer Systems Administrator, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
| Phil Likins | Computer Systems Administrator, Office of the Federal Public Defender for the Western District of North Carolina | 129 West Trade St. Suite 300 Charlotte, NC 28202 (704) 374-0720 | Knowledge of events alleged in complaint |
| Jeffrey King | Assistant Federal Public Defender (former), Office of the Federal Public Defender for the Western District of North Carolina | Unknown Address | Knowledge of events alleged in complaint |
| Brian Wise | Investigator (former), Office of the Federal Public Defender for the Western District of North Carolina | Unknown | Knowledge of events alleged in complaint |

| Elizabeth Blackwood | Assistant Federal Public Defender (former), Office of the Federal Public Defender for the Western District of North Carolina | Unknown Address | Knowledge of events alleged in complaint and Plaintiff's mitigation efforts |
|---|---|---|---|
| Terra Parrish | Investigator (former), Office of the Federal Public Defender for the Western District of North Carolina | Unknown Address | Knowledge of events alleged in complaint |
| Caleb Newman | Research & Writing Attorney (former), Office of the Federal Public Defender for the Western District of North Carolina | Unknown Address | Knowledge of events alleged in complaint and Plaintiff's mitigation efforts |
| Robert Carlin | Assistant Federal Public Defender (former), Community Defender Office for the Western District of North Carolina | Unknown Address | Knowledge of misconduct by federal defender office |
| Raquel Wilson | Assistant Federal Public Defender (former), Community Defender Office for the Western District of North Carolina | U.S. Sentencing Commission One Columbus Circle, NE Washington, DC, 20002-8002 (202) 502-4500 | Knowledge of events alleged in complaint; knowledge of misconduct by federal defender office |
| Valerie Nannery | Supreme Court Fellow (former) | American Constitution Society 1899 L St NW Ste 200, Washington, DC 20036 | Knowledge of events alleged in complaint; knowledge of Plaintiff's psychological harm, emotional distress, humiliation, and embarrassment |

| | | | |
|---|---|---|---|
| Bindu Johnson | Wellness Professional | 111 Hotel Hill Dr. Landrum, SC 29356<br><br>(864) 896-7926 | Knowledge of Plaintiff's psychological harm, emotional distress, humiliation, and embarrassment |
| Ryan Park | Solicitor General of North Carolina | North Carolina Department of Justice Post Office Box 629 Raleigh, NC 27602<br><br>(919) 716-6400 | Knowledge of Plaintiff's job performance and Plaintiff's mitigation efforts |

2. Plaintiff submits the following description of documents, electronically stored information or tangible things that she may use to support her claims or defenses, by category:

| **Category** | **Location** |
|---|---|
| **EDR Complaint**—including but not limited to filings, supporting documentation, correspondence, notes, recordings. | Office of Plaintiff's Counsel |
| **Documents related to Plaintiff's EDR Complaint in Defendants' possession**—including but not limited to AO guidance and communications, investigation report, disqualification, disciplinary action, correspondence between defendants, and EDR Complaint file maintained by EDR Coordinator. | Federal Defender Office/Fourth Circuit Court of Appeals and/or Administrative Office of the U.S. Courts |
| **Correspondence to Defendants**—various correspondence to Defendants concerning the claims and issues in the instant suit, including but not limited to claims of harassment, discrimination, and retaliation, efforts to transfer, and mitigation efforts. | Office of Plaintiff's Counsel |
| **Correspondence between Defendants**—various correspondence between Defendants concerning the claims and issues in the instant suit, including but not limited to Plaintiff's complaints of harassment, retaliation, and discrimination and any actions taken on those complaints. | Federal Defender Office/Fourth Circuit Court of Appeals/Administrative Office of the U.S. Courts |

9