```
           IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                   ASHEVILLE DIVISION
                 CASE NUMBER 1:20CV66
```

CARYN DEVINS STRICKLAND,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____

- - - - - - - - - - - - - - - - - -

Videotaped Deposition

of

CARYN DEVINS STRICKLAND

- - - - - - - - - - - - - - - - - -

The videotaped deposition of CARYN DEVINS STRICKLAND was taken by the Defendants on Tuesday, the 25th day of April, 2023, commencing at 9:15 a.m., at the United States Attorney's Office, located at 150 Fayetteville Street, Raleigh, North Carolina.

PATRICIA C. ELLIOTT
Verbatim Reporter















Q. [redacted]