IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,     )
                              )
    Plaintiff,            )
                              )
v.                            )
                              )
UNITED STATES OF AMERICA, et al., )
                              )
    Defendants.           )

## RESPONSE TO MOTION TO WITHDRAW

On April 29, 2023, certain Plaintiff's counsel moved to withdraw from further representation of Plaintiff in this matter. *See* ECF No. 207. Defendants take no position on that Motion.

Dated: May 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Joshua Kolsky*
JOSHUA KOLSKY
Senior Trial Counsel
MADELINE MCMAHON
RACHAEL WESTMORELAND
DANIELLE YOUNG
Trial Attorneys, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 11526
Washington, DC 20001
Tel.: (202) 305-7664

1

Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*