IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## PLAINTIFF'S RESPONSE TO MOTION TO WITHDRAW

In response to Counsels' Motion to Withdraw, ECF No. 207, Plaintiff Caryn Devins Strickland hereby states the following:

Because of pending issues in this litigation raised by Defendants that have not yet been resolved, Plaintiff currently lacks information that is needed to provide an informed response to Counsels' motion. Given the severe prejudice to Plaintiff that would result from Counsels' withdrawal, Plaintiff respectfully requests that Counsels' motion be held in abeyance to allow Plaintiff to evaluate the ongoing developments that may affect their motion and to provide a more informed position to the Court. In the interim, Counsels' participation is limited to portions of the litigation that are not associated with any disagreement or potential conflict in order to protect Plaintiff's interests, including obtaining reimbursements for previously incurred discovery and expert costs covered by a litigation grant and

1

receiving Plaintiff's workplace investigations expert report. Plaintiff's remaining counsel will continue to represent her before this Court. Plaintiff requests the opportunity to provide a further update to the Court as soon as reasonably possible.

This the 15th day of May, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

Danielle Wolfson Young at danielle.young2@usdoj.gov

> */s/ Cooper Strickland*
> Cooper Strickland
> N.C. Bar No. 43242
> P.O. Box 92
> Lynn, NC 28750
> Tel. (828) 817-3703
> cooper.strickland@gmail.com