IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend the Reply Brief Deadlines, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that the parties have two weeks, until June 29, 2023, to file any summary judgment reply briefs.

It is SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge