IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,           )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )
                                   )
UNITED STATES OF AMERICA, et al.,  )
                                   )
    Defendants.                    )

## DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITS

Defendants respectfully request the Court's leave to file a brief excess of the 25-page limit in the local rules in support of their motion for summary judgment. *See* Local Civil Rule 7.1(d). Dispositive motions pursuant to Federal Rule of Civil Procedure 56, including motions for summary judgment, are due on June 1, 2023. *See* February 23, 2023 Order. Defendants seek an extension of 15 pages for their brief in support of their motion for summary judgment, for a total of no more than 40 pages.

Good cause supports this extension. Plaintiff commenced this action by filing a 505-paragraph complaint spanning 85 pages. *See* Compl., ECF No. 1. The parties have produced thousands of documents and taken eight depositions throughout discovery. Given the breadth of Plaintiff's allegations, the volume of discovery, and the complexity of the claims in this case, permitting Defendants to file a brief of up to 40 pages to provide comprehensive briefing in support their summary judgment motion is appropriate and would aid the Court in its decisionmaking process. Pursuant to Local Civil Rule 7.1(b), Defendants have conferred with Plaintiff, who stated that she opposes the relief requested.

1

For all these reasons, Defendants request that the Court grant leave for Defendants to file a brief in support of their motion for summary judgment of no more than 40 pages.

Dated: May 19, 2023

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

JOSHUA KOLSKY
Senior Trial Counsel

<u>/s/ Madeline M. McMahon</u>
MADELINE MCMAHON (DC Bar 1720813)
DANIELLE YOUNG
RACHAEL WESTMORELAND
Trial Attorneys, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20001
Tel.: (202) 451-7722
Email: madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*