**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

|  |  |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF FILING SECOND DECLARATION OF ANTHONY MARTINEZ

Defendants hereby submit the Second Declaration of Anthony Martinez, attached hereto as Exhibit A. This declaration corrects an inadvertent mistake in paragraph 94 of the First Declaration of Anthony Martinez, filed in this case on October 2, 2020 at ECF No. 78-3.

Dated: May 19, 2023

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

JOSHUA KOLSKY
Senior Trial Counsel

*/s/ Rachael L. Westmoreland*
MADELINE MCMAHON
DANIELLE YOUNG
RACHAEL WESTMORELAND (GA Bar No. 539498)
Trial Attorneys, Federal Programs Branch

1

U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 514-1280
Email: rachael.westmoreland@usdoj.gov

*Counsel for Defendants*