# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

## SECOND DECLARATION OF ANTHONY MARTINEZ

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I submitted a declaration in this case on October 2, 2020. *See* Decl. of Anthony Martinez, ECF No. 78-3.

2. Upon further review and reflection, I have determined that my October 2, 2020 declaration contained a mistake in the last sentence of paragraph 94, which read: "Attached as GE C-10 is a true and accurate copy of the organizational chart in effect from late July 2018 through Plaintiff's transfer in March of 2019." *Id.* ¶ 94.

3. As corrected, the last sentence of paragraph 94 should read: "Attached as GE C-10 is a true and accurate copy of the organizational chart in effect from mid-August 2018 through Plaintiff's transfer in March of 2019."

1

Dated: 5/19/23                               *[signature]*
                                             Anthony Martinez