IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066-WGY |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### REPLY IN SUPPORT OF MOTION TO WITHDRAW

Undersigned counsel represent that their Motion to Withdraw filed on April 29, 2023, at ECF No. 207, is presently ripe for consideration, and therefore respectfully request that the Court consider and rule on their motion without delay.

This the 22nd day of May, 2023.

Respectfully Submitted,

*/s/ Jeannie Suk Gersen*

Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

1

Olivia Warren
N.C. Bar 54525
Thomas, Ferguson & Beskind, LLP
119 East Main Street
Durham, North Carolina 27701
919-682-5648
warren@tbflawyers.com

Philip Andonian
D.C. Bar No. 490792
CALEB ANDONIAN PLLC
1100 H Street, N.W., Ste. 315
Washington, D.C. 20005
202-953-9850
phil@calebandonian.com

Jacob Ezra Gersen
1563 Massachusetts Ave.
Cambridge, MA 02138
857-288-9151
Jacob.Gersen@Gersen.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline McMahon at madeline.m.mcmahon@usdoj.gov

Danielle Wolfson Young at Danielle.young2@usdoj.gov

<u>/s/ Jeannie Suk Gersen</u>
Jeannie Suk Gersen
Hauser Hall 510
1563 Massachusetts Ave.
Cambridge, MA 02138
617-496-5487
jsuk73@gmail.com

3

Case 1:20-cv-00066-WGY   Document 221   Filed 05/22/23   Page 3 of 3