Exhibit A







