IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## PLAINTIFF'S NOTICE OF INTENT TO FILE MOTION FOR LEAVE TO FILE A SURREPLY

Plaintiff Caryn Devins Strickland, by and through her undersigned counsel, hereby notifies this Court that she intends to file a motion for leave to file a surreply in opposition to Defendants' "Motion to Exclude Belatedly Disclosed Witnesses or, in the Alternative, to Permit Defendants to Take Their Depositions," ECF No. 211. Before filing this motion, Plaintiff must first confer with Defendants' counsel, but anticipates filing the motion today, May 30, 2023. Plaintiff respectfully requests that the Court not rule on Defendants' motion, ECF No. 211, until her motion is filed.

This the 30th day of May, 2023.

                                                     Respectfully Submitted,

                                                     */s/ Cooper Strickland*

                                                   Cooper Strickland
                                                   P.O. Box 92
                                                   Lynn, NC 28750
                                                   Tel. (828) 817-3703
                                                   cooper.strickland@gmail.com

                                                   *Counsel for Plaintiff*

1

Case 1:20-cv-00066-WGY   Document 224   Filed 05/30/23   Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

Danielle Wolfson Young at danielle.young2@usdoj.gov

> */s/ Cooper Strickland*
> Cooper Strickland
> N.C. Bar No. 43242
> P.O. Box 92
> Lynn, NC 28750
> Tel. (828) 817-3703
> cooper.strickland@gmail.com