# EXHIBIT A









19



20









40

