# EXHIBIT B

Case 1:20-cv-00066-WGY    Document 226-2    Filed 05/30/23    Page 1 of 5



7





11

