# EXHIBIT D



1