IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Fed. R. Civ. P. 26(c) permits "for good cause" the making of any order which justice requires to protect against "annoyance, embarrassment, oppression, or undue burden or expense." For the reasons stated in "Plaintiff's Response to Defendants' Motion to Strike Privilege Assertion and to Compel Deposition Testimony," which is being filed contemporaneously herewith and is incorporated by reference, Plaintiff respectfully requests a protective order from discovery regarding and disclosure of the subject matter asserted in Defendants' motion. *See* ECF No. 226.

Prior to filing this motion, Plaintiff conferred with Defendants as required by Local Rule 7.1. Defendants oppose the motion for a protective order.

This the 30th day of May, 2023.

> Respectfully Submitted,
>
> */s/ Cooper Strickland*
>
> Cooper Strickland
> P.O. Box 92
> Lynn, NC 28750
> Tel. (828) 817-3703
> cooper.strickland@gmail.com

1

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

Danielle Young at Danielle.young2@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com