# EXHIBIT A



2





4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,            )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
    Defendants.                     )

## VERIFICATION OF INTERROGATORY 6

Based on information that I obtained in the course of my official duties, I declare under penalty of perjury that the response to Interrogatory 6 is true and correct to the best of my knowledge and belief.

Dated: March 30, 2023         SIGNED: _____

Jerome "Jerry" Woods
Circuit Mediator
U.S. Courts of the Fourth Circuit