# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## PLAINTIFF'S MOTION TO SEAL AND RESPONSE TO DEFENDANTS' MOTION TO SEAL

Pursuant to Local Rule 6.1, Plaintiff respectfully requests that Defendants Motion to Seal, ECF No. 223, be placed under seal and responds to their motion as follows. ███████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ███████████████████████████████ Plaintiff thus respectfully requests that the Motion to Seal, ECF No. 223, be placed under seal, ████████████████████████████ ████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

1





For these reasons, Defendants' motion to seal, ECF No. 223, should be placed under seal,

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

Prior to filing this motion, Plaintiff conferred with Defendants as required by Local Rule 7.1.  Defendants stated that "Defendants do not agree that Defendants' Motion to Seal, ECF No. 223, ████████████████████████████████████████  However, Defendants do not oppose Plaintiff's request to seal ECF No. 223."

This the 30th day of May, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

Danielle Wolfson Young at danielle.young2@usdoj.gov

/s/ Cooper Strickland
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

4

Case 1:20-cv-00066-WGY   Document 231   Filed 05/30/23   Page 4 of 4