# EXHIBIT A


Case 1:20-cv-00066-WGY   Document 231-1   Filed 05/30/23   Page 2 of 3

