IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES, *et al.*, )<br>)<br>*Defendants*. ) | Civil No. 1:20-cv-00066-WGY |

## PLAINTIFF'S MOTION TO SEAL

Pursuant to Local Rule 6.1, Plaintiff respectfully requests to seal information discussed in her Motion to Seal ECF No. 223 and to file a redacted copy on the public docket. As explained in her Motion to Seal, the information involves sensitive personnel information pertaining to non-parties in which they have a legitimate privacy interest. *See Johnson v. City of Fayetteville*, No. 5:12-CV-456-F, 2014 WL 7151147, at *9 (E.D.N.C. Dec. 11, 2014) (recognizing "the privacy interests in a non-party's personnel file").

Prior to filing this motion, Plaintiff conferred with Defendants as required by Local Rule 7.1. Defendants do not oppose the motion to seal.

This the 30th day of May, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Danielle Wolfson Young at danielle.young2@usdoj.gov

                                               */s/ Cooper Strickland*
                                               Cooper Strickland
                                               N.C. Bar No. 43242
                                               P.O. Box 92
                                               Lynn, NC 28750
                                               Tel. (828) 817-3703
                                               cooper.strickland@gmail.com