# EXHIBIT D

**Sent**: 6/12/2019 8:05:37 AM
**To**: James Ishida [redacted]@ca4.uscourts.gov]
**Attachments**: Devins-Strickland Counselor's Report.pdf

Hello James!

I have finished the Counselor's Report with only 1 remaining outstanding issue ... Caryn's specific requests especially as it pertains to her feeling safe to return to the office (if this is possible), but somehow figuring out what the long term resolution will be for her and where she sits in the district. Please let me know if you would like to discuss this report in more detail or if you have any questions. Have a wonderful Thanksgiving!

*(See attached file: Devins-Strickland Counselor's Report.pdf)*
Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** James Ishida [redacted]ca4.uscourts.gov]
**Sent:** 1/11/2019 5:26:00 PM
**To:** Heather Beam [heather_beam@ncwp.uscourts.gov]
**CC:** RL Gregory [redacted]@ca4.uscourts.gov];;
**Subject:** Re: Counselor's Report with Addendum - EDR and Wrongful Conduct Claim for Carybn Devins FPDO WDNC

Dear Heather,

Thank you very much for your report. On behalf of Chief Circuit Judge Roger Gregory and the Fourth Circuit, I would like to extend our thanks and appreciation for your diligence, hard work, and thorough investigation report. It's simply a superb job.

You have my profound best wishes.

James

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
[redacted]ca4.uscourts.gov

On Jan 11, 2019, at 5:08 PM, Heather Beam <Heather_Beam@ncwp.uscourts.gov> wrote:

Hello James,

Attached please find the Counselor's Report with the addendum. I hope this provides the level of detail you were looking for. This also includes my suggestions as far as a resolution or next steps. I hope you have a great weekend!

*(See attached file: 11-19-2018 Counselor's Report with Addendum.pdf)*
Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

<11-19-2018 Counselor's Report with Addendum.pdf>

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]