# EXHIBIT M

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From**: Holly Dixon [Holly_Dixon@fd.org]
**Sent**: 7/23/2018 11:57:20 AM
**To**: Anthony Martinez [Anthony_Martinez@fd.org]; JP Davis [JP_Davis@fd.org]; William Moormann [William_Moormann@fd.org]; Erin Taylor [Erin_Taylor@fd.org]; Peter Adolf [Peter_Adolf@fd.org]; Mary Ellen Coleman [Mary_Ellen_Coleman@fd.org]
**Subject**: Team Leaders Meeting Minutes
**Attachments**: Team Leader Meeting Minutes_07.20.18.docx

I have attached my notes from the Team Leaders Meeting and here are the action items I noted from that meeting. I have **not** added any individual personnel issues, though they are in my attached notes.

1. We are internally posting an Assistant Paralegal position for JP's team.

2. The R&W's are now "unlocked" from the teams and will no longer take duty days (unless needed as back-up) nor take new criminal cases. Jared will work on assignments for Erin and Mary Ellen's teams and Caryn will work on assignments for JP and Peter's teams. Jared and Caryn will use each other as back-up.

3. We will hire either another R&W or AFD for the appellate team. Bill will set up a phone call with Todd Watson so that Josh and JP can talk to him about his theory that we should make the R&W's into AFD positions to determine what is best for our office.

4. We will NOT be hiring a one-year contract position for #3 because of the reduced quality of applicants for those positions.

5. The answer to #3 will also determine whether Jared stays an R&W or becomes an AFD.

6. If Ann wants to work full-time in the short-term, that is fine and in the budget. Josh will speak with Ann about this.

7. Josh already told Caleb to review his DM2 and Johnson cases and start closing them out (he has 218 open cases in dD). Caleb was told to close the cases in dD himself.

8. Holly will start doing zero time reports for cases each quarter to ensure attorneys put time in each quarter to assist in future case weight distribution.

9. Each team leader will write out each team member's role and send to Tony.

10. We are finalizing the Expert Policy for the Personnel Manual and will send to Mary Ellen for review before distributing to staff. Mary Ellen or Nancy will speak about experts at the next staff meeting.

*(See attached file: Team Leader Meeting Minutes_07.20.18.docx)*

**Holly Dixon, J.D.**
Legal Assistant to the Federal Defender

Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Fax: (704) 374-0722
E-mail: Holly_Dixon@fd.org

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]