# EXHIBIT R

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

| | |
|---|---|
| **CARYN DEVINS STRICKLAND,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| **v.** | )     **Civil No. 1:20-cv-00066-WGY** |
| | ) |
| **UNITED STATES OF AMERICA,** *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |
| _____ | ) |

**DECLARATION OF DR. GARY R. ALBRECHT IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

I, Gary R. Albrecht, Ph.D., declare as follows:

1.     I am over 21 years of age.

2.     I am a Principal of Albrecht Economics, Inc.

3.     I have personal knowledge of the facts set forth in this Declaration.  I am competent to testify about those facts, and would do so if called to testify.

4.     I authored the report titled "Expected Economic Impact Caryn Strickland" dated March 15, 2023 ("Expert Report").  I understood at the time I was working on the Expert Report as well as when I finalized and signed it that, by signing my Expert Report, I was representing the truth and accuracy of the statements and tables I provided in that Expert Report.

5.     Attached hereto as Exhibit A is a true and correct copy of the Export Report.

1

6.      If called to testify under oath about my Expert Report and the matters it discusses, I would do so and would stand by the truth of the contents of my Expert Export.

I declare under penalty of perjury under the laws of the United States that the foregoing statements in this Declaration and the statements in the Expert Report are true and correct.

Executed this 23rd day of May, 2023 at Minocqua, Wisconsin.

Gary R. Albrecht, Ph.D.

Expected Economic Impact
Caryn Strickland


Prepared at the Request of

Olivia Warren, Esq.
Thomas, Ferguson & Beskind, LLP
119 East Main Street
Durham, North Carolina 27701




Prepared by

Albrecht Economics, Inc.
1817 Georgia Ave.
Winston-Salem, NC 27104



March 15, 2023

Expected Economic Impact
Caryn Strickland

**Summary:**

In this report we calculate the expected economic impact on Ms. Strickland resulting from her discontinued employment with the Federal Government. The time period over which we calculate the economic impact is from January 1, 2024 through Ms. Strickland's life expectancy (front-pay only). The economic impact consists of the present value of the difference in the amount Ms. Strickland would have earned if she had remained employed with the Federal Government and the amount she is expected to earn given her current situation, and the tax implications. The present value of the difference in expected earnings is **$2,949,962**. (Due to rounding to the nearest dollar the sums reported may not equal the sum of the components throughout this report.)

To make Ms. Strickland economically whole it is necessary to take into account tax implications. Ms. Strickland will be required to pay taxes on the lump-sum award. The effective tax rate on the lump-sum amount to compensate the present value of the difference in earnings will be higher than the effective average tax rate on the earnings if they would have been incurred annually. We have calculated the additional tax liability to be **$470,648**. The present value of the difference in earnings and additional taxes, the amount required to make Ms. Strickland whole, is **$3,420,610.** (See Table 9.)

The amounts calculated do not include the value of any payment for mental anguish that Ms. Strickland may have experienced or may experience as a result of discontinued employment with the Federal Government.

**Information Reviewed:**

*Pay-stub*, pay date 3/22/2019;

*Effective Tax Rate Calculator*;
https://smartasset.com/taxes/income-taxes

*FY19 Private Appointed Counsel (PAC) Effective Pay Rate Study*;
https://www.ncids.org/wp-content/uploads/2021/05/FY19-Effective-Pay-Rate-Overhead-Report-1.pdf

*Consumer Price Index*;
https://www.bls.gov/cpi/data.htm

*Contribution Types, The Thrift Savings Plan (TSP)*;
https://www.tsp.gov/making-contributions/contribution-types/

*FERS Benefit Formula*;

https://plan-your-federal-retirement.com/fers-benefit-formula-2/

Skoog, Ciecka and Kruger, "The Markov Model of Years to Final Separation from the Labor Force 2012 – 17: Extended Tables of Central Tendency, Shape Percentile Point, and Bootstrap Standard Errors," *Journal of Forensic Economics*, Vol. XXVIII, No. 1-2, September 2019.

*Schedule 9 – Locality-Based Comparability Payments*;
https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/pay-executive-order-2022-adjustments-of-certain-rates-of-pay.pdf

*Administratively Determined Pay Plan Charts*;
https://www.justice.gov/usao/career-center/salary-information/administratively-determined-pay-plan-charts

*Federal Employee Retirement System (FERS);*
https://www.commerce.gov/hr/employees/benefits/retirement/federal-employee-system

Questionnaire completed by Ms. Strickland;

*North Carolina Statutory Life Tables*;
https://www.ncleg.net/EnactedLegislation/Statutes/PDF/ByArticle/Chapter_8/Article_5.pdf

Selected Interest Rates.
https://www.federalreserve.gov/releases/h15/

In addition, we have spoken with Ms. Strickland.

**After-Tax Earnings if Continued Employment with the Federal Government:**

Table 1 contains the column *After-Tax Earnings if Continued with Federal Government.* Ms. Strickland reports that had she remained with the Federal Government her wages, in January 2024 would have been at the maximum reported in *Administratively Determined Pay Plan Charts* for AD-29. The amount reported is $149,044. Applying the *Schedule 9 – Locality-Based Comparability Payments* to the amount for geographical adjustment of 16.20 percent results in annual wages of $179,189. The employer's contribution to 401k of 5.0 percent of wages, and health benefits of $12,239 annually are added to wages. Ms. Strickland's contribution to the defined pension benefits of 4.4 percent of wages is subtracted. State and Federal income taxes and FICA taxes are also subtracted. The resulting annual amount, $147,013, is contained in the column *After-Tax Earnings if Continued with Federal Government* through year 2054.

Ms. Strickland anticipated working to age 67. This retirement age is supported by "The Markov Model of Years to Final Separation from the Labor Force 2012 – 17: Extended Tables of Central Tendency, Shape Percentile Point, and Bootstrap Standard Errors."

Upon retirement Ms. Strickland would receive payments from the FERS system.  The after-tax amount of the annual payment would be $47,304.  This amount would continue until near the end 2066, the end of Ms. Strickland's life expectancy according to *the North Carolina Statutory Life Tables*.

The sum of the column *After-Tax Earnings if Continued with Federal Government* is $5,189,611.  This is the amount Ms. Strickland is expected to have earned from 2024 through her life expectancy had she remained employed by the Federal Government.  At this point no increases resulting from inflation are reflected in the amount.

**After-Tax Earnings Given Current Situation:**

Table 1 also contains the column *After-Tax Earnings Given Current Situation*.  Ms. Strickland is self-employed doing indigent criminal defense work. To calculate Ms. Strickland's annual earnings in 2024 to retirement we used an hourly rate of $80 and 1,692 hours per year, the number of hours per year Ms. Strickland would have worked had she remained employed with the Federal Government.  The annual revenue would be $135,360.

Annual overhead costs of $81,279 are subtracted from the revenue to obtain a before-tax profit of $54,081.  Federal, State and FICA taxes of $12,671 are subtracted from the before tax profit to obtain an after-tax profit of $41,410.  The amount $41,410 is contained in the column *After-Tax Earnings Given Current Situation*.  The sum of *After-Tax Earnings Given Current Situation* is $1,293,646.

**Difference in After-Tax Earnings:**

The column *Difference in After-Tax Earnings* in Table 1 is obtained by subtracting *After-Tax Earnings Given Current Situation* from *After-Tax Earnings if Continued with Federal Government*.  The annual difference is $105,603.

**Present Value of Difference in After-Tax Earnings:**

The sum of *Difference in After-Tax Earnings* in Table 2, where there is no future inflation, is $3,895,965.  In Table 3 We calculated the series *Difference in After-Tax Earnings* using an inflation rate of 3.00 %.  The sum of *Difference in After-Tax Earnings* in Table 3 is $7,140,711.  The amount required to provide the stream was calculated using the same real interest rate in the no-inflation and inflation situations.  (The U.S. Supreme Court suggests using a real rate.)  The real rate is derived from the interest rates on Treasury Inflation Protected Securities as reported on the Federal Reserve website.  The real rate used is 1.61 percent.  The rate of inflation does not affect the present value required for compensation given the real rate (see Albrecht and Krueger, *The Earnings Analyst* and Albrecht and Moorhouse, *Journal of Forensic Economics*) which fact is recognized by the U.S. Supreme Court.

The *Present Value of After-Tax Difference in Wages* is **$2,949,962** in both the inflation and no-inflation situations. This amount may be referred to as the present value of the difference in Ms. Strickland's expected earnings as a result of her discontinued employment with the Federal Government.

**Tax Implications:**

Tables 7 and 8 contain the calculations showing the tax consequences. If the wages from the Federal Government were obtained annually the present value of the taxes incurred would be **$1,006,181**. The amount $1,006,181 would have been Ms. Strickland's total tax liabilities if she had remained employed with the Federal Government.

The present value of the taxes on Ms. Strickland's earnings in her current situation is **$314,249**.

If the amount **$2,949,962** is obtained now as a lump-sum the effective average tax rate would be 39.41 percent. The tax bill on the award would be **$1,162,580**. Thus, the total tax liabilities in the current situation would be **$1,476,829** ($314,249 + $1,162,580).

The difference in the present value of taxes Ms. Strickland would have paid if she had remained employed with the Federal Government and what she will pay if she receives the award is **$470,648** ($1,476,829 - $1,006,181). This amount needs to be taken into account when the objective is to make Ms. Strickland economically whole.

**Summary:**

Table 9 contains the summary. The amount to make Ms. Strickland economically whole is calculated to be **$3,420,610.**

These calculations may change if additional information becomes available. Please do not hesitate to contact us if you have any questions.

Gary R. Albrecht, Ph.D.                    Bill Marcum, Ph.D.

(Table 1)

# Difference in After-Tax Earnings if
# Continued with Federal Government - Current Situation
# (No Future Inflation)

| Year | After-Tax Earnings if Continued with Federal Government | After-Tax Earnings Given Current Situation | Difference in After-Tax Earnings | Cumulative Difference in After-Tax Earnings |
|------|------|------|------|------|
| 2024 | 147,013 | 41,410 | 105,603 | 105,603 |
| 2025 | 147,013 | 41,410 | 105,603 | 211,207 |
| 2026 | 147,013 | 41,410 | 105,603 | 316,810 |
| 2027 | 147,013 | 41,410 | 105,603 | 422,413 |
| 2028 | 147,013 | 41,410 | 105,603 | 528,017 |
| 2029 | 147,013 | 41,410 | 105,603 | 633,620 |
| 2030 | 147,013 | 41,410 | 105,603 | 739,224 |
| 2031 | 147,013 | 41,410 | 105,603 | 844,827 |
| 2032 | 147,013 | 41,410 | 105,603 | 950,430 |
| 2033 | 147,013 | 41,410 | 105,603 | 1,056,034 |
| 2034 | 147,013 | 41,410 | 105,603 | 1,161,637 |
| 2035 | 147,013 | 41,410 | 105,603 | 1,267,240 |
| 2036 | 147,013 | 41,410 | 105,603 | 1,372,844 |
| 2037 | 147,013 | 41,410 | 105,603 | 1,478,447 |
| 2038 | 147,013 | 41,410 | 105,603 | 1,584,050 |
| 2039 | 147,013 | 41,410 | 105,603 | 1,689,654 |
| 2040 | 147,013 | 41,410 | 105,603 | 1,795,257 |
| 2041 | 147,013 | 41,410 | 105,603 | 1,900,860 |
| 2042 | 147,013 | 41,410 | 105,603 | 2,006,464 |
| 2043 | 147,013 | 41,410 | 105,603 | 2,112,067 |
| 2044 | 147,013 | 41,410 | 105,603 | 2,217,671 |
| 2045 | 147,013 | 41,410 | 105,603 | 2,323,274 |
| 2046 | 147,013 | 41,410 | 105,603 | 2,428,877 |
| 2047 | 147,013 | 41,410 | 105,603 | 2,534,481 |
| 2048 | 147,013 | 41,410 | 105,603 | 2,640,084 |
| 2049 | 147,013 | 41,410 | 105,603 | 2,745,687 |
| 2050 | 147,013 | 41,410 | 105,603 | 2,851,291 |
| 2051 | 147,013 | 41,410 | 105,603 | 2,956,894 |
| 2052 | 147,013 | 41,410 | 105,603 | 3,062,497 |
| 2053 | 147,013 | 41,410 | 105,603 | 3,168,101 |
| 2054 | 147,013 | 41,410 | 105,603 | 3,273,704 |
| 2055 | 69,276 | 9,938 | 59,338 | 3,333,042 |
| 2056 | 47,304 | 0 | 47,304 | 3,380,347 |
| 2057 | 47,304 | 0 | 47,304 | 3,427,651 |
| 2058 | 47,304 | 0 | 47,304 | 3,474,955 |
| 2059 | 47,304 | 0 | 47,304 | 3,522,260 |
| 2060 | 47,304 | 0 | 47,304 | 3,569,564 |
| 2061 | 47,304 | 0 | 47,304 | 3,616,869 |
| 2062 | 47,304 | 0 | 47,304 | 3,664,173 |
| 2063 | 47,304 | 0 | 47,304 | 3,711,478 |
| 2064 | 47,304 | 0 | 47,304 | 3,758,782 |
| 2065 | 47,304 | 0 | 47,304 | 3,806,087 |
| 2066 | 47,304 | 0 | 47,304 | 3,853,391 |
| 2067 | 42,574 | 0 | 42,574 | 3,895,965 |
| | 5,189,611 | 1,293,646 | 3,895,965 | |

(Table 2)
# Present Value of
# Difference in After-Tax Earnings
# (No Future Inflation)

| Year | Difference in After-Tax Earnings | Real Discount Factor | Present Value of Difference in After-Tax Earnings | Cumulative Present Value of Difference in After-Tax Earnings |
|---|---|---|---|---|
| 2024 | 105,603 | 1.00000 | 105,603 | 105,603 |
| 2025 | 105,603 | 0.98418 | 103,933 | 209,536 |
| 2026 | 105,603 | 0.96861 | 102,288 | 311,824 |
| 2027 | 105,603 | 0.95328 | 100,670 | 412,494 |
| 2028 | 105,603 | 0.93820 | 99,077 | 511,572 |
| 2029 | 105,603 | 0.92336 | 97,510 | 609,082 |
| 2030 | 105,603 | 0.90875 | 95,967 | 705,049 |
| 2031 | 105,603 | 0.89437 | 94,449 | 799,498 |
| 2032 | 105,603 | 0.88023 | 92,955 | 892,453 |
| 2033 | 105,603 | 0.86630 | 91,484 | 983,937 |
| 2034 | 105,603 | 0.85259 | 90,037 | 1,073,974 |
| 2035 | 105,603 | 0.83911 | 88,612 | 1,162,586 |
| 2036 | 105,603 | 0.82583 | 87,210 | 1,249,797 |
| 2037 | 105,603 | 0.81277 | 85,831 | 1,335,627 |
| 2038 | 105,603 | 0.79991 | 84,473 | 1,420,100 |
| 2039 | 105,603 | 0.78725 | 83,136 | 1,503,237 |
| 2040 | 105,603 | 0.77480 | 81,821 | 1,585,058 |
| 2041 | 105,603 | 0.76254 | 80,527 | 1,665,584 |
| 2042 | 105,603 | 0.75047 | 79,253 | 1,744,837 |
| 2043 | 105,603 | 0.73860 | 77,999 | 1,822,836 |
| 2044 | 105,603 | 0.72692 | 76,765 | 1,899,601 |
| 2045 | 105,603 | 0.71542 | 75,550 | 1,975,151 |
| 2046 | 105,603 | 0.70410 | 74,355 | 2,049,506 |
| 2047 | 105,603 | 0.69296 | 73,179 | 2,122,685 |
| 2048 | 105,603 | 0.68200 | 72,021 | 2,194,706 |
| 2049 | 105,603 | 0.67121 | 70,882 | 2,265,588 |
| 2050 | 105,603 | 0.66059 | 69,760 | 2,335,348 |
| 2051 | 105,603 | 0.65014 | 68,657 | 2,404,004 |
| 2052 | 105,603 | 0.63985 | 67,570 | 2,471,575 |
| 2053 | 105,603 | 0.62973 | 66,501 | 2,538,076 |
| 2054 | 105,603 | 0.61976 | 65,449 | 2,603,525 |
| 2055 | 59,338 | 0.60996 | 36,194 | 2,639,719 |
| 2056 | 47,304 | 0.60031 | 28,397 | 2,668,117 |
| 2057 | 47,304 | 0.59081 | 27,948 | 2,696,065 |
| 2058 | 47,304 | 0.58147 | 27,506 | 2,723,570 |
| 2059 | 47,304 | 0.57227 | 27,071 | 2,750,641 |
| 2060 | 47,304 | 0.56321 | 26,642 | 2,777,284 |
| 2061 | 47,304 | 0.55430 | 26,221 | 2,803,505 |
| 2062 | 47,304 | 0.54553 | 25,806 | 2,829,311 |
| 2063 | 47,304 | 0.53690 | 25,398 | 2,854,709 |
| 2064 | 47,304 | 0.52841 | 24,996 | 2,879,705 |
| 2065 | 47,304 | 0.52005 | 24,601 | 2,904,305 |
| 2066 | 47,304 | 0.51182 | 24,211 | 2,928,517 |
| 2067 | 42,574 | 0.50372 | 21,446 | 2,949,962 |
| | 3,895,965 | | 2,949,962 | |

Caryn Strickland

(Table 3)
# Present Value of
# Difference in After-Tax Earnings
# (Future Inflation)

| Year | Difference in After-Tax Earnings | Nominal Discount Factor | Present Value of Difference in After-Tax Earnings | Cumulative Present Value of Difference in After-Tax Earnings |
|---|---|---|---|---|
| 2024 | 105,603 | 1.00000 | 105,603 | 105,603 |
| 2025 | 108,771 | 0.95551 | 103,933 | 209,536 |
| 2026 | 112,035 | 0.91301 | 102,288 | 311,824 |
| 2027 | 115,396 | 0.87239 | 100,670 | 412,494 |
| 2028 | 118,858 | 0.83358 | 99,077 | 511,572 |
| 2029 | 122,423 | 0.79650 | 97,510 | 609,082 |
| 2030 | 126,096 | 0.76107 | 95,967 | 705,049 |
| 2031 | 129,879 | 0.72721 | 94,449 | 799,498 |
| 2032 | 133,775 | 0.69486 | 92,955 | 892,453 |
| 2033 | 137,788 | 0.66395 | 91,484 | 983,937 |
| 2034 | 141,922 | 0.63441 | 90,037 | 1,073,974 |
| 2035 | 146,180 | 0.60619 | 88,612 | 1,162,586 |
| 2036 | 150,565 | 0.57922 | 87,210 | 1,249,797 |
| 2037 | 155,082 | 0.55345 | 85,831 | 1,335,627 |
| 2038 | 159,735 | 0.52883 | 84,473 | 1,420,100 |
| 2039 | 164,527 | 0.50531 | 83,136 | 1,503,237 |
| 2040 | 169,462 | 0.48283 | 81,821 | 1,585,058 |
| 2041 | 174,546 | 0.46135 | 80,527 | 1,665,584 |
| 2042 | 179,783 | 0.44082 | 79,253 | 1,744,837 |
| 2043 | 185,176 | 0.42121 | 77,999 | 1,822,836 |
| 2044 | 190,731 | 0.40248 | 76,765 | 1,899,601 |
| 2045 | 196,453 | 0.38457 | 75,550 | 1,975,151 |
| 2046 | 202,347 | 0.36746 | 74,355 | 2,049,506 |
| 2047 | 208,417 | 0.35112 | 73,179 | 2,122,685 |
| 2048 | 214,670 | 0.33550 | 72,021 | 2,194,706 |
| 2049 | 221,110 | 0.32057 | 70,882 | 2,265,588 |
| 2050 | 227,743 | 0.30631 | 69,760 | 2,335,348 |
| 2051 | 234,576 | 0.29268 | 68,657 | 2,404,004 |
| 2052 | 241,613 | 0.27966 | 67,570 | 2,471,575 |
| 2053 | 248,861 | 0.26722 | 66,501 | 2,538,076 |
| 2054 | 256,327 | 0.25533 | 65,449 | 2,603,525 |
| 2055 | 148,350 | 0.24398 | 36,194 | 2,639,719 |
| 2056 | 121,813 | 0.23312 | 28,397 | 2,668,117 |
| 2057 | 125,467 | 0.22275 | 27,948 | 2,696,065 |
| 2058 | 129,231 | 0.21284 | 27,506 | 2,723,570 |
| 2059 | 133,108 | 0.20337 | 27,071 | 2,750,641 |
| 2060 | 137,102 | 0.19433 | 26,642 | 2,777,284 |
| 2061 | 141,215 | 0.18568 | 26,221 | 2,803,505 |
| 2062 | 145,451 | 0.17742 | 25,806 | 2,829,311 |
| 2063 | 149,815 | 0.16953 | 25,398 | 2,854,709 |
| 2064 | 154,309 | 0.16199 | 24,996 | 2,879,705 |
| 2065 | 158,938 | 0.15478 | 24,601 | 2,904,305 |
| 2066 | 163,706 | 0.14790 | 24,211 | 2,928,517 |
| 2067 | 151,756 | 0.14132 | 21,446 | 2,949,962 |
| | 7,140,711 | | 2,949,962 | |

# Disposition of Present Value Amount
# (No Inflation)

| Year | Beginning Balance | Interest Earned | Income Loss | Ending Balance |
|---|---|---|---|---|
| 2024 | 2,949,962 | 0 | 105,603 | 2,844,359 |
| 2025 | 2,844,359 | 45,723 | 105,603 | 2,784,479 |
| 2026 | 2,784,479 | 44,760 | 105,603 | 2,723,636 |
| 2027 | 2,723,636 | 43,782 | 105,603 | 2,661,815 |
| 2028 | 2,661,815 | 42,789 | 105,603 | 2,599,000 |
| 2029 | 2,599,000 | 41,779 | 105,603 | 2,535,176 |
| 2030 | 2,535,176 | 40,753 | 105,603 | 2,470,325 |
| 2031 | 2,470,325 | 39,710 | 105,603 | 2,404,432 |
| 2032 | 2,404,432 | 38,651 | 105,603 | 2,337,480 |
| 2033 | 2,337,480 | 37,575 | 105,603 | 2,269,452 |
| 2034 | 2,269,452 | 36,481 | 105,603 | 2,200,330 |
| 2035 | 2,200,330 | 35,370 | 105,603 | 2,130,097 |
| 2036 | 2,130,097 | 34,241 | 105,603 | 2,058,735 |
| 2037 | 2,058,735 | 33,094 | 105,603 | 1,986,226 |
| 2038 | 1,986,226 | 31,929 | 105,603 | 1,912,551 |
| 2039 | 1,912,551 | 30,744 | 105,603 | 1,837,692 |
| 2040 | 1,837,692 | 29,541 | 105,603 | 1,761,629 |
| 2041 | 1,761,629 | 28,318 | 105,603 | 1,684,344 |
| 2042 | 1,684,344 | 27,076 | 105,603 | 1,605,817 |
| 2043 | 1,605,817 | 25,814 | 105,603 | 1,526,027 |
| 2044 | 1,526,027 | 24,531 | 105,603 | 1,444,954 |
| 2045 | 1,444,954 | 23,228 | 105,603 | 1,362,579 |
| 2046 | 1,362,579 | 21,903 | 105,603 | 1,278,879 |
| 2047 | 1,278,879 | 20,558 | 105,603 | 1,193,833 |
| 2048 | 1,193,833 | 19,191 | 105,603 | 1,107,421 |
| 2049 | 1,107,421 | 17,802 | 105,603 | 1,019,619 |
| 2050 | 1,019,619 | 16,390 | 105,603 | 930,406 |
| 2051 | 930,406 | 14,956 | 105,603 | 839,759 |
| 2052 | 839,759 | 13,499 | 105,603 | 747,655 |
| 2053 | 747,655 | 12,019 | 105,603 | 654,070 |
| 2054 | 654,070 | 10,514 | 105,603 | 558,981 |
| 2055 | 558,981 | 8,986 | 59,338 | 508,629 |
| 2056 | 508,629 | 8,176 | 47,304 | 469,500 |
| 2057 | 469,500 | 7,547 | 47,304 | 429,743 |
| 2058 | 429,743 | 6,908 | 47,304 | 389,347 |
| 2059 | 389,347 | 6,259 | 47,304 | 348,301 |
| 2060 | 348,301 | 5,599 | 47,304 | 306,596 |
| 2061 | 306,596 | 4,929 | 47,304 | 264,220 |
| 2062 | 264,220 | 4,247 | 47,304 | 221,163 |
| 2063 | 221,163 | 3,555 | 47,304 | 177,413 |
| 2064 | 177,413 | 2,852 | 47,304 | 132,961 |
| 2065 | 132,961 | 2,137 | 47,304 | 87,794 |
| 2066 | 87,794 | 1,411 | 47,304 | 41,900 |
| 2067 | 41,900 | 674 | 42,574 | 0 |

# Disposition of Present Value Amount
# (Inflation)

| Year | Beginning Balance | Interest Earned | Income Loss | Ending Balance |
|---|---|---|---|---|
| 2024 | 2,949,962 | 0 | 105,603 | 2,844,359 |
| 2025 | 2,844,359 | 132,426 | 108,771 | 2,868,013 |
| 2026 | 2,868,013 | 133,527 | 112,035 | 2,889,505 |
| 2027 | 2,889,505 | 134,527 | 115,396 | 2,908,637 |
| 2028 | 2,908,637 | 135,418 | 118,858 | 2,925,198 |
| 2029 | 2,925,198 | 136,189 | 122,423 | 2,938,964 |
| 2030 | 2,938,964 | 136,830 | 126,096 | 2,949,698 |
| 2031 | 2,949,698 | 137,330 | 129,879 | 2,957,149 |
| 2032 | 2,957,149 | 137,677 | 133,775 | 2,961,050 |
| 2033 | 2,961,050 | 137,858 | 137,788 | 2,961,120 |
| 2034 | 2,961,120 | 137,862 | 141,922 | 2,957,060 |
| 2035 | 2,957,060 | 137,673 | 146,180 | 2,948,552 |
| 2036 | 2,948,552 | 137,276 | 150,565 | 2,935,264 |
| 2037 | 2,935,264 | 136,658 | 155,082 | 2,916,840 |
| 2038 | 2,916,840 | 135,800 | 159,735 | 2,892,905 |
| 2039 | 2,892,905 | 134,686 | 164,527 | 2,863,064 |
| 2040 | 2,863,064 | 133,296 | 169,462 | 2,826,898 |
| 2041 | 2,826,898 | 131,613 | 174,546 | 2,783,964 |
| 2042 | 2,783,964 | 129,614 | 179,783 | 2,733,796 |
| 2043 | 2,733,796 | 127,278 | 185,176 | 2,675,897 |
| 2044 | 2,675,897 | 124,582 | 190,731 | 2,609,748 |
| 2045 | 2,609,748 | 121,503 | 196,453 | 2,534,798 |
| 2046 | 2,534,798 | 118,013 | 202,347 | 2,450,464 |
| 2047 | 2,450,464 | 114,087 | 208,417 | 2,356,133 |
| 2048 | 2,356,133 | 109,695 | 214,670 | 2,251,159 |
| 2049 | 2,251,159 | 104,808 | 221,110 | 2,134,856 |
| 2050 | 2,134,856 | 99,393 | 227,743 | 2,006,506 |
| 2051 | 2,006,506 | 93,417 | 234,576 | 1,865,348 |
| 2052 | 1,865,348 | 86,845 | 241,613 | 1,710,581 |
| 2053 | 1,710,581 | 79,640 | 248,861 | 1,541,359 |
| 2054 | 1,541,359 | 71,761 | 256,327 | 1,356,794 |
| 2055 | 1,356,794 | 63,169 | 148,350 | 1,271,613 |
| 2056 | 1,271,613 | 59,203 | 121,813 | 1,209,003 |
| 2057 | 1,209,003 | 56,288 | 125,467 | 1,139,823 |
| 2058 | 1,139,823 | 53,067 | 129,231 | 1,063,659 |
| 2059 | 1,063,659 | 49,521 | 133,108 | 980,072 |
| 2060 | 980,072 | 45,629 | 137,102 | 888,600 |
| 2061 | 888,600 | 41,371 | 141,215 | 788,756 |
| 2062 | 788,756 | 36,722 | 145,451 | 680,027 |
| 2063 | 680,027 | 31,660 | 149,815 | 561,873 |
| 2064 | 561,873 | 26,159 | 154,309 | 433,723 |
| 2065 | 433,723 | 20,193 | 158,938 | 294,978 |
| 2066 | 294,978 | 13,733 | 163,706 | 145,005 |
| 2067 | 145,005 | 6,751 | 151,756 | 0 |

# Tax Implications

| Year | Present Value of Annual Taxes if Continued with Federal Government | Present Value of Annual Taxes In Current Situation |
|---|---|---|
| 2024 | 39,454 | 12,671 |
| 2025 | 38,830 | 12,471 |
| 2026 | 38,216 | 12,273 |
| 2027 | 37,611 | 12,079 |
| 2028 | 37,016 | 11,888 |
| 2029 | 36,430 | 11,700 |
| 2030 | 35,854 | 11,515 |
| 2031 | 35,287 | 11,333 |
| 2032 | 34,729 | 11,154 |
| 2033 | 34,179 | 10,977 |
| 2034 | 33,638 | 10,803 |
| 2035 | 33,106 | 10,632 |
| 2036 | 32,582 | 10,464 |
| 2037 | 32,067 | 10,299 |
| 2038 | 31,560 | 10,136 |
| 2039 | 31,060 | 9,975 |
| 2040 | 30,569 | 9,818 |
| 2041 | 30,085 | 9,662 |
| 2042 | 29,609 | 9,509 |
| 2043 | 29,141 | 9,359 |
| 2044 | 28,680 | 9,211 |
| 2045 | 28,226 | 9,065 |
| 2046 | 27,780 | 8,922 |
| 2047 | 27,340 | 8,781 |
| 2048 | 26,908 | 8,642 |
| 2049 | 26,482 | 8,505 |
| 2050 | 26,063 | 8,370 |
| 2051 | 25,651 | 8,238 |
| 2052 | 25,245 | 8,108 |
| 2053 | 24,845 | 7,979 |
| 2054 | 24,452 | 7,853 |
| 2055 | 7,821 | 1,855 |
| 2056 | 2,349 | 0 |
| 2057 | 2,312 | 0 |
| 2058 | 2,275 | 0 |
| 2059 | 2,239 | 0 |
| 2060 | 2,204 | 0 |
| 2061 | 2,169 | 0 |
| 2062 | 2,135 | 0 |
| 2063 | 2,101 | 0 |
| 2064 | 2,068 | 0 |
| 2065 | 2,035 | 0 |
| 2066 | 2,003 | 0 |
| 2067 | 1,774 | 0 |
| | 1,006,181 | 314,249 |

# **Tax Implications**

| | |
|---|---:|
| Present Value of Annual Taxes<br>Given Current Situation | 314,249 |
| Lump Sum Amount | 2,949,962 |
| Effective Tax Rate | 39.41% |
| | 1,162,580 |
| Present Value of Total Taxes<br>Given Current Situation | 1,476,829 |
| Present Value of Total Taxes<br>If Continued with Federal Government | 1,006,181 |
| Present Value of Difference in<br>In Total Tax Liability | 470,648 |

(Table 9)

# Summary

| | |
|---|---:|
| Present Value of Difference in Earnings | 2,949,962 |
| Present Value of Difference in Total Tax Liability | 470,648 |
| | |
| Amount Required to Make-Whole | 3,420,610 |

CURRICULUM VITAE

# Gary R. Albrecht, Ph.D.

*CONTACT INFORMATION:*

Mailing Address:
  1817 Georgia Ave.
  Winston-Salem, North Carolina  27104

Telephone:
  North Carolina (336) 727-9435

Electronic Mail:
  Albrecht@AlbrechtEconomics.com

*AREAS OF RESEARCH INTEREST*:

Forensic Economics
Economic Forecasting
Applied Econometrics

*EDUCATION:*

Ph.D., Economics, Indiana University, 1986
M.A., Economics, Indiana University, 1978
B.A., Economics and Philosophy, Tulane University, 1974

*EMPLOYMENT:*

1988-
    President of Albrecht Economics

1990-1999
    Adjunct Associate Professor, Department of Economics, Wake Forest University

1987-1989
Assistant Professor, Department of Economics, Wake Forest University

1984-1987
Director of Econometric Modeling and Research Scientist, Institute for Public Policy and Business Research, University of Kansas, Lawrence, Kansas. Main responsibility was the design and development of an econometric forecasting model for the state of Kansas. Other responsibilities included supervising impact studies, writing quarterly outlook monographs for publication in the *Kansas Business Review*, and, serving on the editorial board for the *Review*.

1978-1984
Research Associate, Division of Research, School of Business, Indiana University, Bloomington, Indiana. Responsibilities included the development of and forecasting with state and sub-state econometric models, and, assistance in the generation of forecasts with a national econometric model.

1980-1981
Lecturer, School of Business, Indiana University, Bloomington, Indiana

1976-1978
Associate Instructor, Department of Economics, Indiana University, Bloomington, Indiana

### *SERVICE TO THE PROFESSION*

2007-2010
Vice President and Member of the Board of Directors, National Association of Forensic Economics

1999-2003
CEO of Society of Litigation Economists, a not-for-profit organization dedicated to insuring high standards in the application of economic principles to valuations. The membership of the Society of Litigation Economists is limited to economists who have demonstrated a high level of expertise in forensic economics.

1991-Present
Referee, *Journal of Forensic Economics*

1991-Present
Referee, *Journal of Legal Economics*

### *COURSES TAUGHT:*

Econometrics
Economic Forecasting
Introductory Economics
Regional Economics
Statistics
Microeconomics

## PUBLICATIONS:

"Personal Consumption and Wrongful Death Damages (with Kurt V. Krueger) in *Forensic Economics: Assessing Personal Damages in Civil Litigation*, Frank D. Tinari, Editor. New York: Palgrave Macmillan US, December 2016.

"Structural Growth in Labor Costs: Evidence from the Employment Cost Index," (with Kurt V. Krueger) *Journal of Forensic Economics*, Vol. XXV, No. 1, April, 2014, pp. 35-42.

"Response to Comment on the Albrecht Review of the Three Arguments Used to Justify Including a Risk-Premium in the Discount Factor," *Journal of Legal Economics*, Vol. 19, No. 2, April, 2013, pp. 25-16.

"A Review of the Three Arguments used to Justify Including a Risk-Premium in the Discount Factor," *Journal of Legal Economics*, Vol. 18, No. 2, April, 2012, pp. 1-15.

"The U.S. Approach to Computing Economic Damages Due to Personal Injury and Wrongful Death," (with Kurt V. Krueger) in *Personal Injury and Wrongful Death Damages Calculations: Transatlantic Dialogue*, John O. Ward and Robert J. Thornton, ed., Emerald Books, 2009, pp. 193-232.

"The Present Value of Lost Financial Support Due to Wrongful Death," (with Kurt V. Krueger) *Journal of Legal Economics*, Vol. XV, No. 1, August, 2008, pp. 35-42.

"A Review of the Economic Foundations of Earnings and Discounting Theories Used in Forensic Economics," (with Kurt V. Krueger) *The Earnings Analyst*, Volume IX , Spring 2007, pp. 1-34.

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of North Carolina," (with George A. Schieren) *Journal of Forensic Economics*, Vol. XIX, No. 1, Winter 2006, pp. 89-101.

"Introduction to the Whole-time Concept," (with Kurt V. Krueger and John O.

3

Ward) *Journal of Forensic Economics*, Vol. XIV, No. 1, Winter 2001, pp. 3-8.

"It's About Time: The Forensic Economic Evaluation," (with Kurt V. Krueger and John O. Ward) *Journal of Forensic Economics*, Vol. XI, No. 3, Fall 1998, pp. 203-213.

"Risk and Damage Awards: Short-Term Bonds Vs. Long-Term Bonds," *Journal of Legal Economics,* Vol. 7, No.1, Spring/Summer 1997, pp. 48-54.

 "The Need to Use Risk-Free Discount Rates," *Journal of Legal Economics,* Vol. 7, No.1, Spring/Summer 1997, pp. 92-95.

"Economic Valuation of Life: A Cumulative Approach," in *The New Hedonics Primer for Economists and Attorneys*, 2nd Edition, John O. Ward, ed., Tucson, Arizona; Lawyers & Judges Publishing Co. 1996, pp. 171-175.

*Journal of Forensic Economics*, Volume VII, No. 3, Gary R. Albrecht, editor. Includes "Modeling Taxes in Personal Injury and Wrongful Death Award Calculations," pp. 1-4.

"The Application of the Hedonic Damages Concept to Wrongful Death and Personal Injury Litigation," *Journal of Forensic Economics*, Volume VII, No. 2, Spring/Summer 1994, pp. 143-150.

"Compensatory Damages and the Appropriate Discount Rate: Comment," *Journal of Forensic Economics*, Volume VI, No. 3, Fall 1993, pp. 271-272.

"The Role of Productivity and Prices in Forecasting Wage Rates," (with Kurt V. Krueger) *Journal of Forensic Economics*, Volume V, No. 3, Fall 1992, pp. 187-195.

"Issues Affecting the Calculated Value of Life," *Journal of Forensic Economics*, Volume V, No. 2, Spring/Summer 1992, pp. 97-104, and in *A Hedonics Primer for Economists and Attorneys*, John O. Ward, ed., Tucson, Arizona; Lawyers & Judges Publishing Co. 1992, pp. 197-205.

"Calculating the Value of a Closely Held Firm," *Journal of Legal Economics*, Volume 1, No. 3, December 1991, pp. 1-4.

"Calculating the Lost Pleasure of Life Due to Injury," *TrialBriefs*, Volume 23, No. 3, Third Quarter, 1991, pp. 16-17.

"Forecasting the Earnings of a Partially Disabled Individual," *Journal of Legal Economics*, Volume 1, No. 2, July, 1991, pp. 50-57.

4

"The Valuation of a Closely Held Firm," *Trial Briefs*, Volume 22, No. 4, Fourth Quarter, 1990, pp. 37-39.

"The Valuation of a Closely Held Firm: Comment," *Journal of Forensic Economics*, Volume 3, No. 1, December, 1989, pp. 65-68.

"On the Derivation and Consistent Use of Growth and Discount Rates for Future Earnings," (with John C. Moorhouse), *Journal of Forensic Economics*, Volume 2, No. 3, August, 1989, pp. 95-102.

"The Kansas Economy," (with Anthony Redwood), in H. Flentje ed., *Kansas Policy Choices*, Lawrence, Kansas: University of Kansas Press, 1986.

"An Economic Perspective of Rate Suppression Legislation," (with Douglas Houston and Anthony Redwood), *Kansas Law Review*, Volume 33, No. 3, 1985.

"Kansas Exports and Economic Development," (with Shirley Sicilian and Kurt Krueger), *Kansas Business Review*, Fall, 1985.

"The Kansas Econometric Forecasting Model," *Kansas Business Review*, Fall, 1985.

"Long-Term Structural Changes in the Kansas Economy," (with Anthony Redwood and Daniel Petree), *Kansas Business Review*, Winter, 1984-1985.

"An Introduction to the Econometric Model of Indiana," (with R. L. Pfister), *Indiana Business Review*, February, 1981.

"Testing for Causality in Regional Econometric Models," (with R. Jeffery Green), *International Regional Science Review*, Winter, 1979.


*ACADEMIC PAPER PRESENTATIONS:*


"Pricing Discounts in Forensic Economics," (with Kurt V. Krueger) Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Boston, MA, January 2015.

"Scheduled Economic Damages and Tort Reform in the United States," (with John O. Ward and Kurt V. Krueger) Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Chicago, IL, January 2007.

"Scheduled Damages and Tort Reform: An International Analysis and a Proposal for Consideration in the United States," (with Kurt V. Krueger and John O. Ward) NAFE 2006 International Meetings. Florence, Italy, May 2006.

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of North Carolina," (with George A. Schieren) Annual Meeting: Western Economic International Association. San Francisco, CA, July 2005.

"A Primer on Earnings Growth and Discounting," (with Kurt V. Krueger) Annual Meeting: Southern Economic Association. New Orleans, LA, November 2004.

"Eunomic Damage Analysis," (with Kurt V. Krueger and John O. Ward) American Social Science Association Annual Meeting: American Economic Association Annual Meeting. Atlanta, GA, January 2002.

"Estimating Economic Damages as a Result of Diminished Productivity in Work and Non-Work Time," (with Kurt V. Krueger and John O. Ward) Annual Western Economic Association Annual Conference, San Diego, CA, July 1977.

"The Objective Science of Forensic Economics," presented at the Sixty-Eighth Annual Western Economic Association Conference, Lake Tahoe, June 22, 1993.

"Proof that Saving with Short-Term Bonds Minimizes Purchasing Power Fluctuation Risk," presented at the American Economic Association Conference, New Orleans, January 4, 1992.

"Income Taxes and Economic Loss Calculations," (with Kurt V. Krueger) presented at the Sixty-Sixth Annual Western Economic Association Conference, Seattle, June 30, 1991.

"The Adequacy of Proxy Variables in Forecasting Wage Rates," presented at the Sixty-Fifth Annual Western Economic Association Conference, San Diego, June 30, 1990.

"A Short-Run Employment Function When Adjustment Costs are Linear," presented at the Sixty-First Annual Western Economic Association Conference, San Francisco, July, 1986.

"Choosing Among Forecasted National Variables for Use as Inputs Into Regional Forecasting Models," (with R. Jeffery Green), presented at the Twenty-Seventh Annual Mountain-Plains Economic Conference, 1985.

6

***WORKING PAPER:***

"The Kansas Econometric Model," Institute for Public Policy and Business Research, The University of Kansas, July, 1987.

***AFFILIATIONS:***

American Academy of Economic and Financial Experts
American Economic Association
National Association of Forensic Economics

# Bill Marcum, Ph.D.

Wake Forest University
School of Business
Box 7285 Reynolda Station
Winston-Salem, NC  27109-7285
(336) 758-7166

2824 Montclair Rd.
Winston-Salem, NC  27106
(336) 416-7328

## ACADEMIC EXPERIENCE

**Wall Street Partners Faculty Fellow**

**Finance Program Director,** Schools of Business, Wake Forest University.  Academic years 2004 – present.  Oversee curriculum and implementation, student job placements, scheduling, course offerings, academic advising and external liaison.

**Associate Finance Professor**, Tenured, School of Business, Wake Forest University. Academic year 1996 – present; teaching: Corporate Finance, Financial Derivatives, International Finance, Quantitative Methods of Finance.

**Visiting Associate Professor**, Bilkent University, Ankara, Turkey.  January – June, 2017.

**Visiting Assistant Finance Professor**, The Wayne Calloway School of Business and Accountancy, Wake Forest University, Academic year 1996-1997; teaching: International Finance and Fundamentals of Financial Management.

**Visiting Assistant Finance Professor**, The University of North Carolina at Chapel Hill, NC, Academic year 1995-1996: MBA and Master of Accounting: Fundamentals of Financial Management.

## EDUCATION

| | | | |
|---|---|---|---|
| University of North Carolina Chapel Hill, NC | Ph.D. | 1996 | Major: Finance |
| University of North Carolina Greensboro, NC | MA | 1990 | Major: Economics |
| University of North Carolina Greensboro, NC | BA | 1985 | Major: Economics |
| Furman University Greenville, SC | BA | 1982 | Major: Political Philosophy |

## PUBLICATIONS

With Naz Sayari, 2022, "Board Systems, employee representation, and neo-institutional theory: The moderating effect of economic freedom on corporate boards and financial performance" *Managerial Decision Economics*
https://onlinelibrary.wiley.com/doi/full/10.1002/mde.3638

With Naz Sayari, 2018, "Reducing Risk in the Emerging Markets: Does Enhancing Corporate Governance Work?" *Business Research Quarterly.* https://doi.org/10.1016/j.brq.2018.01.002

With Naz Sayari, 2017, "Do US Corporate Governance Standards Effectively Discourage Risk in the Emerging Markets?" *Australian Accounting Review*, https://doi.org/10.1111/auar.12160.

With G. J. Goddard, 2014, "The Case of the Discounted Sellout: Reducing the Risk of Condo Project Finance," *RMA Journal*, 44-49.

With Dale Martin and Deon Strickland, 2013, "U.S. Firms: Still Holding Too Much Cash?" *Journal of Corporate Accounting Finance*, Winter, 27-34.

With G. J. Goddard, 2012, "A World of Herf: The Importance of Market Concentration in CMBS Risk Assessment, *RMA Journal,* 36-42.

With Dale Martin and Deon Strickland, 2011, "Are U.S. Firms Stockpiling Too Much Cash?" *The Journal of Corporate Accounting and Finance*, 9-18.

With G. J. Goddard, 2011, "The Good, the Bad and the 1031 Exchange," *RMA Journal*, 44-47.

With G. J. Goddard 2011, "The Crowd is Untruth: The Problem of Cap Rates in a Declining Market," *RMA Journal*, 26-32.

With Michael Cooper and Roberto C. Gutierrez, Jr., 2005 "On the Predictability of Stock Returns in Real Time," *Journal of Business*, 78, 469-499.

With James Cotter and Dale Martin, 2003, "A Cure for Outdated Capital Budgeting Techniques," *Journal of Corporate Accounting and Finance*, 14: 71-80.

With Sheri Bridges and J. Kline Harrison, 2003, "The Relation Between Employee Perceptions of Stakeholder Balance and Corporate Financial Performance," *SAM Advanced Management Journal*, 22: 55-75.

With Don Robin, "Understanding Ethical Attitudes of Insurance Practitioners," 2003, *CPCU Journal*, 56, Vo. 5.

With Sheri Bridges, 2001, "Back to Business Basics: Buyers, Benefits and Brands on the Internet," *Journal of Business and Entrepreneurship,* 13: 71-82.

With James Cotter, 2001, "The Limits of Reverse Auction Pricing and Priceline.com," *Journal of Business and Entrepreneurship*, 13: 23-32.

## BOOKS

With G. J. Goddard., 2012, "*Real Estate Investment: A Value Based Approach*," Springer.

## BOOK CHAPTERS

With Naz Sayari, 2018, "Corporate Governance and Financial Performance in the Emerging Markets: Do ADRs Perform any Better than Non-Cross-Listed Firms?" In *Financial Management from an Emerging Market Perspective*. InTech.

## WORKING PAPERS

With Naz Sayari, 2022, "To Overstate Or Not To Overstate CSR: What Does Bayes Tell Us About CSR Decoupling and Firm Value?", Under submission.

## AWARDS and HONORS

Wall Street Partners Fellow, 2016 – present

Associate, BB&T Center for the Study of Capitalism 2015 – present
Horace Kelly Alumni Teaching Award, 2015 – 2016
Service Award, 2015 – 2016
Horace Kelly Alumni Teaching Award, 2013 – 2014
Outstanding Educator Award, Wake Forest Charlotte Saturday MBA Program, 2013
Outstanding Educator Award, Wake Forest Charlotte Saturday MBA Program, 2012
Senior Teaching Award, Wake Forest University School of Business, 2009 – 2010
Senior Teaching Award, Wake Forest University School of Business, 2006 – 2007
Senior Teaching Award, Wake Forest University School of Business, 2003 – 2004

## CONFERENCE PRESENTATIONS

American Finance Association meetings.
American Accounting Association meetings
Annual Conference on Accounting and Finance
Western Finance Association meetings
Financial Management Association meetings
Conference organizer: The Impact of Corporate Social Responsibility, Wake Forest University, 2016.

## LITIGATION (Expert)

Wishart, Norris, Henninger & Pittman, P.A. – Trial Witness (2013)
Albrecht Economics, Inc. (March 2022 – present)
      Robinson & Lawing (Winston Salem, NC), LPP – Deposition (2022)
      Shankman Leone, P.A. (Tampa FL) – Hearing Witness (2023)
      Hyler & Agan, PLLC (Asheville, NC)
      Fink & Hayes, PLLC (Charlotte, NC)
      Osborn, Gambale, Beckley & Budd, PLLC (Raleigh, NC)

## BUSINESS CONSULTING

BB&T (now Truist) Executive Education (2016-present)
First Union (now Wells Fargo): Executive Training – Corporate Finance
Fred Alger Management, Inc. – Asset Allocation, Pricing, Return Distributions
J.P. Morgan – Asset Management.
Greensboro Economic Summit, host and facilitator, Feb. 2009, 2010, 2011.

## MEMBER

National Association of Business Economists
National Association of Forensic Econmics

# ALBRECHT ECONOMICS, INC.

January 1, 2023 Fee Sheet

Unless extenuating circumstances apply the fee for each of the following four types of reports is $3,500:

1) Personal injury economic report evaluating the present value of diminished earning capacity and diminished household work services;

2) Wrongful death economic report evaluating the present value of lost financial support and family services;

3) Employment termination report evaluating the loss of earnings and benefits;

The valuation of stock options is not included in the above pricing.

4) Present value calculation of future medical costs contained in a Life Care Plan;

If relevant information is received after calculations have begun additional charges will apply.

When two reports are provided for the same individual (e.g. diminished earning report and present value of future care expenses from a Life Care Plan) the fee is $6,500.

The hourly billing rate for time in commercial cases or for time not involved in the production of the above reports is $500 except for deposition time.

The deposition fee is $1,800 plus $500 per hour for time beyond three hours.

Mailing Address: 1817 Georgia Ave., Winston-Salem, NC 27104
Telephone: 336-727-9435
E-Mail: Albrecht@AlbrechtEconomics.com
Website: AlbrechtEconomics.com