# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil No. 1:20-cv-00066-WGY ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| *Defendants*. | ) ) ) |

# DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT

I, Cooper Strickland, declare as follows:

1. I represent Plaintiff in this proceeding. I make this declaration of my own personal knowledge, and if called as a witness could and would testify competently to the matters stated herein.

2. Plaintiff previously verified the allegations in her complaint under penalty of perjury, as stated in a declaration filed with her prior summary judgment motion. ECF No. 60-2.

3. The materials referenced in Exhibits A–D, M–N, and P to Plaintiff's renewed motion for summary judgment were produced in this litigation during discovery, either by Defendants' counsel or Plaintiff's counsel, and are true and accurate copies thereof.

4. The materials referenced in Exhibits E–L to Plaintiff's renewed motion for summary judgment come from certified transcripts of deposition testimony taken during this litigation.

1

5. Exhibit O to Plaintiff's renewed motion for summary judgment references audio recordings that were previously provided to this Court through a conventionally filed CD exhibit. *See* ECF Nos. 170, 173. Plaintiff's counsel served the full recordings on Defendants' counsel during discovery, and Defendants' counsel subsequently amended the Answer to Plaintiff's complaint to incorporate the substance of recordings. *See* ECF No. 210, ¶¶ 266, 318, 370, 415.

6. Exhibits Q and R refer to expert reports produced on Plaintiff's behalf for this litigation. Those experts have provided sworn declarations adopting the substance of their reports as their sworn testimony. *See Humphreys & Partners Architects, L.P. v. Lessard Design, Inc.*, 790 F.3d 532, 539 (4th Cir. 2015) ("And '[s]ubsequent verification or reaffirmation of an unsworn expert's report, either by affidavit or deposition, allows the court to consider the unsworn expert's report on a motion for summary judgment.'").

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of June, 2023 at Lynn, North Carolina.

                                                                        /s/ Cooper Strickland
                                                                            Cooper Strickland