# Exhibit 5



**Re: Lunch?**
JP Davis to: Caryn Devins                02/27/2018 05:28 PM

From: JP Davis/NCWF/04/FDO
To: Caryn Devins/NCWF/04/FDO

Awesome, got it down.

J.P. Davis
First Assistant Federal Defender
Federal Public Defender
Western District of North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Phone: 704-374-0720
Fax: 704-374-0722

---

Caryn Devins    Sure! I can do Friday if that works for you. Caryn...    02/27/2018 05:17:02 PM

From: Caryn Devins/NCWF/04/FDO
To: JP Davis/NCWF/04/FDO@FDO
Date: 02/27/2018 05:17 PM
Subject: Re: Lunch?

Sure! I can do Friday if that works for you. Caryn

Caryn Devins
Research & Writing Attorney
Federal Public Defender for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, North Carolina 28202
Main - 704-374-0720
Fax - 704-374-0722

CONFIDENTIALITY NOTE

This e-mail, and any attachments accompanying this e-mail, contain information from the Federal Public Defender's Office which is confidential or privileged. The information is intended only for the use of the individual(s) or entity(s) named in this e-mail. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us immediately by reply e-mail.

---

JP Davis    Up for a lunch soon? We're probably a little over...    02/27/2018 03:58:27 PM



**Lunch?**
JP Davis  to: Caryn Devins  02/27/2018 03:58 PM

From: JP Davis/NCWF/04/FDO
To: Caryn Devins/NCWF/04/FDO

Up for a lunch soon? We're probably a little overdue. I'm free Friday or Mon-Wed next week if any of those work for you.

J.P. Davis
First Assistant Federal Defender
Federal Public Defender
Western District of North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Phone: 704-374-0720
Fax: 704-374-0722

US00004021