# Exhibit 8



**Re: Fw: Activity in Case 3:16-cr-00312-RJC-DSC USA v. Davis Notice of Hearing TD:2**

Caryn Devins    to: JP Davis                                    06/14/2018 05:45 PM

History:    This message has been replied to.

Of course. I'm happy to help in any way I can. Caryn

Sent from my iPhone using IBM Verse

On Jun 14, 2018, 5:34:30 PM, JP_Davis@fd.org wrote:

From: JP_Davis@fd.org
To: Caryn_Devins@fd.org
Cc:
Date: Jun 14, 2018, 5:34:30 PM
Subject: Re: Fw: Activity in Case 3:16-cr-00312-RJC-DSC USA v. Davis Notice of Hearing TD:2

Thanks, I appreciate your attitude on this. I won't text you unless I really need to.

J.P. Davis
First Assistant Federal Defender
Federal Public Defender
Western District of North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Phone: 704-374-0720
Fax: 704-374-0722
Caryn Devins---06/14/2018 04:17:28 PM---Email usually is fine, I think what happened is that a whole bunch of emails got sent around the sam

From: Caryn Devins/NCWF/04/FDO
To: JP Davis/NCWF/04/FDO@FDO
Date: 06/14/2018 04:17 PM
Subject: Re: Fw: Activity in Case 3:16-cr-00312-RJC-DSC USA v. Davis Notice of Hearing TD:2

Email usually is fine, I think what happened is that a whole bunch of emails got sent around the same time last Friday and that one was just buried in there and I didn't see it at the time. I understand we are in crunch time and if you email me this weekend and I don't respond within a few hours, feel free to text me.

Sorry again, Caryn

Caryn Devins

Research & Writing Attorney
Federal Public Defender for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, North Carolina 28202
Main - 704-374-0720
Fax - 704-374-0722

CONFIDENTIALITY NOTE

This e-mail, and any attachments accompanying this e-mail, contain information from the Federal Public Defender's Office which is confidential or privileged. The information is intended only for the use of the individual(s) or entity(s) named in this e-mail. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us immediately by reply e-mail.

JP Davis---06/14/2018 04:09:46 PM---So long as you have access to email, that should be fine. I try very hard not to make anyone else wo

From: JP Davis/NCWF/04/FDO
To: Caryn Devins/NCWF/04/FDO@FDO
Date: 06/14/2018 04:09 PM
Subject: Re: Fw: Activity in Case 3:16-cr-00312-RJC-DSC USA v. Davis Notice of Hearing TD:2

So long as you have access to email, that should be fine. I try very hard not to make anyone else work on the weekend unless I have to, but sometimes it's necessary. I don't expect that to be the case here, but if you can keep an eye out just in case I need to bounce something off you, that would be appreciated.

In the meantime, is there a better way to get messages to you than email?

J.P. Davis
First Assistant Federal Defender
Federal Public Defender
Western District of North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Phone: 704-374-0720
Fax: 704-374-0722

Caryn Devins---06/14/2018 03:06:31 PM---JP, I have been sorting through emails and I apologize but I had not seen the one below until today.

From: Caryn Devins/NCWF/04/FDO
To: JP Davis/NCWF/04/FDO@FDO
Date: 06/14/2018 03:06 PM
Subject: Re: Fw: Activity in Case 3:16-cr-00312-RJC-DSC USA v. Davis Notice of Hearing TD:2

JP, I have been sorting through emails and I apologize but I had not seen the one below until today. I wanted to let you know that I will not be in town this weekend or next weekend. Cooper's brother is getting married June 23 and we have to prepare to make food for around 80 guests starting this weekend. I will also be out of the office next Friday, June 22 to help them. I just wanted to make sure you knew my schedule so that we can plan around it. Thanks, Caryn

Caryn Devins
Research & Writing Attorney
Federal Public Defender for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, North Carolina 28202
Main - 704-374-0720
Fax - 704-374-0722

CONFIDENTIALITY NOTE

This e-mail, and any attachments accompanying this e-mail, contain information from the Federal Public Defender's Office which is confidential or privileged. The information is intended only for the use of the individual(s) or entity(s) named in this e-mail. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us immediately by reply e-mail.

JP Davis---06/07/2018 05:47:59 PM--

From: JP Davis/NCWF/04/FDO
To: Caryn Devins/NCWF/04/FDO@FDO
Date: 06/07/2018 05:47 PM
Subject: Re: Fw: Activity in Case 3:16-cr-00312-RJC-DSC USA v. Davis Notice of Hearing TD:2



Sent from IBM Verse