# Exhibit 9



**Mas Dinero**
JP Davis    to: Caryn Devins                                    05/18/2018 03:56 PM

Dude, you're shooting high with a G15. Not least of all since you'll need 5 more years of fed service to qualify for it. But fret not, I have a plan... just remember I deal in pay-for-stay :)

J.P. Davis
First Assistant Federal Defender
Federal Public Defender
Western District of North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Phone: 704-374-0720
Fax: 704-374-0722

US00000089



> JP Davis---06/01/2018 03:24:52 PM---My apologies, I have been completely absorbed in the ▓ matter. I am doing some more research here and then I was planning o

From: JP Davis/NCWF/04/FDO
To: Caryn Devins/NCWF/04/FDO@FDO
Date: 06/01/2018 03:24 PM
Subject: Re: ▓

The meeting was primarily to inform Mr. ▓ of the ruling and discuss the case. I don't need you to go with me; I just asked if you wanted to go and took your response as a yes. It's fine for you to not.

I did notice that you looked pretty unhappy earlier. I hope you feel better. I'm happy to offer a drink and an ear if you need one, though I get the feeling you are not comfortable talking to me about it. Might I suggest Mary Ellen? She's completely separate from all aspects of this and would give you some good perspective.

Sent from IBM Verse

Caryn Devins --- Re: ▓

From: "Caryn Devins" <Caryn_Devins@fd.org>
To: "JP Davis" <JP_Davis@fd.org>
Date: Fri, Jun 1, 2018 2:43 PM
Subject: Re: ▓

My apologies, I have been completely absorbed in the ▓ matter. I am doing some more research here and then I was planning on leaving a little early. I am completely mentally and emotionally exhausetd.

This is to discuss with him the plea options? Not sure if you really need me to go with you but if so then Monday would probably work better for me. Thanks, Caryn

Caryn Devins
Research & Writing Attorney
Federal Public Defender for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, North Carolina 28202
Main - 704-374-0720
Fax - 704-374-0722

CONFIDENTIALITY NOTE

This e-mail, and any attachments accompanying this e-mail, contain



### Re: Brief
**Caryn Devins** to: JP Davis      06/19/2018 05:22 PM

Good, glad to see it done. Yes I have a bunch of things going on but I hope you enjoy. Caryn

Caryn Devins
Research & Writing Attorney
Federal Public Defender for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, North Carolina 28202
Main - 704-374-0720
Fax - 704-374-0722

CONFIDENTIALITY NOTE

This e-mail, and any attachments accompanying this e-mail, contain information from the Federal Public Defender's Office which is confidential or privileged. The information is intended only for the use of the individual(s) or entity(s) named in this e-mail. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us immediately by reply e-mail.

---

JP Davis      Yes, I did that for purposes of humanizing the cli...      06/19/2018 05:00:34 PM

From: JP Davis/NCWF/04/FDO
To: Caryn Devins/NCWF/04/FDO@FDO
Date: 06/19/2018 05:00 PM
Subject: Re: Brief

Yes, I did that for purposes of humanizing the client. I'm aware it may be off-putting if you're used to a drier writing style, but in my experience that form of psychological distance-closing can be effective.

Thanks. I'm going to get this filed and get a celebratory drink. You're welcome to join me, but if I recall correctly, you have an appellate brief to write.

J.P. Davis
First Assistant Federal Defender
Federal Public Defender
Western District of North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Phone: 704-374-0720
Fax: 704-374-0722

---

Caryn Devins      Sorry for not getting to this earlier, busy afternoo...      06/19/2018 04:33:48 PM

From: Caryn Devins/NCWF/04/FDO
To: JP Davis/NCWF/04/FDO@FDO
Date: 06/19/2018 04:33 PM
Subject: Re: Brief

Sorry for not getting to this earlier, busy afternoon. I agree it's close and I mostly just fixed a few minor typos in track changes. the only thing I wanted to double check is that you want to refer to him as ▬

US00000091

Fri, Jun 15, 5:44 PM

Hey, just tried to call and missed you. Feel free to give me a call back whenever.

Thu, Jun 21, 6:44 PM

It is currently raining.

Last chance for a ride, tough girl...

Fri, Jun 22, 5:02 PM

How would you feel about handling a sentencing hearing



From: JP Davis
To: Caryn Devins
Subject: Catching up
Date: 06/27/2018 11:52 AM

Hey Caryn,

Can we catch up for a little bit some time this week? I think it would be good for us to have another mentoring session. We can do it over lunch, or cut out early one day for a celebratory post-▮▮▮▮ drink, or we can just do it in the office-- I think it might be good to have some distance from work, but whatever makes you most comfortable is fine with me. I am free all day tomorrow and Friday; could even do this afternoon after I get out of a debrief. Just let me know what your schedule is like.

JP

Sent from IBM Verse

Case 1:20-cv-00066-WGY   Document 245-10   Filed 06/01/23   Page 6 of 6

US00000093