# Exhibit 10



**From:** JP Davis
**To:** Caryn Devins
**Subject:** Catching up
**Date:** 06/27/2018 11:52 AM

Hey Caryn,

Can we catch up for a little bit some time this week? I think it would be good for us to have another mentoring session. We can do it over lunch, or cut out early one day for a celebratory post-███ drink, or we can just do it in the office-- I think it might be good to have some distance from work, but whatever makes you most comfortable is fine with me. I am free all day tomorrow and Friday; could even do this afternoon after I get out of a debrief. Just let me know what your schedule is like.

JP

Sent from IBM Verse