# Exhibit 11



**Tony**

Jul 24, 2018, 8:48 AM

Please do not email, text or meet with Caryn at all until further notice from me. I'm at the Caldwell County Jail. We'll talk later

Ok. No worries, she's out sick again. I'll be around all day if you want to call when you're on the road.

Jul 24, 2018, 11:28 AM

I was planning on forwarding ME's email re: duty next week to the duty attorneys, one of whom is Caryn. Should I hold off on that as well? And for that matter should we take her off that duty day under the new structure or finish out this month's calendar?

Jul 24, 2018, 5:33 PM

are you around tomorrow?

Case 1:20-cv-00066-WGY   Document 245-12   Filed 06/01/23   Page 2 of 2

US00006636