# Exhibit 13

| | |
|---|---|
| **Sent**: | 6/12/2019 1:12:55 PM |
| **To**: | Anthony Martinez |
| **CC**: | Kim Llewellyn [kim_llewellyn@ca4.uscourts.gov] |

Tony,

I would simply advise Josh and Jared that Caryn will be teleworking temporarily for the time being. I don't think you need to say anything more. As for Jared, I would simply ask him not to assign any work from JP to Caryn. People may wonder, but I think this approach is best. You're doing all you can to protect Caryn, you're not making up any fabrications, and you're also not revealing confidences. You could make up something to disguise these moves, but I don't like the idea of being deceptive in order to avoid raised eyebrows.

I think you're doing a great job, Tony. Your organizational changes are brilliant.

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

▓▓▓▓▓▓▓▓@ca4.uscourts.gov

▼Anthony Martinez—08/14/2018 01:56:06 PM—James, Thank you. I have a question. In my attempt to insulate Caryn from JP I created a Research &

From: Anthony Martinez/NCWF/04/FDO@FDO
To: James Ishida/CE04/04/USCOURTS@USCOURTS@USCEXT
Cc: Kim Llewellyn/CE04/04/USCOURTS@USCOURTS
Date: 08/14/2018 01:56 PM
Subject: Re: Fw: CONFIDENTIAL - Requesting Heather Beam

---

James,

Thank you. I have a question. In my attempt to insulate Caryn from JP I created a Research & Writing Unit (composed of Caryn and Jared the other R&W) that would become part of the Appellate Unit. Josh Carpenter is the Appellate Chief. I have made Jared Martin the gatekeeper for all R&W assignments. In other words, all requests for R&W work should go through Jared. How do I instruct Jared to not give Caryn any work assignments from JP without raising any eyebrows? Also, Jared and Josh will need to know that Caryn is working remotely. How should I advise them so as to maintain confidentiality? I'm just trying to avoid any allegations of violating confidentiality. At the same time, I need to let some people know that she's working remotely.

Thanks again for everything you are doing,
Tony



**Anthony Martinez**
Federal Public Defender

Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Fax: (704) 374-0722
E-mail: Anthony_Martinez@fd.org

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.

▼ James Ishida—08/14/2018 01:33:03 PM—Hi Tony, So we now have Heather Beam. I'd suggest reaching out to her to set up a meeting to discus

From: James Ishida/CE04/04/USCOURTS@USCOURTS
To: Anthony Martinez/NCWF/04/FDO@FDO
Cc: Kim Llewellyn/CE04/04/USCOURTS@USCOURTS, James Ishida/CE04/04/USCOURTS@USCOURTS
Date: 08/14/2018 01:33 PM
Subject: Fw: CONFIDENTIAL - Requesting Heather Beam

Hi Tony,

So we now have Heather Beam. I'd suggest reaching out to her to set up a meeting to discuss the case. Heather will need to know that you're appointing her to investigate the allegations contained in Caryn's email. (I'd also suggest that you prepare something in writing to that effect. I might say that because of your earlier involvement in the matter that you are recusing and appointing Heather as your designee to investigate the allegations.)

Heather will also serve as your witness when you meet with Caryn. Again, I think the scope of your meeting with Caryn will be to inform her of her rights under Chapter X of the Fourth Circuit's EDR Plan (i.e., right to request counseling, which triggers the Circuit's EDR process), describe next steps under your Office's EDR Plan (i.e., file a written grievance), and inform her of actions already taken under Chapter IX of the Fourth Circuit's EDR Plan (i.e., that Judge Gregory has been informed of her allegations).

As for who would receive the investigatory report, I'm having additional thoughts. Perhaps we can talk this through later. We don't need to act until the investigation is complete. I want to chew on this a little more.

Hope that's enough to go on. Let us know if you have any questions. Thanks.

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
▓▓▓▓▓@ca4.uscourts.gov
----- Forwarded by James Ishida/CE04/04/USCOURTS on 08/14/2018 01:10 PM -----

From: James Ishida/CE04/04/USCOURTS
To: Lisa G Morris/NCWP/04/USCOURTS@USCOURTS
Date: 08/14/2018 01:05 PM
Subject: Re: CONFIDENTIAL - Requesting Heather Beam

Many thanks Lisa. Much appreciated. I'll be in touch.

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

[redacted]@ca4.uscourts.gov


▼ Lisa G Morris—08/14/2018 12:46:36 PM—Absolutely Heather is available. Let me know if you need anything else. Take care! Lisa G. Morris

From: Lisa G Morris/NCWP/04/USCOURTS
To: James Ishida/CE04/04/USCOURTS@USCOURTS
Date: 08/14/2018 12:46 PM
Subject: Re: CONFIDENTIAL - Requesting Heather Beam


Absolutely Heather is available. Let me know if you need anything else. Take care!

*Lisa G. Morris*
*Chief U. S. Probation Officer*
*200 S. College St., Suite 1650*
*Charlotte, NC 28202*
*(704)350-7650*


▼ James Ishida—08/14/2018 11:26:54 AM—Hi Lisa, I have a favor to ask. There's a personnel matter brewing in the Western District that Hea

From: James Ishida/CE04/04/USCOURTS
To: Lisa G Morris/NCWP/04/USCOURTS@USCOURTS
Date: 08/14/2018 11:26 AM
Subject: CONFIDENTIAL - Requesting Heather Beam


Hi Lisa,

I have a favor to ask. There's a personnel matter brewing in the Western District that Heather Beam can help us with. It involves a sensitive EDR matter, and I need someone outside the particular office to help us gather facts. I don't think the task will be onerous, and I'm hopeful that we can wrap this up quickly.

Pls let me know if Heather is available. I hope everything is going well for you.

Best,

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA  23217-3517
███████@ca4.uscourts.gov