# Exhibit 14

immediately. Thus, he is acknowledging the risk to my safety and telling me that I should continue to put myself at risk and simply let him know after the fact if something happens to me.

Moving forward, I plan on confirming with Tony via email the three points we agreed on above. He assured me that those three things should all be done very quickly, essentially as soon as he can get the paperwork done and speak with the Appellate Chief.

I also plan on telling him that until he resolves (4), I will be working remotely to prevent further threats to my safety. Before I send him the email, I was hoping that you could let me know if, from the perspective of enforcing civil rights laws, there is any issue with my taking steps to work remotely immediately until the duty station is resolved. I do not want to overstep by any means, but I think we had discussed the transfer issue as really being the most fundamental, and I am frankly a bit shocked he is not being more accommodating.

Again, thanks for your help in this very difficult situation. I appreciate your guidance and support in resolving this.

Best, Caryn

Sent from Mail for Windows 10

---

**From:** Nancy Dunham <Nancy_Dunham@ao.uscourts.gov>
**Sent:** Thursday, August 9, 2018 10:17:27 AM
**To:** Caryn Devins
**Subject:** Re: Confidential

I understand and this has been my communication to Cate.

Get Outlook for iOS

---

**From:** Caryn Devins <caryn.devins@hotmail.com>
**Sent:** Thursday, August 9, 2018 9:52 AM
**To:** Nancy Dunham
**Subject:** Re: Confidential

Hi Nancy,

Thanks for the update. I'm glad it seems somewhat positive, but I'm concerned that I have not heard anything on my end yet. Hopefully that will change soon.

I just want to confirm that the federal defender is on board with the steps we discussed as necessary to resolve this: 1. AFD position; 2. In appellate unit; 3. The first assistant has no role in my supervisory chain of command; and 4. I no longer work in cCharlotte. If I have to work remotely until there is space in Asheville, that is completely fine with me.

As we discussed, these steps are necessary because they have shown they are willing to use the flexibility in the r&w role to take away any opportunity at advancement, to appear in court, to have my own caseload, etc and they have already made me a subordinate of another r&w. So I am just looking for confirmation that the remedy will include the above steps.

Thank you again for the updates and please let me know if you hear any other updates.

US00000977

Caryn

Sent from my iPhone

On Aug 9, 2018, at 9:18 AM, Nancy Dunham <Nancy_Dunham@ao.uscourts.gov> wrote:

She did called and Tony was very responsive. He did say the AFD job was in Charlotte and he has no space in Asheville. I proposed telework for the interim and Cate is talking to him about that. Still working on it. He may apologize to you or talk about a solution, and if you are comfortable you can give him your views. My clear sense is that he is taking this very seriously.

Get Outlook for iOS

---

**From:** Caryn Devins <caryn.devins@hotmail.com>
**Sent:** Thursday, August 9, 2018 8:34 AM
**To:** Nancy Dunham
**Subject:** Re: Confidential

Thanks for sending this Nancy. Do you think it's likely she will call this week? Just wondering so I can prepare myself. Thanks again. Caryn

Sent from my iPhone

> On Aug 7, 2018, at 5:44 PM, Nancy Dunham <Nancy_Dunham@ao.uscourts.gov> wrote:
>
> FYI.
>
> -----Original Message-----
> From: Cait Clarke
> Sent: Tuesday, August 07, 2018 5:40 PM
> To: Nancy Dunham <Nancy_Dunham@ao.uscourts.gov>
> Subject: RE: Confidential
>
> Got it.
> Will make the call soon.
> Thank you for handling this so discreetly. I hope our plan works.
> Cait
>
> -----Original Message-----
> From: Nancy Dunham
> Sent: Tuesday, August 07, 2018 5:20 PM
> To: Cait Clarke <Cait_Clarke@ao.uscourts.gov>
> Subject: Confidential
>
> Cait,
>
> Ready for your call. There is actually an open AFD position in Asheville (and she applied for it) which should make things easier.
>
> Nancy
>
> -----Original Message-----

US00000978