# Exhibit 16

| | |
|---|---|
| **Sent**: | 6/12/2019 1:57:12 PM |
| **To**: | Heather Beam [heather_beam@ncwp.uscourts.gov] |
| **Attachments**: | Strickland Official Grievance.pdf; Strickland Request for Counseling.pdf |

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
▮▮▮▮▮▮@ca4.uscourts.gov

----- Forwarded by James Ishida/CE04/04/USCOURTS on 09/28/2018 10:24 AM -----

From: Caryn Devins <caryn.devins@hotmail.com>
To: ▮▮▮▮▮@ca4.uscourts.gov" ▮▮▮▮▮@ca4.uscourts.gov>
Date: 09/10/2018 01:48 PM
Subject: Request for Counseling and Report of Wrongful Conduct

James,

I am requesting counseling and making a report of wrongful conduct under the Fourth Circuit EDR Plan. Please see the attached Request for Counseling form and official grievance.

Best regards,

Caryn

*(See attached file: Strickland Official Grievance.pdf)(See attached file: Strickland Request for Counseling.pdf)*