# Exhibit 18

OFFICE OF THE CIRCUIT EXECUTIVE
**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

JAMES N. ISHIDA
CIRCUIT EXECUTIVE

1100 EAST MAIN STREET, SUITE 617
RICHMOND, VIRGINIA 23219-3517

January 16, 2019

Ms. Caryn Strickland
Office of the Federal Public Defender
129 West Trade Street, Room 300
Charlotte, NC 28202

Dear Caryn:

I write to inform you that the counseling period ended on January 14, 2019.

In accordance with Chapter X, § 8E, of the *Consolidated Equal Employment Opportunity and Employment Dispute Resolution Plan of the United States Court of Appeals for the Fourth Circuit (November 2018)* ("the Plan"), I am formally advising you that the counseling period is concluded. I also write to advise that you have the right to file a request for mediation with me under Chapter X, § 9A of the Plan.

If you wish to pursue this matter, your request for mediation must be filed with me within 15 days after receiving this notice, and in the form prescribed by Chapter X, § 9A of the Plan.

Best regards,

cc: Honorable Roger L. Gregory
Anthony Martinez
Kim Llewellyn