# Exhibit 19

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

- - - - - - - - - - - - - - - - - - x
                                        :
CARYN DEVINS STRICKLAND,      :
                                        :
                  Plaintiff,   :
vs.                                  :      Case No. 2021-2071
                                        :
UNITED STATES, et al.,        :
                                        :
                  Defendants.   :
                                        :
- - - - - - - - - - - - - - - - - - x

WASHINGTON, D.C.

THURSDAY, APRIL 27, 2023

==========================================
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
==========================================

DEPOSITION OF

JILL LANGLEY

called for examination by counsel for the Plaintiff,

pursuant to notice, at the offices of Caleb Andonian,

PLLC, 1100 H Street, NW, Suite 315, Washington, D.C.,

commencing at 9:29 a.m. and concluding at 2:45 p.m.,

before Kirk A. Sturges, a Notary Public for the

District of Columbia.

ICR/Rudiger & Green
office@icrdepos.com     www.icrdepos.com     (703) 331-0212
Case 1:20-cv-00066-WGY   Document 245-20   Filed 06/01/23   Page 2 of 6

```
 1   primarily term law clerks and some career law clerks

 2   to understand their perspectives on what it's like,

 3   workplace conduct issues as a law clerk.

 4              That's all I can think of.  I can't tell

 5   if I'm leaving something out, but that's what I'm

 6   thinking of right now.

 7      Q       In your role as judicial integrity

 8   officer, I think we talked about how it was created

 9   and how you understood it applied.

10              What did you actually do from January

11   of 2019 to -- when did you leave the role?

12              MS. McMAHON:  Objection.

13              MS. YOUNG:  Objection.  Form.

14              MS. WARREN:  You may answer.

15              THE WITNESS:  I can't remember when I

16   stopped.  February of 2021.  That's right.  This has

17   been -- days kind of meld especially with COVID.

18              I'm sorry.  What was the question?  I'm

19   sorry.

20              BY MS. WARREN:

21      Q       What did you do as the judicial integrity

22   officer?
```

ICR/Rudiger & Green
office@icrdepos.com    www.icrdepos.com    (703) 331-0212
Case 1:20-cv-00066-WGY   Document 245-20   Filed 06/01/23   Page 3 of 6

1      A      So, this could take like an hour.

2              So I was on the EDR working group at the
3   time.  So, one of my functions was to remain on that
4   and help drafting and being part of that program.

5              It was taking calls and emails from
6   -- throughout the judiciary on questions that people
7   had about the employment protections in the EDR plan
8   and the EDR process.

9              It was working with the Federal Judicial
10  Center on improving some of their training on
11  workplace conduct and sexual harassment.

12             It was attending judicial conferences,
13  H.R. conferences, other judiciary conferences to
14  educate them about the existence of this new job
15  title, to encourage circuits to create circuit
16  directors of workplace relations and why I thought it
17  was a beneficial position for the courts to have, to
18  try to develop -- not try to -- to develop training
19  that I could send EDR coordinators throughout the
20  country for them to provide training in their courts.

21             That's all I can think of now.

22     Q      Did you have any staff?

ICR/Rudiger & Green
office@icrdepos.com    www.icrdepos.com    (703) 331-0212
Case 1:20-cv-00066-WGY    Document 245-20    Filed 06/01/23    Page 4 of 6

1    Q    Are you aware that the mediator in this
2    case was not trained?
3    A    I'm not aware of anything about the
4    mediator in this case.
5    Q    Is there mandatory training for people
6    who actually are participating in administering the
7    EDR process, or is that also court by court?
8    A    The new model EDR plan adopted in 2019
9    has a training and certification program that I
10   created and now it's -- one of the statements in the
11   model EDR plan is that to be designated as an EDR
12   coordinator, you have to go through the training
13   course.
14   Q    Why did you think that was important?
15   A    Because I think EDR coordinators need to
16   understand what their role is and what their
17   responsibilities are and understand, have some
18   familiarity with what they're doing.
19   Q    But prior to 2019, that did not exist?
20   A    That's true.
21   Q    When did you first hear about
22   Ms. Strickland?

ICR/Rudiger & Green
office@icrdepos.com    www.icrdepos.com    (703) 331-0212
Case 1:20-cv-00066-WGY   Document 245-20   Filed 06/01/23   Page 5 of 6

1      A      February of 2019.

2      Q      How did you hear about her?

3      A      So, I don't have a memory of whether it
4  was a phone call or an email, but I heard from
5  someone who had worked with her.  I only remember his
6  first name was Michael, but he had worked with her
7  when she was a Supreme Court fellow.

8             And as I say, I don't remember whether it
9  was a phone call, an email; but I just remember him
10 saying that he was -- he knew her.  She was involved
11 in some EDR matter and was concerned about how it was
12 being handled and could she talk to me to understand
13 my perspective on the EDR process.

14             MS. WARREN:  Okay.

15             (Langley Deposition Exhibit No. 49

16             was marked for identification.)

17             BY MS. WARREN:

18     Q      Do you recognize this email?

19     A      Just give me a second to take a look at
20 it.

21     Q      Go ahead.

22     A      I'm sorry.  What did you ask me about it

ICR/Rudiger & Green
office@icrdepos.com    www.icrdepos.com    (703) 331-0212
Case 1:20-cv-00066-WGY   Document 245-20   Filed 06/01/23   Page 6 of 6