# Exhibit 20

CONFIDENTIAL, Subject to Protective Order, ECF No. 183

```
1            MR. SMITH:  But that has to be explored.
2            MS. STRICKLAND:  Right.
3            MR. SMITH:  But --
4            MS. STRICKLAND:  Well, and you -- you make a
5    good point and it's actually something we were talking
6    about on the way down here, that I mean, I see the
7    writing on the wall with all of this.
8            I don't -- you know, I want to move on with my
9    life just as much as everyone else does, and the truth
10   is that that place is a -- it has a lot of problems and
11   it is a problem and it's not my responsibility to fix
12   it.
13           So I think one thing that I would very much
14   appreciate is the thought about exploring what other --
15   I mean, does a judge -- is there a Fourth Circuit judge
16   that maybe a law clerk wasn't -- you know, that they
17   hired wasn't -- said they can't come and maybe I can
18   jump into a clerkship?
19           I mean, is there something that -- is there
20   just something else that I can just get out? You know,
21   and then --
22           MR. SMITH:  I'm happy to explore that.
```

CONFIDENTIAL, Subject to Protective Order, ECF No. 183

1  MR. SMITH: Part of my role is to let you vent
2  and I -- I appreciate everything you're telling me and
3  I'm trying to figure out a way to help you and I think
4  the only way I can really help you is to do this,
5  because what I am hearing is the only way that this
6  thing is ever going to work out is if they're both
7  terminated.
8  And you all don't believe that's going to
9  happen. What you're telling me that she said to you
10 would certainly imply there's not going to be a
11 recommendation that that would happen.
12 So I'm just operating under the assumption
13 that that won't happen, but if we can do the things
14 we've talked about, you talk to Virginia, I'll see if
15 there's some clerkship maybe open. Let's work toward an
16 agreement that gives you some time, work some phase in
17 on the telecommuting so we can get an agreement in
18 place.
19 MS. STRICKLAND: Mm-hmm.
20 MR. SMITH: Be it six months, whatever, to
21 allow you time to figure out what you want to do.
22 MS. STRICKLAND: Right.