# Exhibit 22

CONFIDENTIAL, Subject to Protective Order, ECF No. 183



# Transcript of 190308_1019

**Case:** Caryn Devins Strickland -v- United States of America, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1
 2
 3
 4
 5
 6
 7                    CONVERSATION
 8                    "190308_1019"
 9    IN RE: CARYN DEVINS STRICKLAND V. UNITED STATES OF
10                     AMERICA, ET AL.
11
12
13
14
15
16
17
18
19
20   Job No.: 479402
21   Pages: 1 - 82
22   Transcribed by: Christian Naaden
```

CONFIDENTIAL, Subject to Protective Order, ECF No. 183

```
 1   I ate there. When was that? I guess that was in
 2   December. Yeah, it's a Brendan Brian Kelly. Brian Kelly
 3   came and he was there [inaudible].
 4           MALE 1:  Yeah.
 5           MALE 2:  And talked to him. Changed my --
 6   totally changed my opinion of him. I never wanted Brian
 7   Kelly, watching him on television because he's just so
 8   mad and angry. One of the nicest guys I've ever met.
 9           MALE 1:  [inaudible] I'm not a fan of
10   [inaudible] but since I came here play in [inaudible].
11           MALE 2:  I enjoyed -- and it's happened a
12   couple of time when I've been in court [inaudible]. The
13   South Carolina thing. All the South Carolina chambers
14   [inaudible] a couple of times.
15           MALE 1:  Yeah. I don't think [inaudible] feel
16   bad [inaudible].
17           MALE 2:  He's going to Miami in May and then
18   he'll be -- December will be the next time I think you
19   guys [inaudible].
20           FEMALE 1:  We're finished.
21           MALE 1:  I don't know if she was expecting all
22   that or not. I've never interviewed her [inaudible].
```

CONFIDENTIAL, Subject to Protective Order, ECF No. 183

```
1            MR. STRICKLAND:  Oh. I'm -- that's my
2   experience you always made with the clerks at some
3   point, but I didn't know if this would be different.
4            [inaudible].
5            MS. STRICKLAND:  All right.
6            MR. STRICKLAND:  You worn out?
7            MS. STRICKLAND:  No, it was -- they were very
8   hard on me.
9            JUDGE:  Yes. Well, we call them all
10  [inaudible]. Okay. We took a look at all your jobs and
11  the times of when you start through August. And -- and
12  then we'll look at transfer [inaudible] but you're
13  welcome to start on the 18th. You just need to let us
14  know that.
15           MS. STRICKLAND:  Sure.
16           JUDGE:  And that is the -- that is the
17  Richmond [inaudible].
18           MS. STRICKLAND:  Right.
19           JUDGE:  And if you decide to do that, the
20  places that people normally stay -- you're not
21  restricted in [inaudible] but there are several places
22  that have the government rate.
```

```
 1   my caseload and everything and kind of how to -- to
 2   wrap that up the, you know, the best way possible. But
 3   I --
 4            JUDGE:  All right. Well, we will get you guys
 5   [inaudible] so, sometime next week you'll say hey it's
 6   a -- it's a start.
 7            MS. STRICKLAND:  Yeah. I will.
 8            JUDGE:  That's not a hard date with me. I
 9   think you would enjoy.
10            MS. STRICKLAND:  Absolutely. I think it will
11   be great.
12            JUDGE:  Okay. Have any pressure, I mean.
13            MS. STRICKLAND:  Well, I -- I appreciate it.
14   I'm thrilled for the opportunity. And thank you very
15   much.
16            JUDGE:  [inaudible].
17            MR. STRICKLAND:  Nice to meet you. Thank you.
18   Have a good one.
19            JUDGE:  Is that what you want to do?
20            MS. STRICKLAND:  Yeah. Yeah.
21            JUDGE:  And he and I talked. I wasn't sure
22   about the how do you pull out of the defender's office.
```