# Exhibit 23



**Strickland EDR Claim (Chapter X)**
Caryn Devins to: ⬛⬛⬛⬛@ca4.uscourts.gov          03/11/2019 09:11 AM

| | |
|---|---|
| From: | Caryn Devins <caryn.devins@hotmail.com> |
| To: | ⬛⬛⬛⬛a4.uscourts.gov" <⬛⬛⬛⬛@ca4.uscourts.gov> |
| History: | This message has been replied to and forwarded. |

Dear James,

I hope you are doing well. I wanted to let you know that I have accepted a clerkship with Judge Floyd. Although I am saddened to no longer be a federal defender, I am honored for this opportunity and I very much appreciate the Fourth Circuit's assistance in helping me reach the best possible outcome under the circumstances. I am also extremely grateful for the Fourth Circuit's support in being considered for a potential placement in Judge Rushing's chambers. These opportunities will allow me a fresh start while saving my reputation and the hard work I have put into building my career. Given these circumstances, I no longer wish to pursue the Chapter X portion of my EDR claim.

Thank you again for your time and attention to this matter. I would appreciate it if you would also forward my appreciation and thanks to Chief Judge Gregory.

Respectfully,

Caryn

US00003300