# Exhibit 27



# Transcript of 190117_1621_Limited Confidentiality

**Case:** Caryn Devins Strickland -v- United States of America, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Case 1:20-cv-00066-WGY   Document 245-28   Filed 06/01/23   Page 2 of 6

US00008201

CONVERSATION

"190117_1621_Limited Confidentiality"

IN RE: CARYN DEVINS STRICKLAND V. UNITED STATES OF AMERICA, ET AL.

Job No.: 479402

Pages: 1 - 62

Transcribed by: Christian Naaden

1 court to engage in the mediation. But unfortunately,
2 the clerk of court was the only individual who could
3 finalize the settlement agreement.
4   And so what ended up happening, the clerk of
5 court still could have their interest heard at the
6 mediation. And so they were involved in that part of it
7 because it was negotiating the settlement, but they
8 were not involved in the counseling, nor were they
9 involved in any way with the final decision.
10   And -- and so it may depend how Judge Gregory
11 received it. He may see it as there's nothing wrong
12 with the Federal Public Defender knowing what the
13 allegations against him and or his office work.
14   And that because the pub- -- Federal Public
15 Defender is not going to have any authority in terms of
16 how the matter is resolved in an EDR setting, because
17 he will -- he or sh- -- well, [inaudible] I won't say
18 he or she, he will not be the EDR coordinator.
19   He will not be the mediator. Even if he
20 participates in the other side, he will not be the
21 mediator, nor will he make the final decision before
22 the court. And so, Chief Judge Gregory may see it as

```
1         Even if Judge Gregory doesn't disqualify him
2    from being able to be at the negotiating table for
3    mediation, that is not a [inaudible] thing. He's not --
4    so he's not going to have the authority to decide your
5    case.
6         He's not going to have the authority to render
7    a decision. He is simply having the opportunity to give
8    his position. He has the opportunity to be at the table
9    and negotiate. And so I do understand -- I understand
10   completely sort of where you're coming from.
11        But I don't want to give him more authority
12   than he has in the process if Judge Gregory happens to
13   disqualify him from everything but mediation. Because
14   what, in this matter, I was describing to you, they --
15   this individual is completely removed from it but they
16   did allow the individual to at least have their
17   interests heard at mediation.
18        MS. DEVINS:  Sure.
19        FEMALE 1:  And -- and it really wasn't for the
20   benefit -- I'm going to use Tony again. It really isn't
21   for the benefit of Tony. It's because no settlement
22   that you reached is going to be able to stick for the
```

```
 1   James' role, while it's a lot, is really insignificant
 2   in terms of the final decision.
 3           MS. DEVINS:  Okay. And the final decision is
 4   made by who?
 5           FEMALE 1:  So it will be whoever is the
 6   presiding judicial officer. And so Chief Judge Gregory
 7   will decide who the judicial officer will be but it'll
 8   definitely be made by a judicial officer.
 9           MS. DEVINS:  Okay. And that -- but --
10           FEMALE 1:  And so --
11           MS. DEVINS:  And you're talking about after
12   the counseling stage though?
13           FEMALE 1:  So -- so it's -- first, you have
14   counseling, then you will have mediation. If you decide
15   to continue with your claim after mediation, you'll
16   have generally 15 days. I'm not looking at your plan
17   [inaudible] claim but you'll have 15 days to file a
18   formal req- -- formal complaint and to request a
19   hearing. You'll then file it and then you will have a
20   hearing officer who will make all decisions after that.
21           MS. DEVINS:  And do you feel -- ?
22           FEMALE 1:  Now, it's a [inaudible] -- go
```