# Exhibit 28



# Transcript of 190117_1621_Limited Confidentiality

**Case:** Caryn Devins Strickland -v- United States of America, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1
 2
 3
 4
 5
 6
 7                    CONVERSATION
 8         "190117_1621_Limited Confidentiality"
 9    IN RE: CARYN DEVINS STRICKLAND V. UNITED STATES OF
10                      AMERICA, ET AL.
11
12
13
14
15
16
17
18
19
20   Job No.: 479402
21   Pages: 1 - 62
22   Transcribed by: Christian Naaden
```

```
1   -- and that is just a matter that involves the EDR
2   coordinator and the employee. But a ju- -- a judicial
3   officer doesn't get involved at that stage.
4           MR. STRICKLAND:  If you -- if you have a
5   failure to state a actionable claim, it can be
6   dismissed.
7           MR. ISHIDA:  Well, I don't think that's the --
8   that's not the purpose of the counseling period.
9           MR. STRICKLAND:  What about mediation?
10          MR. ISHIDA:  Well, I don't -- I -- I think --
11  I think mediation is designed for just that. It is an
12  attempt to mediate the dispute between the employee and
13  the employing office.
14          MR. STRICKLAND:  I mean, is it possible that -
15  - that -- that the parties could go through mediation,
16  and there's no -- whoever is the hold-up, there's no
17  agreement that's reached. I mean, could it be dismissed
18  prior to a hearing?
19          MR. ISHIDA:  Well, I mean, let's -- let's --
20  let's -- let's -- let's say that, okay, Caryn requests
21  mediation, we go through mediation, and the mediator is
22  unsuccessful. What happens then is the mediator just
```

1  says, we've reached an impasse, and I will declare
2  mediation at an end. So we have not resolved the merits
3  of any claim.
4         That would come at the formal stage if -- if
5  Caryn wants to proceed and requests a hearing. Then at
6  that time, you're going to -- Judge Gregory will
7  appoint a judicial officer, and there will be -- there
8  will be findings on the merits between that.
9         MR. STRICKLAND: Is that not --?
10        MR. ISHIDA: At -- at the end of -- at the end
11 of that proceeding.
12        MR. STRICKLAND: Is that not what Heather was
13 doing too though, making findings and conclusions?
14        MR. ISHIDA: Well, she -- she -- she's done an
15 investigation, she has put down her impression, and --
16 and her -- and her recommendations. They're not
17 findings. I mean -- I mean, well, in the sense of this,
18 you know -- this is, you know -- she has -- she has
19 made --
20        Well, wha- -- the -- the -- what I wanted
21 Heather to do was to say, okay, this is -- this is very
22 helpful, but it -- it's almost like a chronology. And I