# Exhibit 32

iMessage
Tue, Oct 31, 1:55 PM

This is JP's cell

Great thanks

Wed, Nov 1, 7:31 AM

Hey you're the middle building, right?

I'm going to head to the gate o get a coffee, do you want anything?

Actually nvm I see you're almost thru

Wed, Nov 1, 7:14 PM

I got a new room...whole hotel supposed to be non smoking lol





CD

Caryn

But the people in it are another matter... welcome to Little Rock.

Fri, Dec 15, 10:53 AM

He's going to take it. No firm commitment but he's def on board.

Tue, Dec 19, 2:53 PM

I just sent you an email. I hate to be paranoid but I'd like to have this in writing

np

Done. And yes, a little paranoid, but that instinct will serve you well with gov't

Thank you!

Case 1:20-cv-00066-WGY   Document 245-33   Filed 06/01/23   Page 3 of 37

US00002892


Thu, Dec 21, 10:58 AM

From JC: Looked at the order in our appeal and it didn't list a specific limit. It described it as a "memorandum opening brief" rather than a "motion" so I would presume that the limit for briefs applies (13,000) rather than the limit for motions (5200)

Let's do the large conf room for this one

Tue, Jan 2, 2:18 PM

We're in a 15 minute recess and then our hearing is next

Awesome, thanks for letting me know

Thu, Jan 4, 5:52 PM

  

      


Thu, Jan 4, 5:52 PM

> Just got your voicemail—not sure I have a lot of help to give but happy to talk if it's not too late

Thanks I appreciate, I plan on being in tomorrow though and we can talk about it more then. Prosecutor is offering low end guideline plus three months home confinement and further supervision

I feel like home confinement is not gonna do it - some kind of in patient mental health treatment would be better. But I'm not sure what the options are for that

Btw I can go meet rich tomorrow morning if needed

  

     

US00002894



Caryn

tomorrow morning if needed

Sounds good. I will be running ragged in the AM but around all afternoon

Sadly few options with USPO, we will need to dig for our own options.

If you want to take the Rich beast by the horns, I won't stop you... I'm about to kill the mofo. He literally tried to give me the Jerry McGuire speech on the phone today.

Lol

He may need a healthy dose of Peter tho

Actually said "show me the money"

US00002895


Haha Peter is exactly what he needs...

I concur. Keep those fingers crossed 🤞

Thu, Jan 25, 8:37 AM

Downstairs when you're ready

K on my way

Tue, Feb 27, 10:16 AM

Ann says you just need to sign the sign in sheet

Thu, Mar 8, 8:38 PM

Hey do you ever worry about crime around here? I think I'm prob just being paranoid but I've seen a couple things lately

  

      


couple of incidents where people were knocking on my door and it just doesn't feel right to me. I am going to report to apt complex

Glad to hear it (the being fine part, not the creep knocking). Sounds like a good idea to report. CMPD has a crime map on their website too... doesn't look like anything near you any time recently so probably just someone forgetting what apartment they're looking for.

Fri, Mar 9, 6:28 PM

Carrie says Amnesty International was going around knocking on doors yesterday.

Haha this guy didn't look like that...but maybe he was

Case 1:20-cv-00066-WGY    Document 245-33    Filed 06/01/23    Page 8 of 37    US00002897

Maybe he was the one who needed amnesty?

Maybe so...haha

Btw I have a temporary tag I'm gonna take pictures tomorrow

Subaru actually wrapped it in plastic

I feel like you should drive to work on Monday. No reason.

Apropos of nothing, what are you doing Monday night at approximately 9:30?

Haha ok. Um probably hanging out with my cat why?

Hanging out with your cat at an intersection about 1/2 mile

US00002898


out with my cat why?

> Hanging out with your cat at an intersection about 1/2 mile from little caesar's on the west side of town?

I may have to tell her to take a rain check

> Not that I am implying you should allow us to attach evidence to your new car and use it as a mobile prop for a suppression hearing.

Hahaha no you are not ;)

> Heaven forfend! But you know, now that you bring it up...

Yeah but I'm all seriousness I'm willing to help however . Just
~~havent thought it through~~

 





CD

Caryn

Yeah but I'm all seriousness I'm willing to help however . Just haven't thought it through

I'm mostly joking. Mostly.

I mean, who knows if Terra is free then ;)

Haha well unfortunately my temp tag looks a lot better than most so prob not a good comparison. Like, you can actually read it

Mon, Mar 12, 3:37 PM

Hey I think I got out earlier than you. Going to suck it up and walk back

You just missed me

Came down about 3:25 and

  

      

US00002900

Came down about 3:25 and decided to see one more since you were still going.

No prob. I am back at office now

Also let me know when you want to talk about rd. I am free all day tomorrow

Or this afternoon

Either works for me I will be back in about two minutes then have to make a phone call but other than that I'm free.

Ok just let me know when you're done with your call

I'm free now if you still want to do this afternoon.


Wed, Mar 14, 1:33 PM

Last call for the jail train

I'm good, thanks for checking in tough

Though

"Checking in tough" sounds like a super hit from the 80s

Haha I know I was like maybe I should leave it

You know how we roll.

Thu, Mar 15, 7:02 PM



  

      

US00002902



Can't remember if I sent you a gin pic...



US00002903




Better one of the bottle

Tom Cat, how appropriate.

Alright, now we have to throw down for real!

Yeah but you need to get a full bottle first :)






Hey at least I KNOW how mine tastes ;)

Lol, I am jealous!! What if it is a tie??

We'll just have to make sure none of the gin gets out alive, I guess....

Tue, Mar 20, 9:01 AM

Quick question when does the defendant stand with judge Whitney?

  

      

Does he stand the whole time I'm arguing for sentence?

> At the beginning when being asked procedural questions then sit once you start argument. Stand again for allocation and again for imposition of sentence.

Ok thanks, I had it backwards haha

> No worries, you'll work it out

Yeah small details

Tue, Mar 20, 11:46 AM

FYI don't know when we are doing psr review but court is running late










US00002906

CD

Caryn

It's at 1 -- hope you're not running that late. But then again this is FDW so nothing will shock me.

Kevin is in the middle of a contested hearing. My hearing was supposed to be 30 minutes ago. I'm going to try to fit it in before lunch if at all possible

K keep me posted.

Just got back

Good timing

Want to come over here and we'll call him?

I'll be there in a min

      

US00002907



Caryn

Wed, Mar 21, 1:02 PM

Let me know when you want to leave for jeweler

Oops keesler

Meet you up front in 5

Fri, Mar 23, 5:59 PM

You still here?

Fri, Mar 23, 7:30 PM

So my real license plate just came in the mail! Woo hoo! Will bring in the temp tag next week to add to the collection

Also do you think it is douchey or cool to have a duke plate on the front of my car?

Sweet!










Sweet!

Uhm... I think it's kind of cool but 3/4 of the city of Charlotte will think it's douchey.

But fuck them, they have no taste

Lol. I am a contrarian so that actually seems like a good reason to do it

I approve! Contrarians... unite?

(Psst- your line is "I disagree!")

Of course! I mean no way!



Tue, Apr 3, 2:03 PM


Tue, Apr 3, 2:03 PM

I forgot to say thanks for lunch!
It was good!

Good, glad you liked it!
Anytime.

Wed, Apr 4, 5:58 PM

Do you need a ride?

Thanks but I drove today

Never mind, you're already
gone.

Ah-- Just realized you didn't
bike when I was walking out

Just got off the phone with Bill.
He will be back Friday pm after
all and is planning on taking
care of you then

  

      

US00002910


bike when I was walking out

Just got off the phone with Bill. He will be back Friday pm after all and is planning on taking care of you then.

He is skeptical that it can be done this way so come armed with your source.

Thank you so much for doing that. I appreciate it

Not sure what he is skeptical of? But I'm happy to show him everything he needs

I think that it can be done before life event? But he also says worst that happens is we send it in and they sit on it until it's timely.












US00002911

Yeah health insurance can be done 30 days before

Life insurance is effective the date of but I just thought I would submit paperwork early

He said OPM once retroactively honored the submission date on life insurance for a dude who died so I reckon you'll be aight.

Ok thanks, I really appreciate you following up on that

No prob, bob.

Thu, Apr 5, 10:46 AM

FYI we are running behind in court

court

I am shocked. Shocked I say. Let me know if you think it'll run you past noon.

Fri, Apr 6, 12:45 PM

just got a vmm from Bill saying he got your forms taken care of. He probably told you already, but FYI.

Thanks for letting me know!

Sat, Apr 7, 11:30 AM

I think I mentioned the Tosco Music Party to you-- turns out it's tonight:

Tosco Music Party-
Tosco Music
toscomusic.org

Last minute even if you weren't



Tosco Music
toscomusic.org

Last minute even if you weren't sick but passing it on just in case.

Sat, Apr 7, 3:23 PM



Sat, Apr 7, 4:33 PM

Thanks, you went to the shop?
That looks like my guitar haha

That IS your guitar, yo.

That is your guitar, yo.

Just in they said...

I told them it would be hilarious if I got to play it before you did, but they just looked at me disapprovingly.

Haha they do have good inventory though

Did you play any of them?

Si. Very strongly thinking about getting the Martin 15E Retro

Cool!

Also my played a $7000 one because I did not understand the price tag.

*I played

 

lol I think I know which one your talking about. Not a 7000 sound in my opinion:p

> 100% agree. I was worried the dude would think I was an idiot for saying that, but he was like "yeah, I really don't like that one either."

Wed, Apr 11, 6:45 PM



  

      



US00002917



> While it lasts.

Wed, Apr 11, 8:06 PM

Is this a drinking contest or a cat contest. Haha

Wed, Apr 11, 10:33 PM

> Cat drinking.

> And I seem to be winning either way... ;)

Fri, Apr 27, 11:52 AM

In eating lunch at zen with my family and judge Mullen is here. Lol

   

      

US00002918


Fri, Apr 27, 11:52 AM

In eating lunch at zen with my family and judge Mullen is here. Lol

Also my mom and I ran into judge cayer the other day. I think she is very impressed ahah

That's awesome. You're a Charlotte fixture now. Did DSC tell her you're kicking ass?

He said I was doing a great job and she should be proud. It was sweet

Also his car flooded so that sucks

He is correct. You can tell your mom that we agree.

  

      

US00002919

Tue, May 8, 2:06 PM

I'm good to go see Mr. M whenever you are. No rush, tho — just let me know when you want to head down.

I am working on that draft email to judges, almost done and then I'll stop by

Sounds good, I'll be here.

Thu, May 10, 11:22 AM

Should I plan on meeting you at the pd office or are you planning on walking over

I JUST got out of the jail and am running back to the office but you should probably head on down. I'll meet you there.

Headed down now. Save me a seat if you can.

No worries we are just getting here

Mon, May 14, 3:03 PM

I'm at the jail and can meet with Mr. Mobley now. Can do it on my own or wait for you if you want to be here.

Sorry I just saw this. I really need to keep working on my cross, sorry

Don't be sorry, I was only offering in case you actively wanted to be here. He's fine. Headed back to the ranch now, let's catch up when I get there.

  

      



Mon, May 14, 7:18 PM

We just got more Brady/Giglio. Forwarded to you, take a look.

Tue, May 15, 1:22 PM

Where you at?

Tue, May 29, 2:27 PM

Just went by your office and you weren't there. I am going for a short walk and I'll be back

K take your time. Trial is supposed to start soon but we are second witness.

Actually we just got delayed again so I'm headed back to the office. Just come on by whenever you're back and ready.



Caryn

Tue, May 29, 4:41 PM

Think you left your shirt in my office

Thu, May 31, 7:56 PM

Hey, sounds like Jeff got a bit upset today when Peter talked to him about your role on Dixon. I expect he will reach out to you if he hasn't already.

I know you want no part with drama and will handle this well. If you do need any advice or anything, please feel free to reach out.

Ok thanks

Thu, Jun 7, 8:13 AM

I'll meet you up front.

  

      



Thu, Jun 14, 11:34 AM

You don't have to stick around for this unless you want to

Fri, Jun 15, 4:18 PM

Hey, I wanted to touch base with you on rd stuff but you're not here. Feel free to give me a call I'll just be sitting in traffic

Just getting out of the jail and heading back in case you're still around. Otherwise will call in a little.

Fri, Jun 15, 5:44 PM

Hey, just tried to call and missed you. Feel free to give me a call back whenever.

Thu, Jun 21, 6:44 PM

CD

Caryn

Thu, Jun 21, 6:44 PM

It is currently raining.

Last chance for a ride, tough girl...

Fri, Jun 22, 5:02 PM

How would you feel about handling a sentencing hearing for illegal reentry where client has already served into GLR and therefore likely undisputed?

Fri, Jun 29, 7:43 AM

JP, I am feeling sick today. I will not be making it in but I will try to finish my appeal brief from home

Ok. Can we reschedule our meeting for Monday?

  

      

US00002925


JP, I am feeling sick today. I will not be making it in but I will try to finish my appeal brief from home

> Ok. Can we reschedule our meeting for Monday?

My plan was to meet with Jeff's clients on Monday. Is there a particular time you were thinking?

> I am free all day, including early morning, lunch and evening. I'm hoping this will be helpful for you, please don't be over-anxious about it.

Ok how about 3pm?

> Monday at 3 is fine, got it

  

