# Exhibit 33



**Re: meet this morning?**
JP Davis to: Caryn Devins                                06/06/2018 09:35 AM

I'm free now, have something at 10, should be back from that between 10:30 and 11 and am open from then until 1. Whatever works best for you.

Sent from IBM Verse

Caryn Devins --- meet this morning? ---
From: "Caryn Devins" <Caryn_Devins@fd.org>
To: "JP Davis" <JP_Davis@fd.org>
Date: Wed, Jun 6, 2018 8:53 AM
Subject: meet this morning?

Hey let me know when you're free and maybe we can talk this morning. Best, Caryn

Caryn Devins
Research & Writing Attorney
Federal Public Defender for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, North Carolina 28202
Main - 704-374-0720
Fax - 704-374-0722

CONFIDENTIALITY NOTE

This e-mail, and any attachments accompanying this e-mail, contain information from the Federal Public Defender's Office which is confidential or privileged. The information is intended only for the use of the individual(s) or entity(s) named in this e-mail. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us immediately by reply e-mail.



GOVERNMENT EXHIBIT 8