# Exhibit 34



**Fw: Davis**
**Caryn Devins** to: JP Davis                                06/18/2018 04:56 PM

From: Caryn Devins/NCWF/04/FDO
To: JP Davis/NCWF/04/FDO@FDO
History: This message has been replied to.

At some point we should talk about this too. To be honest I am confused about it.

Caryn Devins
Research & Writing Attorney
Federal Public Defender for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, North Carolina 28202
Main - 704-374-0720
Fax - 704-374-0722

CONFIDENTIALITY NOTE

This e-mail, and any attachments accompanying this e-mail, contain information from the Federal Public Defender's Office which is confidential or privileged. The information is intended only for the use of the individual(s) or entity(s) named in this e-mail. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us immediately by reply e-mail.

----- Forwarded by Caryn Devins/NCWF/04/FDO on 06/18/2018 04:55 PM -----

From: "Bain-Creed, Benjamin (USANCW)" <Benjamin.Bain-Creed@usdoj.gov>
To: "jp_davis@fd.org" <jp_davis@fd.org>, "peter_adolf@fd.org" <peter_adolf@fd.org>, "caryn_devins@fd.org" <caryn_devins@fd.org>
Cc: "Carpenter, Nyeshia (USANCW) [Contractor]" <Nyeshia.Carpenter@usdoj.gov>, "Sugar, Jenny Grus (USANCW)" <Jenny.Sugar@usdoj.gov>
Date: 06/18/2018 02:34 PM
Subject: Davis

JP, Peter, and Caryn,

Please see affixed a proposed consent order of forfeiture in the Davis case. Pursuant to paragraph 10 of the Plea Agreement, please return a signed copy of the consent order to me or Jenny at or before sentencing. Please let us know ahead of sentencing if you have questions or concerns.

-Ben

*Benjamin Bain-Creed*
Assistant United States Attorney
United States Attorney's Office



GOVERNMENT EXHIBIT 9

Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Phone: (704) 338-3123
Fax: (704) 344-6629



Davis COJF.pdf

US00006406