# Exhibit 41

| | |
|---|---|
| **From**: | James Ishida [█████@ca4.uscourts.gov] |
| **Sent**: | 9/28/2018 4:06:00 PM |
| **To**: | Caryn Devins [caryn.devins@hotmail.com] |
| **CC**: | Heather Beam [heather_beam@ncwp.uscourts.gov] |
| **Subject**: | Re: Request for Counseling and Report of Wrongful Conduct |

Dear Caryn,

Thank you very much for your responses below. I am copying Heather on this email, which will let her know that we can proceed with one, unified investigation into the Chapter IX report of wrongful conduct (allegation of sexual harassment by JP Davis), and the alleged subsequent, related conduct by Anthony Martinez. Those allegations are contained in your grievance and request for counseling, which I will forward to Heather.

I understand that Heather will be reaching out soon to reschedule your meeting with her. Again, at the conclusion of her investigation, Heather will be submitting her report to me, not Mr. Martinez.

Please let me know if you have any questions or need anything.

Best regards,

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

█████@ca4.uscourts.gov

▼ Caryn Devins —09/27/2018 12:50:51 PM—Dear James, I hope you are doing well. I am following up after our meeting last week. After consider

From: Caryn Devins <caryn.devins@hotmail.com>
To: "█████@ca4.uscourts.gov" <█████@ca4.uscourts.gov>
Date: 09/27/2018 12:50 PM
Subject: Re: Request for Counseling and Report of Wrongful Conduct

---

Dear James,

I hope you are doing well. I am following up after our meeting last week. After considering the situation further, I am comfortable sharing my grievance with Heather and expanding the scope of the investigation to include my allegations against the Federal Defender, as we discussed tentatively last week. If the Federal Defender is not involved with the administration of the investigation and does not receive information except as necessary to investigate my allegations, I am comfortable proceeding with one, unified wrongful conduct investigation at this time.

With respect to counseling, I appreciated your suggestion of a career plan and I am thinking about terms that would provide a framework to begin rectifying the harm done to my career and reputation. Although I am eager to proceed with counseling, I am not comfortable negotiating with the Federal Defender because he is a

US00001402

subject of my complaint, which is the basis for my disqualification request. However, I still think it would be worthwhile to proceed with counseling and respectfully ask for an alternative approach, even if my request to disqualify the Federal Defender is essentially stayed and not yet formally considered.

I sincerely appreciate the attention you and Chief Judge Gregory are giving this matter. I look forward to hearing back from you about how to proceed next.

Best regards,

Caryn

---

**From:** ███████@ca4.uscourts.gov <███████@ca4.uscourts.gov>
**Sent:** Wednesday, September 19, 2018 7:24 AM
**To:** Caryn Devins
**Subject:** Re: Request for Counseling and Report of Wrongful Conduct

Caryn,

Of course. I had actually pondered this and concluded, for privacy reasons, that you'd rather not expose your personal email address to others. But I will going forward use your personal address.

Take your time, think carefully, and let me know when you're ready. When I get back, I'll work with Chief Judge Gregory on an order granting an extension of time in the EDR matter.

James

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
███████@ca4.uscourts.gov

On Sep 19, 2018, at 8:20 AM, Caryn Devins <caryn.devins@hotmail.com> wrote:
James, I got your email to Heather yesterday. I appreciate it and just wanted to ask if you could please use this personal email address instead of work for privacy reasons going forward. Thank you, I will be in touch next week. Best, Caryn

Sent from my iPhone

On Sep 18, 2018, at 1:34 PM, Caryn Devins <caryn.devins@hotmail.com> wrote:
Dear James,

Thank you for taking the time to meet with me and Cooper today and for your attention to these issues. I appreciate, and am comfortable with, your suggestion of delaying my meeting with Heather this week. In the meantime, I am actively considering the options we discussed. I will be in touch with you again next week to continue our conversation.

Thank you again for your time.

Best regards,

Caryn

On Sep 17, 2018, at 8:21 AM, "███████@ca4.uscourts.gov" <███████@ca4.uscourts.gov> wrote:
Hi Caryn. Thanks for reaching out. I'm leaving this morning for meetings in Winston-Salem. My plan is to head to Charlotte after that. Fingers crossed.

I'll let you know if anything changes. Otherwise, I'll see you tomorrow at 9

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
███████@ca4.uscourts.gov

On Sep 17, 2018, at 8:09 AM, Caryn Devins <caryn.devins@hotmail.com> wrote:
Dear James,

With the inclement weather, I am touching base to see if you will still be here tomorrow. I hope your travels are safe.

Best,

Caryn



On Sep 14, 2018, at 12:27 PM, "███████@ca4.uscourts.gov" <███████@ca4.uscourts.gov> wrote:
Caryn,

Here are the directions to our meeting room. Looking forward to meeting you.

Stay safe and see you next week.

James


You may use the jury deliberation room off Courtroom 1-1 on the first floor. This is the Mint Street side of the building which is also now the same side of the main entrance to the courthouse. After your visitor clears CSO security station, have them take an immediate left down the hallway and have a seat right outside the deliberation room so you can come out of the room and greet them. I am putting a reserved sign for Circuit Executive on the door.


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

Case 1:20-cv-00066-WGY   Document 245-42   Filed 06/01/23   Page 4 of 6

US00001404

▮▮▮▮▮▮@ca4.uscourts.gov

| | |
|---|---|
| From: | Caryn Devins <caryn.devins@hotmail.com> |
| To: | "▮▮▮▮▮▮@ca4.uscourts.gov" <▮▮▮▮▮▮@ca4.uscourts.gov> |
| Date: | 09/11/2018 08:57 AM |
| Subject: | Re: Request for Counseling and Report of Wrongful Conduct |

James,

Sure, I will see you then.

Best,

Caryn

> On Sep 10, 2018, at 6:01 PM, "▮▮▮▮▮▮@ca4.uscourts.gov" <▮▮▮▮▮▮@ca4.uscourts.gov> wrote:
>
> Dear Caryn,
>
> Thank you very much for your request for counseling and report of wrongful conduct, both made under the Fourth Circuit's EDR Plan.
>
> As I had previously mentioned, I will be in Charlotte on Tuesday, September 18.  Could you meet with me at 9:00am to discuss both your request and report?  If you're available, I'll make arrangements for an office in the courthouse.
>
> Many thanks.  I'll be in touch.
>
> James
>
>
> James N. Ishida
> Circuit Executive
> U.S. Court of Appeals for the Fourth Circuit
> 1100 East Main Street, Suite 617
> Richmond, VA  23217-3517
>
> ▮▮▮▮▮▮@ca4.uscourts.gov
>
>
>
> From:          Caryn Devins <caryn.devins@hotmail.com>
> To:            "▮▮▮▮▮▮@ca4.uscourts.gov" <▮▮▮▮▮▮@ca4.uscourts.gov>
> Date:          09/10/2018 01:48 PM
> Subject:       Request for Counseling and Report of Wrongful Conduct
> _____
>
>
>
> James,

US00001405

```
>
> I am requesting counseling and making a report of wrongful conduct under the Fourth
Circuit EDR Plan. Please see the attached Request for Counseling form and official
grievance.
>
> Best regards,
>
> Caryn
>
>
>
> <Strickland Official Grievance.pdf>
> <Strickland Request for Counseling.pdf>
```

US00001406