# Exhibit 42

| | |
|---|---|
| From: | Heather Beam [heather_beam@ncwp.uscourts.gov] |
| Sent: | 8/15/2018 7:54:00 AM |
| To: | James Ishida [▮▮▮▮@ca4.uscourts.gov] |
| CC: | Kim Llewellyn [Kim_Llewellyn@ca4.uscourts.gov] |
| Subject: | Re: EDR investigation |

James,

I will be sure to let you know if I need anything,

Thank you Kim, I appreciate your recommendation very much!

Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

James Ishida---08/15/2018 07:52:26 AM---From: James Ishida/CE04/04/USCOURTS To: Heather Beam/NCWP/04/USCOURTS@uscourts

From: James Ishida/CE04/04/USCOURTS
To: Heather Beam/NCWP/04/USCOURTS@uscourts
Cc: Kim Llewellyn/CE04/04/USCOURTS@uscourts
Date: 08/15/2018 07:52 AM
Subject: Re: EDR investigation

Thanks Heather. You came highly recommended by my HR Administrator, Kim Llewellyn. Pls let us know if you need our assistance and good luck with the assignment.

James

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
▮▮▮▮@ca4.uscourts.gov

On Aug 15, 2018, at 7:47 AM, Heather Beam <Heather_Beam@ncwp.uscourts.gov> wrote:
Good morning James!

Yes, I am happy to assist in any way I can. Thank you for recommending me. I hope you have a great day!

Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

From: James Ishida/CE04/04/USCOURTS
To: Heather Beam/NCWP/04/USCOURTS@uscourts
Date: 08/14/2018 04:37 PM
Subject: Fwd: EDR investigation

---

Heather,

I had checked with Lisa Morris about borrowing you for this assignment. She gave me the green light. I hope you'll be able to help us with this very important project.

Many thanks for your help.

James

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
███████@ca4.uscourts.gov

Begin forwarded message:
**From:** "Anthony Martinez" <Anthony_Martinez@fd.org>
**Date:** August 14, 2018 at 4:19:46 PM EDT
**To:** "Heather Beam" <Heather_Beam@ncwp.uscourts.gov>
**Cc:** "James Ishida" <███████@ca4.uscourts.gov>
**Subject: EDR investigation**

Heather,

I have just been advised by Circuit Executive James Ishida that you are willing and able to assist us in investigating allegations of misconduct by an employee in my office. Pursuant to our office's EDR plan I am appointing you as my designee to conduct the investigation into the allegations. I am recusing myself because of my previous involvement in the matter. Let me know when you are available to discuss this case.

Thanks again for your willingness to assist us. We couldn't have selected a better person to do this.

Thanks,
Tony

<0.1054.jpeg>

US00005363