# Exhibit 43

| From: | James Ishida/CA04/04/USCOURTS [James Ishida/CA04/04/USCOURTS] |
|---|---|
| Sent: | 1/31/2019 2:53:00 PM |
| To: | Edward G Smith [edward_smith@ca4.uscourts.gov] |
| Subject: | Re: Request for Mediation (EDR Claim) |

Many thanks Ed. I'm not in the office today, but I'll call you with more detail when I get back....

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
804-916-2184
james_ishida@ca4.uscourts.gov

On Jan 31, 2019, at 2:33 PM, Edward G Smith <Edward_Smith@ca4.uscourts.gov> wrote:

James,

I will handle this matter. Ed

Edward G. Smith
Chief Circuit Mediator
United States Court Of Appeals, Fourth Circuit
(864) 433-1511
(864) 433-1519 (Fax)
Edward_Smith@ca4.uscourts.gov
James Ishida---01/31/2019 02:20:02 PM---From: James Ishida/CA04/04/USCOURTS To: Edward G Smith/CA04/04/USCOURTS@uscourts

From: James Ishida/CA04/04/USCOURTS
To: Edward G Smith/CA04/04/USCOURTS@uscourts
Cc: Kim Llewellyn/CA04/04/USCOURTS@uscourts
Date: 01/31/2019 02:20 PM
Subject: Fwd: Request for Mediation (EDR Claim)

Hi Ed,

I received the attached request for mediation in this EDR case. The employee is an assistant federal public defender in the Western District of North Carolina, working out of the Charlotte Office.

Would you or one of your colleagues be willing to take this on?

Many thanks,

James

Case 1:20-cv-00066-WGY   Document 245-44   Filed 06/01/23   Page 2 of 3

US00000307

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
███████@ca4.uscourts.gov

Begin forwarded message:
**From:** "Caryn Devins" <caryn.devins@hotmail.com>
**Date:** January 31, 2019 at 2:16:28 PM EST
**To:** "███████@ca4.uscourts.gov" <███████@ca4.uscourts.gov>
**Cc:** "███████@ca4.uscourts.gov" <████@ca4.uscourts.gov>
**Subject: Request for Mediation (EDR Claim)**

Dear Circuit Executive Ishida,

Please find attached my request for mediation under the Fourth Circuit EDR Plan.

Respectfully,

Caryn Devins Strickland[attachment "Strickland Mediation Request.pdf" deleted by Edward G Smith/CA04/04/USCOURTS]