IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066-WGY |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF PARTIAL WITHDRAWAL OF PLAINTIFF'S MOTION TO SEAL

Plaintiff Caryn Devins Strickland hereby withdraws her motion to seal her summary judgment motion and accompanying exhibits, ECF No. 244, except with regard to Exhibit P and related redactions. Exhibit P and the related redactions contain confidential personnel information relating to non-parties, which is an appropriate basis for sealing recognized by both parties in previous filings. Plaintiff's counsel conferred with Defendants' counsel, who do not oppose Plaintiff's partial withdrawal of her prior motion to seal. With this notice, Plaintiff will contemporaneously file her unredacted summary judgment motion and accompanying exhibits.

This the 7th day of June, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Danielle Young at Danielle.young2@usdoj.gov

    */s/ Cooper Strickland*
    Cooper Strickland
    N.C. Bar No. 43242
    P.O. Box 92
    Lynn, NC 28750
    Tel. (828) 817-3703
    cooper.strickland@gmail.com