# EXHIBIT INDEX

| | |
|---|---|
| Ex. 1 | Decl. of William Moormann |
| Ex. 2 | Decl. of J.P. Davis |
| Ex. 3 | Decl. of Anthony Martinez |
| Ex. 4 | Dep. of Anthony Martinez |
| Ex. 5 | Email from J.P. Davis to Caryn Devins (Feb. 27, 2018) |
| Ex. 6 | Dep. of Caryn Strickland |
| Ex. 7 | Second Decl. of John Park Davis |
| Ex. 8 | Email from Caryn Devins to J.P. Davis (June 14, 2018) |
| Ex. 9 | Emails from J.P. Davis to Caryn Devins (June 2018) |
| Ex. 10 | Email from J.P. Davis to Caryn Devins (June 27, 2018) |
| Ex. 11 | Text message from Anthony Martinez to J.P. Davis (July 24, 2018) |
| Ex. 12 | Consolidated Equal Employment Opportunity & Employment Dispute Resolution Plan (Nov. 2018) |
| Ex. 13 | Email from James Ishida to Lisa Morris (Aug. 14, 2018) |
| Ex. 14 | Email from Caryn Devins to Nancy Dunham (Aug. 9, 2018) |
| Ex. 15 | Decl. of James Ishida |
| Ex. 16 | Email from Caryn Devins to James Ishida (Sept. 10, 2018) |
| Ex. 17 | Decl. of Jill Langley |
| Ex. 18 | Letter from James Ishida to Caryn Devins (Jan. 16, 2019) |
| Ex. 19 | Dep. of Jill Langley |
| Ex. 20 | Conversation 190226_1153 Transcript |
| Ex. 21 | Emails from James Ishida to Edward Smith (Mar. 2019) |
| Ex. 22 | Conversation 190308_1019 Transcript |

| | |
|---|---|
| Ex. 23 | Email from Caryn Devins to James Ishida (Mar. 11, 2019) |
| Ex. 24 | Decl. of John G. Baker, Pl.'s Privilege Log, Employee Handbook |
| Ex. 25 | Counselor's Report |
| Ex. 26 | Email from Caryn Devins to Amaal Scroggins (Nov. 26, 2018) |
| Ex. 27 | Conversation 180913_1633 Transcript |
| Ex. 28 | Conversation 190117_1621 Transcript |
| Ex. 29 | Conversation 190207_1056 Transcript |
| Ex. 30 | Dep. of Edward G. Smith, Esq. |
| Ex. 31 | Conversation 190226_1153 Transcript |
| Ex. 32 | Text message exchanged between J.P. Davis and Caryn Devins |
| Ex. 33 | Email from Caryn Devins to J.P. Davis (June 6, 2018) |
| Ex. 34 | Email from Caryn Devins to J.P. Davis (June 18, 2018) |
| Ex. 35 | Email from Caryn Devins to Nancy Dunham (Aug. 6, 2019) |
| Ex. 36 | Second Decl. of Anthony Martinez |
| Ex. 37 | Email from James Ishida to Anthony Martinez (June 12, 2019) |
| Ex. 38 | Conversation 180905_1042 Transcript |
| Ex. 39 | Emails from Caryn Devis to James Ishida (Jan. 2019) |
| Ex. 40 | Defs.' Objections & Responses to Pl.'s Fourth Set of Interrogs. |
| Ex. 41 | Emails from James Ishida and Caryn Devins (Sept. 2018) |
| Ex. 42 | Email from Heather Beam to James Ishida (Aug. 15, 2018) |
| Ex. 43 | Email from James Ishida to Ed Smith (Jan. 31, 2019) |
| Ex. 44 | Second Decl. of Jill B. Langley |
| Ex. 45 | Dep. of Jill Langley |
| Ex. 46 | Dep. of Ed Smith |

| | |
|---|---|
| Ex. 47 | Dep. of Caryn Devins Strickland |
| Ex. 48 | Request for Disqualification (Sept. 10, 2018) |
| Ex. 49 | Conversation 180913_1633 Transcript |
| Ex. 50 | Defs.' Objs. & Resps. to Pl.'s Fourth Set of Interrogs. |
| Ex. 51 | Conversation 190226_1153 Transcript |
| Ex. 52 | Email from Heather Beam to Anthony Martinez (Oct. 12, 2018) |
| Ex. 53 | Email from James Ishida to Anthony Martinez (Aug. 14, 2018) |
| Ex. 54 | Dep. of James Ishida |
| Ex. 55 | Email from James Ishida to Caryn Devins (Sept. 28, 2018) |
| Ex. 56 | Conversation 190212_1848 |
| Ex. 57 | Email from Caryn Devins to Nancy Dunham (Aug. 9, 2018) |
| Ex. 58 | Email from James Ishida to Roger Gregory (Aug. 15, 2018) |
| Ex. 59 | Dep. of Anthony Martinez |
| Ex. 60 | Email from James Ishida to Heather Beam (Aug. 17, 2018) |
| Ex. 61 | Email from Caryn Devins to James Ishida (Nov. 21, 2018) |
| Ex. 62 | Text message from Caryn Devins to Laura Minor (Nov. 19, 2018) |
| Ex. 63 | Email from James Ishida to Heather Beam (Jan. 11, 2019) |
| Ex. 64 | Dep. of Nancy Dunham |
| Ex. 65 | Text message from Caryn Devins to Valerie Nannery (Feb. 15, 2019) |
| Ex. 66 | Dep. of Roger L. Gregory |