# Exhibit 48

September 10, 2018

The Honorable Roger L. Gregory, Chief Judge
United States Court of Appeals for the Fourth Circuit
1100 E. Main Street, Suite 501
Richmond, VA 23219

SUBJECT: Request for Disqualification and a Stay of the Prior Investigation

Dear Chief Judge Gregory:

Please accept my request for disqualification of the Federal Defender under the EDR Plan. EDR Plan, Ch. X, § 7; *see also id.* Ch. IX ("The Chief Judge and/or unit executive shall ensure that the allegations in the report are appropriately investigated . . . ."). The basis for disqualifying the Federal Defender is that he is a subject of my wrongful conduct report, in addition to the First Assistant, and he is named in my request for counseling under the EDR Plan.

It may be necessary to request the disqualification of other employees as the investigation proceeds. In order to protect my procedural rights under the EDR Plan, I would request that the EDR Coordinator consult with me first and provide me an opportunity to request disqualification of other employees before sharing any information regarding the investigation with them or asking them to have any oversight role in the investigation.

In addition, I request a stay of the wrongful conduct investigation initiated by the Federal Defender. I will fully participate in a wrongful conduct investigation, but for the same reasons stated above, I request a stay so that an independent investigation into my allegations of wrongful conduct may be initiated.

Thank you for your consideration of my requests.

Respectfully submitted,

*[signature]*

Caryn Devins Strickland

US00000467