# Exhibit 51



# Transcript of 190226_1153

**Case:** Caryn Devins Strickland -v- United States of America, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1
 2
 3
 4
 5
 6
 7                     CONVERSATION
 8                     "190226_1153"
 9    IN RE: CARYN DEVINS STRICKLAND V. UNITED STATES OF
10                     AMERICA, ET AL.
11
12
13
14
15
16
17
18
19
20   Job No.: 479402
21   Pages: 1 - 118
22   Transcribed by: Christian Naaden
```

1  settles before they go forward with Chapter 9, which is
2  -- this is the way they set it up, is that once she
3  settles, everybody will say, all right, this is okay.
4         MS. STRICKLAND:  [inaudible]
5         MR. STRICKLAND:  It's fine. We don't need to
6  do anything.
7         MR. SMITH:  I've been told that's totally
8  separate and whatever recommendations -- again, that's
9  not my area, Cooper, so I --
10         MR. STRICKLAND:  How would that work, though?
11  Just from a framework, how would that work? Because it
12  sounds like Tony's not going anywhere. That
13  determination has been made. He was investigated. He's
14  still there. He can't even be disqualified from this
15  process like a judge would be.
16         MR. SMITH:  He's not disqualified from
17  mediation, because he has no power here. He's just the
18  unit head and he's negotiating with me and if you
19  removed Tony, there's nobody I can talk to, to resolve
20  this, because nobody has authority to -- to say, well,
21  Caryn can be transferred or [inaudible].
22         MR. STRICKLAND:  What the plan sets forth for

1  judges is the judicial counsel steps in and fills that
2  role. Counseling, mediation and the hearing. Yet Tony
3  gets a different standard.
4        MR. SMITH:  Well, it's -- again, it's because
5  of the way it's set up. You're right. If -- if -- not
6  to say anything about Judge Gregory, let's say there
7  was a complaint about Judge Gregory.
8        Well, he's head of the program. Well, he
9  couldn't preside over it and so it would jump up. But
10 it's the decision making and the hearing that -- that
11 the EDR is talking about there. I've had many
12 complaints where the unit head was the issue and they
13 always handled the mediation.
14       Now, when it goes to a hearing, you know, and
15 if this goes to a hearing, it'll be up to the chief
16 judge to decide who the hearing officer is. It can be
17 the chief judge or generally they'll delegate it to
18 somebody. I have no idea what they would do in this
19 case.
20       But you know, Tony -- you can't have somebody
21 come in and defend Tony in his office. Tony's the only
22 one that can do that, if he's going to. If anybody is

1  going to defend them. Because he's the only one that
2  knows what happens.
3          You know, he knew the -- and -- and there's
4  just -- that's why it works this way. I -- I understand
5  your difficulty.
6          MS. STRICKLAND:  It seems like a -- very much
7  a conflict of interest, but you know, because part of
8  the thing is if you had an independent person who was
9  acting on Tony's behalf, they might be able to say,
10 God, he's really being silly, the way he's saying this
11 about office space or that about -- I mean, just --
12         MR. STRICKLAND:  Appeals.
13         MS. STRICKLAND:  Appeals, well and that was
14 the other thing I wanted to ask you is, you know, I
15 feel like this is all kind of hinging on -- I mean, I
16 get it. I get his bottom line appears to be
17 telecommuting versus having a desk in Ashville.
18         You know, but my bottom line is assistant
19 federal defender with an appeals case load, based on
20 the choice that he promised me and the fact that JP is
21 in charge of the entire trial division.
22         And I haven't heard -- I mean, what's the