# Exhibit 52

Case 1:20-cv-00066-WGY   Document 249-9   Filed 06/15/23   Page 1 of 3

**From**: Anthony Martinez [Anthony_Martinez@fd.org]
**Sent**: 10/12/2018 11:38:00 AM
**To**: Heather_Beam@ncwp.uscourts.gov
**Subject**: RE: Meeting to Discuss Wrongful Conduct Claim

Let's make it 1:30 at your place? Is that ok?

Thanks,



Anthony Martinez
Federal Public Defender

Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Fax: (704) 374-0722
E-mail: Anthony_Martinez@fd.org

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.

**From:** Heather_Beam@ncwp.uscourts.gov [mailto:Heather_Beam@ncwp.uscourts.gov]
**Sent:** Friday, October 12, 2018 11:34 AM
**To:** Anthony Martinez <Anthony_Martinez@fd.org>
**Subject:** RE: Meeting to Discuss Wrongful Conduct Claim

Yes either time works for me. Do you want to come over to BB&T or I can come over there. it is up to you and whichever is more convenient for you.
Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

▼ Anthony Martinez ---10/12/2018 11:32:09 AM---Heather, Can we meet Thursday, 10/18 at 1:30 or 2?

From: Anthony Martinez <Anthony_Martinez@fd.org>
To: "Heather_Beam@ncwp.uscourts.gov" <Heather_Beam@ncwp.uscourts.gov>
Date: 10/12/2018 11:32 AM
Subject: RE: Meeting to Discuss Wrongful Conduct Claim

---

Heather,

Can we meet Thursday, 10/18 at 1:30 or 2?

Thanks,



**Anthony Martinez**
Federal Public Defender

Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Fax: (704) 374-0722
E-mail: Anthony_Martinez@fd.org

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.

**From:** Heather_Beam@ncwp.uscourts.gov [mailto:Heather_Beam@ncwp.uscourts.gov]
**Sent:** Thursday, October 11, 2018 9:33 AM
**To:** Anthony Martinez <Anthony_Martinez@fd.org>
**Subject:** Meeting to Discuss Wrongful Conduct Claim

Hey Tony,

I was wondering if you had any time next week on Wednesday, October 17, Thursday, October 18, or Friday, October 19 to meet to discuss the Wrongful Conduct Claim that has been filed by Caryn Devins. My days are pretty open so please let me know what works for you. I would plan on 2-3 hours to meet and please bring any documentation you think would be helpful to me to investigate this claim. Thank you!

Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

Case 1:20-cv-00066-WGY   Document 249-9   Filed 06/15/23   Page 3 of 3

US00000392