# Exhibit 54

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF NORTH CAROLINA

 3                      ASHEVILLE DIVISION

 4   _____

 5   CARYN DEVINS STRICKLAND,   )

 6              Plaintiff,      )

 7                              )

 8   -vs-                       )  Case No. 1:20-cv-00066

 9                              )

10   UNITED STATES, et al.,     )

11              Defendants.     )

12   _____

13

14                    *** CONFIDENTIAL ***

15                SUBJECT TO PROTECTIVE ORDER

16                       ECF NO. 183

17

18             DEPOSITION OF JAMES N. ISHIDA

19                 9:05 a.m. to 5:47 p.m.

20                     April 13, 2023

21                   Richmond, Virginia

22

23

24   Job No. 49661

25         REPORTED BY:  Julia A. Bammel, RPR, CSR
```

Case 1:20-cv-00066-WGY   Document 249-11   Filed 06/15/23   Page 2 of 6

www.cavalier-reporting.com | Cavalier Reporting & Videography | info@cavalier-reporting.com
(434) 293-3300 | Reported by Julia A Bammel | (800) 972-1993

```
 1   that, you know, the rule had contemplated.
 2             And so reading, you know, it talked about a
 3   human resources manager.  I tried to find somebody to
 4   fit that role.  But that's not to say that Tony was
 5   incapable of doing that.
 6       Q    So what does independent mean under
 7   Chapter IX?
 8             MR. KOLSKY:  Object to form.
 9   BY MS. SUK GERSEN:
10       Q    You spoke about the importance of having an
11   independent person.  What do you mean by independence?
12       A    Well, so let me back up.  So when it
13   talks -- when Chapter IX talks about an investigation
14   must be conducted, it doesn't say -- you know, there's
15   a lot that is not part of how that investigation is
16   started.  Like I said, the only thing I remember from
17   Chapter IX is talking about a human resources manager.
18   Somebody like that would be appropriate.  And so, you
19   know, I wanted to get somebody like that.
20       Q    And why would -- in this e-mail it seems
21   that you are advising Tony to recuse.  Am I right in
22   reading the e-mail?
23       A    I think what I was concerned about was that,
24   you know, this initiated the process of a report of
25   wrongful conduct under Chapter IX.  Now, I don't know
```

Case 1:20-cv-00066-WGY  Document 249-11  Filed 06/15/23  Page 3 of 6
www.cavalier-reporting.com  Cavalier Reporting & Videography  info@cavalier-reporting.com
(434) 293-3300  Reported by Julia A Bammel  (800) 972-1993

```
 1  what efforts Tony did to investigate those claims.  I
 2  just wanted to make sure that now that we're in
 3  Chapter IX and an investigation is required, I just
 4  wanted to make sure he knew that he could step back,
 5  and we'll appoint a, you know, investigator, a human
 6  resources manager that will now look into what
 7  happened.
 8       Q    Thank you for explaining those concerns.  I
 9  understand.
10            My question is, were you advising Tony to
11  recuse himself?
12       A    No.  Well, again, maybe that was the fault
13  of how I'm using "recuse," but I just -- I just meant
14  it more in terms of, like, "You just need to step down.
15  Let the investigator do her work in finding out the
16  circumstances for the report of wrongful conduct."
17       Q    Under Chapter IX, does the unit executive
18  usually pick the investigator?
19       A    Under Chapter IX, that part is silent.  It
20  doesn't say who.  It doesn't say how.  All it talks
21  about is once a report of wrongful conduct is made, the
22  Chief Judge and the unit executive must be modified.
23            It also talks about an investigation must be
24  done, but it speaks about that in the third party -- in
25  the third sense, so it doesn't say -- it doesn't
```

Case 1:20-cv-00066-WGY   Document 249-11   Filed 06/15/23   Page 4 of 6
www.cavalier-reporting.com    Cavalier Reporting & Videography    info@cavalier-reporting.com
(434) 293-3300               Reported by Julia A Bammel            (800) 972-1993

1  do with the investigation.  I let Heather dictate how

2  that would go.  So she didn't give me any draft.  She

3  didn't, you know, show me anything.

4      Q    We have in the record that you received an

5  earlier report from Heather Beam --

6      A    Uh-huh.

7      Q    -- earlier than the one that we reviewed

8  here --

9      A    Uh-huh.

10     Q    -- on November 19th.

11     A    Uh-huh.

12     Q    Was that a draft of Heather Beam's

13 investigative report?

14     A    I think she had submitted to me with the

15 intent that this was her final report.

16     Q    Can you clarify?

17     A    So she had given me a copy of the

18 investigation report that she had completed, and so I

19 looked at it, and it had a recitation of the events --

20 a chronology of the events that happened along with a

21 sizeable set of attachments, and -- but the one thing

22 that I didn't see in there was her impressions.

23          And we had -- we had a conversation, I

24 think -- I can't remember when, but Heather mentioned

25 that in the process of conducting her investigation,

Case 1:20-cv-00066-WGY   Document 249-11   Filed 06/15/23   Page 5 of 6
www.cavalier-reporting.com        Cavalier Reporting & Videography        info@cavalier-reporting.com
(434) 293-3300                      Reported by Julia A Bammel                  (800) 972-1993

```
 1   she had formed, you know, some views, some opinions,
 2   she had some suggestions, but they weren't included in
 3   the report.
 4             So I said, "Well, I think it would be
 5   helpful to have all of your impressions in the report
 6   because you obviously had interviewed people
 7   face-to-face, and so you would have information that we
 8   would not have."  So I -- in essence, what I did was I
 9   asked her to include those impressions and her thoughts
10   in the report.  So she went back and then revised the
11   report to include those observations and her
12   recommendations as well.
13        Q    What do you mean by impressions and
14   observations?
15        A    Well, so -- and I'm trying to remember --
16   the conversation I had with Heather was -- I don't know
17   if she used those words, but the sense I -- what I was
18   hearing her to say was she had other thoughts about the
19   case that were not included in the report, and so I had
20   asked her, you know, to create a full, complete, and
21   accurate account of what she found during the course of
22   her investigation.  I had asked her to include those in
23   the report.
24        Q    So when you received these e-mails from
25   JP Davis that we just reviewed, including the one
```

Case 1:20-cv-00066-WGY   Document 249-11   Filed 06/15/23   Page 6 of 6
www.cavalier-reporting.com | Cavalier Reporting & Videography | info@cavalier-reporting.com
(434) 293-3300 | Reported by Julia A Bammel | (800) 972-1993