# Exhibit 55

From:     James Ishida [          @ca4.uscourts.gov]
Sent:     9/28/2018 4:06:00 PM
To:       Caryn Devins [caryn.devins@hotmail.com]
CC:       Heather Beam [heather_beam@ncwp.uscourts.gov]
Subject:  Re: Request for Counseling and Report of Wrongful Conduct

Dear Caryn,

Thank you very much for your responses below. I am copying Heather on this email, which will let her know that we can proceed with one, unified investigation into the Chapter IX report of wrongful conduct (allegation of sexual harassment by JP Davis), and the alleged subsequent, related conduct by Anthony Martinez. Those allegations are contained in your grievance and request for counseling, which I will forward to Heather.

I understand that Heather will be reaching out soon to reschedule your meeting with her. Again, at the conclusion of her investigation, Heather will be submitting her report to me, not Mr. Martinez.

Please let me know if you have any questions or need anything.

Best regards,

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA  23217-3517
          @ca4.uscourts.gov

▼ Caryn Devins —09/27/2018 12:50:51 PM—Dear James, I hope you are doing well. I am following up after our meeting last week. After consider

From: Caryn Devins <caryn.devins@hotmail.com>
To: "          @ca4.uscourts.gov" <          @ca4.uscourts.gov>
Date: 09/27/2018 12:50 PM
Subject: Re: Request for Counseling and Report of Wrongful Conduct

Dear James,

I hope you are doing well. I am following up after our meeting last week. After considering the situation further, I am comfortable sharing my grievance with Heather and expanding the scope of the investigation to include my allegations against the Federal Defender, as we discussed tentatively last week. If the Federal Defender is not involved with the administration of the investigation and does not receive information except as necessary to investigate my allegations, I am comfortable proceeding with one, unified wrongful conduct investigation at this time.

With respect to counseling, I appreciated your suggestion of a career plan and I am thinking about terms that would provide a framework to begin rectifying the harm done to my career and reputation. Although I am eager to proceed with counseling, I am not comfortable negotiating with the Federal Defender because he is a

US00001402