# Exhibit 56



# Transcript of 190212_1848

**Case:** Caryn Devins Strickland -v- United States of America, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1
 2
 3
 4
 5
 6
 7                      CONVERSATION
 8                     "190212_1848"
 9   IN RE: CARYN DEVINS STRICKLAND V. UNITED STATES OF
10                      AMERICA, ET AL.
11
12
13
14
15
16
17
18
19
20   Job No.: 479402
21   Pages: 1 - 39
22   Transcribed by: Christian Naaden
```

```
1                P R O C E E D I N G S
2            MR. SMITH:  I did want to talk to you before
3   you left town, and I can do that now or can do it, say,
4   8:30 in the morning. But my day tomorrow is pretty
5   hectic until late in the afternoon and I remembered --
6   I thought I remembered you saying you were actually
7   leaving tomorrow night.
8            MS. STRICKLAND:  Right. Yeah. That's right.
9            Well, yeah. I mean, why don't -- why don't you
10  give me a sense of kind of what the -- what's going on
11  or what you wanted to talk about?
12           MR. SMITH:  Okay. Well, I -- I want to start
13  working on the areas that I think we've -- we have some
14  common agreement. And then, let you know where this
15  would need to -- the terms, where they would need to
16  fall from Tony's standpoint.
17           MS. STRICKLAND:  Mm-hmm.
18           MR. SMITH:  And again, I told you, I -- I -- I
19  get the clear sense that -- that Tony wants to resolve
20  this, put it behind you [inaudible]. Value -- she
21  thinks you're a good employee and he wants to -- to
22  keep you, which are all good things. I -- he's very
```

1  seriousness with which he was, you know, taking the
2  situation before.
3              MR. SMITH:  Again -- and I understand that,
4  Caryn. And -- and having talked to Tony now, you know,
5  I -- I -- I -- I can't offer the whys, but I can tell
6  you that, you know, he takes this very seriously and,
7  you know, I truly believe he wants to work this out and
8  he -- he wants to keep you.
9              Look, you know, he's talked about how he
10 didn't hire you, but he was consulted and how impressed
11 he was with your resume. I mean, these are gratuitous
12 comments I did not draw -- draw out of him.
13             And you know, maybe just a different
14 generation doesn't recognize things like they should in
15 today's world, and -- and we talked a little bit about
16 that before. And doesn't make it right, but I -- I
17 don't think his heart was -- was necessarily in a bad
18 place.
19 But again, I'm not -- my concern isn't there; my
20 concern is where we are now. And -- and where he is now
21 is he wants to resolve it.
22             And we got to figure out a way for everybody