# Exhibit 57

Caryn

Sent from my iPhone

On Aug 9, 2018, at 9:18 AM, Nancy Dunham <Nancy_Dunham@ao.uscourts.gov> wrote:

She did called and Tony was very responsive. He did say the AFD job was in Charlotte and he has no space in Asheville. I proposed telework for the interim and Cate is talking to him about that. Still working on it. He may apologize to you or talk about a solution, and if you are comfortable you can give him your views. My clear sense is that he is taking this very seriously.

Get Outlook for iOS

---

**From:** Caryn Devins <caryn.devins@hotmail.com>
**Sent:** Thursday, August 9, 2018 8:34 AM
**To:** Nancy Dunham
**Subject:** Re: Confidential

Thanks for sending this Nancy. Do you think it's likely she will call this week? Just wondering so I can prepare myself. Thanks again. Caryn

Sent from my iPhone

> On Aug 7, 2018, at 5:44 PM, Nancy Dunham <Nancy_Dunham@ao.uscourts.gov> wrote:
>
> FYI.
>
> -----Original Message-----
> From: Cait Clarke
> Sent: Tuesday, August 07, 2018 5:40 PM
> To: Nancy Dunham <Nancy_Dunham@ao.uscourts.gov>
> Subject: RE: Confidential
>
> Got it.
> Will make the call soon.
> Thank you for handling this so discreetly. I hope our plan works.
> Cait
>
> -----Original Message-----
> From: Nancy Dunham
> Sent: Tuesday, August 07, 2018 5:20 PM
> To: Cait Clarke <Cait_Clarke@ao.uscourts.gov>
> Subject: Confidential
>
> Cait,
>
> Ready for your call. There is actually an open AFD position in Asheville (and she applied for it) which should make things easier.
>
> Nancy
>
> -----Original Message-----

US00000978