# Exhibit 58

| | |
|---|---|
| From: | James Ishida [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E25E5DCAB5AE47DAB7640CE0BBA79A23-JAMES ISHID] |
| Sent: | 8/15/2018 7:16:00 PM |
| To: | Judge Roger L Gregory [█@ca4.uscourts.gov] |
| CC: | Kim Llewellyn [Kim_Llewellyn@ca4.uscourts.gov]; |
| Subject: | Fwd: CONFIDENTIAL - Personnel Matter |

Dear Chief,

I wanted to alert you about a disturbing incident that happened today in this EDR matter.

It's a long story, one that I'll fill you in on tomorrow, but the short version is it appears that the head of the AO's Fair Employment Practices Office, Nancy Dunham, tried to obstruct an ongoing Fourth Circuit EDR investigation. Ms. Dunham allegedly instructed one of her staff to tell Tony Martinez that he needed to give the complainant, Caryn Devins, whatever it is that she is asking for — telework, relocation, etc — before Ms Devins hires an attorney or goes to the press. Ms Dunham reportedly said that this was not a request but an order that comes from the highest levels of the AO.

After some checking, Tony discovered that this "demand" did not come from the highest levels of the AO, but from Ms Dunham, who coincidentally is a friend of the complainant, Caryn Devins.

Needless to say, Tony felt threatened, coerced, intimidated, and mystified by the extraordinary demand. He's also very upset and intends to write Jim Duff a letter tomorrow.

I suggested to Tony that we step back and think about this overnight before doing anything further. I also told him that I wanted to advise you of what had happened.

I'll reach out to Thelma tomorrow to see if you have time to talk.

Thanks,

James

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

█ ca4.uscourts. v

Begin forwarded message:

**From:** "James Ishida" <█@ca4.uscourts.gov>
**Date:** August 14, 2018 at 12:17:15 PM EDT
**To:** "Anthony Martinez" <Anthony_Martinez@fd.org>
**Cc:** "Judge Roger L Gregory" <█ca4.uscourts.gov>
**Subject: CONFIDENTIAL - Personnel Matter**

Dear Tony,