# Exhibit 60

| From: | James Ishida [▮▮▮▮▮@ca4.uscourts.gov] |
|---|---|
| Sent: | 8/17/2018 9:13:00 PM |
| To: | Heather Beam [heather_beam@ncwp.uscourts.gov] |
| CC: | Anthony Martinez; ; ; |
| Subject: | Re: EDR Assignment |

Dear All,

My apologies for getting back to everyone at such a late hour. It has been an eventful day.

I had mentioned this earlier to Tony, but I didn't have a chance to tell everyone else about my conversation with Lee Ann Bennett. I spoke to Lee Ann today about the conversations that various AO officials had had with Tony and Heather. Lee Ann was also joined by Nancy Dunham, the head of the AO's FEPS Office, and Shirley Sohrn, an Attorney in the AO's Office of General Counsel. It was a long conversation, but the key takeaways were: (1) Ms Dunham said that there had been a misunderstanding. They didn't realize that Caryn had filed, in effect, a report of sexual harassment. Had they known that, they claimed they would never have said the things they did to Heather, (2) the AO agrees that the EDR process needs to continue, without any further input or interference from them, and (3) it is entirely appropriate, indeed necessary, for Heather to continue as investigator and fact finder in this matter.

Though I told them that it was not necessary, I suspect that Ms Dunham or Amaal Scroggins will reach out to Heather at the AO next week to apologize.

So, it looks like we're back on track.

Thanks again everyone for your patience, understanding, and assistance. The Fourth Circuit deeply appreciates your help. I look forward to a favorable resolution in this matter.

James

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
▮▮▮▮▮a4.uscourts.gov

On Aug 17, 2018, at 8:31 AM, James Ishida <▮▮▮▮▮@ca4.uscourts.gov> wrote:

Thanks Heather. I'll let everyone know when I hear back from Lee Ann. Tony and I also had a conversation about that issue you went to the FEPS Office with; he can explain to you my thinking later.

It is an important assignment, and I'm delighted that we'll be able to move forward with your involvement. Again, you came highly recommended, and I feel confident that we have the right person for this challenging assignment.

Safe travels.

James

Case 1:20-cv-00066-WGY   Document 249-17   Filed 06/15/23   Page 2 of 4

US00001421

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

█████ ca4.uscourts.gov

On Aug 17, 2018, at 8:16 AM, Heather Beam <Heather_Beam@ncwp.uscourts.gov> wrote:

Good morning James,

Yes, I am still happy to assist in this matter and anything else you need. I do want to let you know I will be in DC next week Monday through Thursday for HR training, however I will be checking email and will have my government cell phone with me and my office number will be forwarded to that phone.

Thank you again for asking me to participate in this important matter. I hope you have a wonderful day.


Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

James Ishida---08/17/2018 08:09:54 AM---Dear Heather, I had a long conversation yesterday with Lee Ann Bennett, the AO's Deputy Director, ab


From: James Ishida/CE04/04/USCOURTS
To: Heather Beam/NCWP/04/USCOURTS@uscourts
Cc: Anthony Martinez/NCWF/04/FDO@fdo, Lisa G Morris/NCWP/04/USCOURTS@uscourts, Frank Johns/NCWD/04/USCOURTS@uscourts, Kim Llewellyn/CE04/04/USCOURTS@uscourts
Date: 08/17/2018 08:09 AM
Subject: EDR Assignment

---

Dear Heather,

I had a long conversation yesterday with Lee Ann Bennett, the AO's Deputy Director, about your encounter with the AO's FEPS Office. I suspect that there may have been a miscommunication in what you were told. I also suspect that once they understand that there is an active, ongoing EDR investigation in the Fourth Circuit, they will withdraw their directive and involvement in this matter.

Lee Ann said she'll call me back sometime today. I hope that you're still willing and able to assist us when we move forward.

I'm sorry this happened. Pls accept my thanks and appreciation for your assistance.

James

James N. Ishida
Circuit Executive

US00001422

U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

███████ca4.uscourts.gov

US00001423