# Exhibit 61

```
From:       James Ishida [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
            (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E25E5DCAB5AE47DAB7640CE0BBA79A23-JAMES ISHID]
Sent:       11/21/2018 4:59:00 PM
To:         Caryn Devins [caryn.devins@hotmail.com]
CC:         ███████@ca4.uscourts.gov
Subject:    Re: status of EDR claim
```

Dear Caryn,

I'd be happy to meet with you in Richmond on either November 27 or 28. (I have a mild preference for and more time on Wednesday, November 28.) I, however, cannot authorize your travel. You'll have to seek authorization from Tony Martinez, and perhaps others in the District.

I'm sorry that circumstances have you contemplating leaving the FPD Office in NC-WD. We will do what we can to facilitate a resolution in the EDR matter.

Let me know your travel plans. In the interim, best wishes on a safe and happy Thanksgiving.

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

███████@ca4.uscourts.gov

▼ Caryn Devins —11/21/2018 02:05:03 PM—Dear James, Thank you for your email and for your offer to meet via teleconference. I would be willi

From: Caryn Devins <caryn.devins@hotmail.com>
To: "███████@ca4.uscourts.gov" <███████@ca4.uscourts.gov>
Cc: "███████@ca4.uscourts.gov" <███████@ca4.uscourts.gov>
Date: 11/21/2018 02:05 PM
Subject: Re: status of EDR claim

---

Dear James,

Thank you for your email and for your offer to meet via teleconference. I would be willing to drive to Richmond to meet with you in person, if that is considered work travel.

I have been reflecting on this situation and discussing potential next steps with my family. This situation has irreparably damaged my relationships with the Federal Defender and my colleagues, and I believe I am no longer welcome in that environment. I would appreciate the Fourth Circuit's assistance in transitioning me out of Mr. Martinez's office. I will continue to think about potential solutions and I hope to discuss them with you next week.

I appreciate your time and efforts, and I hope you have a happy Thanksgiving.

US00002300

Sincerely,

Caryn

---

**From:** ▮▮▮▮▮@ca4.uscourts.gov <▮▮▮▮▮@ca4.uscourts.gov>
**Sent:** Monday, November 19, 2018 9:14 AM
**To:** Caryn Devins
**Cc:** ▮▮▮▮▮@ca4.uscourts.gov
**Subject:** Re: status of EDR claim

Dear Caryn,

While I'd be happy to return to Charlotte to meet with you again, I don't have any time between now and the expiration of the counseling period on November 29. I've got two work trips planned between now and then, and we do have the Thanksgiving holiday, which I had planned to spend in New York. Finally, I still haven't received the investigatory report, but I do expect it any day now.

So let me suggest this. If you'd still like to meet, we can set up a conference telephone or Skype call for November 27-28. I'll be in Richmond, and I would have had the chance to study the report. To make the call fruitful, I'll again suggest that you consider specifically what it is that you want. For example, reiterating that you want a safe workplace free from harassment isn't helpful because Mr. Martinez already believes that he's done and is doing all he can to provide such a workplace for you.

Please let me know how you'd like to proceed.

Best regards,

James


James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
▮▮▮▮▮@ca4.uscourts.gov

On Nov 16, 2018, at 11:31 AM, Caryn Devins <caryn.devins@hotmail.com> wrote:

Dear James,

I agree that we should meet in person to discuss these issues. What is your availability?

Respectfully,

Caryn

---

**From:** ▮▮▮▮▮@ca4.uscourts.gov <▮▮▮▮▮@ca4.uscourts.gov>

US00002301