# Exhibit 62

> would appreciate their efforts in trying to place you someplace else in the 4th circuit where you can do appellate work.

**11/19/2018 11:47 AM**
Caryn's iPhone (2)

> Thanks, Laura. It is a big decision but that is what my heart is telling me to do. I also anticipate that they will continue to try to destroy my reputation even if I leave, so I am thinking about trying to get a fourth circuit clerkship to protect my reputation and open my career options further. My mantra right now is "transition up, not down" haha

**11/19/2018 11:47 AM**

Laura Minor

> Good for you!

**11/19/2018 11:49 AM**
Caryn's iPhone (2)

> Of course, I don't want to seem like an opportunist, but I am really concerned about my name being dragged thru the mud and it's the best way I can think of to head them off at the pass...plus I love clerking and I would be a great clerk to any of those judges

**11/19/2018 11:49 AM**
Caryn's iPhone (2)

> So we will see. I do think it's time to have a different conversation

**11/21/2018 2:22 PM**
Caryn's iPhone (2)

> Laura, I hope you have a great thanksgiving. I just sent the email saying I would like to leave the federal defender office. I am heartbroken because it seems like the process failed me; I would never be comfortable working there again. I am also very concerned that me and cooper may have to uproot the life we just began here, but I hope that will not be the case. I don't feel good about it, but I know that leaving is the right thing.

**11/21/2018 2:22 PM**
Caryn's iPhone (2)

> I really appreciate your support and you will be in my heart as I give thanks tomorrow!

**11/21/2018 2:23 PM**
Caryn's iPhone (2)

> Sorry bad grammar - cooper and I :)

**11/26/2018 1:50 PM**
Caryn's iPhone (2)

> Laura, James response to my asking for help transitioning has been about the same as saying don't let the door hit you on the way out. I think I'm basically on my own in this now

**11/27/2018 11:35 AM**

Laura Minor

> Caryn,
> Is there any way to escalate this?
> Is it time to go to Judge Gregory directly? Maybe let Jeff Minear and Michael Shenkman know?
> What's your comfort level with doing any of this?

**11/27/2018 11:38 AM**
Caryn's iPhone (2)

> Hi Laura, CJ Gregory has been copied on a number of my emails with James. I'm not sure how closely he is following this or what his involvement is. The investigation just concluded last week and my disqualification request has never been ruled upon, so I feel like I never had an opportunity for counseling

**11/27/2018 11:39 AM**
Caryn's iPhone (2)

> I have a phone call with James at 4pm today so I'm hoping to get more information about the report. In the meantime he claims that counseling cannot be extended and even refused to allow chief judge Gregory to rule on my motion for an extension. It has gotten really crazy