# Exhibit 63

Case 1:20-cv-00066-WGY   Document 249-20   Filed 06/15/23   Page 1 of 2

| From: | James Ishida [████████@ca4.uscourts.gov] |
|---|---|
| Sent: | 1/11/2019 5:26:00 PM |
| To: | Heather Beam [heather_beam@ncwp.uscourts.gov] |
| CC: | RL Gregory [████████@ca4.uscourts.gov];; |
| Subject: | Re: Counselor's Report with Addendum - EDR and Wrongful Conduct Claim for Carybn Devins FPDO WDNC |

Dear Heather,

Thank you very much for your report. On behalf of Chief Circuit Judge Roger Gregory and the Fourth Circuit, I would like to extend our thanks and appreciation for your diligence, hard work, and thorough investigation report. It's simply a superb job.

You have my profound best wishes.

James

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

████████ca4.uscourts.gov

On Jan 11, 2019, at 5:08 PM, Heather Beam <Heather_Beam@ncwp.uscourts.gov> wrote:

Hello James,

Attached please find the Counselor's Report with the addendum. I hope this provides the level of detail you were looking for. This also includes my suggestions as far as a resolution or next steps. I hope you have a great weekend!

*(See attached file: 11-19-2018 Counselor's Report with Addendum.pdf)*
Heather Beam
Human Resources
Western District of North Carolina
704-350-7601

<11-19-2018 Counselor's Report with Addendum.pdf>