# Exhibit 65

**2/15/2019 6:36 PM**
Valerie Nannery

Loved "There is so much dirt there, there really is. I saw Laura today and she said there's no way they will ever do anything except bury this so I need to go full throttle and threaten to go public, go to Congress, etc"

**2/15/2019 6:36 PM**
Valerie Nannery

Liked "At least try to make it better for people after me"

**2/15/2019 6:36 PM (Viewed 2/15/2019 6:37 PM)**
Valerie Nannery

Do it!

**2/15/2019 6:38 PM**
Caryn's iPhone (2)

My reputation has already been ruined with the fourth circuit. Things will never be the same again. So I'm going to burn the place down on the way out

**2/15/2019 6:38 PM (Viewed 2/15/2019 6:39 PM)**
Valerie Nannery

Contact Times Up/NWLC and see if they can help

**2/15/2019 6:39 PM**
Caryn's iPhone (2)

Yeah this may end up leading to a lawsuit so I might see if any activists eg jamie santos types are interested in helping me

**2/15/2019 6:40 PM**
Valerie Nannery

Liked "Yeah this may end up leading to a lawsuit so I might see if any activists eg jamie santos types are interested in helping me"

**2/15/2019 6:40 PM**
Caryn's iPhone (2)

It's a due process violation - how can I have a title vii protection with no remedies?

**2/15/2019 6:40 PM**
Valerie Nannery

Do you have an elevator pitch?

**2/15/2019 6:41 PM**
Valerie Nannery

Exactly! That's the problem

**2/15/2019 6:42 PM**
Caryn's iPhone (2)

The federal defenders are not accountable to anyone. They can't be sued and no one has oversight. I literally asked thebjudicial integrity officer, who has oversight? And we kept going round and round and there was no answer

**2/15/2019 6:44 PM**
Valerie Nannery

Kafkaesque

**2/27/2019 3:53 PM**
Caryn's iPhone (2)

https://www.fjc.gov/sites/default/files/job-postings/19-04_Education_Specialist_0.pdf
(Sent with URL)

**2/27/2019 3:53 PM**
Caryn's iPhone (2)

Interesting

21
Case 1:20-cv-00066-WGY   Document 249-22   Filed 06/15/23   Page 2 of 2   004499