# EXHIBIT W

1  A. Because it's an important issue that she was
2  bringing, and she needed to be aware of what plan she
3  was following, or section.
4  Q. And what kind of things would she need to know
5  about in those plans and sections?
6  A. She would need to be advised of her rights
7  under the EDR plan.
8  Q. And what kind of rights do those include?
9  A. The rights that are covered in the plan. I do
10 not have it memorized.
11 Q. That's okay. Are you familiar with the
12 district's shared services agreement?
13 A. Which district? What agencies are you
14 referring to?
15 Q. I believe that the Western District, the
16 Federal Defender's Office for the Western District of
17 North Carolina, is under a shared services agreement
18 with other entities. Are you familiar with that?
19 A. I am not familiar with that.
20 Q. Do you perform any human resources function
21 for the Federal Defender's Office in the Western
22 District?
23 A. Not officially, no.
24 Q. Unofficially?
25 A. I have unofficially given advice and helped

```
 1  with personnel stuff.
 2       Q.   What were those matters?
 3       A.   I have printed facility access cards when new
 4  Federal Defender staff are hired on board.  I do not
 5  process any transactions.  I don't have access.  I
 6  answer questions that are related to benefits, any and
 7  all benefits.
 8       Q.   And you said you've given advice.
 9       A.   On the benefits.
10       Q.   On the benefits.  Any other kinds of advice
11  that you've ever given?
12       A.   Not that I recall.
13       Q.   And in August of 2018 were you working within
14  the probation office?
15       A.   Yes.
16       Q.   And what was your role?
17       A.   Human resources manager, and I'm also shared
18  with the District Court.
19       Q.   And do you know if that's pursuant to the
20  shared services agreement?
21       A.   Of which agency?
22       Q.   Of these multiple entities who share certain
23  functions, including HR services.
24       A.   The Federal Defenders were not included in my
25  MOE for shared services.
```