# EXHIBIT X



# Planet Depos
## We Make It Happen

# Transcript of 181005_1434_Redacted_Limited Confidentiality

**Case:** Caryn Devins Strickland -v- United States of America, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
 1
 2
 3
 4
 5
 6
 7                     CONVERSATION
 8     "181005_1434_Redacted_Limited Confidentiality"
 9    IN RE: CARYN DEVINS STRICKLAND V. UNITED STATES OF
10                     AMERICA, ET AL.
11
12
13
14
15
16
17
18
19
20   Job No.: 479402
21   Pages: 1 - 262
22   Transcribed by: Christian Naaden
```

```
1   thought it was, but it -- it's in here somewhere in
2   emails. But --
3           MS. BEAM:  Mm-hmm. Okay.
4           MS. STRICKLAND:  -- but --
5           MS. BEAM:  I know -- why didn't you copy this
6   whole binder?
7           MS. STRICKLAND:  Okay. I can do --
8           MS. BEAM:  Or I can do it for you if you don't
9   have time.
10          MS. STRICKLAND:  Yeah, we can -- yeah, we --
11  we can figure that out. The other thing is, I can scan
12  it all in and email it.
13          MS. BEAM:  Should I link [inaudible]?
14          MS. STRICKLAND:  Either -- we can talk about
15  it. But anyways, so it just --
16          MS. BEAM:  Whatever you need.
17          MS. STRICKLAND:  -- to me and whatever that's
18  happening at the --
19          MS. BEAM:  And you've got a lot of good stuff
20  in here, you know. I mean, kept as records.
21          MS. STRICKLAND:  Yeah. No. And -- well, that's
22  kind of part of why, you know, from the beginning, one
```