# EXHIBIT Z

```
 1              IN THE UNITED STATES DISTRICT COURT

 2         FOR THE WESTERN DISTRICT OF NORTH CAROLINA

 3                    ASHEVILLE DIVISION

 4     _____

 5     CARYN DEVINS STRICKLAND,      )

 6              Plaintiff,           )

 7                                   )

 8     -vs-                          )   Case No. 1:20-cv-00066

 9                                   )

10     UNITED STATES, et al.,        )

11              Defendants.          )

12     _____

13

14                  *** CONFIDENTIAL ***

15             SUBJECT TO PROTECTIVE ORDER

16                    ECF NO. 183

17

18     DEPOSITION OF THE HONORABLE ROGER L. GREGORY

19             10:02 a.m. to 10:54 a.m.

20                    May 16, 2023

21                 Richmond, Virginia

22

23

24     Job No. 49825

25         REPORTED BY:  Julia A. Bammel, RPR, CSR
```

*www.cavalier-reporting.com*          *Cavalier Reporting & Videography*          *info@cavalier-reporting.com*
*(434) 293-3300*                      *Reported by Julia A Bammel*                *(800) 972-1993*

```
 1              Deposition of THE HONORABLE ROGER L. GREGORY,

 2    taken and transcribed on behalf of the Plaintiff, by and

 3    before Julia A. Bammel, RPR, CSR, Notary Public in and for

 4    the Commonwealth of Virginia at large, pursuant to the

 5    Federal Rules of Civil Procedure and by Notice to Take

 6    Deposition, commencing at 10:02 a.m., May 16, 2023, at

 7    919 East Main Street, Richmond, Virginia.

 8

 9

10

11    APPEARANCES OF COUNSEL:

12

13         LAW OFFICE OF COOPER STRICKLAND

14         P.O. Box 92

15         Lynn, North Carolina  28750

16         (828) 817-3703

17         cooper.strickland@gmail.com

18    BY:  COOPER J. STRICKLAND, ESQUIRE

19         Counsel on behalf of the Plaintiff

20

21

22

23

24

25
```

Case 1:20-cv-00066-WGY   Document 250-7   Filed 06/15/23   Page 3 of 6

*www.cavalier-reporting.com*
*(434) 293-3300*
*Cavalier Reporting & Videography*
*Reported by Julia A Bammel*
*info@cavalier-reporting.com*
*(800) 972-1993*

```
 1    APPEARANCES OF COUNSEL CONTINUED:

 2

 3         UNITED STATES DEPARTMENT OF JUSTICE

 4         Civil Division

 5         1100 L Street NW

 6         Washington, District of Columbia  20005

 7         (202) 305-7664

 8         joshua.kolsky@usdoj.gov

 9         rachael.westmoreland@usdoj.gov

10         danielle.young2@usdoj.gov

11    BY:  JOSHUA M. KOLSKY, ESQUIRE

12         RACHAEL LYNN WESTMORELAND, ESQUIRE

13         DANIELLE WOLFSON YOUNG, ESQUIRE

14         Counsel on behalf of the Defendants

15

16         ADMINISTRATIVE OFFICE OF THE U.S. COURTS

17         Office Of General Counsel

18         1 Columbus Circle NE

19         Washington, District of Columbia  20002

20         (202) 502-1761

21         kristin-mannherz@ao.uscourts.gov

22      BY: KRISTIN P. MANNHERZ, ESQUIRE

23         Counsel on Behalf of the Federal Judiciary

24

25    Also Present:  Caryn Strickland
```

www.cavalier-reporting.com          Cavalier Reporting & Videography          info@cavalier-reporting.com
(434) 293-3300                       Reported by Julia A Bammel                       (800) 972-1993

```
 1        Q      Heather Beam's opinion.

 2        A      No, I did not, because it wasn't her job to

 3   make the decision, nor was I counseling her -- or sought

 4   counsel from her to help in that decision, so, no, I

 5   didn't.

 6        Q      So you did not -- you did not direct James

 7   Ishida to request Heather's opinion?

 8        A      No, I did not.

 9        Q      Do you have any reason to know why James would

10   have asked for her opinion?

11        A      I don't know.  You have to ask him that.

12        Q      Okay.  I'm going to show you what has

13   previously been marked as Plaintiff's Exhibit 41 from the

14   deposition of Ed Smith that was previously taken in this

15   case.  It is US Bates Number 3247, and it is Plaintiff's

16   Supplement to Mediation Request dated February 22nd, 2019.

17               (A copy of Plaintiff's Exhibit 41 was presented

18               to the witness for reference.)

19                THE WITNESS:  Yeah.  I got it.  Yeah.  Go

20   ahead.

21   BY MR. STRICKLAND:

22        Q      Are you familiar with this e-mail and document?

23        A      Yes, I am.

24        Q      Does this appear to be an e-mail with

25   Plaintiff's supplement to her request for mediation?
```

www.cavalier-reporting.com
(434) 293-3300
*Cavalier Reporting & Videography*
*Reported by Julia A Bammel*
info@cavalier-reporting.com
(800) 972-1993

```
 1        A       Yes, it does.

 2        Q       Does it look like an accurate copy?

 3        A       It does.

 4        Q       Is that your name in the cc line on the e-mail?

 5        A       Yes.

 6        Q       If Defendants stated in their privilege log,

 7   "Contact information for the Circuit Executive and the

 8   Chief Judge of the Fourth Circuit redacted," would that

 9   seem accurate to you?

10        A       Yes.

11        Q       Does this e-mail accurately reflect that you

12   received Plaintiff's supplement to her mediation request on

13   September 24th, 2019?

14        A       Yes.  Thereabouts, yes.

15        Q       Thank you.

16                Did you consider Plaintiff's February 22nd,

17   2019, supplement to her mediation request in making your

18   decision on her -- on Plaintiff's disqualification request?

19        A       Yes.  That was definitely a part of it.

20        Q       To the best of your knowledge, have you

21   provided all of the reasons for your disqualification

22   request?

23                MR. KOLSKY:  Object to form.

24                MR. STRICKLAND:  I'll restate it.

25   BY MR. STRICKLAND:
```

www.cavalier-reporting.com
(434) 293-3300
*Cavalier Reporting & Videography*
*Reported by Julia A Bammel*
info@cavalier-reporting.com
(800) 972-1993