# EXHIBIT AA



# Strickland v. United States (WDNC 20cv66): Second Production of Documents and Responses

**Cooper Strickland** <cooper.strickland@gmail.com>  Fri, Jan 20, 2023 at 4:49 PM
To: "Kolsky, Joshua (CIV)" <Joshua.kolsky@usdoj.gov>, "Westmoreland, Rachael (CIV)" <rachael.westmoreland@usdoj.gov>, "McMahon, Madeline M (CIV)" <Madeline.M.McMahon@usdoj.gov>
Cc: Olivia Warren <warren@tfblawyers.com>, Phil Andonian <phil@calebandonian.com>, Jeannie Suk Gersen <jsuk73@gmail.com>

Dear Counsel,

The following link will provide you access to Plaintiff's second production of documents.

https://www.dropbox.com

*Please confirm receipt.*  Plaintiff's production is subject to the Parties' stipulated confidentiality agreement (ECF No. 181, 183) and clawback agreement (ECF No. 182, 184).

Also, please find attached Plaintiff's confidentiality designation and responses to Defendants' second production requests and interrogatories.

Thank You,

Cooper Strickland

---

**3 attachments**

📄 **Plaintiff's Second Production Confidentiality Designations TO SERVE.pdf**
86K

📄 **Plaintiff's Responses to Defendants' Second RFPs TO SERVE.pdf**
151K

📄 **Plaintiff's Responses to Def's Second Interrogatories TO SERVE.pdf**
236K



## Strickland v. United States (WDNC 20cv66): Fourth Production of Documents

**Cooper Strickland** <cooper.strickland@gmail.com>　　　　　　　　　　　　　　　Fri, Mar 3, 2023 at 1:51 PM
To: "Kolsky, Joshua (CIV)" <Joshua.kolsky@usdoj.gov>, "Westmoreland, Rachael (CIV)" <rachael.westmoreland@usdoj.gov>, "McMahon, Madeline M (CIV)" <Madeline.M.McMahon@usdoj.gov>
Cc: Olivia Warren <warren@tfblawyers.com>, Jeannie Suk Gersen <jsuk73@gmail.com>, Phil Andonian <phil@calebandonian.com>

Dear Counsel,

Please find attached (1) a response to your letters of December 21, 2022, January 23, 2023, and February 14, 2023 and (2) a letter regarding Defendants' production of documents and written responses to Plaintiff's Third Set of Interrogatories.

Additionally, the following link will provide you access to Plaintiff's fourth production of documents.

https://www.dropbox.com/

Please confirm receipt. Plaintiff's production is subject to the Parties' stipulated confidentiality agreement (ECF No. 181, 183) and clawback agreement (ECF No. 182, 184).

At this time, Plaintiff has substantially completed production, and will provide a privilege log once completed.

Thank You,

Cooper Strickland

---

**2 attachments**

- 20cv66 Strickland Letter to Defendants re Production (3.3.23) TO EMAIL.pdf
  107K
- 20cv66 Strickland Letter to Defendants (3.3.23) TO EMAIL.pdf
  159K