# EXHIBIT II

Case 1:20-cv-00066-WGY   Document 250-16   Filed 06/15/23   Page 5 of 5