IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| *Defendants*. | ) |

## PLAINTIFF'S MOTION TO SEAL

Pursuant to Local Rule 6.1, Plaintiff Caryn Devins Strickland, by and through her attorney, hereby moves to seal Exhibit II with her opposition to Defendants' motion for summary judgment and to file a redacted version of Exhibit II as well as a redacted portion of her opposition that references Exhibit II. *See* ECF No. 250, at 23. The document referenced in Exhibit II is related to the documents that are contained in Exhibit P to Plaintiff's motion for summary judgment, ECF No. 248-16, and should be sealed for the same reasons. Plaintiff hereby incorporates by reference her prior motion to seal. *See* ECF Nos. 244, 247.

Defendants consent to this motion to seal.

This the 15th day of June, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

1

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Danielle Young at Danielle.young2@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com