# Exhibit 70

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION


CARYN DEVINS STRICKLAND,

    Plaintiff,

v.              Civil No.: 1:20-cv-00066-WGY

UNITED STATES, et al.,

    Defendants.
_____/




| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | ANTHONY MARTINEZ |
| TAKEN: | By Counsel for Plaintiff |
| DATE: | April 28, 2023 |
| TIME: | 9:00 a.m. - 5:41 p.m. |
| PLACE: | Constangy, Brooks, Smith & Prophete |
| | 100 North Tampa Street |
| | Suite 3350 |
| | Tampa, Florida 33602 |
| REPORTED BY: | Sarah Parker |
| | Notary Public |
| | State of Florida at Large |



RICHARD LEE REPORTING
rlr@richardleereporting.com

1        THE WITNESS:  Okay.  Thank you.

2                    EXAMINATION

3   BY MS. WESTMORELAND:

4        Q.   Okay.  So who was the head of the appellate

5   unit while you were the federal defender?

6        A.   Josh Carpenter.

7        Q.   And did you ever have him reporting

8   directly to you, rather than to JP and you?

9        A.   Yes, there came a point in time where I

10  modified -- I modified the organizational chart so

11  that he could be reporting directly to me.

12       Q.   At the time that you made that change, was

13  Caryn reporting to Josh?

14       A.   Correct.

15       Q.   Can you dig out Exhibit 59 for me?

16       A.   I've got it.

17       Q.   Do you think it would have been a

18  reasonable interpretation of this e-mail as asking

19  for sexual favors?

20       A.   No.

21       Q.   Would you consider that a misinterpretation

22  of the e-mail?

23       A.   Yes.

24       Q.   And then can you pull out Exhibit 68 for

25  me?