# Exhibit 71

```
 1
 2
 3
 4
 5
 6
 7                       CONVERSATION
 8                      "180809_1344"
 9      IN RE: CARYN DEVINS STRICKLAND V. UNITED STATES OF
10                       AMERICA, ET AL.
11
12
13
14
15
16
17
18
19
20   Job No.: 479402
21   Pages: 1 - 40
22   Transcribed by: Christian Naaden
```

1         MS. STRICKLAND: Well, I appreciate you asking
2 me that first of all.
3         MR. MARTINEZ: Okay. [inaudible] talk to Josh
4 about this.
5         MS. STRICKLAND: Yes.
6         MR. MARTINEZ: So, we've got the two on Ws
7 now. Like I told you, my intention was, and I don't
8 know if he's brought you up to speed, we talked to Todd
9 Watson about on Ws and whether it's to anyone's benefit
10 within the defender system to have on Ws and the bottom
11 line was it was not. So, I am taking steps to convert
12 both you and Jared to be AFDs. [inaudible] today but as
13 soon as he gets back next week, I'm going to see if we
14 can implement that as soon as possible.
15         MS. STRICKLAND: Mm-hmm.
16         MR. MARTINEZ: And I shared that with Josh
17 this morning [inaudible] so my intention is to make you
18 an AFD and make Jared an AFD.
19         MS. STRICKLAND: Mm-hmm.
20         MR. MARTINEZ: He and Josh recommended that we
21 make those two on Ws, [inaudible] former on Ws part of
22 the appellate unit, so that in essence, we're going to

1 have both you and Jared and then a new attorney are
2 going to be AFDs doing hybrid work, doing appellate
3 work and trial support. I interrupted you because that
4 might answer some of your questions. So, we were
5 already talking about that.
6       MS. STRICKLAND: Mm-hmm. Right. And I
7 understand that and I think and, you know, I had told
8 Josh, I really have, you know, I guess several things.
9 One is an AFD in appeals and frankly, you know, I don't
10 I believe I can really be very effective in trial work
11 here anymore with just the way that things have been,
12 the way that things have unfolded. I would, you know,
13 if there's a way for me to do primarily, even if not
14 exclusively appeals, that would be a very big step
15 towards a solution I think.
16       MR. MARTINEZ: Can -- can I have a little
17 piece of paper so I can write this stuff down?
18       MS. STRICKLAND: Yes. Yes. Of course. Here let
19 me give you a --
20       MR. MARTINEZ: A pad and a pen too. Well,
21 first let me -- I'm going to interrupt you because I
22 have to modify the structure and I need to modify the