

# Caryn Strickland

| | |
|---|---|
| **From:** | Joshua B Carpenter |
| **Sent:** | Friday, January 11, 2019 2:36 PM |
| **To:** | Caryn Strickland |
| **Subject:** | RE: ▓▓▓▓▓ Argument |

Sure, that works – thanks!

Joshua B. Carpenter
Appellate Chief
Federal Public Defender
Western District of North Carolina
One Page Ave., Suite 210
Asheville, NC 28801
(828) 232-9992

**From:** Caryn Strickland <Caryn_Strickland@fd.org>
**Sent:** Friday, January 11, 2019 2:35 PM
**To:** Joshua B Carpenter <Joshua_Carpenter@fd.org>
**Subject:** Re: ▓▓▓▓▓ Argument

Thanks, Josh. I'm not available at those times but how about 430? Thanks, Caryn

Get Outlook for iOS

On Fri, Jan 11, 2019 at 2:17 PM -0500, "Joshua B Carpenter" <Joshua_Carpenter@fd.org> wrote:

Caryn,

That's too bad. Are you sure? It sounds like you might be interested in doing the argument but are worried about your other obligations. If those are work-related, I can help you adjust them and re-assign things accordingly. I totally understand, though, if you're not interested because of personal preference or if you're not available because of personal obligations.

As for timing, I understand that you've not gone through argument prep before, so I can give you a sense of it. For my first few arguments, I started the prep process between 10 and 14 days before argument, generally closer to 10 if it was a case where I had written the bulk of the brief as you did in this one. That's why I reached out now – to make sure you how had plenty of lead time before the argument. I previously filed the acknowledgment form indicating I would argue because I didn't hear from you after I forwarded you the initial calendar notice, which suggested to me that you weren't interested in arguing. The acknowledgment forms, as you probably know from clerking, aren't binding and can be modified up until the day of argument. So I wanted to

[handwritten margin notes: "not feasible – Josh already submitted travel vouchers last week as required by staff" and additional notes "new 1/14 end" "decide had to be he didn't note never" "the unknown high value"]

double check now that it's almost argument prep time to be sure that nothing had changed and that you were not, in fact, interested in arguing.

I'm comfortable with whatever you decide. Let's touch base this afternoon and we can talk it through. Are you available at 3 or 3:30?

Thanks,

Josh

Joshua B. Carpenter
Appellate Chief
Federal Public Defender
Western District of North Carolina
One Page Ave., Suite 210
Asheville, NC 28801
(828) 232-9992

**From:** Caryn Strickland <Caryn_Strickland@fd.org>
**Sent:** Friday, January 11, 2019 1:15 PM
**To:** Joshua B Carpenter <Joshua_Carpenter@fd.org>
**Subject:** RE: ▮▮▮▮▮ Argument

Dear Josh,

After the argument notice was filed, I believed the decision was made. Without more notice, and with other pre-existing obligations this month, I would only be able to help you prepare at this point.

Thanks,

Caryn

**From:** Joshua B Carpenter <Joshua_Carpenter@fd.org>
**Sent:** Friday, January 11, 2019 9:11 AM
**To:** Caryn Strickland <Caryn_Strickland@fd.org>
**Subject:** ▮▮▮▮▮ Argument

Caryn,

I wanted to touch base with you about the ▮▮▮▮▮ argument. When I didn't hear from you after we received the argument notices, I planned to cover the argument thinking that is what you preferred. But I wanted to double-check that you are not interested in arguing it. If you are interested, that would be great and I'd be happy to help set up moots to get you ready – I could ask my private-practice friends in Charlotte to host one and perhaps we could do one in Asheville since that is closer for you. Just let me know what you prefer, and let's touch base later today to make a prep plan for whichever of us is going to argue it.

2

004357

Thanks,

Josh

P.S. I have a meeting at Probation at 9:30 a.m., so I won't be on the 10 a.m. call but let's talk after that.


Joshua B. Carpenter
Appellate Chief
Federal Public Defender
Western District of North Carolina
One Page Ave., Suite 210
Asheville, NC 28801
(828) 232-9992