# EXHIBIT QQ

| | |
|---|---|
| From: | James Ishida/CA04/04/USCOURTS [James Ishida/CA04/04/USCOURTS] |
| Sent: | 3/8/2019 2:34:00 PM |
| To: | Edward G Smith [edward_smith@ca4.uscourts.gov] |
| CC: | RL Gregory ▮▮▮▮@ca4.uscourts.gov] |
| Subject: | Re: Update |

Thanks Ed. Having lived with this case for what seems like years, I can't tell you how relieved and delighted I am with the news. This has been an extraordinarily difficult case, compounded by the high-profile nature of it. Yet, you managed to achieve a result that everyone is thrilled with. This is a monumental accomplishment.

We still have the pending Chapter IX proceeding to deal with, which I will consult with Chief Judge Gregory. But you've certainly earned the Circuit's thanks and appreciation for an outstanding job in settling this difficult case.

James

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517
▮▮▮▮▮@ca4.uscourts.gov

On Mar 8, 2019, at 2:16 PM, Edward G Smith <Edward_Smith@ca4.uscourts.gov> wrote:

James,

Caryn is accepting Judge Floyd's offer and asked that I passed on to you how grateful see is to all who helped reach this result. She actually seems a little overwhelmed. She will be sending you an email sometime in the next few days withdrawing her EDR complaint. I have notified Tony Martinez that Caryn will be transferring effective March 18. I refused to tell him where she was transferring. He is thrilled and said "You must be able to walk on water."

Kim is working on paper work.

Fingers still crossed for Judge Rushing.

I hope when this is all over you will have some much deserved and long lasting goodwill from the AO and Jim Duff.

Ed


Edward G. Smith
Chief Circuit Mediator
United States Court Of Appeals, Fourth Circuit
(864) 433-1511
(864) 433-1519 (Fax)
Edward_Smith@ca4.uscourts.gov

James Ishida---03/07/2019 05:39:57 PM---From: James Ishida/CA04/04/USCOURTS To: Edward G Smith/CA04/04/USCOURTS@uscourts

From: James Ishida/CA04/04/USCOURTS
To: Edward G Smith/CA04/04/USCOURTS@uscourts
Date: 03/07/2019 05:39 PM
Subject: Re: Update

That's great, Ed. Many thanks. There's a medal in this for you if this works.

Fingers and toes crossed for tomorrow!

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

████████ ca4.uscourts.gov

On Mar 7, 2019, at 5:23 PM, Edward G Smith <Edward_Smith@ca4.uscourts.gov> wrote:
James,

Caryn will be coming to see Judge Floyd tomorrow. She is excited and extremely grateful for the potential opportunities we have arranged and are working on. I did tell her we are trying to arrange an interview with Judge Rushing.

I will update you tomorrow.

Edward G. Smith
Chief Circuit Mediator
United States Court Of Appeals, Fourth Circuit
(864) 433-1511
(864) 433-1519 (Fax)
Edward_Smith@ca4.uscourts.gov
James Ishida---03/07/2019 04:54:45 PM---Ed, I tried calling Judge Floyd today, but I've missed him each time. I left my number with his law

From: James Ishida/CA04/04/USCOURTS
To: Edward G Smith/CA04/04/USCOURTS@uscourts
Date: 03/07/2019 04:54 PM
Subject: Update

Ed,

I tried calling Judge Floyd today, but I've missed him each time. I left my number with his law clerk, who promised to gave him call me.

Also, haven't heard back from Allison Rushing on the clerkship proposal, although she's pretty overwhelmed now. Pat Connor is going to ask whether she intends to sit for the March Court Week, which may draw her attention to hiring clerks.

So no news to report ....

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

████████ca4.uscourts.gov

**From:** James Ishida/CA04/04/USCOURTS [James Ishida/CA04/04/USCOURTS]
**Sent:** 3/20/2019 9:21:00 PM
**To:** Edward G Smith [edward_smith@ca4.uscourts.gov]
**Subject:** Re: Caryn Strickland

I've been out of town this week, Ed, but Caryn did send me an email, withdrawing her EDR Complaint. Congratulations!

James N. Ishida
Circuit Executive
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 617
Richmond, VA 23217-3517

███████@ca4.uscourts.gov

> On Mar 20, 2019, at 6:22 PM, Edward G Smith <Edward_Smith@ca4.uscourts.gov> wrote:
>
> James,
>
> Have you seen Caryn in Richmond? Has she sent you notice of withdrawing her EDR complaint?
>
>
> Edward G. Smith
> Chief Circuit Mediator
> United States Court Of Appeals, Fourth Circuit
> (864) 433-1511
> (864) 433-1519 (Fax)
> Edward_Smith@ca4.uscourts.gov