# EXHIBIT SS



# Lessons From A Circuit Mediator

• How to avoid and resolve conflict: negotiate with success; observations from a mediator

• Edward G. Smith, Chief Circuit Mediator
• Cynthia R. Mabry-King, Circuit Mediator

• Fourth Circuit Workplace Conduct Conference
• Richmond, Virginia
• May 22, 2019

US00003580



A. Initiating a Proceeding; Formal Request for Counseling

An employee who believes that his or her rights under Chapters II through VIII of this Plan have been violated *must first request counseling*.

Current Mandatory Counseling Requirement

US00003581



**A. Initiation**
Within 15 days after receipt by the employee of the notice of the conclusion of the counseling period, the employee may file a request for mediation with the EDR Coordinator. The request must be made in writing and must state the claim(s) presented (copy of approved form is contained in Appendix). The EDR Coordinator shall promptly provide a copy of the request for mediation to the unit executive and the Chief Judge of the Court. Failure to pursue mediation will preclude further processing of the employee's claim under any other provisions of this Chapter.

Current Mandatory Mediation Requirement

US00003582

# Counseling vs. Mediation

**Purposes of Counseling**

- The purposes of the counseling shall be to discuss the employee's concerns and elicit information regarding the matter...to evaluate the matter; and to assist the employee in achieving an early resolution of the matter, if possible.

**Purposes of Mediation**

- The mediator shall consult separately and/or jointly with the employee and his or her representative, if any, and the employing office to discuss alternatives for resolving a dispute, including any and all possibilities of reaching a voluntary, mutually satisfactory resolution.

US00003583



Result of Counseling

US00003584



US00003585

## OPTIONS FOR RESOLUTION

The goal of the Judiciary is to address wrongful conduct as soon as possible and to provide flexible options for doing so. Employees who experience, observe, or learn of wrongful conduct, or who otherwise believe their employment law rights have been violated, have a number of options for addressing such conduct, any of which may lead to resolution. Employees should select the option(s) that best fit their needs and comfort level.

**Plan Options.** This Plan provides for three options to address wrongful conduct, and each is explained in detail below:
☐ Informal Advice
☐ Assisted Resolution
☐ Formal Complaint

US00003586

Assisted Resolution

An Employee may contact an EDR Coordinator or Circuit Director of Workplace Relations to request Assisted Resolution to address wrongful conduct.

Assisted Resolution is an interactive, flexible process that may include:

• discussing the matter with the person whose behavior is of concern;
• conducting a preliminary investigation, including interviewing witnesses to the conduct;
• engaging in voluntary mediation between the parties;
• assessing whether any interim remedial measures are necessary; and
• resolving the matter by agreement.

US00003587



US00003588

# Fourth Circuit Mediation Settlement Rate

|  | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Overall | 33% | 32% | 32% | 36% | 40% |
| Title VII | 31.6% | 23.3% | 16.7% | 23.1% | 28.6% |
| **Difference** | **-1.4%** | **-8.7%** | **-15.3%** | **-12.9%** | **-11.4%** |

US00003589



Every
Problem Has
A Solution



US00003590



Cadre of Mediation
Tools Used

US00003591



US00003592



US00003593

We Manage
Negativity
Early In The
Process



US00003594



**We educate**

• Discuss the actual remedies that are available under the EDR Plan

• Disabuse them of the notion that there will be a monetary payment in ALL cases, even when there has been clear wrongdoing

US00003595

## Remedies

1. Placement of an employee in a position denied;
2. Placement in a comparable alternative position;
3. Reinstatement to a position from which previously removed;
4. Prospective promotion to a position;
5. Priority consideration for a future promotion or position;
6. Back pay and associated benefits…Back Pay Act
7. Records modification and/or expungement;
8. Equitable relief, such as temporary stays of adverse actions;
9. Granting of family and medical leave; and
10. Accommodation of disabilities…

US00003596



Remedies which are not legally available

PAYMENT OF ATTORNEYS' FEES ...UNLESS UNDER THE BACK PAY ACT

COMPENSATORY DAMAGES; AND

PUNITIVE DAMAGES

US00003597



US00003598



US00003599



**Mediators assist participants in generating ideas for resolution through . . .**

- An understanding of the mediator's role: not to decide whether there was misconduct or the resolution
- Exploring and understanding of participants' interests and needs
- Confidentially sharing information about how others resolved similar disputes

US00003600



US00003601



US00003602