IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )   Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' "MOTION FOR CONTINUANCE"

If this Court determines that a consolidated trial is necessary following the summary judgment hearing scheduled for July 10, 2023, Plaintiff defers to the Court's discretion regarding the scheduling of trial. *See* ECF No. 185, at 3–4. Plaintiff appreciates the scheduling issues identified in Defendants' motion, but notes this Court's prior statement that it "fully recognizes the Plaintiff's interest in prompt relief should she prevail on the merits." *See id.* at 2. Plaintiff respectfully files this response for the purpose of reasserting this interest for the Court's consideration.

This the 30th day of June, 2023.

 

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

 Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

 Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

 Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

 Danielle Young at Danielle.young2@usdoj.gov

              */s/ Cooper Strickland*
              Cooper Strickland
              N.C. Bar No. 43242
              P.O. Box 92
              Lynn, NC 28750
              Tel. (828) 817-3703
              cooper.strickland@gmail.com