| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | US00004020-4021 | Feb. 27, 2018 | Emails between J.P. Davis and Caryn Strickland | | | |
| 2 | | US00005731-5733 | June 14, 2018 | Emails between Caryn Strickland and J.P. Davis | | | |
| 3 | | US00000089 | May 18, 2018 | Email from J.P. Davis to Caryn Strickland | | | |
| 4 | | US00000090 | June 1, 2018 | Emails between Caryn Strickland and J.P. Davis | | | |
| 5 | | US00000091 | June 19, 2018 | Emails between J.P. Davis and Caryn Strickland | | | |
| 6 | | US00000092 | June 21, 2018 | Texts between J.P. Davis and Caryn Strickland | | | |
| 7 | | US00000093 | June 27, 2018 | Emails between Caryn Strickland and J.P. Davis | | | |
| 8 | | US00006636 | July 24, 2018 | Text message from Anthony Martinez to J.P. Davis | | | |
| 9 | | US00004536-64 | Nov. 2018 | Consolidated Equal Employment Opportunity & Employment Dispute Resolution Plan | | | |
| 10 | | US00000615-0618 | Aug. 14, 2018 | Email from James Ishida to Lisa Morris | | | |
| 11 | | US00000974-79 | Aug. 9, 2018 | Emails between Caryn Strickland and Nancy Dunham | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 12 | | US00000565 | Sept. 10, 2018 | Email from Caryn Strickland to James Ishida | | | |
| 13 | | US00002816 | Jan. 16, 2019 | Letter from James Ishida to Caryn Strickland | | | |
| 14 | | US00001322-1324 | Mar. 2019 | Emails between James Ishida and Edward Smith | | | |
| 15 | | US00003300 | Mar. 11, 2019 | Email from Caryn Strickland to James Ishida | | | |
| 16 | | US00001244-1257 | January 11, 2019 | Counselor's Report | | | |
| 17 | | PLTF002178-84 | Nov. 26, 2018 | Email from Caryn Strickland to Amaal Scroggins | | | |
| 18 | | US00002891-2926 | October 2017 to June 2018 | Text messages between J.P. Davis and Caryn Strickland | | | |
| 19 | | US00006403 | June 6, 2018 | Email from Caryn Strickland to J.P. Davis | | | |
| 20 | | US00006405-6406 | June 18, 2018 | Email from Caryn Strickland to J.P. Davis | | | |
| 21 | | US00001074-1078 | Aug. 6, 2019 | Email from Caryn Strickland to Nancy Dunham | | | |
| 22 | | US00003380-3383 | Jan. 2019 | Emails from Caryn Strickland to James Ishida | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 23 | | US00001402-1406 | Sept. 2018 | Emails between James Ishida and Caryn Strickland | | | |
| 24 | | US00005361-5363 | Aug. 15, 2018 | Email from Heather Beam to James Ishida | | | |
| 25 | | US00000307-0308 | Jan. 31, 2019 | Email from James Ishida to Edward Smith | | | |
| 26 | | US00000467 | Sept. 10, 2018 | Request for Disqualification and a Stay of the Prior Investigation | | | |
| 27 | | US00000391-0392 | Oct. 12, 2018 | Email from Heather Beam to Anthony Martinez | | | |
| 28 | | US00000616-0618 | Aug. 14, 2018 | Email from James Ishida to Anthony Martinez | | | |
| 29 | | US00002568 | Aug. 15, 2018 | Email from James Ishida to Roger Gregory | | | |
| 30 | | US00001421-1423 | Aug. 17, 2018 | Email from James Ishida to Heather Beam | | | |
| 31 | | US00002300-2301 | Nov. 21, 2018 | Email from Caryn Strickland to James Ishida | | | |
| 32 | | PLTF0004450 | Nov. 19, 2018 | Text message from Caryn Strickland to Laura Minor | | | |
| 33 | | US00000405 | Jan. 11, 2019 | Email from James Ishida to Heather Beam | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 34 | | PLTF004499 | Feb. 15, 2019 | Text message from Caryn Strickland to Valerie Nannery | | | |
| 36 | | US00004264-4267 | May 28, 2019 | Letter from James Ishida to Anthony Martinez | | | |
| 37 | | PLTF004356-58 | Jan. 11, 2019 | Emails between Joshua Carpenter and Caryn Strickland | | | |
| 38 | | US00001499-1502 | Feb. 24, 2019 | Renewed Request for Disqualification | | | |
| 39 | | US00001505-1508 | Jan. 31, 2018 thru Feb. 1, 2019 | Emails between James Ishida and Caryn Strickland | | | |
| 40 | | US00000303 | Jan. 31, 2019 | Email from James Ishida to Caryn Strickland | | | |
| 41 | | US00001634-1639 | Nov. 28, 2019 approx. | Emails between Caryn Strickland and James Ishida (June 12, 2019) [email migrated] | | | |
| 42 | | US00002517-2518 | Sept. 6, 2018 | Email from James Ishida to Caryn Strickland | | | |
| 43 | | PLTF002330-2335 | Jan. 4, 2019 | Emails between James Ishida and Caryn Strickland | | | |
| 44 | | PLTF002187-2189 | Nov. 26, 2018 | Email from James Ishida to Caryn Strickland | | | |
| 45 | | US00002508-2512 | Sept. 10, 2018 | Letter from Caryn Strickland to James Ishida | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 46 | | US00002523-2524 | Aug. 21, 2018 | Email from Anthony Martinez to James Ishida | | | |
| 47 | | US00002714-2715 | Aug. 28, 2018 | Email from Valerie Farr to William Moorman | | | |
| 48 | | US00002767-2770 | Oct. 2, 2018 | Telework Agreement for Caryn Strickland | | | |
| 49 | | US00002786-2787 | July 26, 2018 | Email from Anthony Martinez to AllStaff@fd.org | | | |
| 50 | | US00002788-2789 | July 25, 2018 | Postion Announcement | | | |
| 51 | | US00002803-2808 | Jan. 11, 2019 | Email from Joshua Carpenter to Heather Beam | | | |
| 52 | | US00002809 | July 24, 2018 | Email from Joshua Carpenter to Anthony Martinez | | | |
| 53 | | US00002810-2812 | July 23, 2018 | Email from Joshua Carpenter to Holly Dixon | | | |
| 54 | | US00002818-2819 | Sept. 10, 2019 | Request for Counseling | | | |
| 55 | | US00002834-2838 | May 15, 2018 to Aug. 10, 2018 | Timeline | | | |
| 56 | | US00002844 | August 20, 2018 | Email from J.P. Davis to Anthony Martinez | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 57 | | US00002866-2867 | Aug. 14, 2018 | Email from James Ishida to Anthony Martinez | | | |
| 58 | | US00002870 | Mar. 24, 2017 | Offer Letter for Attorney Position from Ross Richardson | | | |
| 59 | | US00002871-2890 | Mar. 18, 2019 | Form SF50 - Notification of Personnel Action of Caryn Strickland | | | |
| 60 | | US00003037 | Dec. 5, 2017 | Email from Caryn Strickland to J.P. Davis | | | |
| 61 | | US00003380-3383 | Jan. 28, 2019 | Email from Caryn Strickland to James Ishida | | | |
| 62 | | US00003431 | Aug. 3, 2018 | Employee Manual Receipt | | | |
| 63 | | US00003454-3455 | Aug. 20, 2018 | Form AO52 - Request for Personnel Action of Caryn Strickland (effective date) | | | |
| 64 | | US00003971 | July 8, 2018 | Email from J.P. Davis to W. Kelly Johnson | | | |
| 65 | | US00003980-3981 | July 9, 2018 | Email from Anthony Martinez to Caryn Strickland | | | |
| 66 | | US00003982-3984 | June 6, 2018 | Email from J.P. Davis to Caryn Strickland | | | |
| 67 | | US00003985 | July 5, 2018 | Significant Event Log | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 68 | | US00004004-4006 | Mar. 11, 2019 | Email from Delani Farrar to Caryn Strickland | | | |
| 69 | | US00004014-4015 | Oct. 11, 2018 | Email from J.P. Davis to Heather Beam | | | |
| 70 | | US00004078-4080 | | Caryn Strickland Employment Timeline | | | |
| 71 | | US00004148-4149 | Feb. 11, 2019 | Email from William Moormann to Anthony Martinez | | | |
| 72 | | US00004155-4162 | July 26, 2018 | Email from Anthony Martinez to Joshua Carpenter | | | |
| 73 | | US00004261-4262 | Aug. 18, 2018 | Email from Anthony Martinez to Caryn Strickland | | | |
| 74 | | US00004565 | Mar. 9, 2018 | Text messages between J.P. Davis and Caryn Strickland | | | |
| 75 | | US00004575-4576 | June 7, 2018 | Email from J.P. Davis to Anthony Martinez | | | |
| 76 | | US00004584-4585 | July 2, 2018 | Email from J.P. Davis to himself | | | |
| 77 | | US00004586 | July 22, 2018 | Email from J.P. Davis to Caryn Strickland | | | |
| 78 | | US00004587 | Dec. 5, 2017 | Email from Caryn Strickland to Anthony Martinez | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 79 | | US00004704-4705 | May - July 2018 | May 2018 - July 2018 Calendar | | | |
| 80 | | US00004706-07 | | New Attorney Shadowing Checklist | | | |
| 81 | | US00004719 | Aug. 22, 2017 | Email from Caryn Strickland to J.P. Davis | | | |
| 82 | | US00004880 | Aug. 20, 2018 | Emails between Jared Martin to Anthony Martinez | | | |
| 83 | | US00004885 | Jan. 11, 2019 | Email from Joshua Carpenter to Anthony Martinez | | | |
| 84 | | US00004887-4888 | Aug. 20, 2018 | Emails between Caryn Strickland and Anthony Martinez | | | |
| 85 | | US00004889-04890 | Oct. 15, 2018 | Emails between Caryn Strickland and Anthony Martinez | | | |
| 86 | | US00005346-5349 | Mar. 11, 2019 | Emails between Delani Farrar and Caryn Strickland | | | |
| 87 | | US00005353-5358 | Feb. 22, 2019 | Caryn Strickland's Federal Judicial Branch Application for Employment | | | |
| 88 | | US00005390-5392 | Mar. 11, 2019 | Emails between Caryn Strickland and Jill Langley | | | |
| 89 | | US00005529-5532 | Feb. 14, 2019 | Handwritten notes from call with James Ishida and Ed Smith | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 90 | | US00005539-5540 | Feb. 12, 2019 | Handwritten notes from call with James Ishida and Ed Smith | | | |
| 91 | | US00006252-6260 | Oct. 9, 2018 | Evidence guide from J.P. Davis to Heather Beam | | | |
| 92 | | US00006265-6276 | Oct. 10, 2018 | Short timeline written by J.P. Davis | | | |
| 93 | | US00006277 | Sept. 9, 2018 | Summary of meetings and meeting requests by J.P. Davis | | | |
| 94 | | US00006319-6320 | Apr. 30, 2018 | Text messages between Caryn Strickland and Anthony Martinez | | | |
| 95 | | US00006331-6335 | June 1, to Aug. 28, 2018 | Caryn Strickland Time History Report | | | |
| 96 | | US00006357-6358 | June 6, 2018 | Email from J.P. Davis to himself | | | |
| 97 | | US00006360-6361 | June 5, 2018 | Text messages between J.P. Davis and Erin Taylor | | | |
| 98 | | US00006389-6392 | June 6, 2018 | Text messages between Phil L. and J.P. Davis | | | |
| 99 | | US00006395-6397 | June 6, 2018 | J.P. Davis's handwritten notes | | | |
| 100 | | US00006621-6627 | June 26, 2018 | Emails between Anthony Martinez and J.P. Davis | | | |

*Strickland v. Unites States*
Exhibit List
No. 1:20CV66 (W.D.N.C.)

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 101 | | US00006631 | July 2, 2018 | J.P. Davis's handwritten notes | | | |
| 102 | | US00006740-6838 | | Caryn Strickland's I-9 and eOPF | | | |
| 103 | | US00006839-6843 | Aug. 9, 2018 - May 8, 2019 | Anthony Martinez's handwritten notes | | | |
| 104 | | US00006847-6851 | May 18, to Aug. 10, 2018 | Caryn Strickland Time History Report | | | |
| 105 | | US00006872-6877 | May 15, to Aug. 10, 2018 | J.P. Davis Time History Report | | | |
| 106 | | US00007413-7415 | July 20, 2018 | Team Leader Meeting Agenda | | | |
| 107 | | PLTF22-23 | July 24, 2018 | Caryn Strickland's handwritten notes | | | |
| 108 | | PLTF688-692 | June 6, 2018 | Caryn Strickland's handwritten notes | | | |
| 109 | | PLTF4646 | Mar. 23, 2018 | Text messages between Caryn Strickland and J.P. Davis | | | |
| 110 | | US00000064-0109 | Feb. 22, 2019 | Letter from Cooper Strickland to James Ishida | | | |
| 111 | | US00000202 | Mar. 11, 2019 | Email from James Ishida to Juval Scott | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 112 | | US00000214-0215 | Feb. 25, 2019 | Email from Cooper Strickland to Edward Smith | | | |
| 113 | | US00000279-0280 | Feb. 6, 2019 | Email from Caryn Strickland to Edward Smith | | | |
| 114 | | US00000325 | Mar. 11, 2019 | Email from Edward Smith to Caryn Strickland | | | |
| 115 | | US00000388-0389 | Jan. 9, 2019 | Email from William Moormann to Heather Beam | | | |
| 116 | | US00000462 | Aug. 22, 2018 | Email from Heather Beam to Caryn Strickland | | | |
| 117 | | US00000483-0484 | Mar. 4 - June 12, 2019 | Emails between James Ishida and Alison Rushing | | | |
| 118 | | US00000608-0610 | June 12, 2019 | Emails between James Ishida and Anthony Martinez | | | |
| 120 | | US00001149 | Aug. 22, 2018 | Emails between Nancy Dunham and Caryn Strickland | | | |
| 121 | | US00001339 | Feb. 26, 2019 | Email from Edward Smith to James Ishida | | | |
| 122 | | US00001386 | Oct. 9, 2018 | Email from James Ishida to Caryn Strickland Stirckland | | | |
| 123 | | US00001389-1395 | Oct. 9, 2018 | Email from James Ishida to Caryn Strickland | | | |

Strickland v. Unites States
Exhibit List
No. 1:20CV66 (W.D.N.C.)

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 124 | | US00001396-1401 | Sept. 28, 2018 | Email from James Ishida to Caryn Strickland | | | |
| 125 | | US00001417 | Sept. 18, 2018 | Email from James Ishida to Heather Beam | | | |
| 126 | | US00006380 | June 6, 2018 | Texts between J.P. Davis and Erin Taylor | | | |
| 127 | | US00005445 | | Notes written by Jill Langley about her Feb. 14, 2019 conversation with Caryn Strickland | | | |
| 128 | | US00004715 | July 25, 2018 | Email from Josh Carpenter to Anthony Martinez, J.P. Davis, William Moormann, Peter Adolf, Erin Taylor, and Holly Dixon | | | |
| 129 | | PLTF0033-34 | July 25, 2018 | Caryn Strickland's handwritten notes | | | |
| 130 | | PLTF00365-66 | Aug. 22, 2018 | Emails exchanged between Caryn Strickland and Nancy Dunham | | | |
| 131 | | PLTF004643 | June 2018 | Texts between Caryn Strickland and Jeff King | | | |
| 132 | | PLTF00744-745 | July 2, 2018 | Caryn Strickland's handwritten notes | | | |
| 133 | | PLTF00750-56 | July 8, 2018 | Caryn Strickland's handwritten notes | | | |
| 134 | | US00000352 | Nov. 21, 2018 | Email from Caryn Strickland to Heather Beam | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 135 | | US00006348-6356 | May 24, 2018 | Texts between Erin Taylor and J.P. Davis | | | |
| 136 | | US00006362 | June 5, 2018 | Text from J.P. Davis to Anthony Martinez | | | |
| 137 | | US00006640 | May 29, 2018 | Texts between J.P. Davis and Anthony Martinez | | | |
| 138 | | US00002784 | Aug. 16, 2018 | Request to Reclassify an Employee for Caryn Strickland | | | |
| 139 | | US00002785 | Aug. 16, 2018 | Request to Reclassify an Employee for Jared Martin | | | |
| 140 | | US00003466-3467 | Aug. 16, 2018 | Emails between William Moormann and Tim Lavan | | | |
| 138 | | | Aug. 9, 2018 | 180809_1344 - audio file of recorded conversation between Anthony Martinez and Caryn Strickland | | | |
| 139 | | | Sept. 13, 2018 | 180913 1633 - audio file of recorded conversation between Amaal Scroggins and Caryn Strickland | | | |
| 140 | | | Jan. 17, 2019 | 190117_1621_Limited Confidentiality - audio file of recorded conversation between Caryn Strickland and James Ishida | | | |
| 141 | | | Feb. 7, 2019 | 190207_1056_Limited Confidentiality - audio file of recorded conversation between Caryn Strickland and Edward Smith | | | |
| 142 | | | Feb. 26, 2019 | 190226_1153 - audio file of recorded conversation between Caryn Strickland and Edward Smith | | | |

| Ex. No. | Ex. Letter | Bates Number | Date | Description of Exhibits | Objection(s) | Marked for I.D. | Date Admitted |
|---|---|---|---|---|---|---|---|
| 143 | | | Mar. 9, 2019 | 190308_1019 - audio file of recorded conversation between Caryn Strickland and Edward Smith | | | |
| 144 | | | Sept. 5, 2018 | 180905_1042 - audio file of recorded conversation between Caryn Strickland and James Ishida | | | |
| 145 | | | Feb. 12, 2018 | 190212_1848 - audio file of recorded conversation between Caryn Strickland and Edward Smith | | | |
| 146 | | | June 1, 2023 | Expert report of Paul F. White | | | |
| 147 | | | May 30, 2023 | Expert report of Robert W. Jackson | | | |
| 148 | | | April 7, 2023 | Plaintiff's Supplemental Privilege Log | | | |
| 149 | | | April 7, 2023 | Plaintiff's Recordings Privilege Log | | | |