IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,       )
                               )
    Plaintiff,             )
                               )
v.                             )
                               )
UNITED STATES OF AMERICA, et al., )
                               )
    Defendants.            )

## JOINT MOTION FOR MEDIATION REFERRAL AND FORTY-FIVE (45) DAY STAY OF ALL DEADLINES

The Parties, Plaintiff Caryn Strickland and Defendants, hereby jointly move under Local Rule 16.3 for a referral to mediation and a 45-day stay of all case-related deadlines. As grounds for this Motion, the Parties state as follows:

1. On July 27, 2023, this Court held the final pretrial conference in this case.

2. At the conference, this Court asked the Parties if they were interested in mediation and recommended a mediator should they choose to pursue mediation.

3. This Court further explained that if the Parties decided to enter into mediation, the September 5 trial date would be taken off the docket.

4. The Parties have now met and conferred and agree that mediation would be beneficial and potentially resolve this dispute.

5. The Parties further agree to an in-person mediation in Boston with the mediator recommended by this Court and that the mediation will be completed within the next 45 days. *See generally* Local Civil Rule 16.3.

6. The Parties agree to each bear their own costs and expenses for attendance at the mediation and that the mediator's fee, if any, will be split equally between them.

7. Currently, the Parties have several deadlines pending, including the deadline for the close of expert discovery, *see* ECF No. 187, the August 31, 2023 deadline for Plaintiff's re-opened deposition, *see* ECF No. 233, the September 4, 2023 deadline for pre-trial motions, and the September 5, 2023 trial date.

8. The Parties thus move to stay all deadlines in this case, including the trial date and discovery deadlines, for 45 days from the date of entry of an order for mediation referral. If mediation is unsuccessful, after 45 days, any existing deadlines will resume with the same amount of time that was pending on the date the order for mediation was entered by this Court.

9. There is good cause for a stay of the proceedings as follows: (1) it will facilitate the Parties' participation in mediation; (2) it will foster productive settlement discussions; and (3) it will also promote judicial efficiency and economy by avoiding unnecessary expenditure of the Court's or the Parties' resources while the Parties focus on successfully pursuing mediation.

Dated: August 1, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　CARLOTTA P. WELLS
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ Danielle Young*
　　　　　　　　　　　　　　　　　　　　DANIELLE YOUNG (TX Bar 24098649)
　　　　　　　　　　　　　　　　　　　　MADELINE MCMAHON (DC Bar 1720813)
　　　　　　　　　　　　　　　　　　　　Trial Attorneys, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 616-2035
　　　　　　　　　　　　　　　　　　　　Email: Danielle.young2@usdoj.gov
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com
*Counsel for Plaintiff*
