IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,  )
                          )
    Plaintiff,            )
                          )
v.                        )
                          )
UNITED STATES OF AMERICA, et al., )
                          )
    Defendants.           )

## [PROPOSED] ORDER

Upon consideration of the Joint Motion for Mediation Referral and a Forty-Five Day Stay of All Deadlines, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that all existing deadlines are stayed forty-five (45) days and, after 45 days, will resume with the same amount of time that was pending on today's date.

It is SO ORDERED this _____ day of \_\_\_\_\_, 2023.

_____
United States District Judge