# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Caryn Devins Strickland
_____
             Plaintiff(s)

V.                                                     CIVIL ACTION

United States of America                               NO. 1:20-cv-00066-WGY
_____
             Defendant(s)

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE  Young

- [ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.
- [x] On 8/17/23 I held the following ADR proceeding:

  - [ ] SCREENING CONFERENCE
  - [x] MEDIATION
  - [ ] MINI-TRIAL
  - [ ] EARLY NEUTRAL EVALUATION
  - [ ] SUMMARY BENCH / JURY TRIAL
  - [ ] SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were [ ] /were not [ ] present in person or by authorized corporate officer [except _____].

The case was:

- [ ] Settled. Your clerk should enter a _____ day order of dismissal.
- [ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.
- [x] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
- [ ] Suggested strategy to facilitate settlement:

9/18/23                                                /s/ Maria Simeone
_____                                       _____
     DATE                                              Deputy Clerk

(ADRReportforpdf.wpd  - 4/12/2000)