IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | | |
|---|---|---|
| CARYN DEVINS STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:20-cv-00066-WGY |
| | ) | |
| UNITED STATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SANCTIONS AND DISQUALIFICATION OF DEFENDANTS' COUNSEL

Plaintiff Caryn Devins Strickland, by and through undersigned counsel, respectfully moves for appropriate sanctions against Defendants and their counsel. The basis for this motion is that Defendants and their counsel made unfounded allegations against Plaintiff with no plausible basis in law or fact. *See* ECF No. 219. Defendants' unfounded allegations have severely prejudiced Plaintiff and substantially affected her rights in this proceeding, as described in the accompanying memorandum of law.

Prior to filing this motion, Plaintiff's counsel conferred with Defendants' counsel as required by Local Rule 7.1. Defendants oppose this motion.

This the 27th day of September, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

1

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

Danielle Young at Danielle.young2@usdoj.gov

<i>/s/ Cooper Strickland</i><br>
Cooper Strickland<br>
N.C. Bar No. 43242<br>
P.O. Box 92<br>
Lynn, NC 28750<br>
Tel. (828) 817-3703<br>
cooper.strickland@gmail.com