# EXHIBIT B

 Cooper Strickland <cooper.strickland@gmail.com>

## [ECF 226 Unredacted] Strickland v. United States (20cv66)

**Cooper Strickland** <cooper.strickland@gmail.com>  Tue, May 30, 2023 at 5:27 PM
To: "Kolsky, Joshua (CIV)" <Joshua.kolsky@usdoj.gov>, "Westmoreland, Rachael (CIV)" <rachael.westmoreland@usdoj.gov>, "McMahon, Madeline M (CIV)" <Madeline.M.McMahon@usdoj.gov>, "Wolfson Young, Danielle (CIV)" <danielle.young2@usdoj.gov>

Dear Counsel,

Attached is an unredacted version of Plaintiff's Response to Defendants' Motion to Strike Privilege Assertion and to Compel Deposition Testimony, and associated exhibits.  Plaintiff filed redacted versions of these at ECF No. 226.

Thank You,

Cooper

**5 attachments**

- **Response MTC TO FILE UNREDACTED.pdf**
  296K
- **Exhibit A FOR SEAL.pdf**
  498K
- **Exhibit B FOR SEAL.pdf**
  136K
- **Exhibit C FOR SEAL.pdf**
  149K
- **Exhibit D FOR SEAL.pdf**
  157K