# EXHIBIT C

# Behmke Reporting and Video Services, Inc.  **Invoice**

*** PLEASE NOTE OUR NEW SUITE NUMBER ***

455 Market Street
Suite 1800
San Francisco, CA  94105
Phone: (415) 597-5600    Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Thursday, August 17, 2023 | 72850AC |

Cooper J. Strickland
Law Offices of Cooper J. Strickland
P.O. Box 92
Lynn, NC 28750

Phone: (828) 817-3703    Fax:

| | |
|---|---|
| **Witness:** | Vida L. Thomas |
| **Case:** | Caryn Devins Strickland v. United States of America, et al. |
| **Venue:** | U.S. Dist. Court Western Dist. of NC Asheville Div |
| **Case #:** | 1:20CV66 |
| **Date:** | 7/26/2023 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 3:17 PM |
| **Reporter:** | Dawn Stark |
| **Claim #:** | |
| **File #:** | 41224cc1 |

*33534SC*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 167 | $542.75 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits | 34 | $17.00 |
| Digitized Exhibits - Color | 24 | $72.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| **Sub Total** | | $781.25 |
| **Payments** | | $0.00 |
| **Balance Due** | | $781.25 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

# Pages by Patti, LLC
*Court Reporting and Transcription*

PO Box 162
Youngsville, NC 27596-0162
Phone 919-495-2283
TIN: 20-3464972

# INVOICE

DATE: July 30, 2023

**TO:**
Cooper Strickland, Esq.
Post Office Box 92
Lynn, North Carolina 28750

**FOR:**
Strickland v. USA, et al.
Deposition of Gary Robert Albrecht, Ph.D.

| DESCRIPTION | | RATE | AMOUNT |
|---|---|---|---|
| Date: 17 July 2023<br><br>Deposition of Gary Robert Albrecht | 125 pages | $3.00 | $375.00 |
| | | TOTAL | $375.00 |

Make all checks payable to Pages by Patti, LLC

**Thank you for your business!**