IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066-WGY |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S RENEWED MOTION FOR PROTECTIVE ORDER

Plaintiff Caryn Devins Strickland, by and through undersigned counsel, respectfully renews her Motion for a Protective Order from Defendants' request to reopen her deposition, *see* ECF No. 227, for the reasons stated in the accompanying memorandum of law. Plaintiff respectfully requests that the Court rule on this motion before October 12, 2023, the date of her reopened deposition, and set an expedited briefing schedule as necessary. *See, e.g.*, Entry Order Dated April 5, 2023 (setting expedited briefing schedule on Defendants' motion for protective order).

Prior to filing this motion, Plaintiff's counsel conferred with Defendants' counsel as required by Local Rule 7.1. Defendants oppose this motion.

This the 27th day of September, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

1

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Danielle Young at Danielle.young2@usdoj.gov

                                                           */s/ Cooper Strickland*
                                                           Cooper Strickland
                                                           N.C. Bar No. 43242
                                                           P.O. Box 92
                                                          Lynn, NC 28750
                                                           Tel. (828) 817-3703
                                                          cooper.strickland@gmail.com