# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Defendants, by and through their counsel, will take the deposition upon oral examination of Plaintiff Caryn Devins Strickland at the United States Attorney's Office for the Western District of North Carolina, Carillon Building, Suite 1650, 227 West Trade Street, Charlotte, North Carolina 28202, commencing at 9:00 a.m. on October 12, 2023. The deposition will be taken before a notary public or other officer authorized to administer oaths and shall be recorded by audio or stenographic means and will videotaped. If necessary, the deposition shall continue from day to day until completed. In compliance with the Court's order, ECF No. 233, the on-the-record deposition time shall not exceed two hours.

Dated: September 21, 2023        Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

1

   */s/ Joshua Kolsky*
JOSHUA M. KOLSKY (DC Bar No. 993430)
Senior Trial Counsel
MADELINE M. McMAHON
DANIELLE YOUNG
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-7664
E-mail: joshua.kolsky@usdoj.gov

*Counsel for Defendants*

2

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Notice of Deposition was served on the individuals listed below by electronic mail on September 21, 2023.

Chiege O. Kalu Okwara
chiege@aol.com

Cooper Strickland
cooper.strickland@gmail.com

                                          */s/ Joshua Kolsky*
                                          JOSHUA M. KOLSKY

3

Case 1:20-cv-00066-WGY   Document 272-2   Filed 09/27/23   Page 4 of 4