IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066-WGY |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### PLANTIFF'S MOTION TO SEAL

Pursuant to Local Rule 6.1, Plaintiff Caryn Devins Strickland, by and through her attorney, hereby moves to seal Exhibit E with her Motion in Limine to Preclude Any After-Acquired Evidence Defense and to file a redacted version of Exhibit E as well as a redacted portion of her motion that references Exhibit E. *See* ECF No. 282, at 17–18. The document referenced in Exhibit E is related to the documents that are contained in Exhibit P to Plaintiff's motion for summary judgment, ECF No. 248-16, and should be sealed for the same reasons. Plaintiff hereby incorporates by reference her prior motion to seal. *See* ECF Nos. 244, 247. Previously, this Court granted Plaintiff's motion to seal documents related to Exhibit P that were filed with her opposition to Defendants' motion for summary judgment. Entry Order Dated June 21, 2023 (granting Motion to Seal, ECF No. 251). Similarly, this Court should grant Plaintiff's motion to seal.

Defendants consent to this motion to seal.

This the 2nd day of October, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*

1

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

Danielle Young at Danielle.young2@usdoj.gov

/s/ Cooper Strickland
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com