# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,  )
                                                                               )
    Plaintiff,  )
                                                                               )
v.  )
                                                                               )
UNITED STATES OF AMERICA, et al.,  )
                                                                               )
    Defendants.  )

**DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S
THIRD SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendants, by and through undersigned counsel, hereby provide the following supplemental response to Plaintiff's Interrogatory No. 1. Defendants hereby incorporate all objections and responses lodged in its Objections and Responses to Plaintiff's Third Set of Interrogatories, served on December 21, 2022. Defendants do not waive such objections by service of this supplemental response.

**Interrogatory No. 1**: Identify all persons with knowledge or information relating to the allegations in the civil complaint, including any related denials or defenses asserted in any answer to the civil complaint.

**Objections and Response to Interrogatory No. 1**:

Defendants object to this interrogatory to the extent that it requests information subject to any privilege or restriction on the release of information, including the attorney-client privilege, the attorney work product doctrine, and the deliberative process privilege.

1

Defendants further object to this interrogatory as overly burdensome and disproportionate to the needs of the case. The complaint in this case consists of 505 paragraphs of allegations, many of which are not pertinent to Plaintiff's claims. To answer this interrogatory would require Defendants to identify persons with knowledge regarding any of those 505 paragraphs. Defendants further object to the extent this interrogatory purports to require Defendants to identify every person with knowledge or information, now matter how minor or immaterial, relating to the allegations in the complaint.

Subject to and without waiving the foregoing objections, the following persons have material knowledge or information relating to the allegations of sexual harassment, discrimination, and/or retaliation in the civil complaint:

- Anthony ("Tony") Martinez
  Former Federal Defender
  Federal Public Defender, Western District of North Carolina

- John Parke ("JP") Davis
  Assistant Federal Defender
  Federal Public Defender, Western District of North Carolina

- Peter Adolf
  Assistant Federal Defender
  Federal Public Defender, Western District of North Carolina

- Joshua B. Carpenter
  Appellate Chief
  Federal Public Defender, Western District of North Carolina

- William ("Bill") Moorman
  Administrative Officer
  Federal Public Defender, Western District of North Carolina

- Heather Beam
  Human Resources Manager
  United States District Court & Probation
  Western District of North Carolina

- Edward ("Ed") Smith

2

- Chief Circuit Mediator
  U.S. Court of Appeals for the Fourth Circuit

- James Ishida
  Circuit Executive
  U.S. Court of Appeals for the Fourth Circuit

- The Honorable Roger L. Gregory
  Chief Judge
  U.S. Court of Appeals for the Fourth Circuit

- Jill Langley
  Director of Workplace Relations
  U.S. Courts of Appeals for the Eighth and Tenth Circuits

- Nancy Dunham
  Former Fair Employment Practices Officer
  Administrative Office of the U.S. Courts

- Lee Ann Bennett
  Deputy Director
  Administrative Office of the U.S. Courts

- Shirley Sohrn
  Former Assistant General Counsel
  Administrative Office of the U.S. Courts

- William Meyers
  General Counsel
  Administrative Office of the U.S. Courts

- Cait Clarke
  Former Chief, Defender Services Office
  Administrative Office of the U.S. Courts

- Sheryl Walter
  Former General Counsel
  Administrative Office of the U.S. Courts

- Amaal Scroggins
  Attorney Advisor, Office of Fair Employment Practices
  Administrative Office of the U.S. Courts

- Brittley Odom
  Former Acting Chief, Staffing Services Branch
  Court Human Resources Division

3

Administrative Office of the U.S. Courts

- Valerie Farr
  HR Specialist
  Staffing Services Branch
  Administrative Office of the U.S. Courts

- Laura Minor
  Former Associate Director of the Department of Program Services
  Administrative Office of the U.S. Courts

- Kim Llewellyn
  Assistant Circuit Executive for Human Resources
  U.S. Court of Appeals for the Fourth Circuit

- Erin Taylor
  Assistant Federal Defender
  Federal Public Defender, Western District of North Carolina

Defendants have compiled this list after reasonable inquiry with witnesses identified in Plaintiff's Complaint, but reserve the right to supplement this response with additional information learned in the course of discovery.

Dated: April 17, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 /s/ Joshua Kolsky
JOSHUA M. KOLSKY (DC Bar No. 993430)
Senior Trial Counsel
RACHAEL L. WESTMORELAND
MADELINE M. McMAHON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-7664
E-mail: joshua.kolsky@usdoj.gov

4

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND, )
)
    Plaintiff, )
)
v. )
)
UNITED STATES OF AMERICA, et al., )
)
    Defendants. )

## VERIFICATION OF INTERROGATORY 1

Based on information that I obtained in the course of my official duties, I declare under penalty of perjury that the response to Interrogatory 1 is true and correct to the best of my knowledge and belief.

Dated: April 17, 2023    SIGNED: *Colleen M. Papson*

        Colleen Papson
        Paralegal Specialist
        Office of the General Counsel
        Administrative Office for the U.S. Courts