# EXHIBIT C

Case 1:20-cv-00066-WGY   Document 285-3   Filed 10/02/23   Page 1 of 2



**U.S. Department of Justice**

Civil Division, Federal Programs Branch

---

Joshua Kolsky　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 305-7664
Senior Trial Counsel　　　　　　　　　　　　　　　　E-mail: joshua.kolsky@usdoj.gov

September 27, 2023

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
cooper.strickland@gmail.com

　　　Re:　*Strickland v. United States*, No. 20-66 (W.D.N.C.)

Dear Mr. Strickland:

　　I am writing to let you know that a new document production is available to download. Please log in to the Box website to access the production, which consists of a zip file ("PROD013.zip"). Please note that certain of the documents have been designated as confidential under the Court's protective order and are marked accordingly.

　　If you have any questions, please let me know.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　*/s/ Joshua Kolsky*

　　　　　　　　　　　　　　　　　　　Joshua Kolsky