UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

|  |  |
|---|---|
| CARYN DEVINS STRICKLAND, ) ) Plaintiff, ) ) v. ) ) UNITED STATES, ET AL., ) ) Defendants. ) | CIVIL ACTION NO. 1:20-00066-WGY |

YOUNG, D.J.[1]                                             October 4, 2023

**ORDER**

1. Trial will commence in this case on Monday, December 11, 2023[2] or on the next trial day following the conclusion of the case then on trial. There will be no continuance.

2. The plaintiff's motion for a protective order is denied. The grounds raised are obscure at best, and it is important promptly to conclude discovery. Accordingly, the continued deposition of the plaintiff will take place

---

[1] Of the District of Massachusetts, sitting by designation.
[2] The plaintiff having joined in the motion to refer the case to mediation, (and thus delay the September 5th trial in order to explore that remedy) now takes umbrage that the Court is not available to try the case just as soon as it was informed mediation had failed. That's not the way it works. Other cases (criminal and civil) are eager and ready for trial and have been previously scheduled in the interim.

[1]

as scheduled on Thursday October 12, 2023. There will be no continuance.

3. The plaintiff's motion for sanctions is taken under advisement. Her request to seal documents in connection with that motion is denied as it does not comport with Local Rule 6.1 (c).

4. The Court will schedule a further pre-trial conference at its earliest convenience.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE
