IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## MOTION FOR RECONSIDERATION

Plaintiff Caryn Devins Strickland, by and through undersigned counsel, respectfully requests that this Court reconsider certain aspects of its summary judgment ruling, ECF No. 258, for the reasons explained in the accompanying memorandum of law. Prior to filing this motion, Plaintiff's counsel requested Defendants' position on this motion. Defendants oppose this motion.

This the 10th day of October, 2023.

                                                                                                                   Respectfully Submitted,

                                                                                                                   */s/ Cooper Strickland*

                                                                                                                   Cooper Strickland
                                                                                                                   P.O. Box 92
                                                                                                                   Lynn, NC 28750
                                                                                                                   Tel. (828) 817-3703
                                                                                                                   cooper.strickland@gmail.com

                                                                                                                   *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Danielle Young at Danielle.young2@usdoj.gov

                                                   */s/ Cooper Strickland*
                                                    Cooper Strickland
                                                    N.C. Bar No. 43242
                                                    P.O. Box 92
                                                    Lynn, NC 28750
                                                    Tel. (828) 817-3703
                                                    cooper.strickland@gmail.com