# Exhibit A

**Strickland v. United States, No. 20-cv-66**

**Plaintiff's Privilege Log**

|  | Date Range | Doc. Type | Sender(s)/Recipient(s) | Category Description | Privilege Justification | Docs. Withheld/Redactions |
|---|---|---|---|---|---|---|
| 1 | August 2017 – March 2019 | Emails (*e.g.*, EDR complaint exhibits), PDF attachments, handwritten notes produced during EDR complaint process | Various | Redaction of FDO client identifying information, FDO internal case related information, and information protected by FDO WP and AC privileges.[1] | AC privilege WP privilege | Numerous redactions in documents provided in discovery[2] |
| 2 | September 2018 – March 2019 | Emails, handwritten notes produced during EDR complaint process | Cooper Strickland/Caryn Strickland | Communications regarding EDR process while Cooper Strickland was serving as Caryn Strickland's EDR representative | AC privilege WP privilege Spousal privilege | Redactions provided in emails disclosed in discovery |
| 3 | October 5, 2018 | Audio Recording | Heather Beam/Caryn Strickland | FDO client identifying information | AC privilege WP privilege | Audio silenced to redact privileged info |

---

[1] Because the redactions of FDO related information concern many different clients, proceedings, and case assignments, a categorical description of the basis for redaction is provided throughout this document. Counsel are available to meet and confer regarding any specific questions pertaining to the redactions.

[2] The nature of these redactions should be self-evident from the face of the documents. Counsel are available to meet and confer regarding any specific questions pertaining to the redactions.

| 4 | August 9, 2018 | Audio Recording | Josh Carpenter/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
|---|---|---|---|---|---|---|
| 5 | August 24, 2018 | Audio Recording | Josh Carpenter/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
| 6 | November 16, 2018 | Audio Recording | FDO Team Meeting: Peter Adolf, Cecilia Oseguera, Lisa Ottens, Ivette Arroyo-Becker | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
| 7 | December 21, 2018 | Audio Recording | FDO All-Staff Meeting: Relevant speakers are Peter Adolf, Kevin Tate, and Tony Martinez | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
| 8 | November 6, 2018 | Audio Recording | Josh Carpenter/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
| 9 | January 11, 2019 | Audio Recording | Josh Carpenter/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |

| 10 | August 3, 2018 | Audio Recording | Josh Carpenter/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
|---|---|---|---|---|---|---|
| 11 | September 10, 2018 | Audio Recording | Kelly Johnson/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
| 12 | August 28, 2018 | Audio Recording | Jared Martin/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
| 13 | August 22, 2018 | Audio Recording | Kelly Johnson/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
| 14 | September 21, 2018 | Audio Recording | Josh Carpenter/Jared Martin/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
| 15 | October 1, 2018 | Audio Recording | Josh Carpenter/Caryn Strickland | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |

| 16 | March 15, 2019 | Audio Recording[3] | FDO All-Staff Meeting: Relevant Speaker is Tony Martinez | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Audio silenced to redact privileged info |
|---|---|---|---|---|---|---|
| 17 | 6/1/18-8/31/18 | Text Messages | Brian Wise | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| 18 | 6/1/18-8/1/18 | Text Messages | Brian Wise and Terra Parrish | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| 19 | 5/11/18-6/20/19 | Text Messages | Caleb Newman | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases[4] | AC privilege WP privilege | Redactions in text messages disclosed in discovery |

[3] Plaintiff withheld approximately 22 recordings that have no relevance to this litigation and that are protected by WP and AC privileges.

[4] In addition to redacting privileged information, Plaintiff redacted personal information relating to this individual, such as information pertaining to the individual's employment, family, and health conditions, that has no relevance to this litigation. For the sake of completeness, Plaintiff provided entire chains of text messages with irrelevant information redacted wherever feasible, rather than extracting particular text messages.

| 20 | 3/23/19-12/3/19 | Text Messages | Charlie Hogle | Redaction of internal case-related/chambers information | Judicial confidentiality | Redactions in text messages disclosed in discovery |
|---|---|---|---|---|---|---|
| 21 | 3/21/18-6/17/18 | Text Messages | Jeff King | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| 22 | 3/18/19-2/13/20 | Text Messages | Shampa Panda | Redaction of internal case-related/chambers information[5] | Judicial confidentiality | Redactions in text messages disclosed in discovery |
| 23 | 7/19/18-3/17/19 | Text Messages | Jared Martin | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| 24 | 7/27/18-2/1/19 | Text Messages | Josh Carpenter | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| 25 | 2/27/18-6/19/18 | Text Messages | JP Davis | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |

[5] In addition to redacting privileged information, Plaintiff redacted personal information relating to this individual, such as information pertaining to the individual's employment, family, and health conditions, that has no relevance to this litigation. For the sake of completeness, Plaintiff provided entire chains of text messages with irrelevant information redacted wherever feasible, rather than extracting particular text messages.

| 26 | 3/13/18-11/8/18 | Text Messages | Kelly Johnson | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
|---|---|---|---|---|---|---|
| 27 | 3/30/18-6/15/18 | Text Messages | Peter Adolf | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| 28 | 2/25/18-1/4/19 | Text Messages | Terra Parrish | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases[6] | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| 29 | 6/19/18 | Text Messages | JP Davis, unidentified number | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| 30 | 3/12/18-9/7/18 | Text Messages | Tony Martinez | Redaction of client identifying information | AC privilege WP privilege | Redactions in text messages disclosed in discovery |

---

[6] In addition to redacting privileged information, Plaintiff redacted personal information relating to this individual, such as information pertaining to the individual's employment, family, and health conditions, that has no relevance to this litigation. For the sake of completeness, Plaintiff provided entire chains of text messages with irrelevant information redacted wherever feasible, rather than extracting particular text messages.

| 31 | 3/27/18-4/19/18 | Text Messages | JP Davis, Terra Parrish | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| 32 | 3/10/18-3/27/18 | Text Messages | JP Davis, Terra Parrish | Redaction of client identifying info, FDO work product information and internal discussion of FDO cases | AC privilege WP privilege | Redactions in text messages disclosed in discovery |
| ██ | ██████████ | ██████ | █████ | ████████████ | ██████ | ████████ |

---

[7] **This entry is CONFIDENTIAL pursuant to the parties' protective order, ECF No. 183.**

[9] *See* Fourth Circuit EDR Plan Ch. X, § 4 (2013) (protecting employee's right to confidentiality and stating that "information about allegations filed under this Plan shall be shared on a need-to-know basis"); Fourth Circuit EDR Plan § V(B)(1) (2020) ("All individuals involved in the processes under this Plan must protect the confidentiality of the allegations of wrongful conduct.").



---

[8] *See* Fourth Circuit EDR Plan Ch. X, § 5(b) (2013) ("Each individual invoking the dispute resolution procedures of this Plan has the right to be represented by a person of his or her choice . . . ."); Fourth Circuit EDR Plan § V(B)(3) (2020) (stating that employee has "the right to be represented by an attorney or other person of their choice").

[10] **This entry is CONFIDENTIAL pursuant to the parties' protective order, ECF No. 183.**

[11] *See* Fourth Circuit EDR Plan Ch. X, § 5(b) (2013) ("Each individual invoking the dispute resolution procedures of this Plan has the right to be represented by a person of his or her choice . . . ."); Fourth Circuit EDR Plan § V(B)(3) (2020) (stating that employee has "the right to be represented by an attorney or other person of their choice").

[12] *See* Fourth Circuit EDR Plan Ch. X, § 4 (2013) (protecting employee's right to confidentiality and stating that "information about allegations filed under this Plan shall be shared on a need-to-know basis"); Fourth Circuit EDR Plan § V(B)(1) (2020) ("All individuals involved in the processes under this Plan must protect the confidentiality of the allegations of wrongful conduct.").



| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | | | | | | |

---

[13] **This entry is CONFIDENTIAL pursuant to the parties' protective order, ECF No. 183.**

[14] *See* Fourth Circuit EDR Plan Ch. X, § 5(b) ("Each individual invoking the dispute resolution procedures of this Plan has the right to be represented by a person of his or her choice . . . ."); Fourth Circuit EDR Plan § V(B)(3) (2020) (stating that employee has "the right to be represented by an attorney or other person of their choice").

[15] *See* Fourth Circuit EDR Plan Ch. X, § 4 (protecting employee's right to confidentiality and stating that "information about allegations filed under this Plan shall be shared on a need-to-know basis"); Fourth Circuit EDR Plan § V(B)(1) (2020) ("All individuals involved in the processes under this Plan must protect the confidentiality of the allegations of wrongful conduct.").