IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' DESIGNATION OF EXPERT**

Pursuant to Fed. R. Civ. P. 26(a)(2), Defendants hereby make the following expert disclosure:

Expert name: Robert W. Jackson, LMFT, LPC, CRC, CCM
Contact Information: Commonwealth Rehabilitation Inc.
P O Box 151
Greenwood, VA 22943
commonwealthrehab@msn.com
540-456-7161

Mr. Jackson is expected to provide testimony regarding the information contained in the report attached as Exhibit A. Defendants reserve the right to supplement these disclosures pursuant to Federal Rule of Civil Procedure 26(e)1().

DATED: June 1, 2023

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

JOSHUA KOLSKY

Senior Trial Counsel

*/s/ Danielle Young*
DANIELLE YOUNG (TX Bar 24098649)
MADELINE M. MCMAHON
RACHAEL L. WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-2035
E-mail: Danielle.young2@usdoj.gov

*Counsel for Defendants*