# Exhibit 1

```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                     ASHEVILLE DIVISION
                    CASE NO. 1:20CV66


CARYN DEVINS STRICKLAND,         )
                                 )
              Plaintiff,         )
                                 )
     vs.                         )
                                 )
UNITED STATES OF AMERICA, et al.,)
                                 )
              Defendants.        )
```

___

**DEPOSITION**

**OF**

**GARY ROBERT ALBRECHT, PhD**
___

_____

Winston-Salem, North Carolina
July 17, 2023
8:59 p.m.
_____

**1**  Q. Okay. And then what is---
**2**  A. And this one (indicating).
**3**  Q. What is the one underneath it?
**4**  A. This one (indicating)?
**5**  Q. This one right here (indicating). Sorry.
**6**  A. This one (indicating)?
**7**  Q. Yeah.
**8**  A. That's my notes with Ms. Strickland. You
**9**  should have that. Yeah, you do.
**10** Q. We do have that one. Okay. Great.
**11**      MR. STRICKLAND: I think just to clarify
**12**      what they're -- what they're telling you is
**13**      you have a duty to continue to update your
**14**      production.
**15**      THE WITNESS: Oh.
**16**      MR. STRICKLAND: So if you created
**17**      something yesterday---
**18**      THE WITNESS: Yeah, and this, I
**19**      created and this, I created yesterday.
**20**      MR. STRICKLAND: ---pursuant to their
**21**      subpoena, you're going to have to provide
**22**      them.
**23**      THE WITNESS: Sure. No problem.
**24** Q. All right. So just going over your report
**25** one last time because I just want to be clear, in your

**1-3**   original report, you said the present value of the difference in expected earnings is 2,949,962. That number is not correct, is that right?

**4**   A.   2,949,962 is not correct. It is 2,906,243.

**5-6**   Q.   And is the original tax liability you calculated of $470,648 also incorrect?

**7**   A.   Yes.

**8-9**   Q.   And is the original make whole amount you calculated of $3,420,610 also incorrect?

**10**   A.   Yes. It is 3,373,039.

**11-12**   Q.   Are the tables in your original report also incorrect?

**13**   A.   Some of them, yes.

**14**   Q.   Which tables---

**15**   A.   Well, I guess they're all incorrect, yeah.

**16-17**   Q.   So all the tables 1 through 9 are all incorrect?

**18**   A.   Yes.

**19-25**   MS. YOUNG: So we object to the fact that the numbers that we were provided are wrong and that the new numbers and new tables that you did were not produced prior to the deposition and were not used in the report and weren't produced in advance under the Rule 45 subpoena. And I think that's all we