# Cooper Strickland

Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

May 30, 2023

[*Via Electronic Transmission*:  joshua.kolsky@usdoj.gov, rachael.westmoreland@usdoj.gov, madeline.m.mcmahon@usdoj.gov, danielle.young2@usdoj.gov]

Joshua M. Kolsky
Rachel Westmoreland
Madeline McMahon
Danielle Wolfson Young
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

> RE:  *Strickland v. United States* (1:20-cv-00066-WGY)

Dear Counsel:


I write regarding the designation of Confidential Information in the transcript of the deposition of Caryn Strickland.  *See* Stipulated Protective Order § C.6.  Plaintiff hereby designates the following material as confidential:

- 145:22 (Complainant's Name)
- 162:14–15 (Complainants' Names)
- 134:4–20 (*see* ECF Nos. 226, 227)
- 166:24–169:20 (*see* ECF Nos. 226, 227)

Respectfully,


/s/ Cooper Strickland
Cooper Strickland