IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**PLAINTIFF'S NOTICE OF INTENT TO FILE A RESPONSE TO DEFENDANTS' NOTICE OF CHALLENGE TO CONFIDENTIALITY DESIGNATION AND MOTION FOR LEAVE TO FILE UNREDACTED VERSIONS OF ECF NOS. 294 and 295**

Plaintiff Caryn Devins Strickland, by and through her undersigned counsel, hereby notifies this Court that she intends to file a response to "Defendants' Notice of Challenge to Confidentiality Designation and Motion for Leave to File Unredacted Versions of ECF Nos. 294 and 295" (ECF No. 299). Plaintiff respectfully requests that the Court not rule on Defendants' motion until her response is filed.

This the 18th day of October, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Rachael Westmoreland at Rachael.Westmoreland@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Danielle Young at Danielle.young2@usdoj.gov

    */s/ Cooper Strickland*
    Cooper Strickland
    N.C. Bar No. 43242
    P.O. Box 92
    Lynn, NC 28750
    Tel. (828) 817-3703
    cooper.strickland@gmail.com