# EXHIBIT A



**Cooper Strickland <cooper.strickland@gmail.com>**

## Strickland v. US

**Kolsky, Joshua (CIV)** <Joshua.kolsky@usdoj.gov>  Mon, May 15, 2023 at 5:12 PM
To: Cooper Strickland <cooper.strickland@gmail.com>
Cc: "Westmoreland, Rachael (CIV)" <Rachael.Westmoreland@usdoj.gov>, "McMahon, Madeline M (CIV)" <Madeline.M.McMahon@usdoj.gov>, "Wolfson Young, Danielle (CIV)" <Danielle.Young2@usdoj.gov>

Cooper,

Attached is an unredacted version of Defendants' Motion to Strike Privilege Assertion and to Compel Deposition Testimony, and the associated exhibits (A and B). Defendants filed redacted versions of these at ECF No. 212.

Also, we recently learned of an additional document that is responsive to certain of Plaintiff's document requests in this case. That document is attached and has been designated as confidential pursuant to the Court's protective order in this case.

Best regards,

Josh


```
Josh Kolsky
Senior Trial Counsel
U.S. Department of Justice
Civil Division | Federal Programs Branch
```

1100 L Street NW

Washington, D.C. 20005

```
(202) 305-7664 (phone) | (202) 616-8470 (fax)
```

joshua.kolsky@usdoj.gov

**4 attachments**

- US00007561 -- Confidential.pdf
  1681K
- Motion to Strike Privilege and Compel Testimony.pdf
  147K
- Ex. A-- Deposition Transcript.pdf
  185K
- Ex. B -- Letter from Plaintiff's Counsel.pdf
  107K