# EXHIBIT A

 **Cooper Strickland <cooper.strickland@gmail.com>**

## Strickland v. United States (20cv66): ECF 294

**Kolsky, Joshua (CIV)** <Joshua.kolsky@usdoj.gov>   Thu, Oct 12, 2023 at 12:23 PM
To: Cooper Strickland <cooper.strickland@gmail.com>
Cc: "McMahon, Madeline M (CIV)" <Madeline.M.McMahon@usdoj.gov>, "Westmoreland, Rachael (CIV)" <Rachael.Westmoreland@usdoj.gov>, "Wolfson Young, Danielle (CIV)" <Danielle.Young2@usdoj.gov>

We did not provide an unredacted copy of Defendants' opposition because we have not yet filed, or requested to file, an unredacted copy with the Court. It is unclear what the basis of your request is, as there is no rule that would entitle Plaintiff to receive an unredacted copy at this time. In any event, as a professional courtesy, we are providing an unredacted copy.

Regards,

Josh

**From:** Cooper Strickland <cooper.strickland@gmail.com>
**Sent:** Thursday, October 12, 2023 6:08 AM
**To:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>; McMahon, Madeline M (CIV) <Madeline.M.McMahon@usdoj.gov>; Westmoreland, Rachael (CIV) <Rachael.Westmoreland@usdoj.gov>; Wolfson Young, Danielle (CIV) <Danielle.Young2@usdoj.gov>
**Subject:** [EXTERNAL] Strickland v. United States (20cv66): ECF 294

Dear Counsel,

I was not served with an unredacted copy of ECF 294 on the filing deadline yesterday. Please serve an unredacted copy immediately.

Thank You,

Cooper

📄 **Opposition to Motion for Sanctions -- Unredacted.pdf**
169K