IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,　　　)
　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA, et al., )
　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　 )

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice of the substitution of counsel for the official-capacity Defendants. Dorothy Canevari, an attorney with the United States Department of Justice, Civil Division, hereby enters her appearance and replaces Rachael Lynn Westmoreland, who hereby withdraws as counsel for the official-capacity Defendants. All future orders, briefs, and correspondence should be directed to Dorothy Canevari.

Dated: October 23, 2023

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　CARLOTTA P. WELLS
　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　*/s/ Dorothy Canevari*

　　　　　　　　　　　　　　　　DOROTHY CANEVARI
　　　　　　　　　　　　　　　　(NY Bar No. 5989694)
　　　　　　　　　　　　　　　　Trial Attorney, Federal Programs Branch
　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　1100 L Street, NW, Room 11507
　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　Tel.: (202) 616-8040
　　　　　　　　　　　　　　　　Email: dorothy.m.canevari@usdoj.gov

1