# EXHIBIT A

**Evidence Guide**

*Sets Forth Contents of Evidence Folders*

**1 - All Emails Btwn JPD & CDS Folder**

    For reference.

- <u>All Emails Btwn JPD and CD</u>: Created by sorting my All Emails view by person. **CAUTION: INCLUDES NUMEROUS CASE RELATED EMAILS**

**2 - All Texts Btwn JPD & CDS Folder**

    For reference.

- All texts between Caryn and me, from my phone.

**3 - Background & Context Folder**

- *Original Job Vision*

    o <u>Emails re Position w Mgmt Team</u>: Emails prior to interviewing Caryn reflecting that we intended the position to move toward trial work.

    o <u>Thank you Email from Caryn</u>: Reflects that post-interview, Caryn anticipated her position would involve trial work.

    o <u>Management Emails re RW to AFD Transition</u>: Documents Ross's original offer conversation with Caryn and our plan to transition Caryn to AFD "once she gains sufficient experience.

- *Apparent Comfort as of May*

    A few notable examples evidencing comfort and familiarity leading up to the relevant timeframe. Other examples could be located if needed.

    o <u>4/27/18 texts</u>: Caryn texted me while on A/L on the day before her wedding to share running into Judges Mullen and Cayer separately and introducing them to her mother. Shows she felt comfortable and friendly with me at the time.

    o <u>4/30/18 texts</u>: Caryn texts her wedding photos and statement to Tony and me, showing familiarity and comfort. Along the same lines, I recall that she also listed me along with her team leader as who to contact if something came up while she was gone. She did that without asking, just assuming I would cover for her. I did not save this email, but recall it because I thought it was funny, and at the same time was glad that she felt she could count on me.