# EXHIBIT B



**U.S. Department of Justice**

Civil Division, Federal Programs Branch

---

Joshua Kolsky  
Trial Attorney

Tel.: (202) 305-7664  
E-mail: joshua.kolsky@usdoj.gov

January 27, 2023

Philip Andonian  
1100 H Street, N.W., Suite 315  
Washington, D.C. 20005

Re: *Strickland v. United States*, No. 20-66 (W.D.N.C.)

Dear Mr. Andonian:

I'm writing to let you know that Defendants' third document production (bates stamped US00001238 to US00004010) is now available to download. Please log in to the Box website to access the production. Certain of the documents have been designated as confidential under the Court's protective order and are marked accordingly. Defendants are continuing to process some additional documents and expect to make one final document production.

During Defendants' document review, we identified a single PDF document that appears to contain all emails from the Federal Defender's Office between Mr. Davis and Ms. Strickland dated on or before July 26, 2018. It is our understanding that this document was among the materials that Mr. Davis provided to Heather Beam in connection with her investigation into Ms. Strickland's Employment Dispute Resolution claims. The document is 2,172 pages long and contains numerous case-related emails, and therefore would require extensive redactions of such information before it could be produced in this litigation. As Ms. Strickland has herself recognized regarding "emails from her FDO work account," "the vast majority of any such emails would pertain to privileged client matters that have no relation to this action." Pl's Obj. & Resp. to Defs' First Set of Req. for Prod. at 8 (noting that such emails "are not reasonably likely to lead to relevant or admissible information"). In addition, considering that Ms. Strickland has already seen the emails contained in this document, there is no need for Defendants to produce the document to her, particularly because Defendants are separately producing relevant, unprivileged emails between Mr. Davis and Ms. Strickland. Defendants therefore object to production of the document containing the case-related information on privilege, burden, and relevance grounds.

If you have any questions, please let me know.

Sincerely,

/s/ Joshua Kolsky

Joshua Kolsky