# EXHIBIT E



## Strickland v. United States - Plaintiff's Privilege Log

**Olivia Warren** <warren@tfblawyers.com>  Fri, Mar 24, 2023 at 1:31 PM
To: "Kolsky, Joshua (CIV)" <Joshua.kolsky@usdoj.gov>, "Westmoreland, Rachael (CIV)" <Rachael.Westmoreland@usdoj.gov>, "McMahon, Madeline M (CIV)" <Madeline.M.McMahon@usdoj.gov>
Cc: Jeannie Suk Gersen <jeannie.gersen@gersengroup.com>, Phil Andonian <phil@calebandonian.com>, Cooper Strickland <cooper.strickland@gmail.com>

Good afternoon, counsel –

Attached please find Plaintiff's privilege log. We are happy to meet and confer if you have any questions.

When can we expect Defendants' privilege log?

Thank you,

Liv

Olivia Warren (she/her)

Thomas, Ferguson & Beskind, LLP

119 East Main Street

Durham, North Carolina 27701

(919) 682-5648

warren@tfblawyers.com

www.tfblawyers.com

**NOTICE:** This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by reply or telephone (919-682-5648) and immediately delete this message and all of its attachments. **If you are the intended recipient, do not forward the transmittal as it may result in waiver of any privilege or confidentiality.** Thank you.

 **2023.03.24 Strickland Privilege Log TO SERVE.pdf**
128K