IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**PLAINTIFF'S NOTICE OF INTENT TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff Caryn Devins Strickland, by and through her undersigned counsel, hereby notifies this Court that she intends to file a reply to "Defendants' Opposition to Plaintiff's Motion for Reconsideration" (ECF No. 307). Plaintiff respectfully requests that the Court not rule on Plaintiff's motion until her reply is filed.

This the 24th day of October, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

 Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

 Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

 Danielle Young at Danielle.young2@usdoj.gov

 Dorothy Canevari at dorothy.m.canevari@usdoj.gov

               */s/ Cooper Strickland*
               Cooper Strickland
               N.C. Bar No. 43242
               P.O. Box 92
               Lynn, NC 28750
               Tel. (828) 817-3703
               cooper.strickland@gmail.com