IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

CARYN DEVINS STRICKLAND,  )
　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA, *et al.*, )
　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　)

## **RESPONSE TO PLAINTIFF'S MOTION TO SEAL, ECF NO. 310**

On October 23, 2023, Plaintiff filed a Motion to Seal an unredacted version of Plaintiff's Reply in Support of her Motion in Limine to Preclude any After-acquired Evidence Defense. ECF No. 310. Defendants understand that the information Plaintiff seeks to file under seal relates to Employment Dispute Resolution claims brought by individuals other than Plaintiff. Defendants do not oppose Plaintiff's Motion to Seal.

Dated: October 24, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　CARLOTTA P. WELLS
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　JOSHUA KOLSKY
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　*/s/ Danielle Young*
　　　　　　　　　　　　　　　　　　　　DANIELLE YOUNG
　　　　　　　　　　　　　　　　　　　　MADELINE MCMAHON
　　　　　　　　　　　　　　　　　　　　DOROTHY CANEVARI
　　　　　　　　　　　　　　　　　　　　Trial Attorneys, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　1100 L Street, NW, Room 11526
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 616-2035

1

Email: Danielle.young2@usdoj.gov

*Counsel for Defendants*