IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| UNITED STATES, *et al.*, | ) |
| *Defendants*. | ) |

## PLAINTIFF'S NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS IN THE FOURTH CIRCUIT COURT OF APPEALS

Plaintiff respectfully notifies the Court that she has filed in the U.S. Court of Appeals for the Fourth Circuit a petition for a writ of mandamus to the U.S. District Court for the Western District of North Carolina. Pursuant to Federal Rule of Appellate Procedure 21, Plaintiff hereby provides a copy of the petition and addendum to the Court and all parties to this proceeding.

This the 30th day of October, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Danielle Young at Danielle.young2@usdoj.gov

    Dorothy Canevari at Dorothy.m.canevari@usdoj.gov

                                                    */s/ Cooper Strickland*
                                                    Cooper Strickland
                                                    N.C. Bar No. 43242
                                                    P.O. Box 92
                                                    Lynn, NC 28750
                                                    Tel. (828) 817-3703
                                                    cooper.strickland@gmail.com