FILED: October 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2132
(1:20-cv-00066-WGY)

_____

In re: CARYN DEVINS STRICKLAND

Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Date Petition Filed: | 10/30/2023 |
| Petitioner | Caryn Devins Strickland |
| Appellate Case Number | 23-2132 |
| Case Manager | Emily Borneisen<br>804-916-2704 |