# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066-WGY |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFF'S NOTICE OF INTENT TO FILE A RESPONSE TO DEFENDANTS' *MOTION IN LIMINE* TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT VIDA THOMAS**

Plaintiff Caryn Devins Strickland, by and through her undersigned counsel, hereby notifies this Court that she intends to file a response to "Defendants' *Motion in Limine* to Exclude the Testimony of Plaintiff's Expert Vida Thomas" (ECF No. 323). *See* LCvR 7.1(e). Plaintiff respectfully requests that the Court not rule on Defendants' motion until her response is filed.

This the 7th day of November, 2023.

                                                      Respectfully Submitted,

                                                      */s/ Cooper Strickland*
                                                      Cooper Strickland
                                                      P.O. Box 92
                                                      Lynn, NC 28750
                                                      Tel. (828) 817-3703
                                                      cooper.strickland@gmail.com

                                                      *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Danielle Young at Danielle.young2@usdoj.gov

    Dorothy Canevari at dorothy.m.canevari@usdoj.gov

                                             */s/ Cooper Strickland*
                                             Cooper Strickland
                                             N.C. Bar No. 43242
                                           P.O. Box 92
                                           Lynn, NC 28750
                                           Tel. (828) 817-3703
                                           cooper.strickland@gmail.com