IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

### PLAINTIFF'S NOTICE OF INTENT TO FILE A RESPONSE TO DEFENDANTS' *MOTION IN LIMINE* TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT DR. GARY ALBRECHT

Plaintiff Caryn Devins Strickland, by and through her undersigned counsel, hereby notifies this Court that she intends to file a response to "Defendants' *Motion in Limine* to Exclude the Testimony of Plaintiff's Expert Dr. Gary Albrecht" (ECF No. 334). *See* LCvR 7.1(e). Plaintiff respectfully requests that the Court not rule on Defendants' motion until her response is filed.

This the 16th day of November, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Danielle Young at Danielle.young2@usdoj.gov

    Dorothy Canevari at dorothy.m.canevari@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com