# EXHIBIT A

# Cooper Strickland

Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

November 13, 2023

[*Via Electronic Transmission*: joshua.kolsky@usdoj.gov, madeline.m.mcmahon@usdoj.gov, danielle.young2@usdoj.gov, dorothy.m.canevari@usdoj.gov]

Joshua M. Kolsky
Madeline McMahon
Danielle Young
Dorothy Canevari
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

     RE: <u>Strickland v. United States</u> (1:20-cv-00066-WGY)

Dear Counsel:

I write regarding the designation of Confidential Information in the transcript of the reopened deposition (October 12, 2023) of Caryn Strickland. *See* Stipulated Protective Order § C.6. Plaintiff hereby designates the following material as confidential:

- 5:17–21:17
- 23:19–24:16


Respectfully,


/s/ Cooper Strickland
Cooper Strickland