# Attachment C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| | ) |
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| United States of America, *et al.* | ) |
| | ) |
| *Defendants*. | ) |

**DEFNDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

Defendants respectfully submit the following information regarding the parties' deposition designations in this case:

- **<u>Anthony Martinez, James Ishida, and Jill Langley</u>**: Because Defendants plan to call these witnesses to testify live for their case in chief, Defendants have noted objections, but not counter-designations.
- **<u>Ed Smith, Heather Beam, Nancy Dunham, and Judge Gregory</u>**: Because neither party intends to call these witnesses at trial, Defendants have noted objections as well as counter-designations.
- **<u>Gary Albrecht and Vida Thomas</u>**: Defendants object in full to the deposition designations of Plaintiff's experts. *See* ECF Nos. 274; 323; 334. Fulsome discussions of Defendants' objections are set forth in Defendants' Motion *in Limine* to Exclude the Testimony of Plaintiff's Expert Vida Thomas, ECF No. 323, and Defendants' Motion *in Limine* to Exclude the Testimony of Plaintiff's Expert Dr. Gary Albrecht, ECF No. 334.

Defendants also conditionally object to Plaintiff's designation of the deposition testimony of Anthony Martinez, James Ishida, Ed Smith, Heather Beam, Nancy Dunham, and Judge Gregory. Plaintiff indicated in the parties' joint pre-trial filing that she would only call these witnesses if their deposition designations were challenged or for the specific purpose of admitting exhibits, *see* ECF No. 259 at 106. In the spirit of cooperation, Defendants have agreed to the following deposition designations listed below with limited objections. If Plaintiff changes course and calls any of these witnesses for her case in chief, Defendants object to the deposition designations in full.

**1. Anthony Martinez**

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|
| 40-49 | FRE 402 | | |
| 52 | FRE 402 | | |
| 65-85 | | | |
| 89-103 | | | |
| 106-107 | | | |
| 112-119 | 114:5-119:25; FRE 402 | | |
| 125-127 | 125:1-127:15; FRE 402 | | |
| 134-141 | 139:16-141:25; FRE 402 | | |
| 146 | | | |
| 149-175 | | | |
| 179-191 | | | |
| 216-217 | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|
| 221-226 | 221:1-222:11; FRE 602<br><br>224:23-226:25; FRE 402, FRE 602 | | |
| 240-242 | | | |
| 244-245 | 244:1-245:25; FRE 402 | | |
| 270-276 | | | |
| 288 (Witness correction sheet) | | | |

**2. James Ishida**

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|
| 47-48 | | | |
| 91-114 | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|
| 103-106 | | | |
| 125-126 | 125:15-126:25; FRE 402 | | |
| 137-143 | | | |
| 162-176 | | | |
| 179-189 | | | |
| 200-205 | | | |
| 223-228 | 226:3-228:25; FRE 402 | | |
| 234-235 | | | |

**3. Jill Langley**

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|
| 1-193 | 1:1-47:20; FRE 402<br>49:8-63:12; FRE 402<br>63:12-64:4; FRE 402; FRE 602 | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|
| | 98:12-103:15; FRE 402<br>105:20-116:7; FRE 402<br>118:1-120:19; FRE 402; FRE 602<br>139:13-144:19; FRE 402<br>186:5-188:13; FRE 402 | | |

**4. Ed Smith**

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| 1-3 | | | | | |
| 13-19 | FRE 402 | | | | |
| 22 | | 23:1-25:3 | | | |
| 27-28 | | 29:1-17 | | | |
| 38-40 | | | | | |
| 44-47 | | 34:2-21 | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| 67-72 | 67:12-69:26; FRE 402<br>71:10-71:12; mischaracterization of prior testimony<br>71:10-72:20; FRE 802 | 73:1-74:25 | | | |
| 88 | | 87:6-25; 89:14 | | | |
| 94 | 94:12-24; FRE 402 | 92:22-93:25 | | | |
| 103 | | 102:19-25 | | | |
| 105 | 105:6-25; FRE 802 | 106-107:19 | | | |
| 125 | | | | | |
| Witness correction sheet | | | | | |

**5. Heather Beam**

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| 12 | | 13:1-11; 14:9-14:25 | | | |
| 19 | | | | | |
| 34-35 | FRE 402 | | | | |
| 40-43 | FRE 402 | 39:5-25 | | | |
| 57-60 | 58:20-59:2; FRE 402<br>59:9-59:22; FRE 402, FRE 802<br>59:23-60:2; FRE 402<br>60:8-60:20; FRE 402 | | | | |
| 66-67 | 66:2-66:22; FRE 802, FRE 106<br>66:23-67:24; FRE 802, Misleading | 65:11-25 | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| | | | | | |
| 72-73 | 72:3-24; FRE 402<br>73:3-9; FRE 402; FRE 802<br>73:10-20; FRE 402<br>73:21-25; FRE 402; FRE 802 | | | | |
| 79-82 | 79:1-81:4; FRE 402<br>81:5-11; FRE 402, 602<br>81:12-82:25; FRE 402 | | | | |
| 88 | 88:2-24; FRE 402 | | | | |
| 100-101 | 100:1-19; FRE 402<br>100:20-22; FRE 802<br>100:23-101:8; FRE 402<br>101:9-20; FRE 402, Misleading<br>101:21-35; FRE 402 | | | | |
| 104-124 | 104:12-21; FRE 402; FRE 602<br>104:22-23; FRE 802 | | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| | 104:24-112:7; FRE 402<br>112:8-113:8; FRE 802<br>113:9-115:16; FRE 402<br>115:17-116:1; FRE 802; 402, 602<br>116:2-25; FRE 602, 402<br>117:1-118:16; FRE 402<br>118:17-119:2; FRE 802<br>119:4-102:25; FRE 402<br>121:1-121:5; FRE 802<br>121:6-124:25; FRE 402 | | | | |
| 134-135 | 134:1-135:25; FRE 402 | | | | |
| 147-188 | 147:1-5; FRE 402<br>147:6-148:21; FRE 802<br>148:22-149:2; FRE 402 | | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| | 149:3-7; FRE 402<br>149:8-20; FRE 402<br>149:21-150:17; FRE 802<br>150:18-23; FRE 402<br>151:5-153:4; FRE 402<br>153:16-154:4; FRE 402<br>154:5-155:9; FRE 402; FRE 802<br>155:10-15; FRE 402<br>155:16-22; FRE 402; FRE 802<br>155:23-157:13; FRE 402<br>157:18-24; FRE 402; FRE 802<br>158:21-159:1; FRE 802; 402<br>159:3-5; FRE 402<br>159:6-9; FRE 402; FRE 802<br>159:9-161:1; FRE 402<br>161:2-161:6; FRE 402; FRE 802 | | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| | 161:7-21; FRE 402<br>161:22-24; FRE 802<br>161:25-163:17; FRE 402<br>163:18-164:13; FRE 402; FRE 802<br>164:14-166:11; FRE 402<br>166:15-167:13; FRE 402<br>167:17-19; FRE 602<br>167:20-24; FRE 402<br>167:25-168:21; FRE 602<br>168:22-173:16; FRE 402<br>173:17-174:8; FRE 802<br>174:9-175:24; FRE 402<br>175:25-176:9; FRE 802<br>176:10-177-8; FRE 402<br>177:9-17; FRE 402; 802<br>177:18-182:23; FRE 402 | | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| | 182:25-183:21; FRE 402; FRE 802<br>183:22-184:17; FRE 402<br>184:18-185:4; FRE 402, 802<br>185:5-186:14; FRE 402<br>186:25-188:25; FRE 402 | | | | |

6. **Nancy Dunham**[1]

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| 1-202 | 1-16:23; FRE 402<br>17:5-25:18; FRE 402<br>25:19-26:3; FRE 402; FRE 802<br>26:4-29:13; FRE 402<br>29:13-30:21; FRE 402; FRE 802<br>31:17-35:19; FRE 402; FRE 602; FRE 802<br>35:20-42:23; FRE 402<br>42:23-43:19; FRE 402; FRE 802<br>43:20-46:15; FRE 402<br>47:6-25; FRE 402; FRE 602<br>48:1-61:7: FRE 402<br>61:8-25; FRE 402; FRE 802<br>63:21-25; FRE 402; FRE 802 | | | | |

[1] Because Plaintiff has designated the entire transcript, Defendants have made no counter-designations.

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| | 64:1-66:1; FRE 402<br>70:4-80:7; FRE 402<br>80:21-103:14; FRE 402<br>104:5-123:22; FRE 402<br>123:23-125:15; FRE 402<br>125:16-25; FRE 402; FRE 602<br>126:1-11; FRE 402<br>126:12-127:2; FRE 402; FRE 602; FRE 702<br>127:3-19; FRE 402; FRE 602<br>127:20-130:7; FRE 402<br>130:8-131:8; FRE 402; FRE 602<br>131:9-132:2; FRE 402; FRE 602; FRE 702<br>132:3-15; FRE 402; FRE 602<br>132:16-133:23; FRE 402<br>134:7-136:25; FRE 402 | | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| | 137:21-142:19; FRE 402<br>142:20-143:16 ; FRE 402; FRE 602; FRE 802<br>143:17-149:7; FRE 402; FRE 602<br>149:8-159:2; FRE 402<br>159:3-162:22; FRE 402; FRE 602<br>164:4-166:24; FRE 402<br>166:25-167:19; FRE 402; FRE 802<br>167:20-168:18; FRE 402; FRE 602<br>168:19-170:5; FRE 402; FRE 802<br>170:6-12; FRE 402; FRE 602<br>170:13-172:23; FRE 402<br>172:24-173:10; FRE 402; FRE 602<br>173:11-187:8; FRE 402<br>187:9-20; FRE 402; FRE 602<br>187:21-188:19: FRE 402<br>188:20-192:1; FRE 402 | | | | |

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| | 192:2-19; FRE 402; FRE 602; FRE 802<br>192:20-193:22; FRE 402<br>193:23-194:9; FRE 402; FRE 602; FRE 802<br>194:10-24: FRE 402; FRE 602<br>194:25-195:21; FRE 402<br>195:22-196:5; FRE 402; FRE 802<br>196:6-11; FRE 402<br>196:12-23; FRE 402; FRE 602; FRE 404(b)<br>196:24-197:20; FRE 402; FRE 602 | | | | |

7. **Judge Rodger Gregory**[2]

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| 1-43 | 6:11-7:21; FRE 402<br>9:22-11:5; FRE 402; FRE 602<br>12:22-13:16: FRE 802<br>13:17-23; FRE 602; FRE 802; Calls for speculation<br>13:24-14:5; FRE 802<br>14:9-14:17; FRE 602; FRE 802; Calls for speculation<br>14:19-22; FRE 402<br>16:16-17:3; FRE 602; Calls for speculation<br>17:4-10; FRE 402; FRE 602; Lacks foundation<br>18:7-15; FRE 602; Lacks foundation | | | | |

[2] Because Plaintiff has designated the entire transcript, Defendants have made no counter-designations.

| Plaintiff's Excerpted Testimony | Defendant's Objection(s) | Defendant's Requested Counter-designation | Plaintiff's Objection(s) to Counter-designation | Court's Ruling (Granted, Denied, Granted w/ Mod.) | If Granted with Modification: |
|---|---|---|---|---|---|
| | 18:16-25; FRE 602; Lacks foundation; Calls for speculation<br>19:8-21; FRE 602<br>23:5-7; FRE 402<br>26:12-18; FRE 402; FRE 602<br>29:24-32:14; FRE 402; FRE 602; FRE 802; Lacks foundation<br>33:9-11; FRE 602<br>34:6-34:10; FRE 402; FRE 602<br>38:5-39:4; FRE 402 | | | | |