**NUMBERED EXHIBITS (1:20-cv-00066-WGY W.D.N.C.)**

| Ex. No. | Description of Exhibits | Plaintiff's Objections | Defendants' Objections |
|---|---|---|---|
| 1 | Plaintiff's Complaint (ECF No. 1) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 2 | Defendants' Answer (ECF No. 127) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 3 | Defendants' Redline Proposed First Amended Answer (ECF No. 250-9, Ex. BB, ECF No. 196-2) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 4 | Defendants' First Amended Answer (ECF No. 210) | None | None |
| 5 | Strickland Official EDR Grievance and Cover Email (ECF No. 248-2; Bates No. US500–07) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 6 | Strickland EDR Disqualification Request and Cover Email (ECF No. 248-2; Bates No. US597–98) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 7 | Strickland EDR Mediation Supplement and Exhibits (ECF No. 248-2; Bates No. US64–109) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 8 | Strickland EDR Renewed Disqualification Request and Cover Email (ECF No. 248-2; Bates No. US1498–1502) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 9 | 2013 EDR Plan (ECF No. 248-3; Bates No. US4536–64) | None | None |
| 10 | Defendants' Objections and Responses to Plaintiff's Second Set of Requests for Admission, *et al.* (ECF No. 248-4) | None | None |
| 11 | Draft EDR Report of Investigator/Counselor and Cover Email (ECF No. 248-5; Bates No. US1654–61) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 12 | Final EDR Report and Exhibits of Investigator/Counselor and Cover Email (ECF No. 248-5; Bates No. US2293, 1244–1311) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 13 | EDR Coordinator Disciplinary Action Letter (ECF No. 248-5; Bates No. US7561–62) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 14 | Draft EDR Counseling Letter (ECF No. 248-5; Bates No. US1312–15) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 15 | Final EDR Counseling Letter (ECF No. 254-4; Bates No. US4264–67) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 16 | Anthony Martinez (Federal Defender) Deposition (ECF No. 248-6; ECF No. 250-14; ECF No. 255-4) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 17 | Jill Langley (Judicial Integrity Officer) Deposition (ECF No. 255-12) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 18 | Hon. Roger Gregory (Chief Judge/ EDR Presiding Officer) Deposition (ECF No. 255-2) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 19 | Ed Smith (Circuit Mediator) Deposition (ECF No. 248-9; ECF No. 255-7) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 20 | Nancy Dunham (AO FEOO) Deposition (ECF No. 255-14) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |

| | | | |
|---|---|---|---|
| 21 | Heather Beam (EDR Investigator/Counselor) Deposition (ECF No. 248-11; ECF No. 250-4; ECF No. 255-15) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 22 | James Ishida (Circuit Executive/ EDR Coordinator) Deposition (ECF No. 248-12; ECF No. 255-3) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 23 | **SEALED (ECF No. 336)** Caryn Strickland (Plaintiff) Deposition (ECF No. 248-13) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 24 | June 2018 J.P. Davis (First Assistant) Email Notes (ECF No. 248-14; Bates No. US5890–91) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 25 | Text Messages between J.P. Davis (First Assistant) and Erin Taylor (Trial Unit Chief) (ECF No. 248-14; Bates No. US5777–82, 5807–14, 5881–89; ECF No. 248-15, US6852–68) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 26 | July 2018 J.P. Davis (First Assistant) Mentoring Email (ECF No. 248-14; Bates No. US6088) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 27 | July 2018 J.P. Davis (First Assistant) PIP Email (ECF No. 248-14; Bates No. US3974–75) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 28 | Text Messages between J.P. Davis (First Assistant) and Anthony Martinez (Federal Defender) (ECF No. 248-14; Bates No. US6035–36) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 29 | July 2018 Holly Dixon (Administrative Assistant to the Defender) Team Leader Notes with Cover Email (ECF No. 248-14; Bates No. US7411–15) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 30 | August 2018 James Ishida (Circuit Executive/ EDR Coordinator) AO Interference Email (ECF No. 248-14; Bates No. US2558–61) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 31 | Heather Beam (EDR Investigator/Counselor) Investigation Notes (ECF No. 248-14; Bates No. US5947–51, 6226–36) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 32 | Emails between Heather Beam (EDR Investigator/Counselor) and J.P. Davis (First Assistant) (ECF No. 248-14; Bates No. US1357–60) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 33 | Emails between Heather Beam (EDR Investigator/Counselor) and J.P. Davis (First Assistant) (ECF No. 248-14; Bates No. US1353–54) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 34 | Emails between Heather Beam (EDR Investigator/Counselor) and J.P. Davis (First Assistant) (ECF No. 248-14; Bates No. US4014–15) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 35 | Emails between Heather Beam (EDR Investigator/Counselor) and J.P. Davis (First Assistant) (ECF No. 248-14; Bates No. US1343–47) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 36 | Emails between Heather Beam (EDR Investigator/Counselor), J.P. Davis (First Assistant), and Anthony Martinez (ECF No. 248-14; Bates No. US2822–23, 2820) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 37 | Emails between J.P. Davis (First Assistant) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF 255-6; Bates No. US3020–24) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 38 | December 2018 Significant Event Log (ECF No. 248-14; Bates No. US4807) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 39 | January 2019 Heather Beam (EDR Investigator/Counselor) Disqualification Email (ECF No. 248-14; Bates No. US1382–83) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |

| 40 | Emails between Caryn Strickland (Plaintiff) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 248-14; Bates No. US1635–39) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
|---|---|---|---|
| 41 | Emails between Caryn Strickland (Plaintiff) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 248-15; Bates No. US519–21) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 42 | Emails between Caryn Strickland (Plaintiff) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 248-15; Bates No. US1533–35) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 43 | Emails between Caryn Strickland (Plaintiff) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 248-15; Bates No. US4714) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 44 | Emails between J.P. Davis (First Assistant) and Josh Carpenter (Appellate Chief) (ECF No. 248-15; Bates No. US2794–97) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 45 | July 2018 Significant Event Log (ECF No. 248-15; Bates No. US3985) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 46 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Anthony Martinez (Federal Defender) (ECF No. 248-15; Bates No. US615–18) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 47 | EDR Witness List (ECF No. 248-15; Bates No. PLT590–92) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 48 | March 2019 Heather Beam (EDR Investigator/Counselor) "True Pain" Email (ECF No. 248-15; Bates No. US4025–26) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 49 | Email between Caryn Strickland (Plaintiff) and Hon. Roger Gregory (Chief Judge/ EDR Presiding Officer) (ECF No. 248-15; Bates No. US1536) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 50 | Jill Langley (Judicial Integrity Officer) Notes (ECF No. 248-15; Bates No. US5445–47) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 51 | Emails between Caryn Strickland (Plaintiff) and Jill Langley (Judicial Integrity Officer) (ECF No. 248-15; Bates No. US2207–08) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 52 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and AO OGC Attorney (ECF No. 248-15; Bates No. US2739  0001) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 53 | August 2018 Backdated AO Form 51 (ECF No. 248-15; Bates No. US3411–12) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 54 | AO DOCS Manual Federal Defender Organization Job Descriptions (ECF No. 248-15; Bates No. US4956–58, 4968–74) | None | None |
| 55 | Federal Judicial Center "Preventing Workplace Harassment for Court Staff" Resource (ECF No. 248-15; Bates No. US7017–21) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 56 | Emails between Caryn Strickland (Plaintiff) and Nancy Dunham (AO FEOO) (ECF No. 248-15; Bates No. US1056–59) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |

| | | | |
|---|---|---|---|
| 57 | Excerpts of Audio Recordings of Heather Beam (EDR Investigator/Counselor), James Ishida (Circuit Executive/ EDR Coordinator), and Ed Smith (Circuit Mediator) (ECF No. 248 Exh. O [Conventional Filing, ECF No. 173]; ECF 255-11; Bates No. US7615–16, 7647–49, 7654–56, 7675, 7693–96, 7709, 7730–31, 7733–34, 7989–90, 7992, 8044–45, 8068–69, 8077, 8089–90, 8103–04, 8129, 8201–02, 8206–08, 8219–21, 8263, 8283–84, 8336, 8386, 8470–71, 8516–17, 8588 [Defendants' Transcripts]) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 58 | FDO EDR Complaints (ECF 248-16; Defendants' Objections and Responses to Plaintiff's Third Set of Interrogatories, Bates No. US5384–89, 7448–49, 7426–47, 7451–53, 7421–25, 7513–16, 7544–47, 7542, 7529–30, 7454–56, 7508–12, 7504–07, 5551–58, 4008–10) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 59 | Thomas Expert Report and Declaration (ECF 248-17) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 60 | March 2023 Albrecht Expert Report and Declaration (ECF 248-18) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 61 | Guide to Judiciary Policy Chapter 4 (ECF 250-2) | None | None |
| 62 | WDNC FDO EDR Plan (ECF 250-3) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 63 | 181005_1434 Heather Beam (EDR Investigator/Counselor) Audio Transcript (ECF No. 250-5; Bates No. US7731, 7863) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 64 | January 2023 Kolsky Discovery Letter (ECF No. 250-6) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 65 | January 2023 and March 2023 Strickland Discovery Emails (ECF No. 250-8) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 66 | Defendants' Objections and Responses to Plaintiff's Requests for Production (ECF No. 250-10) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 67 | 190226_1153 Ed Smith (Circuit Mediator) Audio Transcript (ECF No. 250-11; Bates No. US8470–71, 8507–22, 8527–28) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 68 | 190308_1019 Ed Smith (Circuit Mediator) Audio Transcript (ECF No. 250-12; Bates No. US8618–19, 8691–98) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 69 | 2019 Employment Dispute Resolution Interpretative Guide & Handbook (ECF No. 250-13) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 70 | **SEALED (ECF No. 253)** Other EDR Complaint Investigation Report Attachment (ECF No. 250-16) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 71 | 190117_1621 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (ECF No. 255-1; Bates No. US8201–02, 8212–23, 8263) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 72 | 180905_1042 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (ECF No. 255-5; Bates No. US7615–16, 7654–56, 7667, 7670–71, 7675) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 73 | Emails between J.P. Davis (First Assistant) and William Moormann (Administrative Officer) (ECF No. 255-6; Bates No. US2944) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |

| | | | |
|---|---|---|---|
| 74 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Ed Smith (Circuit Mediator) (ECF No. 255-8; Bates No. US1322–24, 201) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 75 | 190109_1116 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (ECF No. 255-9; Bates No. US8151–52, 8154–58, 8164–74, 8187) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 76 | Lessons From a Circuit Mediator Slideshow (ECF No. 255-10; Bates No. US3580–602, 201) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 77 | 180913_1633 AO FEOO Staff Attorney Audio Transcript (ECF No. 255-13; Bates No. US8782–83, 8813–23, 8848) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 78 | 181109_1540 Heather Beam (EDR Investigator/Counselor) Audio Transcript (ECF No. 255-16; Bates No. US8044–45, 8066–69, 8077) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 79 | Albrecht Expert Report Supporting Documentation (ECF 255-17) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 80 | 180809_1344 Anthony Martinez (Federal Defender) Audio Transcript (Bates No. US7563–64, 7565–66, 7573–603) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 81 | 180918_0845 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (Bates No. US7693–94, 7696–709, 7709) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 82 | 181005_1434 Heather Beam (EDR Investigator/Counselor) Audio Transcript (Bates No. US7730–31, 7735, 7887, 7961–63, 7973–75, 7992) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 83 | 181109_1540 Heather Beam (EDR Investigator/Counselor) Audio Transcript (Bates No. US8044–45, 8050–53, 8058–59, 8061–63, 8065–66, 8068–69, 8071–73, 8074–75, 8077) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 84 | Emails between Heather Beam (EDR Investigator/Counselor) and Caryn Strickland (Plaintiff) (ECF No. 60-4; Bates No. US344–46, 431–32, 1428) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 85 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (ECF No. 60-4; Bates No. US476) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 86 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (ECF No. 60-4; Bates No. US1611–14) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 87 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (ECF No. 60-4; Bates No. US1640) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 88 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (ECF No. 60-4; Bates No. US1958–60) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 89 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (ECF No. 60-4; Bates No. US2049–50) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 90 | 181127_1711 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (Bates No. US8089–90, 8092–94, 8097–104, 8104–08, 8110–24, 8129) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 91 | Counseling Extension Order (ECF No. 60-4; Bates No. US2047) | None | None |
| 92 | 190109_1116 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (Bates No. US8151–52, 8185, 8187) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |

| 93 | 190117_1621 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (Bates No. US8201–16, 8222–29, 8235–37, 8250–57, 8263) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
|---|---|---|---|
| 94 | Plaintiff's Request for Mediation (ECF No. 60-3; Bates No. US3138–39) | None | None |
| 95 | 190207_1056 Ed Smith (Circuit Mediator) Audio Transcript (Bates No. US8283–86, 8294–96, 8306, 8317, 8321–32, 8336, 8357–58, 8365, 8382, 8386) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 96 | 190212_1848 Ed Smith (Circuit Mediator) Audio Transcript (Bates No. US8417–42, 8427–28, 8445–47, 8449–54, 8456) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 97 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Cooper Strickland (Plaintiff) (ECF No. 60-4; Bates No. US754–55) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None |
| 98 | 190226_1153 Ed Smith (Circuit Mediator) Audio Transcript (Bates No. US8470–71, 8473–75,8480–87, 8489–91, 8532–59, 8564–66, 8588) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 99 | 190308_1019 Ed Smith (Circuit Mediator) Audio Transcript (Bates No. US8618–19, 8674–75, 8700) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 100 | 190507_1621 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (Bates No. US8745–46, 8754–59, 8760–71) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 101 | Emails between William Moormann (Administrative Officer) and AO HR Officials (Bates No. US2705–08) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 102 | Defendants' March 2023 and April 2023 Privilege Log for Defendants' Production | None | None (*see* F.R.C.P. 26(a)(3)) |
| 103 | WDNC FDO 2023 AFD Job Postings (ECF No. 309-7) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 104 | AOWeb and UVM Articles regarding Caryn Devins Strickland's "dream job" as a federal public defender | None | None (*see* F.R.C.P. 26(a)(3)) |
| 105 | July 2023 Albrecht Expert Report and Declaration | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 106 | 181221_0937 FDO all-staff meeting Audio Transcript (Bates No. US8144–8150) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 107 | Ethics advice provided by NC Bar restricting Plaintiff's ability to practice in federal court within the Fourth Circuit (ECF No. 204-3) | Withdrawn (Plaintiff intends to file motion objecting to withdraw) | None (*see* F.R.C.P. 26(a)(3)) |
| 108 | Vida Thomas (Workplace Investigations Expert) Deposition and Deposition Exhibit 1 (Expert Report) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 109 | Gary Albrecht, PhD (Lost Earnings Expert) Deposition and Deposition Exhibits 1 (Expert Report and Supporting Materials) and 3 (North Carolina Office of Indigent Defense Services Report) | None | None (*see* F.R.C.P. 26(a)(3)) |
| 110 | Consolidated Equal Employment Opportunity & Employment Dispute Resolution Plan (US00004536-64) | None | None |