# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

### ASHEVILLE DIVISION

| | | |
|---|---|---|
| **CARYN DEVINS STRICKLAND,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Civil No. 1:20-cv-00066-WGY** |
| | ) | |
| **UNITED STATES,** *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

### PLAINTIFF'S NOTICE OF INTENT TO FILE A REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT VIDA THOMAS

Plaintiff Caryn Devins Strickland, by and through her undersigned counsel, hereby notifies this Court that she intends to file a reply to "Defendants' Response in Opposition to Plaintiff's Motion to Strike Defendants' Motion in Limine to Exclude the Testimony of Plaintiff's Expert Vida Thomas" (ECF No. 353). *See* LCvR 7.1(e). Plaintiff respectfully requests that the Court not rule on Defendants' motion until her response is filed, because, contrary to Defendants' request that this Court should "summarily den[y]" Plaintiff's motion, *see* ECF No. 353 at 1, Plaintiff is entitled to be heard under the local rules, *see* LCvR 7.1(e).

This the 4th day of December, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2023, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such

filing (NEF) to the following:

     Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

     Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

     Danielle Young at Danielle.young2@usdoj.gov

     Dorothy Canevari at dorothy.m.canevari@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

2