| | |
|---|---|
| **From**: | Caryn Devins [caryn.devins@hotmail.com] |
| **Sent**: | 8/6/2018 9:23:18 AM |
| **To**: | Nancy Dunham [Nancy_Dunham@ao.uscourts.gov] |
| **Subject**: | Quid pro quo email |
| **Attachments**: | IMG_2778.JPG; ATT00001.txt |



**Mas Dinero**
JP Davis    to: Caryn Devins                                05/18/2018 03:56 PM

Dude, you're shooting high with a G15. Not least of all since you'll need 5 more years of fed service to qualify for it. But fret not, I have a plan... just remember I deal in pay-for-stay :)

J.P. Davis
First Assistant Federal Defender
Federal Public Defender
Western District of North Carolina
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Phone: 704-374-0720
Fax: 704-374-0722

US00001066