# ALBRECHT ECONOMICS, INC.
## GARY R. ALBRECHT, PH.D.

July 24, 2023

Danielle Young
USDOJ

**RE: Deposition Invoice – Strickland v U.S. Civil Action No. 1:20-cv-00066-WGY**
    **Invoice Number 1**

Amount for the deposition on July 17, 2023      $2,050
(3.5 hour deposition, $1,800 for first three hours
and $500 per hour for time exceeding 3 hours.)

**Albrecht Economics, Inc. tax ID 56-▮▮▮▮**

Mailing Address: 1817 Georgia Ave., Winston-Salem, NC 27104
Telephone: 336-727-9435
E-Mail: Albrecht@AlbrechtEconomics.com
Website: AlbrechtEconomics.com