# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# DIVISION

Case Number:  20-cv-00066-WGY

| | | |
|---|---|---|
| CARYN DEVINS STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| UNITED STATES et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

YOUNG, D.J.[1]                                                        December 7, 2023

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; including maintaining them in a manner and format facilitating efficient distribution in the event of a request for access to trial exhibits from the media or other member of the public; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.


/s/ William G. Young
United States District Judge

---

[1] Of the District of Massachusetts sitting by designation.