IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE PLAINTIFF'S "ME TOO" EVIDENCE**

On November 9, 2023, Defendants filed a Motion *in Limine* to Exclude Plaintiff's "Me Too" Evidence, ECF No. 330, arguing that Plaintiff's evidence of Employment Dispute Resolution claims brought by individuals other than her is irrelevant and amounts to hearsay. *See generally* Defs.' Mot. *in Limine* to Exclude Pl.'s "Me Too" Evid., ECF No. 330. At the November 16, 2023 further final pretrial conference, the Court denied Defendants' motion. Nonetheless, Plaintiff filed a subsequent brief in opposition to that motion and a fourteen-page brief styled as a "motion to strike," claiming that Defendants' motion *in limine* was untimely. Pl.'s Mot. to Strike Defs.' Mot. in Limine to Exclude Pl.'s "Me Too" Evid., ECF No. 343.

Because the Court already denied Defendants' motion *in limine*, Plaintiff's motion to strike is moot. *Chafin v. Chafin,* 568 U.S. 165, 172 (2013) (noting that mootness occurs "when the issues presented are no longer live" (quotation marks and citation omitted)). And even if Plaintiff's motion to strike was not moot, it would nevertheless fail because Defendants' motion was timely. *See* Defs,' Reply in Supp. of their Mot. *in Limine* to Exclude Pl.'s Me Too Evid., ECF No. 351, at 2-3 (explaining

1

that Defendants' motion was filed in accordance with the Court's instructions). As such, the Court should deny Plaintiff's motion.

Dated: December 8, 2023

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

JOSHUA KOLSKY
Senior Trial Counsel

*/s/ Dorothy Canevari*
DOROTHY CANEVARI
(NY Bar No. 5989694)
MADELINE MCMAHON
DANIELLE YOUNG
Trial Attorneys, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 11507
Washington, DC 20001
Tel.: (202) 616-8040
Email: dorothy.m.canevari@usdoj.gov

*Counsel for Defendants*