IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| UNITED STATES, *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE OF PLAINTIFF'S WITHDRAWAL OF CONDITIONAL OBJECTIONS

In the interests of judicial efficiency and to streamline the admission of evidence at trial, Plaintiff hereby notifies the Court that she is withdrawing her conditional objections to the following exhibits. Accordingly, these exhibits should be admitted because they have no objections by either party. Plaintiff has amended her numbered exhibit list to include these exhibits,[1] which is attached as an exhibit to this filing.

Tr. Ex. K, at US565.

Tr. Ex. X, at US467.

Tr. Ex. AD (PLTF 004356-4358).

Tr. Ex. AE, at US1499–1502.

Tr. Ex. AO US2803–04.

Tr. Ex. AQ, at US2834–2838.

Tr. Ex. BF, at US4155–4162.

Tr. Ex. BR, at US5353–5358.

---

[1] These exhibits are identified as referenced in ECF No. 355-2.

1

Tr. Ex. CH, at US64–109.

Tr. Ex. CU, at US5445.

Tr. Ex. DC, at US6640.

Tr. Ex. DJ (180905_1042).

Tr. Ex. DG (190207_1056_Limited Confidentiality).

Tr. Ex. DH, at (190226_1153).

Tr. Ex. DI, at (190308_1019).

Tr. Ex. DK, at (190212_1848).

Tr. Ex. DP, at (180809_1344).

Tr. Ex. DR, at (190117_1621_Limited Confidentiality).

Because of differences in the parties' exhibits list, there may be other exhibits that both parties have listed as exhibits. To the extent that Plaintiff has relied on those exhibits in her Proposed Findings and Conclusions of law, she hereby withdraws any conditional objections.

This the 11th day of December, 2023.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

Danielle Young at Danielle.young2@usdoj.gov

Dorothy Canevari at Dorothy.m.canevari@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com