| | LETTERED EXHIBITS (1:20-cv-00066-WGY W.D.N.C.) | | |
|---|---|---|---|
| Ex. No. | Description of Exhibits | Plaintiff's Objections | Defendants' Objections |
| A | White Expert Report (ECF 250-1) | Cond.; 602; 701/702/703/704; 801/802; 1001-1004; E | None |
| B | Emails between Caryn Strickland and J.P. Davis (US00005731-5733) | Cond.; 402; 403; 801/802; F; potentially privileged | None |
| C | Email from J.P. Davis to Caryn Strickland (US00000089) | Cond; 106 (does not include entire document); 801/802 | None |
| D | Emails between Caryn Strickland and J.P. Davis (US00000090) | Cond; 106 (does not include entire document); 801/802 | None |
| E | Emails between J.P. Davis and Caryn Strickland (US00000091) | Cond.; 106 (does not include entire document); 801/802 | None |
| F | Texts between J.P. Davis and Caryn (US00000092) | Cond.; 106 (does not include entire document); 801/802 | None |
| G | Emails between Caryn Strickland and J.P. Davis (US00000093) | Cond.; 106 (does not include entire document); 801/802; F | None |
| H | Text message from Anthony Martinez to J.P. Davis (US00006636) | Cond.; 801/802; 901; F | None |
| I | Email from James Ishida to Lisa Morris (US00000615-0618) | Cond.; 801/802; 901; F | None |
| J | Emails between Caryn Strickland and Nancy Dunham (US00000974-79) | Cond.; 801/802; F | None |
| K | Emails between James Ishida and Edward Smith (US00001322-1324) | Cond.; 801/802; 901 | None |
| L | Email from Caryn Strickland to James Ishida (US00003300) | Cond.; 403; F | None |
| M | Counselor's Report (US00001244-1257) | Cond.; 106 (does not include attachments to report); 403; 602; 701; 801/802; 901; 1001-1004; E | None |
| N | Email from Caryn Strickland to Amaal (PLTF002178-84) | Cond.; 403; 801/802; 1001-1004; F; UT | None |
| O | Text messages between J.P. Davis and Caryn Strickland (US00002891-2926) | Cond.; 402; 403; 801/802; F; potentially privileged | None |
| P | Email from Caryn Strickland to J.P. Davis (US00006403) | Cond.; 402; 403; 801/802; F | None |
| Q | Email from Caryn Strickland to J.P. Davis (US00006405-6406) | Cond.; 402; 403; 801/802; F; potentially privileged | None |
| R | Email from Caryn Strickland to Nancy Dunham (US00001074-1078) | Cond.; 106 (does not include attachments referenced in email chain); F | None |
| S | Emails from Caryn Strickland to James Ishida (US00003380-3383) | Cond.; 106 (does not include attachment); 403; 801/802; F | None |
| T | Emails between James Ishida and Caryn Strickland (US00001402-1406) | Cond.; 106 (does not include attachments); 403; 801/802; F | None |
| U | Email from Heather Beam to James Ishida (US00005361-5363) | Cond.; 801/802; 901; F | None |

| | | | |
|---|---|---|---|
| V | Email from James Ishida to Edward Smith (US00000307-0308) | Cond.; 106 (does not include attachment); 801/802; 901; F | None |
| W | Email from James Ishida to Heather Beam (US00001421-1423) | Cond.; 403; 801/802; 901; F | None |
| X | Text message from Caryn Strickland to Laura Minor (PLTF0004450) | Cond.; 106; 403; 801/802; F | None |
| Y | Email from James Ishida to Heather Beam (US00000405) | Cond.; 106 (does not include attachment); 602; 701; 801/802; 901; E; F | None |
| Z | Text message from Caryn Strickland to Valerie Nannery (PLTF004499) | Cond.; 106; 403; 801/802; F | None |
| AA | Letter from James Ishida to Anthony (US00004264-4267) | Cond.; 106 (does not include cover email); 403; 602; 701; 801/802; E | None |
| AB | Emails between James Ishida and Caryn Strickland (US00001505-1508) | Cond.; 106 (does not include attachment); 801/802; F | None |
| AC | Email from James Ishida to Caryn Strickland (US00000303) | Cond.; 106 (does not include attachment); 801/802 | None |
| AD | Emails between Caryn Strickland and James Ishida (June 12, 2019) [email migrated] (US00001634-1639) | Cond.; 602; 801/802; F | None |
| AE | Email from James Ishida to Caryn Strickland (US00002517-2518) | Cond.; 801/802; F | None |
| AF | Emails between James Ishida and Caryn Strickland (PLTF002330-2335) | Cond.; 801/802; 1001-1004; F; UT | None |
| AG | Email from James Ishida to Caryn Strickland (PLTF002187-2189) | Cond.; 801/802; 1001-1004; F; UT | None |
| AH | Email from Valerie Farr to William Moorman (US00002714-2715) | Cond.; 106 (does not include full email chain); 403; 602; 801/802; 901; 1001-1004; F | None |
| AI | Telework Agreement for Caryn Strickland (US00002767-2770) | Cond.; 106 (cover email not included); 402; 403; 801/802; F; Pl home address not redacted | None |
| AJ | Email from Anthony Martinez to AllStaff@fd.org (US00002786-2787) | Cond.; 106 (attachment not included); 801/802; 1001-1004; F | None |
| AK | Email from Joshua Carpenter to Holly Dixon (US00002810-2812) | Cond.; 106 (does not include attachment); 403; 602; 701; 801/802; 901; F | None |
| AL | Email from James Ishida to Anthony (US00002866-2867) | Cond.; 701; 801/802; 901; F | None |
| AM | Offer Letter for Attorney Position from Ross Richardson (US00002870) | Cond.; 106 (cover email not included); Pl home address not redacted | None |
| AN | Form SF50 - Notification of Personnel Action of Caryn Strickland (US00002871-2890) | Cond.; 402; 403; 801/802; 901; 1001-1004; F; Pl social security number, date of birth, home address not redacted | None |
| AO | Email from Caryn Strickland to J.P. Davis (US00003037) | Cond.; 402; 403; F | None |
| AP | Employee Manual Receipt (US00003431) | Cond.; 602; 801/802; F | None |
| AQ | Form AO52 - Request for Personnel Action of Caryn Strickland (effective date) (US00003454-3455) | Cond; 106; 402; 403; 801/802; 901; 1001-1004; F (form is not signed or the version that was submitted); PL social security number, date of birth, home address not redacted | None |

| | | | |
|---|---|---|---|
| AR | Email from J.P. Davis to W. Kelly Johnson (US00003971) | Cond.; 403; 801/802; 901; F | None |
| AS | Email from Anthony Martinez to Caryn Strickland (US00003980-3981) | Cond.; 801/802 | None |
| AT | Email from J.P. Davis to Caryn Strickland (US00003982-3984) | Cond; 403; 701; 801/802; potentially privileged | None |
| AU | Significant Event Log (US00003985) | Cond.; 602; 801/802; 901; potentially privileged | None |
| AV | Email from Delani Farrar to Caryn Strickland (US00004004-4006) | Cond.; 402; 801/802; 901; F | None |
| AW | Email from J.P. Davis to Heather Beam (US00004014-4015) | Cond.; 106 (attachment not included); 701; 801/802; 901; F | None |
| AX | Caryn Strickland Employment Timeline (US00004078-4080) | Cond.; 106 (cover email and attachment not included); 403; 602; 701; 801/802; 901 (US4080 appears to be an altered version of original document); 1001-1004; F | None |
| AY | Email from William Moormann to Anthony Martinez (US00004148-4149) | Cond.; 403; 602; 701; 801/802; 901; 1001-1004; F | None |
| AZ | Email from Anthony Martinez to Caryn Strickland (US00004261-4262) | Cond.; 601; 403; 801/802; 901 (email is altered/inauthentic); 1001-1004; F | None |
| BA | Email from J.P. Davis to Anthony Martinez (US00004575-4576) | Cond; 403; 602; 701; 801/802; 901; F; potentially privileged | None |
| BB | Email from J.P. Davis to himself (US00004584-4585) | Cond; 403; 602; 801/802; 901; 1001-1004; F; potentially privileged | None |
| BC | Email from J.P. Davis to Caryn Strickland (US00004586) | Cond; 801/802 | None |
| BD | Email from Caryn Strickland to Anthony Martinez (US00004587) | Cond.; 402 | None |
| BE | New Attorney Shadowing Checklist (US00004706-07) | Cond.; 402; 403; 901; F; 1001-1004 | None |
| BF | Email from Caryn Strickland to J.P. Davis (US00004719) | Cond.; 106 (does not include attachment); 403; F | None |
| BG | Emails between Jared Martin to Anthony Martinez (US00004880) | Cond.; 801/802; 901; F | None |
| BH | Email from Joshua Carpenter to Anthony Martinez (US00004885) | Cond.; 403; 602; 801/802; 901; F; potentially privileged | None |
| BI | Emails between Caryn Strickland and Anthony Martinez (US00004887-4888) | Cond; 402; 403; 801/802; F; potentially privileged | None |
| BJ | Emails between Caryn Strickland and Anthony Martinez (US00004889-04890) | Cond; 402; 801/802; F | None |
| BK | Emails between Caryn Strickland and Jill Langley (US00005390-5392) | Cond.; 701; 801/802 | None |
| BL | Evidence guide from J.P. Davis to Heather Beam (US00006252-6260) | Cond.; 106 (does not include "cheat sheet"); 402; 403; 404/405; 602; 608/609; 611; 701; 801/802; 901; 1001-1004; F; potentially privileged | None |

| | | | |
|---|---|---|---|
| BM | Short timeline written by J.P. Davis (US00006265-6276) | Cond.; 403; 404/405; 602; 608/609; 611; 701; 801/802; 901; 1001-1004; F | None |
| BN | Summary of meetings and meeting requests by J.P. Davis (US00006277) | Cond.; 106; 403; 801/802; 901; F; potentially privileged | None |
| BO | Text messages between Caryn Strickland and Anthony Martinez (US00006319-6320) | Cond.; 403; 801/802; F | None |
| BP | Caryn Strickland Time History Report (US00006331-6335) | Cond.; 402; 403; 801/802; 901; F | None |
| BQ | Text messages between J.P. Davis and Erin Taylor (US00006360-6361) | Cond.; 106 (does not include complete text message chain); 403; 801/802; 901; F | None |
| BR | Text messages between Phil L. and J.P. Davis (US00006389-6392) | Cond; 403; 602; 701; 801/802; 901; F | None |
| BS | Emails between Anthony Martinez and J.P. Davis (US00006621-6627) | Cond.; 602; 701; 801/802; 901; F; potentially privileged | None |
| BT | J.P. Davis's handwritten notes (US00006631) | Cond.; 403; 602; 701; 801/802; 901; F | None |
| BU | Caryn Strickland's I-9 and eOPF (US00006740-6838) | Cond.; 402; 403; 801/802; 901; F; Pl social security number, passport number, home addresses, birth date not redacted | None |
| BV | Caryn Strickland Time History Report (US00006847-6851) | Cond.; 402; 403; 801/802; 901; F | None |
| BW | J.P. Davis Time History Report (US00006872-6877) | Cond. 402; 403; 801/802; 901; F | None |
| BX | Caryn Strickland's handwritten notes (PLTF22-23) | Cond.; 403; 404/405, 608/609; 801/802; F; 1001-1004, UT | None |
| BY | Caryn Strickland's handwritten notes (PLTF688-692) | Cond.; 403; 404/405, 608/609; 801/802; 1001-1004; F; UT | None |
| BZ | Email from James Ishida to Juval Scott (US00000202) | Cond.; 801/802; 901; F | None |
| CA | Email from Edward Smith to Caryn Strickland (US00000325) | Cond.; 403; 602; 701; 801/802; F | None |
| CB | Email from William Moormann to Heather Beam (US00000388-0389) | Cond.; 403; 602; 701; 801/802; 901; 1001-1004; F | None |
| CC | Email from Heather Beam to Caryn Strickland (US00000462) | Cond.; 801/802 | None |
| CD | Emails between James Ishida and Alison Rushing (US00000483-0484) | Cond.; 801/802; 901; F | None |
| CE | Emails between James Ishida and Anthony Martinez (US00000608-0610) | Cond.; 403; 602; 701; 801/802; 901; F | None |
| CF | Emails between Nancy Dunham and Caryn Strickland (US00001149) | Cond.; 403; 801/802; F | None |
| CG | Email from Edward Smith to James Ishida (US00001339) | Cond.; 801/802; 901; F | None |
| CH | Email from James Ishida to Caryn Strickland Strickland (US00001386) | Cond.; 106 (does not include attachment); 801/802; F | None |
| CI | Email from James Ishida to Caryn Strickland (US00001389-1395) | Cond.; 106 (attachments not included); 602; 701; 801/802; F | None |
| CJ | Email from James Ishida to Heather Beam (US00001417) | Cond.; 801/802; 901; F | None |

| | | | |
|---|---|---|---|
| CK | Texts between J.P. Davis and Erin Taylor (US00006380) | Cond.; 106 (does not include full text message chain); 403; 602; 701; 801/802; 901; F; potentially privileged | None |
| CL | Caryn Strickland's handwritten notes (PLTF0033-34) | Cond.; 106 (does not include full set of notes); 403; 404/405, 608/609; 801/802; F | None |
| CM | Emails exchanged between Caryn Strickland and Nancy Dunham (PLTF00365-66) | Cond.; 403; 801/802; 1001-1004; F; UT | None |
| CN | Caryn Strickland's handwritten notes (PLTF00744-745) | Cond.; 106; 403; 404/405, 608/609; 801/802; 1001-1004; F; UT | None |
| CO | Caryn Strickland's handwritten notes (PLTF00750-56) | Cond.; 106; 403; 404/405, 608/609; 801/802; 1001-1004; F; UT | None |
| CP | Email from Caryn Strickland to Heather Beam (US00000352) | Cond.; 801/802; F | None |
| CQ | Texts between Erin Taylor and J.P. Davis (US00006348-6356) | Cond.; 106 (does not include full text message chain); 402; 403; 602; 701; 801/802; 901; F; potentially privileged | None |
| CR | Text from J.P. Davis to Anthony Martinez (US00006362) | Cond.; 402; 403; 602; 801/802; 901; F; potentially privileged | None |
| CS | Request to Reclassify an Employee for Caryn Strickland (US00002784) | Cond.; 602; 701; 801/802; 901; F | None |
| CT | Request to Reclassify an Employee for Jared Martin (US00002785) | Cond.; 602; 701; 801/802; 901; F | None |
| CU | Emails between William Moormann and Tim Lavan (US00003466-3467) | Cond.; 106 (does not include attachments); 602; 701; 801/802; 901; F | None |
| CV | Expert report of Paul F. White | Cond.; 402 (should be excluded to the extent it includes opinions about mitigation, which is not a defense in this case); 403; 602; 701; 702-704; 801/802; 901; 1001-1004; E; F | None |
| CW | Expert report of Robert W. Jackson | Cond.; 402 (should be excluded because it relates entirely to mitigation, which is not a defense in this case); 403; 602; 701; 702-704 801/802; 901; 1001-1004; E; F | None |
| CX | Plaintiff's Supplemental Privilege Log | Cond.; 402; 403; 801/802; 404/405, 608/609; 611. Should be excluded because no after-acquired evidence defense pleaded in this case, and not admissible for any other purpose. | None |
| CY | Plaintiff's Recordings Privilege Log | Cond.; 402; 403; 801/802; 404/405, 608/609; 611. Should be excluded because no after-acquired evidence defense pleaded in this case, and not admissible for any other purpose. | None |

| CZ | 180913 1633 - audio file of recorded conversation between Amaal Scroggins and Caryn Strickland | Cond.; 106 (should include transcript prepared by Defendants); 403, 404/405; 608/609; 602; 701; 801/802; 1001-1004; Because Defendants did not identify which portion(s) they intend to introduce, Plaintiff lacks reasonable notice of this exhibit. | None |