JOINT EXHIBIT LIST

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| 1 | D | 5 | Strickland Official EDR Grievance and Cover Email (ECF No. 248-2, US0500-0507) | | | Yes | | | |
| 2 | E | 6 | Strickland EDR Disqualification Request and Cover Email (ECF No. 248-2, US0597-0598) | | | Yes | | | |
| 3 | F | 7 | Strickland EDR Mediation Supplement and Exhibits (ECF No. 248-2, US0064-0109) | | | Yes | | | |
| 4 | G | 8 | Strickland EDR Renewed Disqualification Request and Cover Email (ECF No. 248-2, US1498-1502) | | | Yes | | | |
| 5 | I | 12 | Final EDR Report and Exhibits of Investigator/Counselor and Cover Email (ECF No. 248-5, US2293, 1244-1311) | | | Yes | | | |
| 6 | J | 13 | EDR Coordinator Disciplinary Action Letter (ECF No. 248-5, US7561-7562) | | | Yes | | | |
| 7 | L | 15 | Final EDR Counseling Letter (ECF No. 254-4, US4264-4267) | | | Yes | | | |
| 8 | U | 24 | June 2018 J.P. Davis (First Assistant) Email Notes (ECF No. 248-14, US5890-5891) | | | Yes | | | |
| 9 | V | 25 | Text Messages between J.P. Davis (First Assistant) and Erin Taylor (Trial Unit Chief) (ECF No. 248-14; Bates No. US5777–82, 5807–14, 5881–89; ECF No. 248-15, US6852–68) | | | Yes | | | |
| 10 | W | 26 | July 2018 J.P. Davis (First Assistant) Mentoring Email (ECF No. 248-14, US6088) | | | Yes | | | |
| 11 | X | 27 | July 2018 J.P. Davis (First Assistant) PIP Email (ECF No. 248-14, US3974-3975) | | | Yes | | | |
| 12 | Y | 28 | Text Messages between J.P. Davis (First Assistant) and Anthony Martinez (Federal Defender) (ECF No. 248-14, US6035-6036) | | | Yes | | | |
| 13 | AH | 37 | Emails between J.P. Davis (First Assistant) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 255-6, US3020-3024) | | | Yes | | | |
| 14 | AL | 41 | Emails between Caryn Strickland (Plaintiff) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 248-14, 248-15, US0519-0521) | | | Yes | | | |
| 15 | AM | 42 | Emails between Caryn Strickland (Plaintiff) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 248-14, 248-15, US1533-1535) | | | Yes | | | |
| 16 | AO | 44 | Emails between J.P. Davis (First Assistant) and Josh Carpenter (Appellate Chief) (ECF No. 248-15, US2794-2797) | | | Yes | | | |
| 17 | AP | 45 | July 2018 Significant Event Log (ECF No. 248-15, US3985 Native) | | | Yes | | | |
| 18 | AQ | 46 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Anthony Martinez (Federal Defender) (ECF No. 248-15, US0615-0618) | | | Yes | | | |
| 19 | AR | 47 | EDR Witness List (ECF No. 248-15, PLT0590-0592) | | | Yes | | | |
| 20 | AT | 49 | Email between Caryn Strickland (Plaintiff) and Hon. Roger Gregory (Chief Judge/ EDR Presiding Officer) (ECF No. 248-15, US1536) | | | Yes | | | |
| 21 | AU | 50 | Jill Langley (Judicial Integrity Officer) Notes (ECF No. 248-15, US5445-5447) | | | Yes | | | |
| 22 | AV | 51 | Emails between Caryn Strickland (Plaintiff) and Jill Langley (Judicial Integrity Officer) (ECF No. 248-15, US2207-2208) | | | Yes | | | |

JOINT EXHIBIT LIST

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| 23 | AW | 52 | Emails between James Ishida (Circuit Executive/EDR Coordinator) and AO OGC Attorney (ECF No. 248-15, US2739_0001) | | | Yes | | | |
| 24 | BQ | 73 | Emails between J.P. Davis (First Assistant) and William Moormann (Administrative Officer) (ECF No. 255-6, US2944) | | | Yes | | | |
| 25 | BR | 74 | Emails between James Ishida (Circuit Executive/EDR Coordinator) and Ed Smith (Circuit Mediator) (ECF No. 255-8, US1322-1324, 201) | | | Yes | | | |
| 26 | CB | 84 | Emails between Heather Beam (EDR Investigator/Counselor) and Caryn Strickland (Plaintiff) (US0344-0346, US0431-0432, US1428) | | | Yes | | | |
| 27 | CF | 88 | Emails between James Ishida (Circuit Executive/EDR Coordinator) and Caryn Strickland (Plaintiff) (US1958-1960) | | | Yes | | | |
| 28 | CG | 89 | Emails between James Ishida (Circuit Executive/EDR Coordinator) and Caryn Strickland (Plaintiff) (US2049-2050) | | | Yes | | | |
| 29 | CM | 97 | Emails between James Ishida (Circuit Executive/EDR Coordinator) and Cooper Strickland (Plaintiff) (US0754-0755) | | | Yes | | | |
| 30 | DV | 119 | Request for Disqualification and a Stay of the Prior Investigation (US00000856-57) | | | Yes | | | |
| 31 | EC | 121 | Renewed Request for Disqualification (PLTF002654-58) | | | Yes | | | |
| 32 | EM | 122 | Emails between Joshua Carpenter and Heather Beam (US00002803-08) | | | Yes | | | |
| 33 | FD | 124 | Email from Anthony Martinez to Joshua Carpenter (US00004155-62) | | | Yes | | | |
| 34 | FP | 125 | Caryn Strickland's Federal Judicial Branch Application for Employment (US00005353-58) | | | Yes | | | |
| 35 | GS | 127 | Notes written by Jill Langley about her Feb. 14, 2019 conversation with Caryn Strickland (US00005445-47) | | | Yes | | | |
| 36 | HA | 128 | Texts between J.P. Davis and Anthony Martinez (US00006640) | | | Yes | | | |
| 37 | HQ | 111 | Emails between Caryn Strickland and Nancy Dunham (Defs' Exh. 21; US1065-66, US1074-78) See ECF No. 357. | | | Yes | | | |
| 38 | HR | 112 | Texts between J.P. Davis and Erin Taylor (Defs' Exh. 126; US6380-88) See ECF No. 357. | | | Yes | | | |
| 39 | HS | 113 | Email from Joshua Carpenter to Anthony Martinez (Defs' Exh. 52; US2809-12) See ECF No. 358. | | | Yes | | | |
| 40 | HT | 114 | Email from J.P. Davis to Anthony Martinez (Defs' Exh. 56; US2844-49) See ECF No. 358. | | | Yes | | | |
| 41 | HU | 115 | Anthony Martinez's handwritten notes (Defs' Exh. 103; US6839-43) See ECF No. 358. | | | Yes | | | |
| 42 | HV | 116 | Email from Josh Carpenter to Anothy Martinez, J.P. Davis, William Moormann, Peter Adolf, Erin Taylor, and Holly Dixon (Defs' Exh. 128; US4715-16) See ECF No. 358. | | | Yes | | | |
| 43 | HW | 118 | Email from Caryn Strickland to James Ishida (US00000565) | | | Yes | | | |
| 44 | EO | 123 | Email from J.P. Davis to Anthony Martinez (US00002833-38) | | | Yes | | | |

Case 1:20-cv-00066-WGY   Document 376-1   Filed 12/12/23   Page 2 of 16
Page 2 of 16

JOINT EXHIBIT LIST

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| 45 | GF | 126 | Letter from James Ishida to Cooper Strickland (US00000754-801) | | | Yes | | | |
| 135 | | 4 | Defendants' First Amended Answer (ECF No. 210) | | | Yes | Yes | Before testimony | 12/11/2023 |
| 136 | | 9 | 2013 EDR Plan (ECF No. 248-3, US4536-4564) | | | Yes | Yes | Before testimony | 12/11/2023 |
| 137 | | 10 | Defendants' Objections and Responses to Plaintiff's Second Set of Requests for Admission (ECF No. 248-4) | | | Yes | Yes | Before testimony | 12/11/2023 |
| 138 | | 54 | AO DOCS Manual Federal Defender Organization Job Descriptions (ECF No. 248-15, US4956-4958, US4968-4974) | | | Yes | Yes | Before testimony | 12/11/2023 |
| 139 | | 61 | Guide to Judiciary Policy Chapter 4 (ECF No. 250-2) | | | Yes | Yes | Before testimony | 12/11/2023 |
| 140 | | 91 | Counseling Extension Order (US2047) | | | Yes | Yes | Before testimony | 12/11/2023 |
| 141 | | 94 | Plaintiff's Request for Mediation (US3138-3139) | | | Yes | Yes | Before testimony | 12/11/2023 |
| 142 | DN | O | Text messages between J.P. Davis and Caryn Strickland (US00002891-926) | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 143 | GV | CN | Caryn Strickland's handwritten notes (PLTF00744-45) | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 144 | EB | 120 | Emails between Joshua Carpenter and Caryn Strickland (PLTF004356-58) | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 145 | DM | N | Email from Caryn Strickland to Amaal Scroggins (PLTF002178-84) | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 146 | HO | CZ | 180913_1633 - audio file of recorded conversation between Amaal Scroggins and Caryn Strickland | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 147 | HP | 134 | 190117_1621_Limited Confidentiality - audio file of recorded conversation between Caryn Strickland and James Ishida | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 148 | HE | 129 | 190207_1056_Limited Confidentiality - audio file of recorded conversation between Caryn Strickland and Edward Smith | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 149 | GU | CM | Emails exchanged between Caryn Strickland and Laura Minor (PLTF00365-66) | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 150 | HN | 133 | 180809_1344 - audio file of recorded conversation between Anthony Martinez and Caryn Strickland | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 151 | HH | 117 | 180905_1042 - audio file of recorded conversation between Caryn Strickland and James Ishida | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 152 | HI | 132 | 190212_1848 - audio file of recorded conversation between Caryn Strickland and Edward Smith | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 153 | HF | 130 | 190226_1153 - audio file of recorded conversation between Caryn Strickland and Edward Smith | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 154 | HG | 131 | 190308_1019 - audio file of recorded conversation between Caryn Strickland and Edward Smith | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 155 | DX | X | Text messages between Caryn Strickland and Laura Minor (PLTF004450) | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 156 | GE | BY | Caryn Strickland's handwritten notes (PLTF688-92) | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| 157 | DZ | Z | Text messages between Caryn Strickland and Valerie Nannery (PLTF004499) | | | Yes | Yes | Caryn Strickland | 12/11/2023 |
| | ***REPEAT of EX136*** | 110 | Consolidated Equal Employment Opportunity & Employment Dispute Resolution Plan (US00004536-64) | None | None | | | | |

## JOINT EXHIBIT LIST

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | A | 1 | Plaintiff's Complaint (ECF No. 1) | None | Relevance (FRE 401, 402, 403) | | | | |
| | B | 2 | Defendants' Answer (ECF No. 127) | None | Relevance (FRE 401, 402, 403) | | | | |
| | C | 3 | Defendants' Redline Proposed First Amended Answer (ECF No. 250-9) | None | Relevance (FRE 401, 402, 403) | | | | |
| | H | 11 | Draft EDR Report of Investigator/Counselor and Cover Email (ECF No. 248-5, US1654-1661) | | Relevance (FRE 401, 402, 403) | | | | |
| | K | 14 | Draft EDR Counseling Letter (ECF No. 248-5, US1312-1315) | | Relevance (FRE 401, 402, 403) | | | | |
| | M | 16 | Anthony Martinez (Federal Defender) Deposition (ECF No. 248-6, 250-14, 255-4) | | Defendants agree to the identification of deposition designations as exhibits subject to the specific objections and counter-designations noted by Defendants in ECF No. 354-3. | | | | |
| | N | 17 | Jill Langley (Judicial Integrity Officer) Deposition (ECF No. 255-12) | | Defendants agree to the identification of deposition designations as exhibits subject to the specific objections and counter-designations noted by Defendants in ECF No. 354-3. | | | | |
| | O | 18 | Hon. Roger Gregory (Chief Judge/ EDR Presiding Officer) Deposition (ECF No. 255-2) | | Defendants agree to the identification of deposition designations as exhibits subject to the specific objections and counter-designations noted by Defendants in ECF No. 354-3. | | | | |
| | P | 19 | Ed Smith (Circuit Mediator) Deposition (ECF No. 248-9, 255-7) | | Defendants agree to the identification of deposition designations as exhibits subject to the specific objections and counter-designations noted by Defendants in ECF No. 354-3. | | | | |
| | Q | 20 | Nancy Dunham (AO FEOO) Deposition (ECF No. 255-14) | | Defendants agree to the identification of deposition designations as exhibits subject to the specific objections and counter-designations noted by Defendants in ECF No. 354-3. | | | | |
| | R | 21 | Heather Beam (EDR Investigator/Counselor) Deposition (ECF No. 248-11, 250-4, 255-15) | | Defendants agree to the identification of deposition designations as exhibits subject to the specific objections and counter-designations noted by Defendants in ECF No. 354-3. | | | | |

JOINT EXHIBIT LIST

| Trial Ex. | Internal Numbering (D) as of 12/1/2023 (ECF No. 354) | Internal Numbering (P) as of 12/11/2023 (ECF No. 375) | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
|  | S | 22 | James Ishida (Circuit Executive/ EDR Coordinator) Deposition (ECF No. 248-12, 255-3) |  | Defendants agree to the identification of deposition designations as exhibits subject to the specific objections and counter-designations noted by Defendants in ECF No. 354-3. |  |  |  |  |
|  | T | 23 | **SEALED (ECF No. 336)** Caryn Strickland (Plaintiff) Deposition (SEALED ECF No. 248-13) |  | Defendants agree to the identification of deposition designations as exhibits subject to the specific objections and counter-designations noted by Defendants in ECF No. 354-3. Defendants also object to the sealing of this despotion and note that it has not been ordered sealed by the Court. |  |  |  |  |
|  | Z | 29 | July 2018 Holly Dixon (Administrative Assistant to the Defender) Team Leader Notes with Cover Email (ECF No. 248-14, US7411-7415) |  | Incomplete (FRE 106) |  |  |  |  |
|  | AA | 30 | August 2018 James Ishida (Circuit Executive/ EDR Coordinator) AO Interference Email (ECF No. 248-14, US2558-2561) |  | Relevance (FRE 401, 402, 403); Lacks Personal Knowledge (FRE 602) |  |  |  |  |
|  | AB | 31 | Heather Beam (EDR Investigator/Counselor) Investigation Notes (ECF No. 248-14, US5947-5951) |  | Hearsay (FRE 802) |  |  |  |  |
|  | AC | 32 | Emails between Heather Beam (EDR Investigator/Counselor) and J.P. Davis (First Assistant) (ECF No. 248-14, US1357-1360) |  | Relevance (FRE 401, 402, 403) |  |  |  |  |
|  | AD | 33 | Emails between Heather Beam (EDR Investigator/Counselor) and J.P. Davis (First Assistant) (ECF No. 248-14, US1353-1354) |  | Relevance (FRE 401, 402, 403) |  |  |  |  |
|  | AE | 34 | Emails between Heather Beam (EDR Investigator/Counselor) and J.P. Davis (First Assistant) (ECF No. 248-14, US4014-4015) |  | Incomplete (FRE 106) |  |  |  |  |
|  | AF | 35 | Emails between Heather Beam (EDR Investigator/Counselor) and J.P. Davis (First Assistant) (ECF No. 248-14, US1343-1347) |  | Relevance (FRE 401, 402, 403) |  |  |  |  |
|  | AG | 36 | Emails between Heather Beam (EDR Investigator/Counselor), J.P. Davis (First Assistant), and Anthony Martinez (ECF No. 248-14; Bates No. US2822–23, 2820) |  | Relevance (FRE 401, 402, 403) |  |  |  |  |
|  | AI | 38 | December 2018 Significant Event Log (ECF No. 248-14, US4807 Native) |  | Lacks Personal Knowledge (FRE 602); Hearsay (FRE 802) |  |  |  |  |
|  | AJ | 39 | January 2019 Heather Beam (EDR Investigator/Counselor) Disqualification Email (ECF No. 248-14, US1382-1383) |  | Relevance (FRE 401, 402, 403) |  |  |  |  |
|  | AK | 40 | Emails between Caryn Strickland (Plaintiff) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 248-14, 248-15, US1635-1639) |  | Incomplete (FRE 106) |  |  |  |  |

JOINT EXHIBIT LIST

| Trial Ex. | Internal Numbering (D) as of 12/1/2023 (ECF No. 354) | Internal Numbering (P) as of 12/11/2023 (ECF No. 375) | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | AN | 43 | Emails between Caryn Strickland (Plaintiff) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 248-14, 248-15, US4714) | | Relevance (FRE 401, 402, 403) | | | | |
| | AS | 48 | March 2019 Heather Beam (EDR Investigator/Counselor) "True Pain" Email (ECF No. 248-15, US4025-4026) | | Relevance (FRE 401, 402, 403) | | | | |
| | AX | 53 | August 2018 Backdated AO Form 51 (ECF No. 248-15, US3411-3412) | | Relevance (FRE 401, 402, 403) | | | | |
| | AY | 55 | Federal Judicial Center "Preventing Workplace Harassment for Court Staff" Resource (ECF No. 248-15, US7017-7021) | None | Incomplete (FRE 106); Relevance (FRE 401, 402, 403) | | | | |
| | AZ | 56 | Emails between Caryn Strickland (Plaintiff) and Nancy Dunham (AO FEOO) (ECF No. 248-15, US1056-1059) | | Relevance (FRE 401, 402, 403); Hearsay (FRE 802) | | | | |
| | BA | 57 | Excerpts of Audio Recordings of Heather Beam (EDR Investigator/Counselor), James Ishida (Circuit Executive/ EDR Coordinator), and Ed Smith (Circuit Mediator) (ECF No. 248 Exh. O [Conventional Filing, ECF No. 173]; ECF 255-11; Bates No. US7615–16, 7647–49, 7654–56, 7675, 7693–96, 7709, 7730–31, 7733–34, 7989–90, 7992, 8044–45, 8068–69, 8077, 8089–90, 8103–04, 8129, 8201–02, 8206–08, 8219–21, 8263, 8283–84, 8336, 8386, 8470–71, 8516–17, 8588 [Defendants' Transcripts]) | | Incomplete (FRE 106). | | | | |
| | BB | 58 | FDO EDR Complaints (ECF 248-16; Defendants' Objections and Responses to Plaintiff's Third Set of Interrogatories, Bates No. US5384–89, 7448–49, 7426–47, 7451–53, 7421–25, 7513–16, 7544–47, 7542, 7529–30, 7454–56, 7508–12, 7504–07, 5551–58, 4008–10) | | Relevance (FRE 401, 402, 403); Hearsay (FRE 802). Defendants have filed a motion in limine, ECF No. 330, that sets forth a fulsome discussion of these objections. | | | | |
| | BC | 59 | Thomas Expert Report and Declaration (ECF No. 248-17) | | Relevance (FRE 401, 402, 403); Improper Expert Testimony (FRE 702); Hearsay (FRE 802). Defendants have filed a motion in limine, ECF No. 323, that sets forth a fulsome discussion of these objections. | | | | |
| | BD | 60 | March 2023 Albrecht Expert Report and Declaration (ECF No. 248-18) | | Relevance (FRE 401, 402, 403); Improper Expert Testimony (FRE 702); Hearsay (FRE 802). Defendants have filed a motion in limine, ECF No. 334, that sets forth a fulsome discussion of these objections. | | | | |
| | BE | A | White Expert Report (ECF No. 250-1) | Cond.; 602; 701/702/703 /704; 801/802; 1001-1004; E | | | | | |
| | BF | 62 | WDNC FDO EDR Plan (ECF No. 250-3) | None | Relevance (FRE 401, 402, 403). Defendants also object to the extent that this exhibit has no Bates numbers and it is unclear whether this document was produced in discovery. | | | | |

Case 1:20-cv-00066-WGY   Document 376-1   Filed 12/12/23   Page 6 of 16
Page 6 of 16

JOINT EXHIBIT LIST

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | BG | 63 | 181005_1434 Heather Beam (EDR Investigator/Counselor) Audio Transcript (ECF No. 250-5, US7730-7731, US7863, US7992) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | BH | 64 | January 2023 Kolsky Discovery Letter (ECF No. 250-6) | None | Relevance (FRE 401, 402, 403). | | | | |
| | BI | 65 | January 2023 and March 2023 Strickland Discovery Emails (ECF No. 250-8) | | Relevance (FRE 401, 402, 403). | | | | |
| | BJ | 66 | Defendants' Objections and Responses to Plaintiff's Requests for Production (ECF No. 250-10) | None | Relevance (FRE 401, 402, 403); Incomplete (FRE 106). | | | | |
| | BK | 67 | 190226_1153 Ed Smith (Circuit Mediator) Audio Transcript (ECF No. 250-11, US8470-8471, US8507-8522, US8527-8528, US8588) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | BL | 68 | 190308_1019 Ed Smith (Circuit Mediator) Audio Transcript (ECF No. 250-12, US8618-8619, US8691-8698, 8700) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | BM | 69 | 2019 Employment Dispute Resolution Interpretative Guide & Handbook (ECF No. 250-13) | None | Relevance (FRE 401, 402, 403) | | | | |
| | BN | 70 | **SEALED (ECF No. 253)** Other EDR Complaint Investigation Report Attachment (ECF No. 250-16, US7497-7500) | | Relevance (FRE 401, 402, 403); Hearsay (FRE 802). Defendants have filed a motion in limine, ECF No. 330, that sets forth a fulsome discussion of these objections. | | | | |
| | BO | 71 | 190117_1621 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (ECF No. 255-1, US8201-8202, US8212-8223, US8263) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |

JOINT EXHIBIT LIST

| Trial Ex. | Internal Numbering (D) as of 12/1/2023 (ECF No. 354) | Internal Numbering (P) as of 12/11/2023 (ECF No. 375) | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | BP | 72 | 180905_1042 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (ECF No. 255-5, US7615-7616, US7654-7656, US7667, US7670-7671, US7675) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | BS | 75 | 190109_1116 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (ECF No. 255-9; Bates No. US8151–52, 8154–58, 8164–74, 8187) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | BT | 76 | Lessons From a Circuit Mediator Slideshow (ECF No. 255-10, US3580-3602) | | Relevance (FRE 401, 402, 403); Lacks Personal Knowledge (FRE 602) | | | | |
| | BU | 77 | 180913_1633 AO FEOO Staff Attorney Audio Transcript (ECF No. 255-13, US8782-8783, US8813-8823, US8848) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | BV | 78 | 181109_1540 Heather Beam (EDR Investigator/Counselor) Audio Transcript (ECF No. 255-16, US8044-8045, US8066-8069, US8077) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | BW | 79 | Albrecht Expert Report Supporting Documentation (ECF No. 255-17) | | Relevance (FRE 401, 402, 403); Improper Expert Testimony (FRE 702); Hearsay (FRE 802). Defendants have filed a motion in limine, ECF No. 334, that sets forth a fulsome discussion of these objections. | | | | |

JOINT EXHIBIT LIST

| Trial Ex. | Internal Numbering (D) as of 12/1/2023 (ECF No. 354) | Internal Numbering (P) as of 12/11/2023 (ECF No. 375) | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | BX | 80 | 180809_1344 Anthony Martinez (Federal Defender) Audio Transcript (US7563-7566, US7573-7603) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | BY | 81 | 180918_0845 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (US7693-7694, US7696-7709) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | BZ | 82 | 181005_1434 Heather Beam (EDR Investigator/Counselor) Audio Transcript (US7730-7731, US7735, US7887, US7961-7963, US7973-7975, US7992) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | CA | 83 | 181109_1540 Heather Beam (EDR Investigator/Counselor) Audio Transcript (US8044-8045, US8050-8053, US8058-8059, US8061-8063, US8065-8066, US8068-8069, US8071-8075, US8077) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | CC | 85 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (US0476) | | Relevance (FRE 401, 402, 403) | | | | |
| | CD | 86 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (US1611-1614) | | Incomplete (FRE 106) | | | | |
| | CE | 87 | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (US1640) | | Incomplete (FRE 106) | | | | |
| | CH | 90 | 181127_1711 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (US8089-8090, US8092-8094, US8097-8108, US8110-8124, US8129) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |

JOINT EXHIBIT LIST

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | CI | 92 | 190109_1116 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (US8151-8152, US8185, US8187) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | CJ | 93 | 190117_1621 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (US8201-8216, US8222-8929, US8235-8237, US8250-8257, US8263) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | CK | 95 | 190207_1056 Ed Smith (Circuit Mediator) Audio Transcript (US8283-8286, US8294-8296, US8306, US8317, US8321-8332, US8336, US8357-8358, US8365, US8382, US8386) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | CL | 96 | 190212_1848 Ed Smith (Circuit Mediator) Audio Transcript (US8417-8442, US8445-8447, US8449-8454, US8456) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | CN | 98 | 190226_1153 Ed Smith (Circuit Mediator) Audio Transcript (US8470-8471, US8473-8475, US8480-8487, US8489-8491, US8532-8559, US8564-8566, US8588) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | CO | 99 | 190308_1019 Ed Smith (Circuit Mediator) Audio Transcript (US8618-8619, US8674-8675, US8700) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |

JOINT EXHIBIT LIST

| Trial Ex. | Internal Numbering (D) as of 12/1/2023 (ECF No. 354) | Internal Numbering (P) as of 12/11/2023 (ECF No. 375) | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | CP | 100 | 190507_1621 James Ishida (Circuit Executive/ EDR Coordinator) Audio Transcript (US8745-8746, US8754-8771) | | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |
| | CQ | 101 | Emails between William Moormann (Administrative Officer) and AO HR Officials (US2705-2708) | | Relevance (FRE 401, 402, 403) | | | | |
| | CR | 102 | Defendants' March 2023 and April 2023 Privilege Log for Defendants' Production | None | Relevance (FRE 401, 402, 403) | | | | |
| | CS | 103 | WDNC FDO 2024 AFD Job Postings | None | Untimely; Defendants object that Plaintiff did not identify this exhibit by Bates number or otherwise by the deadline to disclose trial exhibits, and that it was not produced in discovery. *See* FRCP 26(e). | | | | |
| | CT | 104 | AOWeb and UVM Articles regarding Caryn Devins Strickland's "dream job" as a federal public defender | None | Untimely; Defendants object that Plaintiff did not identify this exhibit by Bates number or otherwise by the deadline to disclose trial exhibits, and that it was not produced in discovery. *See* FRCP 26(e). Hearsay (FRE 802). | | | | |
| | CU | 105 | July 2023 Albrecht Expert Report and Declaration (EA0181-0194) | | Relevance (FRE 401, 402, 403); Improper Expert Testimony (FRE 702); Hearsay (FRE 802). Defendants have filed a motion in limine, ECF No. 334, that sets forth a fulsome discussion of these objections. | | | | |
| | CV | 106 | 181221_0937 FDO all-staff meeting Audio Transcript (US8144-8150) | | Relevance (FRE 401, 402, 403). Because it is unclear whether Plaintiff made this recording, Defendants object under FRE 901. Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | | | | |

**JOINT EXHIBIT LIST**

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | CW | 107 | Ethics advice provided by NC Bar restricting Plaintiff's ability to practice in federal court within the Fourth Circuit (ECF No. 204-3) | | Untimely; Defendants object that Plaintiff did not identify this exhibit by Bates number or otherwise by the deadline to disclose trial exhibits, and that it was not produced in discovery. See FRCP 26(e). Hearsay (FRE 802). | | | | |
| | CX | 108 | Vida Thomas (Workplace Investigations Expert) Deposition and Deposition Exhibit 1 (Expert Report) | None | Relevance (FRE 401, 402, 403); Improper Expert Testimony (FRE 702); Hearsay (FRE 802). Defendants have filed a motion in limine, ECF No. 323, that sets forth a fulsome discussion of these objections. Defendants also object to this exhibit as untimely, since Plaintiff did not disclose it until November 27, 2023 and it was not disclosed in the parties' joint pre-trial statement (ECF No. 259) or in Plaintiff's updated exhibit list (ECF No. 269). | | | | |
| | CY | 109 | Gary Albrecht, PhD (Lost Earnings Expert) Deposition and Deposition Exhibits 1 (Expert Report and Supporting Materials) and 3 (North Carolina Office of Indigent Defense Services Report) | None | Relevance (FRE 401, 402, 403); Improper Expert Testimony (FRE 702); Hearsay (FRE 802). Defendants have filed a motion in limine, ECF No. 334, that sets forth a fulsome discussion of these objections. Defendants also object to this exhibit as untimely, since Plaintiff did not disclose it until November 27, 2023 and it was not disclosed in the parties' joint pre-trial statement (ECF No. 259) or in Plaintiff's updated exhibit list (ECF No. 269). | | | | |
| | CZ | B | Emails between Caryn Strickland and J.P. Davis (US00005731-33) | Cond.; 402; 403; 801/802; F; potentially privileged | | | | | |
| | DA | C | Email from J.P. Davis to Caryn Strickland (US00006346) | Cond; 106 (does not include entire document); 801/802 | | | | | |
| | DB | (not listed) | Emails between Caryn Strickland and J.P. Davis (US00007551-54) | Cond; 106 (does not include entire document); 801/802 | | | | | |
| | DC | E | Emails between J.P. Davis and Caryn Strickland (US00000091) | Cond.; 106 (does not include entire document); 801/802 | | | | | |

**JOINT EXHIBIT LIST**

| Trial Ex. | Internal Numbering (D) as of 12/1/2023 (ECF No. 354) | Internal Numbering (P) as of 12/11/2023 (ECF No. 375) | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | DD | (not listed) | Texts between J.P. Davis and Caryn Strickland (US00006037) | Cond.; 106 (does not include entire document); 801/802 | | | | | |
| | DE | (not listed) | Emails between Caryn Strickland and J.P. Davis (US00006628-30) | Cond.; 106 (does not include entire document); 801/802; F | | | | | |
| | DF | H | Text message from Anthony Martinez to J.P. Davis (US00006636) | Cond.; 801/802; 901; F | | | | | |
| | DG | (not listed) | Email from James Ishida to Anthony Martinez (US00002860-63) | Cond.; 801/802; 901; F | | | | | |
| | DH | J | Emails between Caryn Strickland and Nancy Dunham (US00000974-79) | Cond.; 801/802; F | | | | | |
| | DI | (not listed) | Emails between Caryn Strickland and James Ishida (PLTF000496; US0000501-07) | Cond.; 106 (attachments not included); 801/802 | | | | | |
| | DJ | K | Emails between James Ishida and Edward Smith (US00001322-24) | Cond.; 801/802; 901 | | | | | |
| | DK | L | Email from Caryn Strickland to James Ishida (US00003300) | Cond.; 403; F | | | | | |
| | DL | M | Counselor's Report (US00002293, 1244–1311) | Cond.; 106 (does not include attachments to report); 403; 602; 701; 801/802; 901; 1001-1004; E | | | | | |
| | DO | P | Emails between Caryn Strickland to J.P. Davis (US00006403) | Cond.; 402; 403; 801/802; F | | | | | |
| | DP | Q | Email from Caryn Strickland to J.P. Davis (US00006405-06) | Cond.; 402; 403; 801/802; F; potentially privileged | | | | | |
| | DQ | R | Emails between Caryn Strickland and Nancy Dunham (US00001074-78) | Cond.; 106 (does not include attachments referenced in email chain); F | | | | | |
| | DR | S | Emails between Caryn Strickland and James Ishida (US00003380-83) | Cond.; 106 (does not include attachment); 403; 801/802; F | | | | | |
| | DS | T | Emails between James Ishida and Caryn Strickland (US00001402-06) | Cond.; 106 (does not include attachments); 403; 801/802; F | | | | | |
| | DT | U | Emails between Heather Beam and James Ishida (US00005361-63) | Cond.; 801/802; 901; F | | | | | |
| | DU | V | Emails between James Ishida and Edward Smith (US00000307-08) | Cond.; 106 (does not include attachment); 801/802; 901; F | | | | | |
| | DW | W | Email from James Ishida to Heather Beam (US00001421-23) | Cond.; 403; 801/802; 901; F | | | | | |
| | DY | Y | Email from James Ishida to Heather Beam (US00000405) | Cond.; 106 (does not include attachment); 602; 701; 801/802; 901; E; F | | | | | |
| | EA | AA | Letter from James Ishida to Anthony Martinez (US00004263-67) | Cond.; 106 (does not include cover email); 403; 602; 701; 801/802; E | | | | | |
| | ED | (not listed) | Emails between James Ishida and Caryn Strickland (US00000824-27) | Cond.; 106 (does not include attachment); 801/802; F | | | | | |
| | EE | AC | Email from James Ishida to Caryn Strickland (US00000303) | Cond.; 106 (does not include attachment); 801/802 | | | | | |
| | EF | (not listed) | Emails between Caryn Strickland and James Ishida (US00003121-26) | Cond.; 602; 801/802; F | | | | | |
| | EG | AE | Email from James Ishida to Caryn Strickland (US00002517-18) | Cond.; 801/802; F | | | | | |
| | EH | AF | Emails between James Ishida and Caryn Strickland (PLTF002330-35) | Cond.; 801/802; 1001-1004; F; UT | | | | | |
| | EI | AG | Email between James Ishida and Caryn Strickland (PLTF002187-89) | Cond.; 801/802; 1001-1004; F; UT | | | | | |

JOINT EXHIBIT LIST

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
| | EJ | AH | Emails between Valerie Farr and William Moorman (US00002714-15) | Cond.; 106 (does not include full email chain); 403; 602; 801/802; 901; 1001-1004; F | | | | | |
| | EK | AI | Telework Agreement for Caryn Strickland (US00002767-70) | Cond.; 106 (cover email not included); 402; 403; 801/802; F; Pl home address not redacted | | | | | |
| | EL | AJ | Email from Anthony Martinez to AllStaff@fd.org (US00002786-89) | Cond.; 106 (attachment not included); 801/802; 1001-1004; F | | | | | |
| | EN | AK | Emails between Joshua Carpenter and Holly Dixon (US00002810-12; US00007413-15) | Cond.; 106 (does not include attachment); 403; 602; 701; 801/802; 901; F | | | | | |
| | EP | AL | Email from James Ishida to Anthony Martinez (US00002866-67) | Cond.; 701; 801/802; 901; F | | | | | |
| | EQ | AM | Offer Letter for Attorney Position from Ross Richardson (US00002870) | Cond.; 106 (cover email not included); Pl home address not redacted | | | | | |
| | ER | AN | Form SF50s - Notification of Personnel Action of Caryn Strickland (US00002871-90) | Cond.; 402; 403; 801/802; 901; 1001-1004; F; Pl social security number, date of birth, home address not redacted | | | | | |
| | ES | AO | Email from Caryn Strickland to J.P. Davis (US00003037) | Cond.; 402; 403; F | | | | | |
| | ET | AP | Employee Manual Receipt (US00003431) | Cond.; 602; 801/802; F | | | | | |
| | EU | AQ | Form AO52 - Request for Personnel Action of Caryn Strickland (effective date) (US00003454-55) | Cond; 106; 402; 403; 801/802; 901; 1001-1004; F (form is not signed or the version that was submitted); PL social security number, date of birth, home address not redacted | | | | | |
| | EV | AR | Email from J.P. Davis to W. Kelly Johnson (US00003971) | Cond.; 403; 801/802; 901; F | | | | | |
| | EW | AS | Emails between Anthony Martinez and Caryn Strickland (US00003980-81) | Cond.; 801/802 | | | | | |
| | EX | AT | Emails between J.P. Davis and Caryn Strickland (US00003982-84) | Cond; 403; 701; 801/802; potentially privileged | | | | | |
| | EY | AU | Significant Event Log (US00003985) | Cond.; 602; 801/802; 901; potentially privileged | | | | | |
| | EZ | AV | Emails between Delani Farrar and Caryn Strickland (US00004004-06) | Cond.; 402; 801/802; 901; F | | | | | |
| | FA | AW | Email from J.P. Davis to Heather Beam (US00004014-15, US00004020-21) | Cond.; 106 (attachment not included); 701; 801/802; 901; F | | | | | |
| | FB | AX | Email from Bill Moormann to Anthony Martinez (US00004077-80) | Cond.; 106 (cover email and attachment not included); 403; 602; 701; 801/802; 901 (US4080 appears to be an altered version of original document); 1001-1004; F | | | | | |
| | FC | AY | Emails between William Moormann and Anthony Martinez (US00004148-49) | Cond.; 403; 602; 701; 801/802; 901; 1001-1004; F | | | | | |
| | FE | AZ | Emails between Anthony Martinez and Caryn Strickland (US00004261-62) | Cond.; 601; 403; 801/802; 901 (email is altered/inauthentic); 1001-1004; F | | | | | |
| | FF | BA | Email from J.P. Davis to Anthony Martinez (US00004575-76) | Cond; 403; 602; 701; 801/802; 901; F; potentially privileged | | | | | |

## JOINT EXHIBIT LIST

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
|  | FG | BB | Email from J.P. Davis to himself (US00004584-85) | Cond; 403; 602; 801/802; 901; 1001-1004; F; potentially privileged |  |  |  |  |  |
|  | FH | BC | Email from J.P. Davis to Caryn Strickland (US00004586) | Cond; 801/802 |  |  |  |  |  |
|  | FI | BD | Email from Caryn Strickland to Anthony Martinez (US00004587) | Cond.; 402 |  |  |  |  |  |
|  | FJ | BE | New Attorney Shadowing Checklist (US00004706-07) | Cond., 402; 403; 901; F; 1001-1004 |  |  |  |  |  |
|  | FK | BF | Email from Caryn Strickland to J.P. Davis (US00004719) | Cond.; 106 (does not include attachment); 403; F |  |  |  |  |  |
|  | FL | BG | Emails between Jared Martin to Anthony Martinez (US00004880) | Cond.; 801/802; 901; F |  |  |  |  |  |
|  | FM | BH | Email from Joshua Carpenter to Anthony Martinez (US00004885) | Cond.; 403; 602; 801/802; 901; F; potentially privileged |  |  |  |  |  |
|  | FN | BI | Emails between Caryn Strickland and Anthony Martinez (US00004887-88) | Cond; 402; 403; 801/802; F; potentially privileged |  |  |  |  |  |
|  | FO | BJ | Emails between Caryn Strickland and Anthony Martinez (US00004889-90) | Cond, 402; 801/802; F |  |  |  |  |  |
|  | FQ | BK | Emails between Caryn Strickland and Jill Langley (US00005390-92) | Cond.; 701; 801/802 |  |  |  |  |  |
|  | FR | BL | Evidence guide from J.P. Davis to Heather Beam (US00006252-62) | Cond.; 106 (does not include "cheat sheet"); 402; 403; 404/405; 602; 608/609; 611; 701; 801/802; 901; 1001-1004; F; potentially privileged |  |  |  |  |  |
|  | FS | BM | Short timeline written by J.P. Davis (US00006265-76) | Cond.; 403; 404/405; 602; 608/609; 611; 701; 801/802; 901; 1001-1004; F |  |  |  |  |  |
|  | FT | BN | Summary of meetings and meeting requests by J.P. Davis (US00006277) | Cond.; 106; 403; 801/802; 901; F; potentially privileged |  |  |  |  |  |
|  | FU | BO | Text messages between Caryn Strickland and Anthony Martinez (US00006319-20) | Cond.; 403; 801/802; F |  |  |  |  |  |
|  | FV | BP | Caryn Strickland Time History Report (US00006331-35) | Cond.; 402; 403; 801/802; 901; F |  |  |  |  |  |
|  | FW | BQ | Text messages between J.P. Davis and Erin Taylor (US00006360-61) | Cond.; 106 (does not include complete text message chain); 403; 801/802; 901; F |  |  |  |  |  |
|  | FX | BR | Text messages between Phil L. and J.P. Davis (US00006389-92) | Cond, 403; 602; 701; 801/802; 901; F |  |  |  |  |  |
|  | FY | BS | Emails between Anthony Martinez and J.P. Davis (US00006621-27) | Cond.; 602; 701; 801/802; 901; F; potentially privileged |  |  |  |  |  |
|  | FZ | BT | J.P. Davis's handwritten notes (US00006631) | Cond.; 403; 602; 701; 801/802; 901; F |  |  |  |  |  |
|  | GA | BU | Caryn Strickland's I-9 and eOPF (US00006740-838) | Cond.; 402; 403; 801/802; 901; F; Pl social security number, passport number, home addresses, birth date not redacted |  |  |  |  |  |
|  | GB | BV | Caryn Strickland Time History Report (US00006847-51) | Cond.; 402; 403; 801/802; 901; F |  |  |  |  |  |
|  | GC | BW | J.P. Davis Time History Report (US00006872-77) | Cond. 402; 403; 801/802; 901; F |  |  |  |  |  |
|  | GD | BX | Caryn Strickland's handwritten notes (PLTF22-23) | Cond.; 403; 404/405; 608/609; 801/802; F; 1001-1004, UT |  |  |  |  |  |
|  | GG | BZ | Email from James Ishida to Juval Scott (US00000202) | Cond.; 801/802; 901; F |  |  |  |  |  |
|  | GH | CA | Emails between Edward Smith and Caryn Strickland (US00000325) | Cond.; 403; 602; 701; 801/802; F |  |  |  |  |  |

Case 1:20-cv-00066-WGY    Document 376-1    Filed 12/12/23    Page 15 of 16
Page 15 of 16

**JOINT EXHIBIT LIST**

| Trial Ex. | Internal Numbering (D) as of 12/1/2023 (ECF No. 354) | Internal Numbering (P) as of 12/11/2023 (ECF No. 375) | Description of Exhibit | Plaintiff's Objections | Defendants' Objections | Marked [Yes/No] | Admitted [Yes/No] | Offered through Witness | Date Admitted |
|---|---|---|---|---|---|---|---|---|---|
|  | GI | CB | Emails between William Moormann and Heather Beam (US00000388-89) | Cond.; 403; 602; 701; 801/802; 901; 1001-1004; F |  |  |  |  |  |
|  | GJ | CC | Email from Heather Beam to Caryn Strickland (US00000462) | Cond.; 801/802 |  |  |  |  |  |
|  | GK | CD | Emails between James Ishida and Alison Rushing (US00000483-84) | Cond.; 801/802; 901; F |  |  |  |  |  |
|  | GL | (not listed) | Emails between Caryn Strickland, James Ishida and Anthony Martinez (US000002546-48) | Cond.; 403; 602; 701; 801/802; 901; F |  |  |  |  |  |
|  | GM | CF | Emails between Nancy Dunham and Caryn Strickland (US00001149) | Cond.; 403; 801/802; F |  |  |  |  |  |
|  | GN | CG | Emails between Edward Smith and James Ishida (US00001339) | Cond.; 801/802; 901; F |  |  |  |  |  |
|  | GO | CH | Email from James Ishida to Caryn Strickland (US00001386-87) | Cond.; 106 (does not include attachment); 801/802; F |  |  |  |  |  |
|  | GP | CI | Emails between James Ishida and Caryn Strickland (US00001389-95) | Cond.; 106 (attachments not included); 602; 701; 801/802; F |  |  |  |  |  |
|  | GQ | CJ | Email from James Ishida to Heather Beam (US00001417) | Cond.; 801/802; 901; F |  |  |  |  |  |
|  | GR | CK | Texts between J.P. Davis and Erin Taylor (US00006380) | Cond.; 106 (does not include full text message chain); 403; 602; 701; 801/802; 901; F; potentially privileged |  |  |  |  |  |
|  | GT | CL | Caryn Strickland's handwritten notes (PLTF0033-34) | Cond.; 106 (does not include full set of notes);403; 404/405, 608/609; 801/802; F |  |  |  |  |  |
|  | GW | CO | Caryn Strickland's handwritten notes (PLTF00750-56) | Cond.; 106; 403; 404/405, 608/609; 801/802; 1001-1004; F; UT |  |  |  |  |  |
|  | GX | CP | Emails between Caryn Strickland and Heather Beam (US00000352) | Cond.; 801/802; F |  |  |  |  |  |
|  | GY | CQ | Texts between Erin Taylor and J.P. Davis (US00006348-56) | Cond.; 106 (does not include full text message chain); 402; 403; 602; 701; 801/802; 901; F; potentially privileged |  |  |  |  |  |
|  | GZ | CR | Text from J.P. Davis to Anthony Martinez (US00006362) | Cond.; 402; 403; 602; 801/802; 901; F; potentially privileged |  |  |  |  |  |