IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF ERRATA**

At the Court's instruction, the parties met and conferred on Tuesday, December 12 about the exhibit list to create a single unified list. Counsel for Defendants took the lead in drafting the revised exhibit list. Regrettably, due to a technical error, when Defendants converted their excel version of the joint exhibit list to Adobe PDF, several exhibits at the end of the excel chart were inadvertently cut off, exhibits HB-HM. At trial on December 18, 2023, Defendants sought to admit a subset of these exhibits, HB-HD. Defendants understand that the Court conditionally admitted those exhibits on the condition that they were disclosed. Defendants now confirm for the Court that the exhibits were listed in the parties' joint pretrial filing, *see* ECF No. 259-1 (previously listed as Defendants' Exhibits 138-140)[1], in the list Defendants filed on ECF on December 1, 2023, *see* ECF No. 354-1 at 11, and in the courtesy paper copies Defendants sent to the Court. Defendants apologize for this technical error and hereby file a complete Adobe PDF printout of the parties' joint exhibit list as it existed on December 12, 2023. *See* Exhibit A.

---

[1] HD was previously labeled as Defendants' Exhibit 140, HB as Exhibit 138, and HC as Exhibit 139 in the joint pretrial filing. *See* ECF 259-1 at 13.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

JOSHUA KOLSKY
Senior Trial Counsel

*/s/ Danielle Young*
DANIELLE YOUNG (TX Bar. No 24098649)
DOROTHY CANEVARI
MADELINE MCMAHON
Trial Attorneys, Federal Programs Branch
U.S. Department of Justice, Civil Division