# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

**NOTICE REGARDING TRIAL TRANSCRIPTS**

On December 4, 2023, Defendants sent an email to the Courtroom Clerk requesting permission to retain a private court reporter to make unofficial transcripts of the trial in this case. The Court gave Defendants permission to do so on December 7, 2023. Plaintiff mentioned Defendants' intent to hire a court reporter in her Notice of Request for Sequestration of Witnesses, ECF No. 373 at 2, and, on the first day of trial, Plaintiff requested copies of Defendants' court reporter's transcripts.[1] Defendants, however, were unable to locate a court reporter available to prepare daily transcripts. Defendants hereby file this notice to clarify that they were unable to retain a private court reporter and therefore do not possess unofficial transcripts of the trial.

In addition, Defendants have requested a copy of the official trial transcript from the official court reporter. The court reporter advised Defendants that he would be unable to provide a copy before the January 4, 2023 closing argument, and it is unclear when the trial transcript will be available. Accordingly, Defendants intend to rely on their notes of the trial to prepare for the closing argument and to draft post-trial proposed findings of fact and conclusions of law.

---

[1] Because Defendants do not have access to a transcript of the proceedings, they are relying upon their notes and recollection of the trial to make this representation.

Dated: December 21, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

JOSHUA KOLSKY
Senior Trial Counsel

*/s/ Dorothy Canevari*
DOROTHY CANEVARI
(NY Bar No. 5989694)
MADELINE MCMAHON
DANIELLE YOUNG
Trial Attorneys, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 11507
Washington, DC 20001
Tel.: (202) 616-8040
Email: dorothy.m.canevari@usdoj.gov

*Counsel for Defendants*