# Attachment 1

| Trial Ex. | *Internal Numbering (D) as of 12/1/2023 (ECF No. 354)* | *Internal Numbering (P) as of 12/11/2023 (ECF No. 375)* | Description of Exhibit | Defendants' Objections (ECF Nos. 354, 376) | Plaintiff's Response (ECF No. 378) | Defendants' Response |
|---|---|---|---|---|---|---|
| | BA, BY | 57, 81 | 180918_0845 - audio file of recorded conversation between James Ishida and Caryn Strickland | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | If Defendants identify documents that should be included on Rule 106 grounds, Plaintiff will consider appending the documents or portions of documents they identified. Plaintiff does not object to the admission of the original audio recording with the use of the transcript as an aid to the Court in reviewing the recording. If that is the solution the Court would prefer, Plaintiff will submit the audio recordings as exhibits. Until Plaintiff receives further guidance from the Court, she has continued to refer to the audio recordings using her internal exhibits in the proposed findings of fact and conclusion of law. | Defendants will provide the Court and Plaintiff with the full version of this audio recording and a transcript of the recording to use as a litigation aid. |
| | BA, BG, BZ | 57, 63, 82 | 181005_1434 - audio file of recorded conversation between Heather Beam and Caryn Strickland | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | If Defendants identify documents that should be included on Rule 106 grounds, Plaintiff will consider appending the documents or portions of documents they identified. Plaintiff does not object to the admission of the original audio recording with the use of the transcript as an aid to the Court in reviewing the recording. If that is the solution the Court would prefer, Plaintiff will submit the audio recordings as exhibits. Until Plaintiff receives further guidance from the Court, she has continued to refer to the audio recordings using her internal exhibits in the proposed findings of fact and conclusion of law. | Defendants will provide the Court and Plaintiff with the full version of this audio recording and a transcript of the recording to use as a litigation aid. |
| | BA, BV, CA | 57, 78, 83 | 181109_1540 - audio file of recorded conversation between Heather Beam and Caryn Strickland | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | If Defendants identify documents that should be included on Rule 106 grounds, Plaintiff will consider appending the documents or portions of documents they identified. Plaintiff does not object to the admission of the original audio recording with the use of the transcript as an aid to the Court in reviewing the recording. If that is the solution the Court would prefer, Plaintiff will submit the audio recordings as exhibits. Until Plaintiff receives further guidance from the Court, she has continued to refer to the audio recordings using her internal exhibits in the proposed findings of fact and conclusion of law. | Defendants will provide the Court and Plaintiff with the full version of this audio recording and a transcript of the recording to use as a litigation aid. |

| | | | | | |
|---|---|---|---|---|---|
| BA, CH | 57, 90 | 181127_1711 - audio file of recorded conversation between James Ishida and Caryn Strickland | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | If Defendants identify documents that should be included on Rule 106 grounds, Plaintiff will consider appending the documents or portions of documents they identified. Plaintiff does not object to the admission of the original audio recording with the use of the transcript as an aid to the Court in reviewing the recording. If that is the solution the Court would prefer, Plaintiff will submit the audio recordings as exhibits. Until Plaintiff receives further guidance from the Court, she has continued to refer to the audio recordings using her internal exhibits in the proposed findings of fact and conclusion of law. | Defendants will provide the Court and Plaintiff with the full version of this audio recording and a transcript of the recording to use as a litigation aid. |
| BS, CI | 75, 92 | 190109_1116 - audio file of recorded conversation between James Ishida and Caryn Strickland | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | If Defendants identify documents that should be included on Rule 106 grounds, Plaintiff will consider appending the documents or portions of documents they identified. Plaintiff does not object to the admission of the original audio recording with the use of the transcript as an aid to the Court in reviewing the recording. If that is the solution the Court would prefer, Plaintiff will submit the audio recordings as exhibits. Until Plaintiff receives further guidance from the Court, she has continued to refer to the audio recordings using her internal exhibits in the proposed findings of fact and conclusion of law. | Defendants will provide the Court and Plaintiff with the full version of this audio recording and a transcript of the recording to use as a litigation aid. |
| CP | 100 | 190507_1621 - audio file of recorded conversation between James Ishida and Caryn Strickland | Incomplete (FRE 106). Defendants also object under FRE 1002 to the use of the transcript as a trial exhibit because it is not an original recording. Defendants procured the transcript as a litigation aid for an audio recording produced by Plaintiff. | If Defendants identify documents that should be included on Rule 106 grounds, Plaintiff will consider appending the documents or portions of documents they identified. Plaintiff does not object to the admission of the original audio recording with the use of the transcript as an aid to the Court in reviewing the recording. If that is the solution the Court would prefer, Plaintiff will submit the audio recordings as exhibits. Until Plaintiff receives further guidance from the Court, she has continued to refer to the audio recordings using her internal exhibits in the proposed findings of fact and conclusion of law. | Defendants will provide the Court and Plaintiff with the full version of this audio recording and a transcript of the recording to use as a litigation aid. |
| AK | 40 | Emails between Caryn Strickland (Plaintiff) and James Ishida (Circuit Executive/ EDR Coordinator) (ECF No. 248-14, 248-15, US1635-1639) | Incomplete (FRE 106) | If Defendants identify documents that should be included on Rule 106 grounds, Plaintiff will consider appending the documents or portions of documents they identified. | Defendants will provide the Court and Plaintiff with the full version of the document. |

| | | | | | |
|---|---|---|---|---|---|
| | CD | *86* | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (US1611-1614) | Incomplete (FRE 106) | If Defendants identify documents that should be included on Rule 106 grounds, Plaintiff will consider appending the documents or portions of documents they identified. | Defendants will provide the Court and Plaintiff with the full version of the document. |
| | CE | *87* | Emails between James Ishida (Circuit Executive/ EDR Coordinator) and Caryn Strickland (Plaintiff) (US1640) | Incomplete (FRE 106) | If Defendants identify documents that should be included on Rule 106 grounds, Plaintiff will consider appending the documents or portions of documents they identified. | The full version of this exhibit is already in evidence as Trial Exhibit 161. |