# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF WITHDRAWAL** |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

Undersigned counsel respectfully moves to withdraw from further representation of Defendants in the above-captioned matter. Undersigned counsel is leaving the Department of Justice to transfer to another federal agency effective February 11, 2024. Defendants will continue to be represented by other attorneys at the Department of Justice, Joshua Kolsky, Dorothy Canevari, and Madeline McMahon, who have already entered appearances in this matter.

Date: January 29, 2024

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Danielle Young*
DANIELLE YOUNG (TX Bar. No 24098649)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division