IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**PLAINTIFF'S NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS IN THE FOURTH CIRCUIT COURT OF APPEALS**

Plaintiff respectfully notifies the Court that she has filed in the U.S. Court of Appeals for the Fourth Circuit a petition for a writ of mandamus to the U.S. District Court for the Western District of North Carolina. Pursuant to Federal Rule of Appellate Procedure 21, Plaintiff hereby provides a copy of the petition and addendum to the Court and all parties to this proceeding.

This the 23rd day of April, 2024.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Dorothy Canevari at Dorothy.m.canevari@usdoj.gov

                                    */s/ Cooper Strickland*
                                     Cooper Strickland
                                     N.C. Bar No. 43242
                                     P.O. Box 92
                                     Lynn, NC 28750
                                     Tel. (828) 817-3703
                                     cooper.strickland@gmail.com