UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

|  |  |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 1:20-00066-WGY |
| UNITED STATES, ET AL., ) | |
| ) | |
| Defendants. ) | |

YOUNG, D.J.[1]                                                                                                   May 2, 2024

**ORDER**

The renewed motion to clarify (ECF No. 410) is **GRANTED.** The Court instructs plaintiff to file her proposed findings with references to Exhibit BB under **SEAL.**

The challenge to confidentiality designation (ECF No. 412) is woefully late. It should have been made prior to trial. The plaintiff's offer of proof did not operate to waive the designation. There are no changed circumstances. The privacy interests of all parties and non-parties remain the same. The motion is **DENIED.**

---

[1] Of the District of Massachusetts, sitting by designation.

[1]

This Court will continue diligently to prepare full findings of fact and rulings of law which will cover the matters sought (belatedly) to be raised herein.

**SO ORDERED.**

/s/ William G. Young  
WILLIAM G. YOUNG  
DISTRICT JUDGE