IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-00066-WGY |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF SEALED FILING

Pursuant to Local Rule 6.1, Plaintiff hereby provides notice that she has filed under seal unredacted versions of Notices of Supplemental Authority filed on July 10, 2024. *See* ECF Nos. 419, 420. On May 2, 2024, this Court instructed Plaintiff to file her proposed findings with references to Exhibit BB, which contains "Me Too" evidence regarding other EDR complaints against the FDO, under seal, ECF No. 414, which Plaintiff did on May 3, 2024, ECF No. 415. Plaintiff's Notices of Supplemental Authority quote from the proposed findings that were filed under seal pursuant to the Court's May 2, 2024 order. Thus, Plaintiff has filed unredacted versions of those notices quoting sealed materials under seal.

This the 10th day of July, 2024.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    Dorothy Canevari at Dorothy.m.canevari@usdoj.gov

                                                */s/ Cooper Strickland*
                                                Cooper Strickland
                                                N.C. Bar No. 43242
                                                P.O. Box 92
                                                Lynn, NC 28750
                                                Tel. (828) 817-3703
                                                cooper.strickland@gmail.com