# Cooper Strickland

Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

August 6, 2024

[*Via Electronic Transmission*: tammy_hightower@ncwd.uscourts.gov]

Tammy Hightower
Court Reporter Coordinator
United States District Court
Western District of North Carolina
United States Courthouse
Charles R. Jonas Federal Building
401 West Trade Street, Room 1200
Charlotte, NC  28202

       RE:  <u>Audio Recording Request for *In re Strickland*, No. 24-1353 (4th Cir.)</u>

Dear Ms. Hightower:

I am writing to request an electronic audio recording.  I am contacting you because you are listed on the docket as the court reporter coordinator for the above referenced proceeding.  The associated docket number for the district court proceeding in this case is 1:20-cv-00066-WGY (W.D.N.C.).

Plaintiff requests the recording of the non-caucus (*i.e.*, on-the-record) portions of the court-ordered Alternative Dispute Resolution Hearing ("ADR Hearing") held on August 17, 2023 before Magistrate Judge Marianne B. Bowler of the District of Massachusetts.  *See* ECF No. 266 (mediation report).  **Plaintiff does *not* request the release of any off-the-record, individual caucuses during the mediation, which are confidential, nor does she consent to the release of any such confidential individual caucuses.**  *See* https://www.mad.uscourts.gov/resources/pdf/adr.pdf (discussing "confidentiality in ADR proceedings").  Recordings of on-the-record portions of ADR Hearings are made available in mediations conducted in the District of Massachusetts, as shown in other orders from that district.  *See, e.g.*, *MacDonald v. WGBH Educ. Found.*, ECF No. 44, 1:18-cv-10773 (D. Mass.) (discussing procedure for ordering "a copy of th[e] Digital Recording" from ADR Hearing).

Respectfully,


<u>/s/ Cooper Strickland</u>
Cooper Strickland

Attachment:  Audio Recording Form (AO-436)

| AO 436 (Rev. 04/13) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS |||
|---|---|---|---|
| *Read Instructions.* | **AUDIO RECORDING ORDER** |||

| 1. NAME<br>Cooper Strickland | 2. PHONE NUMBER<br>(828) 817-3703 | 3. EMAIL ADDRESS<br>cooper.strickland@gmail.com ||
|---|---|---|---|
| 4. MAILING ADDRESS<br>PO Box 92 | 5. CITY<br>Lynn | 6. STATE<br>NC | 7. ZIP CODE<br>28750 |
| 8. CASE NUMBER<br>1:20-cv-00066-WGY | 9. CASE NAME<br>Strickland v. U.S. | DATES OF PROCEEDINGS ||
| | | 10. FROM 8/17/2023 | 11. TO 8/17/2023 |
| 12. PRESIDING JUDGE<br>Hon. Marianne B. Bowler | | LOCATION OF PROCEEDINGS ||
| | | 13. CITY Remote | 14. STATE n/a |

### 15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | ADR Hearing | 8/17/2023 |
| ☐ BAIL HEARING | | Remote via Zoom | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | 34.00 |
| | **ESTIMATE TOTAL** | 34.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE<br>/s/ Cooper Strickland | 19. DATE<br>8/6/2024 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | | |
| DEPOSIT PAID | | | TOTAL CHARGES | 34.00 | |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 34.00 | |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 34.00 | |

DISTRIBUTION: COURT COPY   ORDER RECEIPT   ORDER COPY