FILED: August 20, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-1353
(1:20-cv-00066-WGY)

_____

In re: CARYN DEVINS STRICKLAND, f/k/a Jane Roe

Petitioner

_____

J U D G M E N T

_____

In accordance with the decision of this court, the petition for writ of mandamus is dismissed.

/s/ NWAMAKA ANOWI, CLERK