IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## MOTION FOR RECONSIDERATION

Pursuant to Federal Rules of Civil Procedure 52 and 59, Plaintiff Caryn Devins Strickland respectfully requests that the Court reconsider its decision granting judgment in favor of Defendants on her due process and equal protection claims.

As described in the accompanying memorandum of law, the Court's opinion relies on clear factual errors and misapprehensions of law. Moreover, in rejecting Plaintiff's equal protection and due process claims, the Court failed to apply governing legal standards. If the Court had applied the correct legal standards to its factual findings, the Court would have been required, as a matter of law, to grant judgment in Plaintiff's favor.

Prior to filing this motion, Plaintiff requested Defendants' position pursuant to Local Rule 7.1. Defendants stated that they oppose this motion.

This the 4th day of September, 2024.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750

1

Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

Dorothy Canevari at Dorothy.m.canevari@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com