IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Caryn Devins Strickland appeals to the United States Court of Appeals for the Fourth Circuit from (1) this Court's opinion of August 9, 2024 and judgment of August 16, 2024[1] in favor of Defendants (ECF Nos. 429, 432) (2) this Court's order of September 9, 2024 denying Plaintiff's motion for reconsideration (ECF No. 439), and (3) all other orders, holdings, or rulings that are related to or encompassed by those orders or otherwise subject to merger in the final judgment. This appeal is timely under Federal Rules of Appellate Procedure 4(a)(1)(B) and 4(a)(4)(A)(ii), (iv).

This the 15th day of October, 2024.

Respectfully Submitted,

*/s/ Cooper Strickland*
Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com
*Counsel for Plaintiff*

---

[1] The judgment was signed by the Clerk of Court on August 12, 2024, but it was not filed and entered on the public docket until August 16, 2024. *See* ECF No. 432; Fed. R. App. P. 4(a)(7)(A) (defining "entry of judgment" for purposes of appeal).

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. Kolsky at Joshua.Kolsky@usdoj.gov

Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

Dorothy Canevari at Dorothy.m.canevari@usdoj.gov

*/s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

2

Case 1:20-cv-00066-WGY   Document 440   Filed 10/15/24   Page 2 of 2