IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 1:20-cv-00066-WGY |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## PLANTIFF'S NOTICE OF INTENT TO FILE A REPLY

Plaintiff Caryn Devins Strickland hereby informs this Court that she intends to file a reply in support of her motion to unseal her proposed findings of fact and conclusions of law. *See* ECF No. 444. Plaintiff respectfully requests that the Court not act on the motion until her reply is filed.

This the 21st day of January, 2024.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Dorothy Canevari at dorothy.m.canevari@usdoj.gov

    Madeline M. McMahon at madeline.m.mcmahon@usdoj.gov

    */s/ Cooper Strickland*
Cooper Strickland
N.C. Bar No. 43242
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com