IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NUMBER 1:20CV66

| | |
|---|---|
| CARYN DEVINS STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves to withdraw from further representation of Defendants in the above-captioned matter. Good cause supports this request. Undersigned counsel is leaving the Department of Justice effective March 3, 2025, and Defendants will continue to be represented by another attorney at the Department of Justice, Dorothy Canevari, who has already entered an appearance in this matter.

Dated: February 28, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH TULIS
Assistant Branch Director

*/s/ Madeline M. McMahon*
MADELINE M. MCMAHON
(DC Bar No. 1720813)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 451-7722
Fax: (202) 616-8470
E-mail: madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*