FILED: December 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2056
(1:20-cv-00066-WGY)

_____

CARYN DEVINS STRICKLAND

    Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his official capacity as Director of the Administrative Office of the United States Courts; ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, in his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina

    Defendants - Appellees

_____

O R D E R

_____

  The panel has carefully considered Strickland's petition for panel rehearing and her subsequent motions for permission to reply to the government's response and to unseal certain documents, as well as the government's responses to these filings. We conclude that the government has the better argument, especially

because the sole argument that Strickland raises in her petition to rehear—regarding the withdrawal of her pro bono counsel—was not overlooked or misapprehended in the panel's prior opinion. With no further review being warranted, we deny Strickland's petition for panel rehearing and her related motions.

 Entered at the direction of the panel: Judge Benton, Senior Judge Gilman, and Senior Judge Graber.

         For the Court

         <u>/s/ Nwamaka Anowi, Clerk</u>